# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 08 MAR 24 PM 3:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAN BARRANCO-GRAMS, individually and on behalf of all others similarly situated

vs

REDDY ICE HOLDING, INC., a Delaware Corporation; et. al. (see complete caption attached as Exhibit "A")

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0539 DMS POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Mark A. Maasch (CSB#120637)
TURNER & MAASCH, INC.
550 West C Street, Suite 150, San Diego, California 92101
(619) 327-1212

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/24/08
DATE

By C. PUHMANN, Deputy Clerk

**EXHIBIT "A"**
**TO SUMMONS IN A CIVIL ACTION**
**FULL CAPTION**
UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA

JAN BARRANCO-GRAMS, individually and on behalf of all others similarly situated

        Plaintiff,

vs.

REDDY ICE HOLDINGS, INC., a Delaware corporation; ARCTIC GLACIER INCOME FUND, a foreign business entity; ARCTIC GLACIER, INC., a Canadian corporation; ARCTIC GLACIER INTERNATIONAL, INC., a Delaware corporation; ARCTIC GLACIER CALIFORNIA, INC., a California corporation; HOME CITY ICE COMPANY, a Ohio corporation; and DOES 1-100

        Defendants

1673.01/b/