# Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Larry Veselka
**SMYSER KAPLAN & VESELKA LLP**
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002
Phone: (713) 221-2300
Facsimile: (713) 221-2320
E-mail: LVeselka@SKV.com

*Counsel for Plaintiff Rodney Blasingame, Case No.*
*3:08-00498 (Northern District of Texas)*

---

Daniel C. Girard
Steven G. Tidrick
Elizabeth C. Pritzker
Aaron M. Sheanin
Todd I. Espinosa
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Phone: (415) 981-4800
Facsimile: (415) 981-4846
E-mail: dcg@girardgibbs.com
E-mail: sgt@girardgibbs.com
E-mail: ecp@girardgibbs.com
E-mail: ams@girardgibbs.com
E-mail: tie@girardgibbs.com

*Counsel for Plaintiff Rodney Blasingame, Case No.*
*3:08-00498 (Northern District of Texas)*

---

Mary Ellen Gurewitz
**SACHS WALDMAN**
1000 Farmer Street
Detroit, MI 48226
Phone: (313) 965-3464
Facsimile: (313) 965-0268
E-mail: megurewitz@sacswaldman.com

*Counsel for Plaintiff Elite Energy, LLC in Case No.*
*2:08-cv-11201 (Eastern District of Michigan)*

9251

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Steven A. Asher, Esq.
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone: (215) 545-7200
Facsimile: (215) 545-6535
E-mail: asher@wka-law.com

*Counsel for Plaintiff Elite Energy, LLC in Case No.
2:08-cv-11201 (Eastern District of Michigan)*

---

Mario Nunzio Alioto
Lauren Clare Russell
**TRUMP ALIOTO TRUP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Phone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
E-mail: laurenrussell@tatp.com

*Counsel for Plaintiff Marin Scotty's Market, Inc. in
Case No. 3:08-cv-01486 (Northern District of California)*

---

Joseph Marid Patane
**LAW OFFICE OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, CA 94123
Phone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

*Counsel for Plaintiff Marin Scotty's Market, Inc. in
Case No. 3:08-cv-01486 (Northern District of California)*

---

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Bryan L. Bleichner
Jeffrey D. Bores
Karl L. Cambronne
**CHESTNUT & CAMBRONNE, PA**
222 S. 9th Street, Suite 3700
Minneapolis, MN 55402
Phone: (612) 339-7300
Facsimile: (612) 336-2921
E-mail: bbleichner@chestnutcambronne.com
E-mail: jbores@chestnutcambronne.com
E-mail: kcambronne@chestnutcambronne.com

*Counsel for Plaintiff Baron Group Inc. in Case
No. 0:08-cv-00670 (District of Minnesota)*

Richard A. Lockridge
Heidi M. Silton
W. Joseph Bruckner
Matthew R. Salzwedel
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. S. Suite 2200
Minneapolis, MN 55401-2179
Phone: (612) 596-4092
Facsimile: (612) 339-0981
E-mail: ralockridge@locklaw.com
E-mail: hmsilton@locklaw.com
E-mail: wjbruckner@locklaw.com
E-mail: mrsalzwedel@locklaw.com

*Counsel for Plaintiff Kozak Enterprises Inc. in Case
No. 0:08-cv-00704 (District of Minnesota); Counsel for
Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863
(District of Minnesota); Counsel for Plaintiff Public Foods, Inc.,
Americana Food Store, Inc. and Twin Value, LLC in
Case No. 0:08-cv-00862 (District of Minnesota)*

9251

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Richard Stuart Wayne
Thomas P. Glass
William Robert Jacobs
**STRAUSS & TROY**
150 E. Fourth Street, 4th Floor
Cincinnati, OH 45202-4018
Phone: (513) 621-2120
Facsimile: (513) 241-8259
E-mail: rswayne@strausstroy.com
E-mail: tplass@strausstroy.com
E-mail: wrjacobs@strausstroy.com

*Counsel for Plaintiff Champs Liquors Inc. in Case No.
1:08-cv-00179 (Southern District of Ohio)*

Edmund W. Searby
John D. Fabian
**MCDONALD HOPKINS**
2100 Bank One Center
600 Superior Avenue, E
Cleveland, OH 44114
Phone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: esearby@mcdonaldjopkins.com
E-mail: jfabian@mcdonaldhopkins.com

*Counsel for Plaintiff Chi-Mar Enterprises, Inc. in
Case No. 1:08-cv-00657 (Northern District of Ohio);
Counsel for Plaintiff Fu-Wah Mini Market in Case
No. 1:08-cv-00666 (Northern District of Ohio);
Counsel for Plaintiff Warrington Fuels, Inc. in Case
No. 1:08-cv-00692; Counsel for Plaintiff Marchbanks
Travel Service Inc. in Case No. 1:08-cv-00695
(Northern District of Ohio)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Robert N. Kaplan
**KAPLAN, KILSHEIMER & FOX**
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 687-1980
Facsimile: (212) 687-7714

*Counsel for Plaintiff Chi-Mar Enterprises, Inc. in*
*Case No. 1:08-cv-00657 (Northern District of Ohio)*

H. Laddie Montague, Jr.
Ruthanne Gordon
**BERGER & MONTAGUE**
1622 Locust Street
Philadelphia, PA 19103-6365
Phone: (215) 875-3000
Facsimile: (215) 875-4671

*Counsel for Plaintiff Fu-Wah Mini Market in Case No.*
*1:08-cv-00666 (Northern District of Ohio); Counsel*
*for Plaintiff Marchbanks Travel Service, Inc. in Case*
*No. 1:08-cv-00695 (Northern District of Ohio)*

Christopher E. Coleman
**LIEFF CABRASER HEIMANN & BERNSTEIN**
150 4th Avenue, Suite 1650
Nashville, TN 37219
Phone: (615) 313-9000
Facsimile: (615) 313-9965

*Counsel for Plaintiff Marchbanks Travel Services, Inc.*
*In Case No. 1:08-cv-00695 (Northern District of Ohio)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Jacob A. Goldberg
**FARUQI & FARUQI**
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Phone: (215) 914-2460
Facsimile: (215) 914-2462
E-mail: jgoldberg@faruqilaw.com

*Counsel for Plaintiffs F & V Oil Company, Inc.,
Lansdale Oil Company., Inc., & VB & FS Oil
Company in Case No. 2:08-cv-11152 (Eastern
District of Michigan)*

Stephen F. Wasinger
**STEPHEN F. WASINGER**
300 Balmoral Centre
32121 Woodward Avenue
Royal Oak, MI 48073
Phone: (248) 554-6306
Facsimile: (248) 414-9906
E-mail: sfw@sfwlaw.com

*Counsel for Plaintiffs F & V Oil Company, Inc.,
Lansdale Oil Company, Inc., VB & FS Oil
Company in Case No. 2:08-cv-11152 (Eastern
District of Michigan)*

Patrick E. Cafferty
**CAFFERTY FAUCHER**
101 N. Main Street, Suite 450
Ann Arbor, MI 48104
Phone: (734) 769-2144
Facsimile: (734) 469-1207
E-mail: pcafferty@caffertyfaucher.com

*Counsel for Plaintiff S &S Lima, Inc. in Case No.
2:08-cv-11182 (Eastern District of Michigan);
Counsel for Plaintiff RSB Wellman Co., Inc. in
Case No. 2:08-cv-11213 (Eastern District of Michigan);
counsel for Plaintiff Y & R's, Inc. in Case No.
08-cv-11316 (Eastern District of Michigan)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Ann Mandt
**CHARFIIS & CHRISTENSEN**
5510 Woodward Avenue
Detroit, MI 48202
Phone: (313) 875-8080
Facsimile: (313) 875-8522

*Counsel for Plaintiff Silver Springs Liquor Inc. in Case No. 2:08-cv-11200 (Eastern District of Michigan)*

---

Jonathan B. Frank
**JACKIER GOULD**
121 W. Long Lake Road, 2nd Floor
Bloomfield Hills, MI 48304
Phone: (248) 642-0500
Facsimile: (248) 642-5241
E-mail: frank@jackiergould.com

*Counsel for Plaintiff Melrick Inc. in Case No. 2:08-cv-11204 (Eastern District of Michigan)*

---

Martha J. Olijnyk
E. Powell Miller
**THE MILLER LAW FIRM**
950 W. University Drive, Suite 300
Rochester, MI 48307
Phone: (248) 841-2200
Facsimile: (248) 652-2852
E-mail: mjo@millerlawpc.com

*Counsel for Plaintiff Joseph Kraine in Case No. 2:08-cv-11238 (Eastern District of Michigan); Counsel for Plaintiff Circle Beer & Beverage, Inc. in Case No. 5:08-cv-11293 (Eastern District of Michigan); counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan); counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan); counsel for Plaintiff 823 Sproul Inc. d/b/a Sproul Beverage in Case No. 08-cv-11345 (Eastern District of Michigan)*

9251

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Terrell W. Oxford
Barry C. Barnett
**SUSMAN GODFREY**
901 Main Street, Suite 5100
Dallas, TX 75202
Phone: (214) 754-1900
Facsimile: (214) 754-1933
E-mail: toxford@susmangodfrey.com
E-mail: bbarnett@susmangodfrey.com

*Counsel for Plaintiff Five Angels Management*
*in Case No. 3:08-cv-00480 (Northern District of*
*Texas); Counsel for Plaintiff Joseph Massino in*
*Case No. 3:08-cv-00496 (Northern District of Texas);*
*Counsel for Plaintiff Ethamma Emmanuel in Case No.*
*3:08-cv-00507(Northern District of Texas); counsel*
*for Plaintiff Rick Drontle d/b/a Ponytail Catering in*
*Case No. 08-cv-536 (Northern District of Texas);*
*counsel for Plaintiff Wilson Farms Inc. in Case No.*
*08-cv-537 (Northern District of Texas);*

---

Austin B. Cohen
Charles Sweedler
Howard J. Sedran
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Facsimile: (215) 592-4663

*Counsel for Plaintiff Five Angels Management*
*in Case No. 3:08-cv-00480 (Northern District of*
*Texas)*

---

David P. McLafferty
**MCLAFFERTY & ASSOCIATES PC**
923 Fayette Street
Conshohocken, PA 19428
Phone: (610) 940-4000

*Counsel for Plaintiff Five Angels Management*
*in Case No. 3:08-cv-00480 (Northern District of*
*Texas)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Stewart M. Weltman
**WELTMAN LAW FIRM**
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Phone: (312) 606-8756

*Counsel for Plaintiff Five Angels Management*
*in Case No. 3:08-cv-00480 (Northern District of*
*Texas)*

---

Ann D. White
**ANN D. WHITE LAW OFFICE PC**
165 Township Line Road, Suite 2400
Jenkintown, PA 19046
Phone: (215) 481-0274
Facsimile: (215) 481-0271

*Counsel for Plaintiff Joseph Massino in Case No.*
*3:08-cv-00496 (Northern District of Texas)*

---

John C. Evans
**SPECTER SPECTER EVANS & MANOGUE PC**
The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: (412) 642-2300
Facsimile: (412) 642-2309

*Counsel for Plaintiff Circle Beer & Beverage, Inc.*
*in Case No. 5:08-cv-11293 (Eastern District of*
*Michigan); counsel for Plaintiff Linco Distributing*
*Company, Inc. d/b/a Beer Minimum in Case No.*
*08-cv-11330 (Eastern District of Michigan)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Michael P. Lynn
Richard A. Smith
**LYNN TILLOTSON & PINKER LLP**
750 North St. Paul Street, Suite 1400
Dallas, Texas 75201
Phone: (214) 981-3800
Facsimile: (214) 981-3839

*Counsel for Plaintiff Joseph Difabritiis 7-11Food
Store #24428 in Case No. 3:08-cv-00512 (Northern
District of Texas)*

John R. Malkinson, Esq.
**MALKINSON & HALPERN PC**
223 West Jackson Blvd., Suite 1010
Chicago, Illinois 60606
Phone: (312) 427-9600

*Counsel for Plaintiff Joseph Difabritiis 7-11Food
Store #24428 in Case No. 3:08-cv-00512 (Northern
District of Texas)*

Roberta D. Liebenberg, Esq.
**FINE KAPLAN AND BLACK RPC**
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Phone: (215) 567-6565

*Counsel for Plaintiff Joseph Difabritiis 7-11Food
Store #24428 in Case No. 3:08-cv-00512 (Northern
District of Texas)*

Eugene A. Spector
William G. Caldes
**SPECTOR ROSEMAN & KODROFF PC**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300

*Counsel for Plaintiff Ethamma Emmanuel in Case No.
3:08-cv-00507(Northern District of Texas)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

John Murdock
**MURDOCK GOLDENBERG SCHNEIDER & GROH LPA**
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
Phone: (513) 345-8291

*Counsel for Plaintiff Ethamma Emmanuel in Case No.*
*3:08-cv-00507(Northern District of Texas)*

Robert J. Gralewski, Jr.
**GERGOSIAN & GRALEWSKI LLP**
655 West Broadway, Suite 1410
San Diego, CA 92101
Phone: (619) 237-9500
Facsimile: (619) 237-9555
E-mail: bob@gergosian.com

*Counsel for Plaintiff Thomas Beverage Co., Inc. in*
*Case No. 0:08-cv-00863 (District of Minnesota)*

Richard J. Arsenault
John R. Whaley
**NEBLETT BEARD & ARSENAULT**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
Phone: (800) 256-1050
Facsimile: (318) 561-2592
E-mail: rarsenault@nbalawfirm.com
E-mail: jrwhaley@nbalawfirm.com

*Counsel for Plaintiff Thomas Beverage Co., Inc.*
*in Case No. 0:08-cv-00863 (District of Minnesota)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Ira Neil Richards
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Phone: (215) 731-9004
Facsimile: (215) 731-9044
E-mail: ira@trrlaw.com

*Counsel for Plaintiff Thomas Beverage Co., Inc.*
*in Case No. 0:08-cv-00863 (District of Minnesota)*

Peter Safirstein
Andrew W. Morganti
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Phone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: psafirstein@milberg.com
E-mail: amorganti@milberg.com

*Counsel for Plaintiff Public Foods, Inc., Americana*
*Food Store, Inc. and Twin Value, LLC in Case No.*
*0:08-cv-00862 (District of Minnesota)*

Jason S. Hartley
Jason M. Lindner
**ROSS DIXON & BELL LLP**
550 West B Street, Suite 400
San Diego, CA 92101-3599
Phone: (619) 235-4040
Facsimile: (619) 231-8796
E-mail: jhartley@rdblaw.com
E-mail: jlindner@rdblaw.com

*Counsel for Plaintiff Public Foods, Inc.,*
*Americana Food Store, Inc. and Twin Value, LLC in*
*Case No. 0:08-cv-00862  (District of Minnesota)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Ryan Husaynu
**HUSAYNU & PLEZIA PC**
26211 Central Park Blvd., Suite 207
Southfield, MI 48076
Phone: (248) 356-7979
Facsimile: (248) 356-7799
E-mail: ryanh@mich.com

*Counsel for Plaintiff Public Foods, Inc.,*
*Americana Food Store, Inc. and Twin Value, LLC in*
*Case No. 0:08-cv-00862 (District of Minnesota)*

Stephen R. Neuwirth
**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7165
Facsimile: (212) 849-7100
E-mail: stephenneuwirth@quinnemanuel.com

*Counsel for Plaintiff Mazell LLC in Case*
*No. 0:08-cv-11315 (Eastern District of*
*Michigan)*

Mel E. Lifshitz
Ronald J. Aranoff
**BERNSTEIN LIEBHARD & LIFSHITZ LLP**
10 East 40th Street, 29th Floor
New York, New York 10016
Phone: (212) 779-1414
Facsimile: (212) 779-3218
E-mail: lifshitz@bernlieb.com
E-mail: aranoff@bernlieb.com

*Counsel for Plaintiff Mazell LLC in Case*
*No. 0:08-cv-11315 (Eastern District of*
*Michigan)*

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Ralph K. Phalen
**RALPH K. PHALEN, Atty. At Law**
1000 Broadway, Suite 400
Kansas City, MO 64105
Phone: (816) 589-0753
Facsimile: (816) 471-1701

*Counsel for Plaintiff Jenifer Valencia in Case
No. 08-cv-2138 (District of Kansas)*

Mitchell L. Burgess
**BURGESS & LAMB, P.C.**
1000 Broadway, Suite 400
Kansas City, MO 64105
Phone: (816) 589-0753
Facsimile: (816) 471-1701

*Counsel for Plaintiff Jenifer Valencia in Case
No. 08-cv-2138 (District of Kansas)*

Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle, Suite 4600
Chicago, IL 60602
Phone: (312) 621-2000
Facsimile: (312) 641-5504

*Counsel for Plaintiff Jenifer Valencia in Case
No. 08-cv-2138 (District of Kansas)*

Lance A. Harke
**HARKE & CLASBY LLP**
155 South Miami Ave., Suite 600
Miami, Florida 33130
Phone: (305) 536-8220
Facsimile: (305) 536-8229

*Counsel for Plaintiff Jenifer Valencia in Case
No. 08-cv-2138 (District of Kansas)*

9251

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Jeffrey A. Klafter
**KLAFTER & OLSEN LLP**
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Phone: (914) 997-5656
Facsimile: (914) 997-2444

*Counsel for Plaintiff Linco Distributing
Company, Inc. d/b/a Beer Minimum in Case No.
08-cv-11330 (Eastern District of Michigan)*

---

Steven A. Schwartz
Daniel B. Scott
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Phone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: steveschwartz@chimicles.com
E-mail: danielscott@chimicles.com

*Counsel for Plaintiff Y & R's, Inc. in Case No.
08-cv-11316 (Eastern District of Michigan)*

---

Samuel D. Heins
Vincent J. Esades
Scott W. Carlson
Katherine T. Kelly
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Phone: (612) 338-4605
Facsimile: (612) 338-4692
E-mail: vesades@heinsmills.com
E-mail: scarlson@heinsmills.com
E-mail: kkelly@heinsmills.com

*Counsel for Plaintiff Rick Drontle d/b/a Ponytail
Catering in Case No. 08-cv-536 (Northern District
of Texas)*

---

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Nathaniel P. Hobbs
**PATRICK BURNS & ASSOCIATES**
8401 Wayzata Boulevard, Suite 300
Minneapolis, MN 55426
Phone: (952) 564-6262
Facsimile: (952) 564-6263
E-mail: Nathan@patrickburnslaw.com

*Counsel for Plaintiff Rick Drontle d/b/a Ponytail
Catering in Case No. 08-cv-536 (Northern District
of Texas)*

---

Michael D. Hausfeld
**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Phone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: mhausfeld@cmht.com

*Counsel for Plaintiff Wilson Farms Inc. in Case
No. 08-cv-537 (Northern District of Texas)*

---

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Phone: (415) 229-2080
Facsimile: (415) 986-3643
E-mail: mlehmann@cmht.com
E-mail: clebsock@cmht.com
E-mail: jking@cmht.com

*Counsel for Plaintiff Wilson Farms Inc. in Case
No. 08-cv-537 (Northern District of Texas)*

9251

# Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

---

Arthur N. Bailey
**Arthur N. Bailey & Associates**
111 West Second Street, Suite 4500
Jamestown, NY 14701
Phone: (716) 66-2967
Facsimile: (716) 664-2983

*Counsel for Plaintiff Wilson Farm, Inc. in
Case No. 08-cv-537 (Northern District of
Texas)*

---

Allan Steyer
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
Phone: (415) 421-3400
Facsimile: (415) 421-2234
Phone: (415) 421-3400
Facsimile: (415) 421-2234

*Counsel for Plaintiff Wilson Farm, Inc. in
Case No. 08-cv-537 (Northern District of
Texas)*

---

Maxwell M. Blecher
**BLECHER & COLLINS**
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Phone: (213) 622-4222
Facsimile: (213) 622-1656

*Counsel for Plaintiff Wilson Farm, Inc. in
Case No. 08-cv-537 (Northern District of
Texas)*

---

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

| |
|---|
| Jonathan W. Cuneo<br>Daniel C. Cohen<br>**CUNEO, GILBERT & LADUCA, LLP**<br>507 C Street, NE<br>Washington, DC 20002<br>Phone: (202) 789-3960<br>Facsimile: (202) 789-1813<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Anthony Bolognese<br>Joshua H. Grabar<br>**BOLOGNESE & ASSOCIATES, LLC**<br>Two Penn Center<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102<br>Phone: (215) 814-6750<br>Facsimile: (215) 814-6764<br><br>*Counsel for Plaintiff 823 Sproul Inc. d/b/a Sproul Beverage in Case No. 08-cv-11345 (Eastern District of Michigan)* |
| **Reddy Ice Holdings, Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| **Reddy Ice Coporation**<br>c/o Capitol Services, Inc.<br>615 South Dupont Highway<br>Dover, Delaware 19901<br>Phone: (800) 316-6660<br>Facsimile: (800) 989-4671 |

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

| |
|---|
| **Arctic Glacier Income Fund**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 |
| **Arctic Glacier Inc.**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 |
| **Arctic Glacier International Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| **Home City Ice Company**<br>c/o Thomas E. Sedler<br>5709 Harrison Avenue<br>Cincinnati, Ohio 45248<br>Phone: (513) 574-1800<br>Facsimile: (513) 574-5409 |
| Clerk of Court<br>**United States District Court for the**<br>**Northern District of California**<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>Tel. (415) 522-2000 |
| Clerk of Court<br>**United States District Court for the District of Minnesota.**<br>202 U.S. Courthouse<br>300 S. 4th Street.<br>Minneapolis, MN 55415<br>Tel. (612) 664-5000 |

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

| |
|---|
| Office of the Clerk<br>**United States District Court for the**<br>**Eastern District of Michigan** Theodore Levin U.S. Courthouse 231 W.<br>Lafayette Blvd., Room 564 Detroit, MI 48226 |
| Office of the Clerk<br>**United States District Court for the Southern District of Ohio**<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202<br>Tel. (513) 564-7500 |
| Clerk of Court<br>**United States District Court for      the Northern District of Ohio**<br>Carl B. Stokes United States Courthouse 801 West Superior Avenue<br>Cleveland, Ohio 44113-1830<br>Tel. (216) 357-7000 |
| Clerk of Court<br>**United States District Court for the**<br>**Northern District of Texas**<br>1100 Commerce, Room 1452<br>Dallas, TX 75242<br>Tel. (214) 753-2200 |
| Clerk of Court<br>**United States District Court**<br>**Southern District of California**<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>Tel. (619) 557-5600 |
| Office of the Clerk<br>**United States District Court**<br>**District of Kansas**<br>500 State Ave.<br>259 U.S. Courthouse<br>Kansas City, Kansas 66101<br>Tel. (913) 551-6719 |

9251

## Service List

*In re Packaged Ice Antitrust Litigation*
MDL Docket No. 1952

Office of the Clerk
**United States District Court**
**for the Eastern District of Michigan**
P.O. Box 8199
Ann Arbor, MI 48107