BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| *IN RE PACKAGED ICE ANTITRUST LITIGATION* | MDL No. 1952 |

PROOF OF SERVICE

I, James W. Anderson, hereby certify that true and correct copies of the following papers:

1. Motion by Mall Mart, Inc. d/b/a Midway BP for Transfer of all Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings;

2. Memorandum of Law in Support of the Motion by Mall Mart, Inc. d/b/a Midway BP for Transfer of All Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings;

3. Schedule of Related Actions, Exhibit A; and

4. Proof of Service

were served by U.S. Mail on March 31, 2008, to the following:

| Clerk of Court<br>**United States District Court for the**<br>**Northern District of California**<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>Tel. (415) 522-2000 | Clerk of Court<br>**United States District Court for**<br>**the District of Minnesota.**<br>202 U.S. Courthouse<br>300 S. 4th Street.<br>Minneapolis, MN 55415<br>Tel. (612) 664-5000 |
|---|---|

| | |
|---|---|
| Office of the Clerk<br>**United States District Court for the**<br>**Eastern District of Michigan**<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 | Office of the Clerk<br>**United States District Court for**<br>**the Southern District of Ohio**<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202<br>Tel. (513) 564-7500 |
| Clerk of Court<br>**United States District Court for**<br>**the Northern District of Ohio**<br>Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113-1830<br>Tel. (216) 357-7000 | Clerk of Court<br>**United States District Court for the**<br>**Northern District of Texas**<br>1100 Commerce, Room 1452<br>Dallas, TX 75242<br>Tel. (214) 753-2200 |
| Clerk of Court<br>**United States District Court**<br>**Southern District of California**<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>Tel. (619) 557-5600 | Office of the Clerk<br>**United States District Court**<br>**District of Kansas**<br>500 State Ave.<br>259 U.S. Courthouse<br>Kansas City, Kansas 66101<br>Tel. (913) 551-6719 |
| Office of the Clerk<br>**United States District Court**<br>**for the Eastern District of Michigan**<br>P.O. Box 8199<br>Ann Arbor, MI 48107 | Larry Veselka<br>**SMYSER KAPLAN & VESELKA LLP**<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002<br>Phone: (713) 221-2300<br>Facsimile: (713) 221-2320<br>E-mail: LVeselka@SKV.com<br><br>*Counsel for Plaintiff Rodney Blasingame, Case No. 3:08-00498 (Northern District of Texas)* |

| | |
|---|---|
| Daniel C. Girard<br>Steven G. Tidrick<br>Elizabeth C. Pritzker<br>Aaron M. Sheanin<br>Todd I. Espinosa<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Phone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>E-mail: dcg@girardgibbs.com<br>E-mail: sgt@girardgibbs.com<br>E-mail: ecp@girardgibbs.com<br>E-mail: ams@girardgibbs.com<br>E-mail: tie@girardgibbs.com<br><br>*Counsel for Plaintiff Rodney Blasingame, Case No. 3:08-00498 (Northern District of Texas)* | Mary Ellen Gurewitz<br>**SACHS WALDMAN**<br>1000 Farmer Street<br>Detroit, MI 48226<br>Phone: (313) 965-3464<br>Facsimile: (313) 965-0268<br>E-mail: megurewitz@sacswaldman.com<br><br>*Counsel for Plaintiff Elite Energy, LLC in Case No. 2:08-cv-11201 (Eastern District of Michigan)* |
| Steven A. Asher, Esq.<br>**WEINSTEIN KITCHENOFF & ASHER LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Phone: (215) 545-7200<br>Facsimile: (215) 545-6535<br>E-mail: asher@wka-law.com<br><br>*Counsel for Plaintiff Elite Energy, LLC in Case No. 2:08-cv-11201 (Eastern District of Michigan)* | Mario Nunzio Alioto<br>Lauren Clare Russell<br>**TRUMP ALIOTO TRUP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA 94123<br>Phone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc. in Case No. 3:08-cv-01486 (Northern District of California)* |

| | |
|---|---|
| Joseph Marid Patane<br>**LAW OFFICE OF JOSEPH M. PATANE**<br>2280 Union Street<br>San Francisco, CA 94123<br>Phone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>E-mail: jpatane@tatp.com<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc. in Case No. 3:08-cv-01486 (Northern District of California)* | Bryan L. Bleichner<br>Jeffrey D. Bores<br>Karl L. Cambronne<br>**CHESTNUT & CAMBRONNE, PA**<br>222 S. 9th Street, Suite 3700<br>Minneapolis, MN 55402<br>Phone: (612) 339-7300<br>Facsimile: (612) 336-2921<br>E-mail: bbleichner@chestnutcambronne.com<br>E-mail: jbores@chestnutcambronne.com<br>E-mail: kcambronne@chestnutcambronne.com<br><br>*Counsel for Plaintiff Baron Group Inc. in Case No. 0:08-cv-00670 (District of Minnesota)* |
| Richard A. Lockridge<br>Heidi M. Silton<br>W. Joseph Bruckner<br>Matthew R. Salzwedel<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Ave. S. Suite 2200<br>Minneapolis, MN 55401-2179<br>Phone: (612) 596-4092<br>Facsimile: (612) 339-0981<br>E-mail: ralockridge@locklaw.com<br>E-mail: hmsilton@locklaw.com<br>E-mail: wjbruckner@locklaw.com<br>E-mail: mrsalzwedel@locklaw.com<br><br>*Counsel for Plaintiff Kozak Enterprises Inc. in Case No. 0:08-cv-00704 (District of Minnesota); Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota); Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* | Richard Stuart Wayne<br>Thomas P. Glass<br>William Robert Jacobs<br>**STRAUSS & TROY**<br>150 E. Fourth Street, 4th Floor<br>Cincinnati, OH 45202-4018<br>Phone: (513) 621-2120<br>Facsimile: (513) 241-8259<br>E-mail: rswayne@strausstroy.com<br>E-mail: tplass@strausstroy.com<br>E-mail: wrjacobs@strausstroy.com<br><br>*Counsel for Plaintiff Champs Liquors Inc. in Case No. 1:08-cv-00179 (Southern District of Ohio)* |

| | |
|---|---|
| Edmund W. Searby<br>John D. Fabian<br>**MCDONALD HOPKINS**<br>2100 Bank One Center<br>600 Superior Avenue, E<br>Cleveland, OH 44114<br>Phone: (216) 348-5400<br>Facsimile: (216) 348-5474<br>E-mail: esearby@mcdonaldjopkins.com<br>E-mail: jfabian@mcdonaldhopkins.com<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc. in Case No. 1:08-cv-00657 (Northern District of Ohio); Counsel for Plaintiff Fu-Wah Mini Market in Case No. 1:08-cv-00666 (Northern District of Ohio); Counsel for Plaintiff Warrington Fuels, Inc. in Case No. 1:08-cv-00692; Counsel for Plaintiff Marchbanks Travel Service Inc. in Case No. 1:08-cv-00695 (Northern District of Ohio)* | Robert N. Kaplan<br>**KAPLAN, KILSHEIMER & FOX**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Phone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc. in Case No. 1:08-cv-00657 (Northern District of Ohio)* |
| H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>**BERGER & MONTAGUE**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Phone: (215) 875-3000<br>Facsimile: (215) 875-4671<br><br>*Counsel for Plaintiff Fu-Wah Mini Market in Case No. 1:08-cv-00666 (Northern District of Ohio); Counse lfor Plaintiff Marchbanks Travel Service, Inc. in Case No. 1:08-cv-00695 (Northern District of Ohio)* | Christopher E. Coleman<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>150 4th Avenue, Suite 1650<br>Nashville, TN 37219<br>Phone: (615) 313-9000<br>Facsimile: (615) 313-9965<br><br>*Counsel for Plaintiff Marchbanks Travel Services, Inc. In Case No. 1:08-cv-00695 (Northern District of Ohio)* |

| | |
|---|---|
| Jacob A. Goldberg<br>**FARUQI & FARUQI**<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Phone: (215) 914-2460<br>Facsimile: (215) 914-2462<br>E-mail: jgoldberg@faruqilaw.com<br><br>*Counsel for Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company., Inc., & VB & FS Oil Company in Case No. 2:08-cv-11152 (Eastern District of Michigan)* | Stephen F. Wasinger<br>**STEPHEN F. WASINGER**<br>300 Balmoral Centre<br>32121 Woodward Avenue<br>Royal Oak, MI 48073<br>Phone: (248) 554-6306<br>Facsimile: (248) 414-9906<br>E-mail: sfw@sfwlaw.com<br><br>*Counsel for Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc., VB & FS Oil Company in Case No. 2:08-cv-11152 (Eastern District of Michigan)* |
| Patrick E. Cafferty<br>**CAFFERTY FAUCHER**<br>101 N. Main Street, Suite 450<br>Ann Arbor, MI 48104<br>Phone: (734) 769-2144<br>Facsimile: (734) 469-1207<br>E-mail: pcafferty@caffertyfaucher.com<br><br>*Counsel for Plaintiff S &S Lima, Inc. in Case No. 2:08-cv-11182 (Eastern District of Michigan); Counsel for Plaintiff RSB Wellman Co., Inc. in Case No. 2:08-cv-11213 (Eastern District of Michigan); counsel for Plaintiff Y & R's, Inc. in Case No. 08-cv-11316 (Eastern District of Michigan)* | Ann Mandt<br>**CHARFIIS & CHRISTENSEN**<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>Phone: (313) 875-8080<br>Facsimile: (313) 875-8522<br><br>*Counsel for Plaintiff Silver Springs Liquor Inc. in Case No. 2:08-cv-11200 (Eastern District of Michigan)* |

| | |
|---|---|
| Jonathan B. Frank<br>**JACKIER GOULD**<br>121 W. Long Lake Road, 2nd Floor<br>Bloomfield Hills, MI 48304<br>Phone: (248) 642-0500<br>Facsimile: (248) 642-5241<br>E-mail: frank@jackiergould.com<br><br>*Counsel for Plaintiff Melrick Inc. in Case No. 2:08-cv-11204 (Eastern District of Michigan)* | Martha J. Olijnyk<br>E. Powell Miller<br>**THE MILLER LAW FIRM**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Phone: (248) 841-2200<br>Facsimile: (248) 652-2852<br>E-mail: mjo@millerlawpc.com<br><br>*Counsel for Plaintiff Joseph Kraine in Case No. 2:08-cv-11238 (Eastern District of Michigan); Counsel for Plaintiff Circle Beer & Beverage, Inc. in Case No. 5:08-cv-11293 (Eastern District of Michigan); counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan); counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan); counsel for Plaintiff 823 Sproul Inc. d/b/a Sproul Beverage in Case No. 08-cv-11345 (Eastern District of Michigan)* |
| Terrell W. Oxford<br>Barry C. Barnett<br>**SUSMAN GODFREY**<br>901 Main Street, Suite 5100<br>Dallas, TX 75202<br>Phone: (214) 754-1900<br>Facsimile: (214) 754-1933<br>E-mail: toxford@susmangodfrey.com<br>E-mail: bbarnett@susmangodfrey.com<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas); Counsel for Plaintiff Joseph Massino in Case No. 3:08-cv-00496 (Northern District of Texas); Counsel for Plaintiff Ethamma Emmanuel in Case No. 3:08-cv-00507(Northern District of Texas); counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas); counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas);* | Austin B. Cohen<br>Charles Sweedler<br>Howard J. Sedran<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Facsimile: (215) 592-4663<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* |

| | |
|---|---|
| David P. McLafferty<br>**MCLAFFERTY & ASSOCIATES PC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Phone: (610) 940-4000<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* | Stewart M. Weltman<br>**WELTMAN LAW FIRM**<br>77 W. Wacker Drive, Suite 4800<br>Chicago, IL 60601<br>Phone: (312) 606-8756<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* |
| Ann D. White<br>**ANN D. WHITE LAW OFFICE PC**<br>165 Township Line Road, Suite 2400<br>Jenkintown, PA 19046<br>Phone: (215) 481-0274<br>Facsimile: (215) 481-0271<br><br>*Counsel for Plaintiff Joseph Massino in Case No. 3:08-cv-00496 (Northern District of Texas)* | John C. Evans<br>**SPECTER SPECTER EVANS & MANOGUE PC**<br>The 26th Floor Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 642-2300<br>Facsimile: (412) 642-2309<br><br>*Counsel for Plaintiff Circle Beer & Beverage, Inc. in Case No. 5:08-cv-11293 (Eastern District of Michigan); counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan)* |
| Michael P. Lynn<br>Richard A. Smith<br>**LYNN TILLOTSON & PINKER LLP**<br>750 North St. Paul Street, Suite 1400<br>Dallas, Texas 75201<br>Phone: (214) 981-3800<br>Facsimile: (214) 981-3839<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11 Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* | John R. Malkinson, Esq.<br>**MALKINSON & HALPERN PC**<br>223 West Jackson Blvd., Suite 1010<br>Chicago, Illinois 60606<br>Phone: (312) 427-9600<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11 Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* |

| | |
|---|---|
| Roberta D. Liebenberg, Esq.<br>**FINE KAPLAN AND BLACK RPC**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 567-6565<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11 Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* | Eugene A. Spector<br>William G. Caldes<br>**SPECTOR ROSEMAN & KODROFF PC**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Phone: (215) 496-0300<br><br>*Counsel for Plaintiff Ethamma Emmanuel in Case No. 3:08-cv-00507 (Northern District of Texas)* |
| John Murdock<br>**MURDOCK GOLDENBERG SCHNEIDER & GROH LPA**<br>35 East Seventh Street, Suite 600<br>Cincinnati, Ohio 45202<br>Phone: (513) 345-8291<br><br>*Counsel for Plaintiff Ethamma Emmanuel in Case No. 3:08-cv-00507 (Northern District of Texas)* | Robert J. Gralewski, Jr.<br>**GERGOSIAN & GRALEWSKI LLP**<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Phone: (619) 237-9500<br>Facsimile: (619) 237-9555<br>E-mail: bob@gergosian.com<br><br>*Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota)* |
| Richard J. Arsenault<br>John R. Whaley<br>**NEBLETT BEARD & ARSENAULT**<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br>Phone: (800) 256-1050<br>Facsimile: (318) 561-2592<br>E-mail: rarsenault@nbalawfirm.com<br>E-mail: jrwhaley@nbalawfirm.com<br><br>*Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota)* | Ira Neil Richards<br>**TRUJILLO RODRIGUEZ & RICHARDS LLC**<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Phone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>E-mail: ira@trrlaw.com<br><br>*Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota)* |

| | |
|---|---|
| Peter Safirstein<br>Andrew W. Morganti<br>**MILBERG LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Phone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>E-mail: psafirstein@milberg.com<br>E-mail: amorganti@milberg.com<br><br>*Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* | Jason S. Hartley<br>Jason M. Lindner<br>**ROSS DIXON & BELL LLP**<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Phone: (619) 235-4040<br>Facsimile: (619) 231-8796<br>E-mail: jhartley@rdblaw.com<br>E-mail: jlindner@rdblaw.com<br><br>*Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* |
| Ryan Husaynu<br>**HUSAYNU & PLEZIA PC**<br>26211 Central Park Blvd., Suite 207<br>Southfield, MI 48076<br>Phone: (248) 356-7979<br>Facsimile: (248) 356-7799<br>E-mail: ryanh@mich.com<br><br>*Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* | Stephen R. Neuwirth<br>**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Phone: (212) 849-7165<br>Facsimile: (212) 849-7100<br>E-mail: stephenneuwirth@quinnemanuel.com<br><br>*Counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan)* |
| Mel E. Lifshitz<br>Ronald J. Aranoff<br>**BERNSTEIN LIEBHARD & LIFSHITZ LLP**<br>10 East 40th Street, 29th Floor<br>New York, New York 10016<br>Phone: (212) 779-1414<br>Facsimile: (212) 779-3218<br>E-mail: lifshitz@bernlieb.com<br>E-mail: aranoff@bernlieb.com<br><br>*Counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan)* | Ralph K. Phalen<br>**RALPH K. PHALEN, Atty. At Law**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Phone: (816) 589-0753<br>Facsimile: (816) 471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* |

| | |
|---|---|
| Mitchell L. Burgess<br>**BURGESS & LAMB, P.C.**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Phone: (816) 589-0753<br>Facsimile: (816) 471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* | Ben Barnow<br>**BARNOW AND ASSOCIATES, P.C.**<br>One North LaSalle, Suite 4600<br>Chicago, IL 60602<br>Phone: (312) 621-2000<br>Facsimile: (312) 641-5504<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* |
| Lance A. Harke<br>**HARKE & CLASBY LLP**<br>155 South Miami Ave., Suite 600<br>Miami, Florida 33130<br>Phone: (305) 536-8220<br>Facsimile: (305) 536-8229<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* | Jeffrey A. Klafter<br>**KLAFTER & OLSEN LLP**<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10605<br>Phone: (914) 997-5656<br>Facsimile: (914) 997-2444<br><br>*Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan)* |
| Steven A. Schwartz<br>Daniel B. Scott<br>**CHIMICLES & TIKELLIS LLP**<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Phone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>E-mail: steveschwartz@chimicles.com<br>E-mail: danielscott@chimicles.com<br><br>*Counsel for Plaintiff Y & R's, Inc. in Case No. 08-cv-11316 (Eastern District of Michigan)* | Samuel D. Heins<br>Vincent J. Esades<br>Scott W. Carlson<br>Katherine T. Kelly<br>**HEINS MILLS & OLSON, P.L.C.**<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>E-mail: vesades@heinsmills.com<br>E-mail: scarlson@heinsmills.com<br>E-mail: kkelly@heinsmills.com<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas)* |

| | |
|---|---|
| Nathaniel P. Hobbs<br>**PATRICK BURNS & ASSOCIATES**<br>8401 Wayzata Boulevard, Suite 300<br>Minneapolis, MN 55426<br>Phone: (952) 564-6262<br>Facsimile: (952) 564-6263<br>E-mail: Nathan@patrickburnslaw.com<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas)* | Michael D. Hausfeld<br>**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>E-mail: mhausfeld@cmht.com<br><br>*Counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Phone: (415) 229-2080<br>Facsimile: (415) 986-3643<br>E-mail: mlehmann@cmht.com<br>E-mail: clebsock@cmht.com<br>E-mail: jking@cmht.com<br><br>*Counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Arthur N. Bailey<br>**Arthur N. Bailey & Associates**<br>111 West Second Street, Suite 4500<br>Jamestown, NY 14701<br>Phone: (716) 66-2967<br>Facsimile: (716) 664-2983<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Allan Steyer<br>**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>Phone: (415) 421-3400<br>Facsimile: (415) 421-2234<br>Phone: (415) 421-3400<br>Facsimile: (415) 421-2234<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Maxwell M. Blecher<br>**BLECHER & COLLINS**<br>515 South Figueroa Street, 17th Floor<br>Los Angeles, California 90071<br>Phone: (213) 622-4222<br>Facsimile: (213) 622-1656<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |

9278

12

| | |
|---|---|
| Jonathan W. Cuneo<br>Daniel C. Cohen<br>**CUNEO, GILBERT & LADUCA, LLP**<br>507 C Street, NE<br>Washington, DC 20002<br>Phone: (202) 789-3960<br>Facsimile: (202) 789-1813<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Anthony Bolognese<br>Joshua H. Grabar<br>**BOLOGNESE & ASSOCIATES, LLC**<br>Two Penn Center<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102<br>Phone: (215) 814-6750<br>Facsimile: (215) 814-6764<br><br>*Counsel for Plaintiff 823 Sproul Inc. d/b/a Sproul Beverage in Case No. 08-cv-11345 (Eastern District of Michigan)* |
| **Reddy Ice Holdings, Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | **Reddy Ice Coporation**<br>c/o Capitol Services, Inc.<br>615 South Dupont Highway<br>Dover, Delaware 19901<br>Phone: (800) 316-6660<br>Facsimile: (800) 989-4671 |
| **Arctic Glacier Income Fund**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 | **Arctic Glacier Inc.**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 |
| **Arctic Glacier International Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | **Home City Ice Company**<br>c/o Thomas E. Sedler<br>5709 Harrison Avenue<br>Cincinnati, Ohio 45248<br>Phone: (513) 574-1800<br>Facsimile: (513) 574-5409 |

James W. Anderson
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622

9278

13