# GUSTAFSON GLUEK PLLC
ATTORNEYS AT LAW

650 NORTHSTAR EAST
608 SECOND AVE SOUTH
MINNEAPOLIS, MINNESOTA 55402
TEL (612) 333-8844 • FAX (612) 339-6622

JAMES W. ANDERSON
JANDERSON@GUSTAFSONGLUEK.COM

March 31, 2008

**VIA FEDERAL EXPRESS**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

      Re:    *In re Packaged Ice Antitrust Litigation*
                *MDL No. 1952*

Dear Clerk of the Panel:

Enclosed please find the original and four (4) copies of the following documents which relate to the above-captioned matter:

(1) Motion by Mall Mart, Inc. d/b/a Midway BP for Transfer of All Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings;

(2) Memorandum of Law in Support of the Motion by Mall Mart, Inc. d/b/a Midway BP for Transfer of All Actions to the District of Minnesota for Coordinated or Consolidated Pretrial Proceedings;

(3) Schedule of Related Actions, Exhibit A; and

(4) Proof of Service.

Additionally, please find one copy of the corresponding Plaintiffs Complaints.

Also enclosed is a CD with the Motion and Memorandum in Support of the Motion in PDF format.

Clerk of the Panel
Page 2
March 31, 2008

    By copy of this letter, counsel has been served.

    If you have any questions, please call me.

                      Sincerely,

                        GUSTAFSON GLUEK PLLC

                        James W. Anderson

Enclosures
cc: All Counsel on Attached Service List

9272