# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| *IN RE PACKAGED ICE ANTITRUST LITIGATION* | ) ) ) ) | **MDL No. 1952** |

08cv539  DMS(POR)

## REVISED CERTIFICATE OF SERVICE

I, James W. Anderson, hereby certify that true and correct copies of the following papers:

1.      Revised Schedule of Actions; and

2.      Revised Certificate of Service

were served by U.S. Mail on April 3, 2008 to the following:

| Clerk of Court<br>**United States District Court for the**<br>**Northern District of California**<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>Tel. (415) 522-2000 | Clerk of Court<br>**United States District Court for**<br>**the District of Minnesota.**<br>202 U.S. Courthouse<br>300 S. 4th Street.<br>Minneapolis, MN 55415<br>Tel. (612) 664-5000 |
|---|---|

| | |
|---|---|
| Office of the Clerk<br>**United States District Court for the**<br>**Eastern District of Michigan**<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 | Office of the Clerk<br>**United States District Court for**<br>**the Southern District of Ohio**<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202<br>Tel. (513) 564-7500 |
| Clerk of Court<br>**United States District Court for**<br>**the Northern District of Ohio**<br>Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113-1830<br>Tel. (216) 357-7000 | Clerk of Court<br>**United States District Court for the**<br>**Northern District of Texas**<br>1100 Commerce, Room 1452<br>Dallas, TX 75242<br>Tel. (214) 753-2200 |
| Clerk of Court<br>**United States District Court**<br>**Southern District of California**<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>Tel. (619) 557-5600 | Office of the Clerk<br>**United States District Court**<br>**District of Kansas**<br>500 State Ave.<br>259 U.S. Courthouse<br>Kansas City, Kansas 66101<br>Tel. (913) 551-6719 |
| Office of the Clerk<br>**United States District Court**<br>**for the Eastern District of Michigan**<br>P.O. Box 8199<br>Ann Arbor, MI 48107 | Larry Veselka<br>**SMYSER KAPLAN & VESELKA LLP**<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002<br>Phone: (713) 221-2300<br>Facsimile: (713) 221-2320<br>E-mail: LVeselka@SKV.com<br><br>*Counsel for Plaintiff Rodney Blasingame, Case*<br>*No. 3:08-00498 (Northern District of Texas)* |

9278

2

| | |
|---|---|
| Daniel C. Girard<br>Steven G. Tidrick<br>Elizabeth C. Pritzker<br>Aaron M. Sheanin<br>Todd I. Espinosa<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Phone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>E-mail: dcg@girardgibbs.com<br>E-mail: sgt@girardgibbs.com<br>E-mail: ecp@girardgibbs.com<br>E-mail: ams@girardgibbs.com<br>E-mail: tie@girardgibbs.com<br><br>*Counsel for Plaintiff Rodney Blasingame, Case No. 3:08-00498 (Northern District of Texas)* | Mary Ellen Gurewitz<br>**SACHS WALDMAN**<br>1000 Farmer Street<br>Detroit, MI 48226<br>Phone: (313) 965-3464<br>Facsimile: (313) 965-0268<br>E-mail: megurewitz@sacswaldman.com<br><br>*Counsel for Plaintiff Elite Energy, LLC in Case No. 2:08-cv-11201 (Eastern District of Michigan)* |
| Steven A. Asher, Esq.<br>**WEINSTEIN KITCHENOFF & ASHER LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Phone: (215) 545-7200<br>Facsimile: (215) 545-6535<br>E-mail: asher@wka-law.com<br><br>*Counsel for Plaintiff Elite Energy, LLC in Case No. 2:08-cv-11201 (Eastern District of Michigan)* | Mario Nunzio Alioto<br>Lauren Clare Russell<br>**TRUMP ALIOTO TRUP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA 94123<br>Phone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc. in Case No. 3:08-cv-01486 (Northern District of California)* |

| | |
|---|---|
| Joseph Marid Patane<br>**LAW OFFICE OF JOSEPH M. PATANE**<br>2280 Union Street<br>San Francisco, CA 94123<br>Phone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>E-mail: jpatane@tatp.com<br><br>*Counsel for Plaintiff Marin Scotty's Market,*<br>*Inc. in Case No. 3:08-cv-01486 (Northern*<br>*District of California)* | Bryan L. Bleichner<br>Jeffrey D. Bores<br>Karl L. Cambronne<br>**CHESTNUT & CAMBRONNE, PA**<br>222 S. 9th Street, Suite 3700<br>Minneapolis, MN 55402<br>Phone: (612) 339-7300<br>Facsimile: (612) 336-2921<br>E-mail: bbleichner@chestnutcambronne.com<br>E-mail: jbores@chestnutcambronne.com<br>E-mail: kcambronne@chestnutcambronne.com<br><br>*Counsel for Plaintiff Baron Group Inc. in Case*<br>*No. 0:08-cv-00670 (District of Minnesota)* |
| Richard A. Lockridge<br>Heidi M. Silton<br>W. Joseph Bruckner<br>Matthew R. Salzwedel<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Ave. S. Suite 2200<br>Minneapolis, MN 55401-2179<br>Phone: (612) 596-4092<br>Facsimile: (612) 339-0981<br>E-mail: ralockridge@locklaw.com<br>E-mail: hmsilton@locklaw.com<br>E-mail: wjbruckner@locklaw.com<br>E-mail: mrsalzwedel@locklaw.com<br><br>*Counsel for Plaintiff Kozak Enterprises Inc. in*<br>*Case No. 0:08-cv-00704 (District of*<br>*Minnesota); Counsel for Plaintiff Thomas*<br>*Beverage Co., Inc. in Case No. 0:08-cv-00863*<br>*(District of Minnesota); Counsel for Plaintiff*<br>*Public Foods, Inc., Americana Food Store, Inc.*<br>*and Twin Value, LLC in Case No. 0:08-cv-*<br>*00862  (District of Minnesota)* | Richard Stuart Wayne<br>Thomas P. Glass<br>William Robert Jacobs<br>**STRAUSS & TROY**<br>150 E. Fourth Street, 4th Floor<br>Cincinnati, OH 45202-4018<br>Phone: (513) 621-2120<br>Facsimile: (513) 241-8259<br>E-mail: rswayne@strausstroy.com<br>E-mail: tplass@strausstroy.com<br>E-mail: wrjacobs@strausstroy.com<br><br>*Counsel for Plaintiff Champs Liquors Inc. in*<br>*Case No. 1:08-cv-00179 (Southern District of*<br>*Ohio)* |

4

| | |
|---|---|
| Edmund W. Searby<br>John D. Fabian<br>**MCDONALD HOPKINS**<br>2100 Bank One Center<br>600 Superior Avenue, E<br>Cleveland, OH 44114<br>Phone: (216) 348-5400<br>Facsimile: (216) 348-5474<br>E-mail: esearby@mcdonaldjopkins.com<br>E-mail: jfabian@mcdonaldhopkins.com<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.*<br>*in Case No. 1:08-cv-00657 (Northern District*<br>*of Ohio); Counsel for Plaintiff Fu-Wah Mini*<br>*Market in Case No. 1:08-cv-00666 (Northern*<br>*District of Ohio); Counsel for Plaintiff*<br>*Warrington Fuels, Inc. in Case*<br>*No. 1:08-cv-00692; Counsel for Plaintiff*<br>*Marchbanks Travel Service Inc. in Case No.*<br>*1:08-cv-00695 (Northern District of Ohio)* | Robert N. Kaplan<br>**KAPLAN, KILSHEIMER & FOX**<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Phone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.*<br>*in Case No. 1:08-cv-00657 (Northern District*<br>*of Ohio)* |
| H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>**BERGER & MONTAGUE**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Phone: (215) 875-3000<br>Facsimile: (215) 875-4671<br><br>*Counsel for Plaintiff Fu-Wah Mini Market in*<br>*Case No. 1:08-cv-00666 (Northern District of*<br>*Ohio); Counse lfor Plaintiff Marchbanks*<br>*Travel Service, Inc. in Case No. 1:08-cv-00695*<br>*(Northern District of Ohio)* | Christopher E. Coleman<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN**<br>150 4th Avenue, Suite 1650<br>Nashville, TN 37219<br>Phone: (615) 313-9000<br>Facsimile: (615) 313-9965<br><br>*Counsel for Plaintiff Marchbanks Travel*<br>*Services, Inc. In Case No. 1:08-cv-00695*<br>*(Northern District of Ohio)* |

9278

| | |
|---|---|
| Jacob A. Goldberg<br>**FARUQI & FARUQI**<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Phone: (215) 914-2460<br>Facsimile: (215) 914-2462<br>E-mail: jgoldberg@faruqilaw.com<br><br>*Counsel for Plaintiffs F & V Oil Company,*<br>*Inc., Lansdale Oil Company., Inc., & VB & FS*<br>*Oil Company in Case No. 2:08-cv-11152*<br>*(Eastern District of Michigan)* | Stephen F. Wasinger<br>**STEPHEN F. WASINGER**<br>300 Balmoral Centre<br>32121 Woodward Avenue<br>Royal Oak, MI 48073<br>Phone: (248) 554-6306<br>Facsimile: (248) 414-9906<br>E-mail: sfw@sfwlaw.com<br><br>*Counsel for Plaintiffs F & V Oil Company,*<br>*Inc., Lansdale Oil Company, Inc., VB & FS Oil*<br>*Company in Case No. 2:08-cv-11152 (Eastern*<br>*District of Michigan)* |
| Patrick E. Cafferty<br>**CAFFERTY FAUCHER**<br>101 N. Main Street, Suite 450<br>Ann Arbor, MI 48104<br>Phone: (734) 769-2144<br>Facsimile: (734) 469-1207<br>E-mail: pcafferty@caffertyfaucher.com<br><br>*Counsel for Plaintiff S &S Lima, Inc. in Case*<br>*No. 2:08-cv-11182 (Eastern District of*<br>*Michigan); Counsel for Plaintiff RSB Wellman*<br>*Co., Inc. in Case No. 2:08-cv-11213 (Eastern*<br>*District of Michigan); counsel for Plaintiff Y &*<br>*R's, Inc. in Case No. 08-cv-11316 (Eastern*<br>*District of Michigan)* | Ann Mandt<br>**CHARFIIS & CHRISTENSEN**<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>Phone: (313) 875-8080<br>Facsimile: (313) 875-8522<br><br>*Counsel for Plaintiff Silver Springs Liquor Inc.*<br>*in Case No. 2:08-cv-11200 (Eastern District of*<br>*Michigan)* |

| | |
|---|---|
| Jonathan B. Frank<br>**JACKIER GOULD**<br>121 W. Long Lake Road, 2nd Floor<br>Bloomfield Hills, MI 48304<br>Phone: (248) 642-0500<br>Facsimile: (248) 642-5241<br>E-mail: frank@jackiergould.com<br><br>*Counsel for Plaintiff Melrick Inc. in Case No.*<br>*2:08-cv-11204 (Eastern District of Michigan)* | Martha J. Olijnyk<br>E. Powell Miller<br>**THE MILLER LAW FIRM**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Phone: (248) 841-2200<br>Facsimile: (248) 652-2852<br>E-mail: mjo@millerlawpc.com<br><br>*Counsel for Plaintiff Joseph Kraine in Case*<br>*No. 2:08-cv-11238 (Eastern District of*<br>*Michigan); Counsel for Plaintiff Circle Beer &*<br>*Beverage, Inc. in Case No. 5:08-cv-11293*<br>*(Eastern District of Michigan); counsel for*<br>*Plaintiff Mazell LLC in Case No. 0:08-cv-*<br>*11315 (Eastern District of Michigan); counsel*<br>*for Plaintiff Linco Distributing Company, Inc.*<br>*d/b/a Beer Minimum in Case No. 08-cv-11330*<br>*(Eastern District of Michigan); counsel*<br>*for Plaintiff 823 Sproul Inc. d/b/a Sproul*<br>*Beverage in Case No. 08-cv-11345 (Eastern*<br>*District of Michigan)* |
| Terrell W. Oxford<br>Barry C. Barnett<br>**SUSMAN GODFREY**<br>901 Main Street, Suite 5100<br>Dallas, TX 75202<br>Phone: (214) 754-1900<br>Facsimile: (214) 754-1933<br>E-mail: toxford@susmangodfrey.com<br>E-mail: bbarnett@susmangodfrey.com<br><br>*Counsel for Plaintiff Five Angels Management*<br>*in Case No. 3:08-cv-00480 (Northern District*<br>*of Texas); Counsel for Plaintiff Joseph*<br>*Massino in Case No. 3:08-cv-00496 (Northern*<br>*District of Texas); Counsel for Plaintiff*<br>*Ethamma Emmanuel in Case No.*<br>*3:08-cv-00507(Northern District of Texas);*<br>*counsel for Plaintiff Rick Drontle d/b/a*<br>*Ponytail Catering in Case No. 08-cv-536*<br>*(Northern District of Texas); counsel for*<br>*Plaintiff Wilson Farms Inc. in Case No.*<br>*08-cv-537 (Northern District of Texas);* | Austin B. Cohen<br>Charles Sweedler<br>Howard J. Sedran<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Facsimile: (215) 592-4663<br><br>*Counsel for Plaintiff Five Angels Management*<br>*in Case No. 3:08-cv-00480 (Northern District*<br>*of Texas)* |

| | |
|---|---|
| David P. McLafferty<br>**MCLAFFERTY & ASSOCIATES PC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Phone: (610) 940-4000<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* | Stewart M. Weltman<br>**WELTMAN LAW FIRM**<br>77 W. Wacker Drive, Suite 4800<br>Chicago, IL 60601<br>Phone: (312) 606-8756<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* |
| Ann D. White<br>**ANN D. WHITE LAW OFFICE PC**<br>165 Township Line Road, Suite 2400<br>Jenkintown, PA 19046<br>Phone: (215) 481-0274<br>Facsimile: (215) 481-0271<br><br>*Counsel for Plaintiff Joseph Massino in Case No. 3:08-cv-00496 (Northern District of Texas)* | John C. Evans<br>**SPECTER SPECTER EVANS & MANOGUE PC**<br>The 26th Floor Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 642-2300<br>Facsimile: (412) 642-2309<br><br>*Counsel for Plaintiff Circle Beer & Beverage, Inc. in Case No. 5:08-cv-11293 (Eastern District of Michigan); counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan)* |
| Michael P. Lynn<br>Richard A. Smith<br>**LYNN TILLOTSON & PINKER LLP**<br>750 North St. Paul Street, Suite 1400<br>Dallas, Texas 75201<br>Phone: (214) 981-3800<br>Facsimile: (214) 981-3839<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* | John R. Malkinson, Esq.<br>**MALKINSON & HALPERN PC**<br>223 West Jackson Blvd., Suite 1010<br>Chicago, Illinois 60606<br>Phone: (312) 427-9600<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* |

9278

8

| | |
|---|---|
| Roberta D. Liebenberg, Esq.<br>**FINE KAPLAN AND BLACK RPC**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 567-6565<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-<br>11 Food Store #24428 in Case No. 3:08-cv-<br>00512 (Northern District of Texas)* | Eugene A. Spector<br>William G. Caldes<br>**SPECTOR ROSEMAN & KODROFF PC**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Phone: (215) 496-0300<br><br>*Counsel for Plaintiff Ethamma Emmanuel in<br>Case No. 3:08-cv-00507 (Northern District of<br>Texas)* |
| John Murdock<br>**MURDOCK GOLDENBERG SCHNEIDER<br>& GROH LPA**<br>35 East Seventh Street, Suite 600<br>Cincinnati, Ohio 45202<br>Phone: (513) 345-8291<br><br>*Counsel for Plaintiff Ethamma Emmanuel in<br>Case No. 3:08-cv-00507 (Northern District of<br>Texas)* | Robert J. Gralewski, Jr.<br>**GERGOSIAN & GRALEWSKI LLP**<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Phone: (619) 237-9500<br>Facsimile: (619) 237-9555<br>E-mail: bob@gergosian.com<br><br>*Counsel for Plaintiff Thomas Beverage Co.,<br>Inc. in Case No. 0:08-cv-00863 (District of<br>Minnesota)* |
| Richard J. Arsenault<br>John R. Whaley<br>**NEBLETT BEARD & ARSENAULT**<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br>Phone: (800) 256-1050<br>Facsimile: (318) 561-2592<br>E-mail: rarsenault@nbalawfirm.com<br>E-mail: jrwhaley@nbalawfirm.com<br><br>*Counsel for Plaintiff Thomas Beverage Co.,<br>Inc.  in Case No. 0:08-cv-00863 (District of<br>Minnesota)* | Ira Neil Richards<br>**TRUJILLO RODRIGUEZ & RICHARDS<br>LLC**<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Phone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>E-mail: ira@trrlaw.com<br><br>*Counsel for Plaintiff Thomas Beverage Co.,<br>Inc. in Case No. 0:08-cv-00863 (District of<br>Minnesota)* |

| | |
|---|---|
| Peter Safirstein<br>Andrew W. Morganti<br>**MILBERG LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Phone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>E-mail: psafirstein@milberg.com<br>E-mail: amorganti@milberg.com<br><br>*Counsel for Plaintiff Public Foods, Inc.,*<br>*Americana Food Store, Inc. and Twin Value,*<br>*LLC in Case No. 0:08-cv-00862 (District of*<br>*Minnesota)* | Jason S. Hartley<br>Jason M. Lindner<br>**ROSS DIXON & BELL LLP**<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Phone: (619) 235-4040<br>Facsimile: (619) 231-8796<br>E-mail: jhartley@rdblaw.com<br>E-mail: jlindner@rdblaw.com<br><br>*Counsel for Plaintiff Public Foods, Inc.,*<br>*Americana Food Store, Inc. and Twin Value,*<br>*LLC in Case No. 0:08-cv-00862 (District of*<br>*Minnesota)* |
| Ryan Husaynu<br>**HUSAYNU & PLEZIA PC**<br>26211 Central Park Blvd., Suite 207<br>Southfield, MI 48076<br>Phone: (248) 356-7979<br>Facsimile: (248) 356-7799<br>E-mail: ryanh@mich.com<br><br>*Counsel for Plaintiff Public Foods, Inc.,*<br>*Americana Food Store, Inc. and Twin Value,*<br>*LLC in Case No. 0:08-cv-00862 (District of*<br>*Minnesota)* | Stephen R. Neuwirth<br>**QUINN EMANUEL URQUHART OLIVER**<br>**& HEDGES LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Phone: (212) 849-7165<br>Facsimile: (212) 849-7100<br>E-mail: stephenneuwirth@quinnemanuel.com<br><br>*Counsel for Plaintiff Mazell LLC in Case*<br>*No. 0:08-cv-11315 (Eastern District of*<br>*Michigan)* |
| Mel E. Lifshitz<br>Ronald J. Aranoff<br>**BERNSTEIN LIEBHARD &**<br>**LIFSHITZ LLP**<br>10 East 40th Street, 29th Floor<br>New York, New York 10016<br>Phone: (212) 779-1414<br>Facsimile: (212) 779-3218<br>E-mail: lifshitz@bernlieb.com<br>E-mail: aranoff@bernlieb.com<br><br>*Counsel for Plaintiff Mazell LLC in Case*<br>*No. 0:08-cv-11315 (Eastern District of*<br>*Michigan)* | Ralph K. Phalen<br>**RALPH K. PHALEN, Atty. At Law**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Phone: (816) 589-0753<br>Facsimile: (816) 471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia in Case*<br>*No. 08-cv-2138 (District of Kansas)* |

9278

| | |
|---|---|
| Mitchell L. Burgess<br>**BURGESS & LAMB, P.C.**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Phone: (816) 589-0753<br>Facsimile: (816) 471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* | Ben Barnow<br>**BARNOW AND ASSOCIATES, P.C.**<br>One North LaSalle, Suite 4600<br>Chicago, IL 60602<br>Phone: (312) 621-2000<br>Facsimile: (312) 641-5504<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* |
| Lance A. Harke<br>**HARKE & CLASBY LLP**<br>155 South Miami Ave., Suite 600<br>Miami, Florida 33130<br>Phone: (305) 536-8220<br>Facsimile: (305) 536-8229<br><br>*Counsel for Plaintiff Jenifer Valencia in Case No. 08-cv-2138 (District of Kansas)* | Jeffrey A. Klafter<br>**KLAFTER & OLSEN LLP**<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10605<br>Phone: (914) 997-5656<br>Facsimile: (914) 997-2444<br><br>*Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan)* |
| Steven A. Schwartz<br>Daniel B. Scott<br>**CHIMICLES & TIKELLIS LLP**<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Phone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>E-mail: steveschwartz@chimicles.com<br>E-mail: danielscott@chimicles.com<br><br>*Counsel for Plaintiff Y & R's, Inc. in Case No. 08-cv-11316 (Eastern District of Michigan)* | Samuel D. Heins<br>Vincent J. Esades<br>Scott W. Carlson<br>Katherine T. Kelly<br>**HEINS MILLS & OLSON, P.L.C.**<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>E-mail: vesades@heinsmills.com<br>E-mail: scarlson@heinsmills.com<br>E-mail: kkelly@heinsmills.com<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas)* |

| | |
|---|---|
| Nathaniel P. Hobbs<br>**PATRICK BURNS & ASSOCIATES**<br>8401 Wayzata Boulevard, Suite 300<br>Minneapolis, MN 55426<br>Phone: (952) 564-6262<br>Facsimile: (952) 564-6263<br>E-mail: Nathan@patrickburnslaw.com<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas)* | Michael D. Hausfeld<br>**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>E-mail: mhausfeld@cmht.com<br><br>*Counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Phone: (415) 229-2080<br>Facsimile: (415) 986-3643<br>E-mail: mlehmann@cmht.com<br>E-mail: clebsock@cmht.com<br>E-mail: jking@cmht.com<br><br>*Counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Arthur N. Bailey<br>**Arthur N. Bailey & Associates**<br>111 West Second Street, Suite 4500<br>Jamestown, NY 14701<br>Phone: (716) 66-2967<br>Facsimile: (716) 664-2983<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Allan Steyer<br>**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>Phone: (415) 421-3400<br>Facsimile: (415) 421-2234<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Maxwell M. Blecher<br>**BLECHER & COLLINS**<br>515 South Figueroa Street, 17th Floor<br>Los Angeles, California 90071<br>Phone: (213) 622-4222<br>Facsimile: (213) 622-1656<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |

9278

Jonathan W. Cuneo
Daniel C. Cohen
**CUNEO, GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Facsimile: (202) 789-1813

*Counsel for Plaintiff Wilson Farm, Inc. in
Case No. 08-cv-537 (Northern District of
Texas)*

Anthony Bolognese
Joshua H. Grabar
**BOLOGNESE & ASSOCIATES, LLC**
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Phone: (215) 814-6750
Facsimile: (215) 814-6764

*Counsel for Plaintiff 823 Sproul Inc. d/b/a
Sproul Beverage in Case No. 08-cv-11345
(Eastern District of Michigan)*

Mark A. Maasch
**TURNER AND MAASCH**
550 West C Street
Suite 1150
San Diego, CA 92101
Phone: (619) 237-1212
Facsimile: (619) 237-0325
Email: mam@tmsdlaw.com

*Counsel for Plaintiff Jan Barranco-Grams in
Case No. 3:08-cv-539 (Southern District of
California)*

Garrett D. Blanchfield, Jr.
Mark Reinhardt
**REINHARDT WENDORF &
BLANCHFIELD**
E-1250 First National Bank Building
332 Minnesota St.
St Paul, MN 55101
Phone: (651) 287-2100
Email: g.blanchfield@rwblawfirm.com
Email: mreinhardt@comcast.net

*Counsel for Plaintiff G.M. Food & Fuel LLC
d/b/a G.M. Food & Gas in Case
No. 0:08-cv-826 (District of Minnesota)*

Karl L. Cambronne
**CHESTNUT & CAMBRONNE, P.A.**
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
Phone: (612) 339-7300
Fax: (612) 336-2940
Email: kcambronne@chestnutcambronne.com

*Counsel for Plaintiff G.M. Food & Fuel LLC
d/b/a G.M. Food & Gas in Case
No. 0:08-cv-826 (District of Minnesota)*

Richard L. Jasperson
**RICHARD L. JASPERSON P.A.**
E1000 First National Bank Building
332 Minnesota Street
St Paul, MN 55101
Phone: (651) 223-5039
Fax: (651) 223-5802
Email: rjasperson@vhminfo.com

*Counsel for Plaintiff G.M. Food & Fuel LLC
d/b/a G.M. Food & Gas in Case
No. 0:08-cv-826 (District of Minnesota)*

| | |
|---|---|
| **Reddy Ice Holdings, Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | **Reddy Ice Coporation**<br>c/o Capitol Services, Inc.<br>615 South Dupont Highway<br>Dover, Delaware 19901<br>Phone: (800) 316-6660<br>Facsimile: (800) 989-4671 |
| **Arctic Glacier Income Fund**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 | **Arctic Glacier Inc.**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 |
| **Arctic Glacier International Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | **Arctic Glacier California Inc.**<br>c/o C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| **Home City Ice Company**<br>c/o Thomas E. Sedler<br>5709 Harrison Avenue<br>Cincinnati, Ohio 45248<br>Phone: (513) 574-1800<br>Facsimile: (513) 574-5409 | |

James W. Anderson
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622

9278

14

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re Packaged Ice Antitrust Litigation* ) ) ) ) | **MDL No. 1952** |

## REVISED SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Ridge Plaza Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00657 | James M. Rosenbaum |
| **Plaintiff:**<br>Mall Mart, Inc. d/b/a Midway BP<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00663 | James M. Rosenbaum |
| **Plaintiff:**<br>The Baron Group, Inc. d/b/a Baron's Ice House<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00670 | Joan N. Ericksen |
| **Plaintiff:**<br>Kozak Enterprises, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00704 | Ann D. Montgomery |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Chi-Mar Enterprises, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Ohio (Cleveland) | 1:08cv00657 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Champs Liquors, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | S.D. Ohio (Cincinnati) | 1:08cv00179 | Sandra S.Beckwith |
| **Plaintiffs:**<br>F & V Oil Company, Inc.; Lansdale Oil Company, Inc.; VB & FS Oil Company<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11152 | Paul D. Borman |
| **Plaintiff:**<br>Fu-Wah Mini Market<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Ohio (Cleveland) | 1:08cv00666 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Solid Waste Ltd., Inc. d/b/a Bayland Marina<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00713 | Paul A. Magnuson |

9279

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Marin Scotty's Market, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. California (San Francisco) | 3:08cv01486 | Maxine M. Chesney |
| **Plaintiff:**<br>Thrifty Liquor Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00777 | David S. Doty |
| **Plaintiff:**<br>Elite Energy, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11201 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>Silver Springs Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11200 | Arthur J. Tarnow |
| **Plaintiff:**<br>S and S Lima, Inc. d/b/a Dry Run Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11182 | George Caram Steeh |
| **Plaintiff:**<br>Five Angels Management d/b/a Frank A. Smith Beverages<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Texas (Dallas) | 3:08cv00480 | Jorge A. Solis |

9279

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Melrick, Inc. d/b/a North Main Short Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11204 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>RSB Wellman Co., Inc. d/b/a Twig's Carry Out<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11213 | Sean F. Cox |
| **Plaintiff:**<br>Warrington Fuels, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Ohio (Cleveland) | 1:08cv00692 | Kathleen M. O'Malley |
| **Plaintiff:**<br>Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Ohio (Cleveland) | 1:08cv00695 | James S. Gwin |
| **Plaintiff:**<br>Chukrid Khorchid, d/b/a 7-Eleven<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00809 | Joan M. Ericksen |

9279

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Joseph Massino<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Texas (Dallas) | 3:08cv00496 | Sidney A. Fitzwater |
| **Plaintiff:**<br>Joseph Kraine d/b/a Joe's Beer Distributor<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11238 | Avern Cohn |
| **Plaintiff:**<br>Rodney Blasingame<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Texas (Dallas) | 3:08cv00498 | Jane J. Boyle |
| **Plaintiff:**<br>G.M. Food & Fuel LLC d/b/a G.M. Food & Gas<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00826 | David S. Doty |
| **Plaintiff:**<br>Jan Barranco-Grams<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company; Arctic Glacier California, Inc. | S.D. California (San Diego) | 3:08cv539 | Dana M. Sabraw |
| **Plaintiff:**<br>Ethamma Emmanuel, d/b/a 7-11 25452<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Texas (Dallas) | 3:08cv00507 | Jorge A. Solis |

9279

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Circle Beer & Beverage, Inc. t/d/b/a Duffy's Pop & Beer Warehouse **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Ann Arbor) | 5:08cv11293 | John Corbett O'Meara |
| **Plaintiff:** Joseph Difabritiis 7-11 Food Store #24428 **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Texas (Dallas) | 3:08cv00512 | Sidney A. Fitzwater |
| **Plaintiff:** Thomas Beverage Co., Inc. d/b/a Thomas Liquors **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00863 | Ann D. Montgomery |
| **Plaintiff:** Public Foods, Inc., Americana Food Store, Inc., and Twin Value, LLC d/b/a Seaway Marketplace **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Minnesota | 0:08cv00862 | John R. Tunheim |
| **Plaintiff:** Mazell LLC **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11315 | David M. Lawson |

9279

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Jenifer Valencia<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | Kansas (Kansas City) | 2:08cv2138 | Carlos Murguia |
| **Plaintiff:**<br>Linco Distributing Company, Inc. d/b/a Beer Minimum<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11330 | Arthur J. Tarnow |
| **Plaintiff:**<br>Y & R's, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan | 2:08cv11316 | Bernard A. Friedman |
| **Plaintiff:**<br>Rick Drontle d/b/a Ponytail Catering<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc. | N.D. Texas (Dallas) | 3:08cv00536 | Jane J. Boyle |
| **Plaintiff:**<br>Wilson Farms, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | N.D. Texas (Dallas) | 3:08cv00537 | Jane J. Boyle |
| **Plaintiff:**<br>823 Sproul Inc. d/b/a Sproul Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corp.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; Home City Ice Company | E.D. Michigan (Detroit) | 2:08cv11345 | Bernard A. Friedman |

9279

# GUSTAFSON GLUEK PLLC

### ATTORNEYS AT LAW

650 NORTHSTAR EAST

608 SECOND AVE SOUTH

MINNEAPOLIS, MINNESOTA 55402

TEL (612) 333-8844 • FAX (612) 339-6622

JAMES W. ANDERSON
JANDERSON@GUSTAFSONGLUEK.COM

April 3, 2008

**VIA FEDERAL EXPRESS**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

> **Re:**     **_In re Packaged Ice Antitrust Litigation_**
> **_MDL No. 1952_**

Dear Clerk of the Panel:

In order to cure clerical errors in Plaintiff Mall Mart, Inc. d/b/a Midway BP's § 1407 submission, enclosed please find the following documents which relate to the above-captioned matter:

(1)    Revised Schedule of Actions; and

(2)    Revised Certificate of Service.

By copy of this letter, counsel has been served.

If you have any questions, please call me.

Sincerely,

GUSTAFSON GLUEK PLLC

James W. Anderson

Enclosures
cc: All Counsel and Parties