

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

08 CV 0539 DMS POR

---

IN RE PACKAGED ICE
ANTITRUST LITIGATION

: 
: 
: 
:

MDL DOCKET NO.  1952

---

## DISCLOSURE STATEMENT FORM

Please check one box:

☒        The nongovernmental corporate party, <u>Ridge Plaza Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐        The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

_4/3/08_
Date

Counsel for:

_Signature_

Ridge Plaza Inc.;
The Baron Group, Inc. d/b/a Baron's Ice House;
Solid Waste Ltd., Inc. d/b/a Bayland Marina;
Thrifty Liquor Inc.; and
Silver Springs Liquor, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2)    promptly file a supplemental statement upon any change in the information that the statement requires.