

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

08 CV 0539 DMS POR

| | | |
|---|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | : : : : | MDL DOCKET NO. 1952 |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, <u>Thrifty Liquor Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

4/3/08
Date

Signature

Counsel for:  Ridge Plaza Inc.;
The Baron Group, Inc. d/b/a Baron's Ice House;
Solid Waste Ltd., Inc. d/b/a Bayland Marina;
Thrifty Liquor Inc.; and
Silver Springs Liquor, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
(1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
(2)   promptly file a supplemental statement upon any change in the information that the statement requires.