APR - 8 2008

**Service List**          08CV 0539 DMS POR

| | |
|---|---|
| **District Courts** | |
| United States District Court<br>District of Minnesota<br>202 U.S. Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 | |
| United States District Court<br>Northern District of Ohio<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | |
| United States District Court<br>Southern District of Ohio<br>(Western Division)<br>Office of the Clerk<br>Potter Stewart U.S. Courthouse Room 103<br>100 East Fifth St.<br>Cincinnati, Ohio 45202 | |
| United States District Court<br>California Northern District<br>Office of the Clerk<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 | |
| U.S. District Court<br>Southern District of California<br>Office of the Clerk<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | |
| United States District Court<br>Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 | |
| United States District Court<br>Northern District of Texas<br>1100 Commerce, Room 1452<br>Dallas, TX 75242 | |
| United States District Court<br>District of Kansas<br>500 State Avenue<br>259 U.S. Courthouse<br>Kansas City, KS 66101 | |
| **Defendants** | |
| Reddy Ice Holdings, Inc.<br>8750 N. Central Expressway, Suite 1800<br>Dallas, TX 75231 | |

| | |
|---|---|
| Arctic Glacier Income Fund<br>625 Henry Avenue,<br>Winnipeg, MB R3A 0V1,<br>Canada | |
| Arctic Glacier Inc.<br>625 Henry Avenue,<br>Winnipeg, MB R3A 0V1,<br>Canada | |
| Arctic Glacier International, Inc.<br>1645 Marthaler Lane,<br>West St. Paul, MN 55118 | |
| Home City Ice Company<br>5709 Harrison Avenue,<br>Cincinnati, OH 45248 | |
| Reddy Ice Corporation<br>c/o Reddy Ice Holdings, Inc.<br>8750 N. Central Expressway, Suite 1800<br>Dallas, TX 75231 | |
| **Plaintiffs** | |
| Bernard Persky<br>Hollis L. Salzman<br>Kellie Lerner<br>Morissa Falk<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Fax: (212) 818-0477<br><br>*Counsel for Plaintiffs Ridge Plaza, Inc., The Baron Group d/b/a Baron's Ice House, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc. and Silver Springs Liquor Inc.* | |
| Daniel E Gustafson<br>Jason J. Kilene<br>GUSTAFSON GLUEK PLLC<br>608 2nd Ave S Ste 650<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844<br>Fax: 612-339-6622<br><br>*Counsel for Plaintiffs Ridge Plaza, Inc., Mall Mart, Inc. d/b/a Midway BP, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc. and Chukrid Khorchid d/b/a 7-Eleven* | |
| Guri Ademi<br>Shpetim Ademi | |

| | |
|---|---|
| David J. Syrios<br>ADEMI & O'REILLY<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br><br>*Counsel for Plaintiff Ridge Plaza, Inc.* | |
| Richard A. Lockridge<br>W. Joseph Bruckner<br>Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Ave S Ste 2200<br>Minneapolis, MN 55401-2179<br>Telephone: 612-339-6900<br>Fax: 612-339-0981<br><br>*Counsel for Plaintiffs Mall Mart, Inc. d/b/a Midway BP, Kozak Enterprises, Inc., Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace and Thomas Beverage Co., d/b/a Thomas Liquors* | |
| Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: 717-892-3000<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | |
| Dennis Stewart<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-338-1133<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | |
| Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602<br>Telephone: 312-346-2222<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | |
| John Dominguez | |

| | |
|---|---|
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Esperante Building, Suite 900<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>Telephone: 561-835-9400<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | |
| Karl L. Cambronne<br>Jeffrey D. Bores<br>Bryan L. Bleichner<br>CHESTNUT & CAMBRONNE, PA<br>222 S 9th St Ste 3700<br>Minneapolis, MN 55402<br>Telephone: 612-339-7300<br>Fax: 612-336-2921<br><br>*Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House* | |
| Gary B. Friedman<br>Tracey Kitzman<br>Aaron D. Patton<br>Dean M. Solomon<br>FRIEDMAN LAW GROUP LLP<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012<br>Telephone: 212-680-5150<br>Fax: 646-277-1151<br><br>*Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House* | |
| Jayne Goldstein<br>MAGER & GOLDSTEIN<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326<br>Telephone: 954-515-0123<br>Fax: 954-515-0124<br><br>*Counsel for Plaintiff Kozak Enterprises, Inc.* | |
| Edmund W. Searby<br>John D. Fabian<br>MCDONALD HOPKINS LLC<br>2100 Bank One Center<br>600 Superior Avenue, E<br>Cleveland, OH 44114<br>Telephone: 216-348-5400 | |

| | |
|---|---|
| Fax: 216-348-5474<br><br>*Counsel for Plaintiffs Chi-Mar Enterprises, Inc., Fu-Wah Mini Market, Juanita Mobil, Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop and Warrington Fuels, Inc.* | |
| Robert N. Kaplan<br>Linda Nussbaum<br>Richard J. Kilsheimer<br>Gregory K. Arenson<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10017<br>Telephone: 212-687-1980<br><br>Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>Telephone: 847-948-0410<br>Fax: 847-948-7127<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc. and Warrington Fuels, Inc.* | |
| Joseph C. Kohn<br>KOHN SWIFT & GRAF, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Fax: 215-238-1968<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.* | |
| Kevin Love<br>CRIDEN & LOVE, P.A.<br>7301 S.W. 57th Court, Suite 515<br>South Miami, FL 33143<br>Telephone: 305-357-9000<br>Fax: 305-357-9050<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.* | |
| Richard Stuart Wayne<br>William R. Jacobs<br>Thomas P. Glass<br>STRAUSS & TROY<br>150 E Fourth Street | |

| | |
|---|---|
| 4th Floor<br>Cincinnati, OH 45202-4018<br>Telephone: 513-621-2120<br><br>*Counsel for Plaintiffs Champs Liquors, Inc. and Polly's Food Service, Inc. and Kenco Inc.* | |
| Mary Jane Fait<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: 312-984-0000<br>Fax: 312-984-0001<br><br>Fred T. Isquith<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-545-4600<br>Fax: 212-545-4653<br><br>*Counsel for Plaintiffs Champs Liquors, Inc., Polly's Food Service, Inc. and Kenco Inc.* | |
| Roger B. Greenberg<br>SCHWARTZ, JUNELL, GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010<br>Telephone: 713-752-0017<br>Fax: 713-752-0327<br><br>Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br><br>*Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina* | |
| H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>Charles P. Goodwin<br>Michael J. Kane | |

| | |
|---|---|
| David A. Langer<br>BERGER & MONTAGUE<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Telephone: 215-875-3000<br>Fax: 215-875-4671<br><br>*Counsel for Plaintiffs Fu-Wah Mini Market and Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* | |
| Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 John F. Kennedy Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: 215-814-6750<br><br>*Counsel for Plaintiffs Fu-Wah Mini Market, 823 Sproul Inc. d/b/a Sproul Beverage and Joseph Krainc d/b/a Joe's Beer Distributor* | |
| Mark H. Edelson<br>EDELSON & ASSOCIATES<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: 215-230-8043<br><br>*Counsel for Plaintiff Fu-Wah Mini Market* | |
| Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Marshall P. Dees<br>HOLZER HOLZER & FISTEL, LLC<br>1117 Perimeter Center West, Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770-392-0090<br>Fax: 770-392-0029<br><br>*Counsel for Plaintiff Thrifty Liquors Inc.* | |
| Mario Nunzio Alioto<br>Lauren Claire Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: 415-563-7200<br>Fax: 415-346-0679<br><br>Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE | |

| | |
|---|---|
| 2280 Union Street<br>San Francisco, CA 94123<br>Telephone: 415-563-7200<br>Fax: 415-346-0679<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc.* | |
| Kendall S. Zylstra<br>Jacob A. Goldberg<br>Stephen E. Connolly<br>FARUQI & FARUQI, LLP<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone: 215-914-2460<br>Fax: 215-914-2462<br><br>Nadeem Faruqi<br>Antonio Vozzolo<br>Richard D. Schwartz<br>FARUQI & FARUQI, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Fax: 212-983-9331<br><br>*Counsel for Plaintiffs Juanita Mobil, F & V Oil Company, Inc., Landsdale Oil Company, Inc., VB & FS Oil Company* | |
| Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>300 Balmoral Centre<br>32121 Woodward Avenue<br>Royal Oak, MI 48073<br>Telephone: 248-554-6306<br><br>Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone: 215-914-2460<br>Fax: 215-914-2462<br><br>*Counsel for Plaintiff F & V Oil Company, Inc., Landsdale Oil Company, Inc., VB & FS Oil Company* | |
| J. Douglas Peters<br>Ann K. Mandt<br>CHARFOOS & CHRISTENSEN, P.C. | |

| | |
|---|---|
| 5510 Woodward Avenue<br>Detroit, MI 48202<br>Telephone: 313-875-8080<br>Fax: 313-875-8522<br><br>Peter Burke<br>BURKE HARVEY & FRANKOWSKI, P.C.<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>Telephone: 205-930-9091<br>Fax: 205-930-9054<br><br>*Counsel for Plaintiff Silver Springs Liquor, Inc.* | |
| Mary Ellen Gurewitz<br>SACHS WALDMAN P.C.<br>1000 Farmer Street<br>Detroit, MI 48226<br>Telephone: 313-965-3464<br>Fax: 313-965-0268<br><br>*Counsel for Plaintiff Elite Energy, LLC* | |
| Terrell W. Oxford<br>Barry C. Barnett<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202-3775<br>Telephone: 214-754-1900<br>Fax: 214-754-1933<br><br>*Counsel for Plaintiffs Five Angels Management d/b/a Frank A. Smith Beverages, Joseph Massino, Charlie Holland Motors Inc., Mount Pocono Campground Inc., Wilson Farms Inc., Rick Drontle d/b/a Ponytail Catering and Ethamma Emmanuel d/b/a 7-11 # 25452* | |
| Austin B. Cohen<br>Charles Sweedler<br>Howard J. Sedran<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: 215-592-1500<br><br>David P. McLafferty<br>MCLAFFERTY & ASSOCIATES P.C. | |

| | |
|---|---|
| 923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: 610-940-4000<br><br>Stewart M. Weltman<br>WELTMAN LAW FIRM<br>77 W Wacker Drive, Suite 4800<br>Chicago, IL 60601-1664<br>Telephone: 312-606-8756<br><br>*Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages* | |
| Patrick E. Cafferty<br>CAFFERTY FAUCHER LLP<br>101 North Main Street, Ste. 450<br>Ann Arbor, MI 48104<br>Telephone: 734-769-2144<br>Fax: 734-769-1207<br><br>*Counsel for Plaintiffs S and S Lima, Incorporated d/b/a Dry Run Beverages, RSB Wellman, Co. Inc., d/b/a Twig's Carry Out, Higginbotham Oil Company, Inc., Blue Ash Service Center, Inc. d/b/a Blue Ash Shell and Y & R's Inc.* | |
| Bryan L. Clobes<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street, Ste. 3610<br>Philadelphia, PA 19103<br>Telephone: 215-864-2800<br>Fax: 215-864-2810<br><br>James F. Keller<br>GOTTESMAN & ASSOCIATES, LLC<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH 45202<br>Telephone: 513-651-2121<br>Fax: 513-651-2131<br>*Counsel for Plaintiff S and S Lima, Incorporated d/b/a Dry Run Beverages* | |
| Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>Telephone: 212-584-0700 | |

| | |
|---|---|
| Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19103<br>Telephone: 215-564-2300<br><br>*Counsel for Plaintiff RSB Wellman, Co. Inc., d/b/a Twig's Carry Out* | |
| Jonathan B. Frank<br>JACKIER GOULD, P.C.<br>121 W. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br>Telephone: 248-652-0500<br><br>Gerald J. Rodos<br>Mark R. Rosen<br>Jeffery B. Gittleman<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215-963-0600<br>Fax: 215-963-0838<br><br>Simon Bahne Paris<br>SALTZ MONGELUZZI BARRETT &<br>BENDESKY, P.C.<br>650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Telephone: 215-496-8282<br>Fax: 215-496-0999<br><br>*Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop* | |
| David A. Balto<br>LAW OFFICES OF DAVID A. BALTO<br>2600 Virginia Ave., NW Suite 1111<br>Washington, D.C. 20037<br>Telephone: 202-577-5424<br><br>Joseph R. Saveri<br>Michelle C. Jackson<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339 | |

| | |
|---|---|
| Telephone: 415-956-1000<br><br>Christopher E. Coleman<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1650<br>Nashville, Tennessee 37219-2423<br>Telephone: 615-313-9000<br><br>Joshua P. Davis<br>LAW OFFICE OF JOSHUA P. DAVIS<br>437A Valley Street<br>San Francisco, CA 94131<br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* | |
| Natalie Finkelman Bennett<br>SHEPHERD MILLER FINKELMAN &<br>SHAH, LLC<br>35 E. State Street<br>Media, PA 19063<br>Telephone: 610-891-9880<br><br>Michael D. Shaffer<br>Michael H. Gaier<br>SHAFFER & GAIER<br>One Penn Center<br>1617 JFK Boulevard, Suite 946<br>Philadelphia, PA 19103<br>Telephone: 215-751-0100<br><br>*Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven* | |
| Samuel D. Heins<br>Katherine T. Kelly<br>Scott W. Carlson<br>Vincent J. Esades<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: 612-338-4605<br>Fax: 612-338-4692<br><br>*Counsel for Plaintiffs Joseph Massino and Rick Drontle d/b/a Ponytail Catering* | |
| Ann D. White | |

| | |
|---|---|
| ANN D. WHITE LAW OFFICES P.C.<br>165 Township Line Road<br>Suite 2400<br>Jenkintown, PA 19046<br>Telephone: 215-481-0274<br>Fax: 215-481-0271<br><br>*Counsel for Plaintiff Joseph Massino* | |
| E. Powell Miller<br>Martha J. Olijnyk<br>THE MILLER LAW FIRM<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Telephone: 248-841-2200<br>Fax: 248-652-2852<br><br>*Counsel for Plaintiffs Joseph Krainc d/b/a Joe's Beer Distributor, Donald K. Tomino d/b/a Crafton Beverage Center, 823 Sproul Inc. d/b/a Sproul Beverage, Linco Distributing Company, Inc. d/b/a Beer Minimum, Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse and Mazell LLC* | |
| Jeffrey Krinsk<br>Mark Knutson<br>FINKELSTEIN & KRINSK<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>Telephone: 619-238-1333<br>Fax: 619-238-5425<br><br>*Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor* | |
| Mark A. Maasch<br>TURNER AND MAASCH<br>550 West C Street<br>Suite 1150<br>San Diego, CA 92101<br>Telephone: 619-237-1212<br>Fax: 619-237-0325<br><br>*Counsel for Plaintiff Jan Barranco-Grams* | |
| Eugene A. Spector<br>William G. Caldes<br>SPECTOR ROSEMAN & KODROFF<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | |

| | |
|---|---|
| Telephone: 215-496-0300<br><br>John Murdock<br>MURDOCK GOLDENBERG SCHNEIDER & GROH LPA<br>35 East Seventh Street<br>Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513-345-8291<br><br>*Counsel for Plaintiffs Ethamma Emmanuel d/b/a 7-11 # 25452 and Charlie Holland Motors Inc.* | |
| John C. Evans<br>SPECTER SPECTER EVANS & MANOGUE, P.C.<br>436 Seventh Avenue<br>The 26th Floor Koppers Building<br>Pittsburgh, PA 15219<br>Telephone: 412-642-2300<br>Fax: 412-642-2309<br><br>*Counsel for Plaintiffs Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse, Donald K. Tomino d/b/a Crafton Beverage Center and Linco Distributing Company, Inc. d/b/a Beer Minimum* | |
| Michael P. Lynn<br>Richard A. Smith<br>LYNN TILLOTSON & PINKER, LLP<br>750 N St. Paul Street<br>Suite 1400<br>Dallas, TX 75201<br>Telephone: 214-981-3800<br>Fax: 214-981-3839<br><br>John R. Malkinson<br>MALKINSON & HALPERN, P.C.<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606<br>Telephone: 312-427-9600<br><br>Roberta D. Liebenberg<br>FINE KAPLAN & BLACK, RPC<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Telephone: 215-567-6565 | |

| | |
|---|---|
| *Counsel for Plaintiff Joseph Difabritis d/b/a 7-11 Food Store #24428* | |
| Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI, LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Telephone: 619-237-9500<br>Fax: 619-237-9555<br><br>Ira Neil Richards<br>TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Telephone: 215-731-9004<br>Fax: 215-731-9044<br><br>Richard J. Arsenault<br>John R. Whaley<br>NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br>Telephone: 1-800-256-1050<br>Fax: 318-561-2592<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a Thomas Liquors* | |
| Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7165<br>Fax: 212-849-7100<br><br>Mel E. Lifshitz<br>Ronald J. Aranoff<br>BERNSTEIN LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street, 29th Floor<br>New York, New York 10016<br>Telephone: 212-779-1414<br>Fax: 212-779-3218<br><br>*Counsel for Plaintiff Mazell LLC* | |
| Peter Safirstein<br>Andrew W. Morganti | |

| | |
|---|---|
| MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: 212-594-5300<br>Fax: 212-868-1229<br><br>Jason S. Hartley<br>Jason M. Lindner<br>ROSS DIXON & BELL LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Telephone: 619-235-4040<br>Fax: 619-231-8796<br><br>Ryan Husaynu<br>HUSAYNU & PLEZIA, P.C.<br>26211 Central Park Blvd.<br>Suite 207<br>Southfield, MI 48076<br>Telephone: 248-356-7979<br>Fax: 248-356-7799<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace* | |
| Mitchell L. Burgess<br>BURGESS & LAMB, P.C.<br>1000 Broadway, Suite #400<br>Kansas City, MO 64105<br>Telephone; 816-471-1700 X22<br>Fax: 816-471-1701<br><br>Ralph K. Phalen<br>RALPH K. PHALEN ATTORNEY AT LAW<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Telephone: 816-589-0753<br>Fax: 816-471-1701<br><br>Ben Barnow<br>BARNOW & ASSOCIATES, P.C<br>One North LaSalle, Suite 4600<br>Chicago, IL 60602<br>Telephone: 312-621-2000<br>Fax: 312-641-5504<br><br>Lance A. Harke | |

| | |
|---|---|
| HARKE & CLASBY LLP<br>55 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: 305-536-8220<br>Fax: 305-536-8229<br><br>*Counsel for Plaintiff Jenifer Valencia* | |
| Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605<br>Telephone: 914-997-5656<br>Fax: 914-997-2444<br><br>*Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum* | |
| Steven A. Schwartz<br>Daniel B. Scott<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: 610-642-8500<br>Fax: 610-649-3633<br><br>*Counsel for Plaintiff Y & R's Inc.* | |
| Nathaniel P. Hobbs<br>PATRICK BURNS & ASSOCIATES<br>8401 Wayzata Blvd, Suite 300<br>Minneapolis, MN 55426<br>Telephone: 952-564-6262<br>Fax: 952-564-6263<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering* | |
| Allan Steyer<br>STEYER LOWENTHAL BOODROKAS<br>ALVAREZ & SMITH LLP<br>One California Street<br>Third Floor<br>San Francisco, CA 94111<br>Telephone: 415-421-3400<br>Fax: 415-421-2234<br><br>Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street | |

| | |
|---|---|
| Suite 4500<br>Jamestown, NY 14701<br>Telephone: 716-664-2967<br>Fax: 716-664-2983<br><br>Michael D. Hausfeld<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: 202-408-4600<br>Fax: 202-408-4699<br><br>Christopher L. Lebsock<br>Michael P. Lehmann<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111<br>Telephone: 415-229-2080<br>Fax: 415-986-3643<br><br>Jonathan W. Cuneo<br>Daniel C. Cohen<br>CUNEO GILBERT & LADUCA LLP<br>507 C Street NE<br>Washington, DC 20002<br>Telephone: 202-789-3960<br>Fax: 202-789-1813<br><br>Maxwell M. Blecher<br>BLECHER & COLLINS<br>515 S Figueroa Street<br>17th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-622-4222<br>Fax: 213-622-1656<br><br>*Counsel for Plaintiff Wilson Farms Inc.* | |
| Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>Telephone: 314-725-7700<br>Fax: 314-721-0905 | |

| | |
|---|---|
| *Counsel for Plaintiff Blue Ash Service Center, Inc. d/b/a Blue Ash Shell* | |
| Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.<br>1512 Locust Street, 8th Floor<br>Philadelphia, PA 19102<br>Telephone: 212-240-0020<br>Fax: 212-240-021<br><br>Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085<br><br>*Counsel for Plaintiff Mount Pocono Campground Inc.* | |
| Richard N. LaFlamme<br>LAFLAMME & MAULDIN<br>2540 Spring Arbor Road<br>Jackson, MI 49203<br>Telephone: 517-784-9122<br>Fax: 517-784-1818<br><br>*Counsel for Plaintiff Polly's Food Service, Inc. and Kenco Inc.* | |
| Richard P. Rouco<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place Ste. 1000<br>Birmingham, AL 35203<br>Telephone: 205-328-9576<br>Fax: 205-328-9669<br><br>Samuel W. Junkin<br>JUNKIN PEARSON HARRISON & JUNKIN, P.C.<br>601 Greensboro Avenue, Suite 600<br>Tuscaloosa, AL 35401<br>Telephone: 205-366-0111<br><br>*Counsel for Plaintiff Higginbotham Oil Company, Inc.* | |
| Barbara J. Hart<br>LOWEY DANNENBERG COHEN & HART, P.C.<br>One North Broadway<br>White Plains, NY 10601-2310<br>Telephone.: 914-997-0500<br>Fax: 914-997-0035 | |

| | |
|---|---|
| *Counsel for Plaintiff Donald K. Tomino d/b/a Crafton Beverage Center* | |
| Andrew Wood<br>WOOD WOOD & YOUNG, P.S.C<br>33 W. 2nd Street 3rd Floor<br>U.S Bank Building<br>Maysville, KY 41056<br>Telephone: 606-564-9959<br><br>*Counsel for Plaintiff Charlie Holland Motors Inc.* | |
| Larry R. Veselka<br>SMYSER KAPLAN & VESELKA<br>700 Louisiana<br>Suite 2300<br>Houston, TX 77002<br>Telephone: 713-221-2325<br>Fax: 713-221-2320<br><br>Daniel C. Girard<br>Aaron M. Sheanin<br>GIRARD GIBBS<br>601 California St.<br>Suite 1400<br>San Francisco, CA 94108<br>Telephone: 415-981-4800<br>Fax: 415-981-4846<br><br>*Counsel for Plaintiff Rodney Blasingame* | |