# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   April 7, 2008
Panel Fax No.: (202) 502-2888

MDL No. 1952 -- IN RE: Packaged Ice Antitrust Litigation

## NOTICE OF APPEARANCE

PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):

Plaintiff Mall Mart, Inc. d/b/a Midway BP

SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):

Mall Mart, Inc. d/b/a Midway BP v. Arctic Glacier Income Fund, et al.

Civil No. 0:08-cv-00663 – JMR-FLN (D. Minn)

*******************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

April 10, 2008
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Jason Kilene
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN

Telephone No.: 612-333-8844         Fax No.: 612-339-6622

Email Address: jkilene@gustafsongluek.com

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18