

08cv539 DMS (POR)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION | MDL No. 1952<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 5.3 of the Rules of Procedures of The Judicial Panel On Multidistrict Litigation, plaintiff Mall Mart, Inc. D/B/A Midway BP states that it does not have any corporate parent and no publicly held company owns 10% or more of its stock.

Dated: April 10, 2008

Respectfully submitted,

Jason S. Kilene
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844

*Attorneys for Mall Mart, Inc. d/b/a Midway BP*

9316

## CERTIFICATE OF SERVICE

I, James W. Anderson, hereby certify that true and correct copies of the Notice of Appearance, Corporate Disclosure Statement and Certificate of Service were served by Gustafson Gluek PLLC upon all parties via U.S. Mail on April 10, 2008:

| | |
|---|---|
| Clerk of Court<br>**United States District Court for the Northern District of California**<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>Tel. (415) 522-2000 | Clerk of Court<br>**United States District Court for the District of Minnesota.**<br>202 U.S. Courthouse<br>300 S. 4th Street.<br>Minneapolis, MN 55415<br>Tel. (612) 664-5000 |
| Office of the Clerk<br>**United States District Court for the Eastern District of Michigan**<br>Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd., Room 564 Detroit, MI 48226 | Office of the Clerk<br>**United States District Court for the Southern District of Ohio**<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202<br>Tel. (513) 564-7500 |
| Clerk of Court<br>**United States District Court for the Northern District of Ohio**<br>Carl B. Stokes United States Court House 801 West Superior Avenue<br>Cleveland, Ohio 44113-1830<br>Tel. (216) 357-7000 | Clerk of Court<br>**United States District Court for the Northern District of Texas**<br>1100 Commerce, Room 1452<br>Dallas, TX 75242<br>Tel. (214) 753-2200 |
| Clerk of Court<br>**United States District Court Southern District of California**<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900<br>Tel. (619) 557-5600 | Office of the Clerk<br>**United States District Court District of Kansas**<br>500 State Ave.<br>259 U.S. Courthouse<br>Kansas City, Kansas 66101<br>Tel. (913) 551-6719 |

| | |
|---|---|
| Office of the Clerk<br>**United States District Court**<br>**for the Eastern District of Michigan**<br>P.O. Box 8199<br>Ann Arbor, MI 48107 | Larry Veselka<br>**SMYSER KAPLAN & VESELKA LLP**<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002<br>Phone: (713) 221-2300<br>Facsimile: (713) 221-2320<br>E-mail: LVeselka@SKV.com<br><br>*Counsel for Plaintiff Rodney Blasingame,*<br>*Case No. 3:08-00498 (Northern District of*<br>*Texas)* |
| Daniel C. Girard<br>Steven G. Tidrick<br>Elizabeth C. Pritzker<br>Aaron M. Sheanin<br>Todd I. Espinosa<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Phone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>E-mail: dcg@girardgibbs.com<br>E-mail: sgt@girardgibbs.com<br>E-mail: ecp@girardgibbs.com<br>E-mail: ams@girardgibbs.com<br>E-mail: tie@girardgibbs.com<br><br>*Counsel for Plaintiff Rodney Blasingame,*<br>*Case No. 3:08-00498 (Northern District of*<br>*Texas)* | Mary Ellen Gurewitz<br>**SACHS WALDMAN**<br>1000 Farmer Street<br>Detroit, MI 48226<br>Phone: (313) 965-3464<br>Facsimile: (313) 965-0268<br>E-mail: megurewitz@sacswaldman.com<br><br>*Counsel for Plaintiff Elite Energy, LLC in*<br>*Case No. 2:08-cv-11201 (Eastern District*<br>*of Michigan)* |

| | |
|---|---|
| Steven A. Asher, Esq.<br>**WEINSTEIN KITCHENOFF & ASHER LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Phone: (215) 545-7200<br>Facsimile: (215) 545-6535<br>E-mail: asher@wka-law.com<br><br>*Counsel for Plaintiff Elite Energy, LLC in Case No. 2:08-cv-11201 (Eastern District of Michigan)* | Mario Nunzio Alioto<br>Lauren Clare Russell<br>**TRUMP ALIOTO TRUP & PRESCOTT LLP**<br>2280 Union Street<br>San Francisco, CA 94123<br>Phone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>E-mail: malioto@tatp.com<br>E-mail: laurenrussell@tatp.com<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc. in Case No. 3:08-cv-01486 (Northern District of California)* |
| Joseph Marid Patane<br>**LAW OFFICE OF JOSEPH M. PATANE**<br>2280 Union Street<br>San Francisco, CA 94123<br>Phone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>E-mail: jpatane@tatp.com<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc. in Case No. 3:08-cv-01486 (Northern District of California)* | Bryan L. Bleichner<br>Jeffrey D. Bores<br>Karl L. Cambronne<br>**CHESTNUT & CAMBRONNE, PA**<br>222 S. 9th Street, Suite 3700<br>Minneapolis, MN 55402<br>Phone: (612) 339-7300<br>Facsimile: (612) 336-2921<br>E-mail: bbleichner@chestnutcambronne.com<br>E-mail: jbores@chestnutcambronne.com<br>E-mail: kcambronne@chestnutcambronne.com<br><br>*Counsel for Plaintiff Baron Group Inc. in Case No. 0:08-cv-00670 (District of Minnesota)* |

| | |
|---|---|
| Richard A. Lockridge<br>Heidi M. Silton<br>W. Joseph Bruckner<br>Matthew R. Salzwedel<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Ave. S. Suite 2200<br>Minneapolis, MN 55401-2179<br>Phone: (612) 596-4092<br>Facsimile: (612) 339-0981<br>E-mail: ralockridge@locklaw.com<br>E-mail: hmsilton@locklaw.com<br>E-mail: wjbruckner@locklaw.com<br>E-mail: mrsalzwedel@locklaw.com<br><br>*Counsel for Plaintiff Kozak Enterprises Inc. in Case No. 0:08-cv-00704 (District of Minnesota); Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota); Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* | Richard Stuart Wayne<br>Thomas P. Glass<br>William Robert Jacobs<br>**STRAUSS & TROY**<br>150 E. Fourth Street, 4th Floor<br>Cincinnati, OH 45202-4018<br>Phone: (513) 621-2120<br>Facsimile: (513) 241-8259<br>E-mail: rswayne@strausstroy.com<br>E-mail: tplass@strausstroy.com<br>E-mail: wrjacobs@strausstroy.com<br><br>*Counsel for Plaintiff Champs Liquors Inc. in Case No. 1:08-cv-00179 (Southern District of Ohio)* |

| | |
|---|---|
| Edmund W. Searby<br>John D. Fabian<br>**MCDONALD HOPKINS**<br>2100 Bank One Center<br>600 Superior Avenue, E<br>Cleveland, OH 44114<br>Phone: (216) 348-5400<br>Facsimile: (216) 348-5474<br>E-mail: esearby@mcdonaldjopkins.com<br>E-mail: jfabian@mcdonaldhopkins.com<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc. in Case No. 1:08-cv-00657 (Northern District of Ohio); Counsel for Plaintiff Fu-Wah Mini Market in Case No. 1:08-cv-00666 (Northern District of Ohio); Counsel for Plaintiff Warrington Fuels, Inc. in Case No. 1:08-cv-00692; Counsel for Plaintiff Marchbanks Travel Service Inc. in Case No. 1:08-cv-00695 (Northern District of Ohio)* | Robert N. Kaplan<br>**KAPLAN, KILSHEIMER & FOX**<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Phone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc. in Case No. 1:08-cv-00657 (Northern District of Ohio)* |
| H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>**BERGER & MONTAGUE**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Phone: (215) 875-3000<br>Facsimile: (215) 875-4671<br><br>*Counsel for Plaintiff Fu-Wah Mini Market in Case No. 1:08-cv-00666 (Northern District of Ohio); Counsel for Plaintiff Marchbanks Travel Service, Inc. in Case No. 1:08-cv-00695 (Northern District of Ohio)* | Christopher E. Coleman<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>150 4th Avenue, Suite 1650<br>Nashville, TN 37219<br>Phone: (615) 313-9000<br>Facsimile: (615) 313-9965<br><br>*Counsel for Plaintiff Marchbanks Travel Services, Inc. In Case No. 1:08-cv-00695 (Northern District of Ohio)* |

| | |
|---|---|
| Jacob A. Goldberg<br>**FARUQI & FARUQI**<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Phone: (215) 914-2460<br>Facsimile: (215) 914-2462<br>E-mail: jgoldberg@faruqilaw.com<br><br>*Counsel for Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company., Inc., & VB & FS Oil Company in Case No. 2:08-cv-11152 (Eastern District of Michigan)* | Stephen F. Wasinger<br>**STEPHEN F. WASINGER**<br>300 Balmoral Centre<br>32121 Woodward Avenue<br>Royal Oak, MI 48073<br>Phone: (248) 554-6306<br>Facsimile: (248) 414-9906<br>E-mail: sfw@sfwlaw.com<br><br>*Counsel for Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc., VB & FS Oil Company in Case No. 2:08-cv-11152 (Eastern District of Michigan)* |
| Patrick E. Cafferty<br>**CAFFERTY FAUCHER**<br>101 N. Main Street, Suite 450<br>Ann Arbor, MI 48104<br>Phone: (734) 769-2144<br>Facsimile: (734) 469-1207<br>E-mail: pcafferty@caffertyfaucher.com<br><br>*Counsel for Plaintiff S &S Lima, Inc. in Case No. 2:08-cv-11182 (Eastern District of Michigan); Counsel for Plaintiff RSB Wellman Co., Inc. in Case No. 2:08-cv-11213 (Eastern District of Michigan); counsel for Plaintiff Y & R's, Inc. in Case No. 08-cv-11316 (Eastern District of Michigan)* | Ann Mandt<br>**CHARFIIS & CHRISTENSEN**<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>Phone: (313) 875-8080<br>Facsimile: (313) 875-8522<br><br>*Counsel for Plaintiff Silver Springs Liquor Inc. in Case No. 2:08-cv-11200 (Eastern District of Michigan)* |

| | |
|---|---|
| Jonathan B. Frank<br>**JACKIER GOULD**<br>121 W. Long Lake Road, 2nd Floor<br>Bloomfield Hills, MI 48304<br>Phone: (248) 642-0500<br>Facsimile: (248) 642-5241<br>E-mail: frank@jackiergould.com<br><br>*Counsel for Plaintiff Melrick Inc. in Case No.*<br>*2:08-cv-11204 (Eastern District of Michigan)* | Martha J. Olijnyk<br>E. Powell Miller<br>**THE MILLER LAW FIRM**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Phone: (248) 841-2200<br>Facsimile: (248) 652-2852<br>E-mail: mjo@millerlawpc.com<br><br>*Counsel for Plaintiff Joseph Kraine in Case No. 2:08-cv-11238 (Eastern District of Michigan); Counsel for Plaintiff Circle Beer & Beverage, Inc. in Case No. 5:08-cv-11293 (Eastern District of Michigan); counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan); counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan); counsel for Plaintiff 823 Sproul Inc. d/b/a Sproul Beverage in Case No. 08-cv-11345 (Eastern District of Michigan)* |

| | |
|---|---|
| Terrell W. Oxford<br>Barry C. Barnett<br>**SUSMAN GODFREY**<br>901 Main Street, Suite 5100<br>Dallas, TX 75202<br>Phone: (214) 754-1900<br>Facsimile: (214) 754-1933<br>E-mail: toxford@susmangodfrey.com<br>E-mail: bbarnett@susmangodfrey.com<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas); Counsel for Plaintiff Joseph Massino in Case No. 3:08-cv-00496 (Northern District of Texas); Counsel for Plaintiff Ethamma Emmanuel in Case No. 3:08-cv-00507(Northern District of Texas); counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas); counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas);* | Austin B. Cohen<br>Charles Sweedler<br>Howard J. Sedran<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Facsimile: (215) 592-4663<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* |
| David P. McLafferty<br>**MCLAFFERTY & ASSOCIATES PC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Phone: (610) 940-4000<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* | Stewart M. Weltman<br>**WELTMAN LAW FIRM**<br>77 W. Wacker Drive, Suite 4800<br>Chicago, IL 60601<br>Phone: (312) 606-8756<br><br>*Counsel for Plaintiff Five Angels Management in Case No. 3:08-cv-00480 (Northern District of Texas)* |

9317

8

| | |
|---|---|
| Ann D. White<br>**ANN D. WHITE LAW OFFICE PC**<br>165 Township Line Road, Suite 2400<br>Jenkintown, PA 19046<br>Phone: (215) 481-0274<br>Facsimile: (215) 481-0271<br><br>*Counsel for Plaintiff Joseph Massino in Case No. 3:08-cv-00496 (Northern District of Texas)* | John C. Evans<br>**SPECTER SPECTER EVANS & MANOGUE PC**<br>The 26th Floor Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 642-2300<br>Facsimile: (412) 642-2309<br><br>*Counsel for Plaintiff Circle Beer & Beverage, Inc. in Case No. 5:08-cv-11293 (Eastern District of Michigan); counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan)* |
| Michael P. Lynn<br>Richard A. Smith<br>**LYNN TILLOTSON & PINKER LLP**<br>750 North St. Paul Street, Suite 1400<br>Dallas, Texas 75201<br>Phone: (214) 981-3800<br>Facsimile: (214) 981-3839<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11 Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* | John R. Malkinson, Esq.<br>**MALKINSON & HALPERN PC**<br>223 West Jackson Blvd., Suite 1010<br>Chicago, Illinois 60606<br>Phone: (312) 427-9600<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11 Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* |
| Roberta D. Liebenberg, Esq.<br>**FINE KAPLAN AND BLACK RPC**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Phone: (215) 567-6565<br><br>*Counsel for Plaintiff Joseph Difabritiis 7-11 Food Store #24428 in Case No. 3:08-cv-00512 (Northern District of Texas)* | Eugene A. Spector<br>William G. Caldes<br>**SPECTOR ROSEMAN & KODROFF PC**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Phone: (215) 496-0300<br><br>*Counsel for Plaintiff Ethamma Emmanuel in Case No. 3:08-cv-00507 (Northern District of Texas)* |

| | |
|---|---|
| John Murdock<br>**MURDOCK GOLDENBERG SCHNEIDER & GROH LPA**<br>35 East Seventh Street, Suite 600<br>Cincinnati, Ohio 45202<br>Phone: (513) 345-8291<br><br>*Counsel for Plaintiff Ethamma Emmanuel in Case No. 3:08-cv-00507(Northern District of Texas)* | Robert J. Gralewski, Jr.<br>**GERGOSIAN & GRALEWSKI LLP**<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Phone: (619) 237-9500<br>Facsimile: (619) 237-9555<br>E-mail: bob@gergosian.com<br><br>*Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota)* |
| Richard J. Arsenault<br>John R. Whaley<br>**NEBLETT BEARD & ARSENAULT**<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br>Phone: (800) 256-1050<br>Facsimile: (318) 561-2592<br>E-mail: rarsenault@nbalawfirm.com<br>E-mail: jrwhaley@nbalawfirm.com<br><br>*Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota)* | Ira Neil Richards<br>**TRUJILLO RODRIGUEZ & RICHARDS LLC**<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Phone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>E-mail: ira@trrlaw.com<br><br>*Counsel for Plaintiff Thomas Beverage Co., Inc. in Case No. 0:08-cv-00863 (District of Minnesota)* |
| Peter Safirstein<br>Andrew W. Morganti<br>**MILBERG LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Phone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>E-mail: psafirstein@milberg.com<br>E-mail: amorganti@milberg.com<br><br>*Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* | Jason S. Hartley<br>Jason M. Lindner<br>**ROSS DIXON & BELL LLP**<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Phone: (619) 235-4040<br>Facsimile: (619) 231-8796<br>E-mail: jhartley@rdblaw.com<br>E-mail: jlindner@rdblaw.com<br><br>*Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* |

| | |
|---|---|
| Ryan Husaynu<br>**HUSAYNU & PLEZIA PC**<br>26211 Central Park Blvd., Suite 207<br>Southfield, MI 48076<br>Phone: (248) 356-7979<br>Facsimile: (248) 356-7799<br>E-mail: ryanh@mich.com<br><br>*Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC in Case No. 0:08-cv-00862 (District of Minnesota)* | Stephen R. Neuwirth<br>**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Phone: (212) 849-7165<br>Facsimile: (212) 849-7100<br>E-mail: stephenneuwirth@quinnemanuel.com<br><br>*Counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan)* |
| Mel E. Lifshitz<br>Ronald J. Aranoff<br>**BERNSTEIN LIEBHARD & LIFSHITZ LLP**<br>10 East 40th Street, 29th Floor<br>New York, New York 10016<br>Phone: (212) 779-1414<br>Facsimile: (212) 779-3218<br>E-mail: lifshitz@bernlieb.com<br>E-mail: aranoff@bernlieb.com<br><br>*Counsel for Plaintiff Mazell LLC in Case No. 0:08-cv-11315 (Eastern District of Michigan)* | Ralph K. Phalen<br>**RALPH K. PHALEN, Atty. At Law**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Phone: (816) 589-0753<br>Facsimile: (816) 471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia in Case<br>No. 08-cv-2138 (District of Kansas)* |
| Mitchell L. Burgess<br>**BURGESS & LAMB, P.C.**<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Phone: (816) 589-0753<br>Facsimile: (816) 471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia in Case<br>No. 08-cv-2138 (District of Kansas)* | Ben Barnow<br>**BARNOW AND ASSOCIATES, P.C.**<br>One North LaSalle, Suite 4600<br>Chicago, IL 60602<br>Phone: (312) 621-2000<br>Facsimile: (312) 641-5504<br><br>*Counsel for Plaintiff Jenifer Valencia in Case<br>No. 08-cv-2138 (District of Kansas)* |

| | |
|---|---|
| Lance A. Harke<br>**HARKE & CLASBY LLP**<br>155 South Miami Ave., Suite 600<br>Miami, Florida 33130<br>Phone: (305) 536-8220<br>Facsimile: (305) 536-8229<br><br>*Counsel for Plaintiff Jenifer Valencia in Case<br>No. 08-cv-2138 (District of Kansas)* | Jeffrey A. Klafter<br>**KLAFTER & OLSEN LLP**<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10605<br>Phone: (914) 997-5656<br>Facsimile: (914) 997-2444<br><br>*Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum in Case No. 08-cv-11330 (Eastern District of Michigan)* |
| Steven A. Schwartz<br>Daniel B. Scott<br>**CHIMICLES & TIKELLIS LLP**<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Phone: (610) 642-8500<br>Facsmile: (610) 649-3633<br>E-mail: steveschwartz@chimicles.com<br>E-mail: danielscott@chimicles.com<br><br>*Counsel for Plaintiff Y & R's, Inc. in Case No.<br>08-cv-11316 (Eastern District of Michigan)* | Samuel D. Heins<br>Vincent J. Esades<br>Scott W. Carlson<br>Katherine T. Kelly<br>**HEINS MILLS & OLSON, P.L.C.**<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>E-mail: vesades@heinsmills.com<br>E-mail: scarlson@heinsmills.com<br>E-mail: kkelly@heinsmills.com<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas)* |
| Nathaniel P. Hobbs<br>**PATRICK BURNS & ASSOCIATES**<br>8401 Wayzata Boulevard, Suite 300<br>Minneapolis, MN 55426<br>Phone: (952) 564-6262<br>Facsimile: (952) 564-6263<br>E-mail: Nathan@patrickburnslaw.com<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering in Case No. 08-cv-536 (Northern District of Texas)* | Michael D. Hausfeld<br>**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>E-mail: mhausfeld@cmht.com<br><br>*Counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas)* |

| | |
|---|---|
| Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Phone: (415) 229-2080<br>Facsimile: (415) 986-3643<br>E-mail: mlehmann@cmht.com<br>E-mail: clebsock@cmht.com<br>E-mail: jking@cmht.com<br><br>*Counsel for Plaintiff Wilson Farms Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Arthur N. Bailey<br>**Arthur N. Bailey & Associates**<br>111 West Second Street, Suite 4500<br>Jamestown, NY 14701<br>Phone: (716) 66-2967<br>Facsimile: (716) 664-2983<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Allan Steyer<br>**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>Phone: (415) 421-3400<br>Facsimile: (415) 421-2234<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Maxwell M. Blecher<br>**BLECHER & COLLINS**<br>515 South Figueroa Street, 17th Floor<br>Los Angeles, California 90071<br>Phone: (213) 622-4222<br>Facsimile: (213) 622-1656<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* |
| Jonathan W. Cuneo<br>Daniel C. Cohen<br>**CUNEO, GILBERT & LADUCA, LLP**<br>507 C Street, NE<br>Washington, DC 20002<br>Phone: (202) 789-3960<br>Facsimile: (202) 789-1813<br><br>*Counsel for Plaintiff Wilson Farm, Inc. in Case No. 08-cv-537 (Northern District of Texas)* | Anthony Bolognese<br>Joshua H. Grabar<br>**BOLOGNESE & ASSOCIATES, LLC**<br>Two Penn Center<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102<br>Phone: (215) 814-6750<br>Facsimile: (215) 814-6764<br><br>*Counsel for Plaintiff 823 Sproul Inc. d/b/a Sproul Beverage in Case No. 08-cv-11345 (Eastern District of Michigan)* |

| | |
|---|---|
| Mark A. Maasch<br>**TURNER AND MAASCH**<br>550 West C Street<br>Suite 1150<br>San Diego, CA 92101<br>Phone: (619) 237-1212<br>Facsimile: (619) 237-0325<br>Email: mam@tmsdlaw.com<br><br>*Counsel for Plaintiff Jan Barranco-Grams in Case No. 3:08-cv-539 (Southern District of California)* | Garrett D. Blanchfield, Jr.<br>Mark Reinhardt<br>**REINHARDT WENDORF & BLANCHFIELD**<br>E-1250 First National Bank Building<br>332 Minnesota St.<br>St Paul, MN 55101<br>Phone: (651) 287-2100<br>Email: g.blanchfield@rwblawfirm.com<br>Email: mreinhardt@comcast.net<br><br>*Counsel for Plaintiff G.M. Food & Fuel LLC d/b/a G.M. Food & Gas in Case No. 0:08-cv-826 (District of Minnesota)* |
| Karl L. Cambronne<br>**CHESTNUT & CAMBRONNE, P.A.**<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN 55402<br>Phone: (612) 339-7300<br>Fax: (612) 336-2940<br>Email: kcambronne@chestnutcambronne.com<br><br>*Counsel for Plaintiff G.M. Food & Fuel LLC d/b/a G.M. Food & Gas in Case No. 0:08-cv-826 (District of Minnesota)* | Richard L. Jasperson<br>**RICHARD L. JASPERSON P.A.**<br>E1000 First National Bank Building<br>332 Minnesota Street<br>St Paul, MN 55101<br>Phone: (651) 223-5039<br>Fax: (651) 223-5802<br>Email: rjasperson@vhminfo.com<br><br>*Counsel for Plaintiff G.M. Food & Fuel LLC d/b/a G.M. Food & Gas in Case No. 0:08-cv-826 (District of Minnesota)* |
| **Reddy Ice Holdings, Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | **Reddy Ice Coporation**<br>c/o Capitol Services, Inc.<br>615 South Dupont Highway<br>Dover, Delaware 19901<br>Phone: (800) 316-6660<br>Facsimile: (800) 989-4671 |
| **Arctic Glacier Income Fund**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 | **Arctic Glacier Inc.**<br>625 Henry Avenue<br>Winnipeg, Manitoba R3A 0V1<br>Canada<br>Phone: (204) 772-2473<br>Facsimile: (204) 783-9857 |

| | |
|---|---|
| **Arctic Glacier International Inc.**<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | **Arctic Glacier California Inc.**<br>c/o C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| **Home City Ice Company**<br>c/o Thomas E. Sedler<br>5709 Harrison Avenue<br>Cincinnati, Ohio 45248<br>Phone: (513) 574-1800<br>Facsimile: (513) 574-5409 | |

_____
James W. Anderson