FILED

APR 16 2008

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

08 CV 539 DMS(POR)

)
IN RE TITLE INSURANCE REAL ESTATE   )
SETTLEMENT PROCEDURES ACT           )   MDL Docket No. 1951
(RESPA) AND ANTITRUST LITIGATION    )
                                    )
_____)

## CERTIFICATE OF SERVICE

I, Vincent J. Esades, of Heins Mills & Olson, one of the attorneys representing Plaintiffs Jordan Katz, Craig Mintz, Sean Nightingale, Carol A. Rhamy, and Micah Watts, MD, hereby certify that on April 11, 2008, I caused copies of the following documents to be served by United States First Class Mail on the persons identified on the attached Service List.

(1)  The Ohio Plaintiffs' Memorandum in Opposition to Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings

_____
Vincent J. Esades

65267

## SERVICE LIST

**MDL No. 1951: In re: Title Insurance Real Estate Settlement Procedures Act (RESPA) and Antitrust Litigation**

Barry Ostrager
Kevin Arquit
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

David Foster
George Gasper
Fulbright & Jaworski LLP
Market Square
801 Pennslyvania Avenue, NW
Washington, DC 20004

Mark Robertson
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103

Gerard Kelly
Michael Doss
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Phillip Stano
Nicholas Christakos
James McGibbon
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004

Charles Locke
David Langlois
Sutherland Asbill & Brennan LP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036

John Herfort
James Hallowell
Daniel Chirlin
Oliver Olanoff
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

Joel Meredith
Steven Greenfogel
Daniel Allanoff
Bruce Cohen
Meredith Cohen Greenfogel & Skirnick
1521 Locust Street - 8th Floor
Philadelphia, PA 19102

James Serota
Kenneth Lapatine
Stephen Saxl
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Steve Berman
Anthony Shapiro
Thomas Loeser
  HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Samuel Miller
Sidley Austin LLP
555 California Street
San Francisco, CA 94104

Antonio Vozzolo
Faruqi & Faruqi, LLP
369 Lexington Aven - 10th Floor
New York, NY 10017

Christopher Gray
Law Office of Christopher J. Gray, PC
460 Park Avenue - 21st Floor
New York, NY 10022

Leslie Wybiral
Louis F. Burke
460 Park Avenue - 21st Floor
New York, NY 10022

Joseph Tusa
Paul Whalen
Whalen & Tusa, P.C.
33 West 19th Street - 4th Floor
New York, NY 10011

David Krauss
Krauss Law Firm
111 John Street - Suite 800
New York, NY 10038

Eugene Spector
William Caldes
Spector Roseman & Kodoroff, P.C.
1818 Market Street - Suite 2500
Philadelphia, PA 19103

Gregory Arenson
Robert Kaplan
Jason Zweig
Kaplan, Fox & Kilsheimer LLP
805 Thrid Avenue, 22nd Floor
New York, NY 10022

Jonathan Levine
Daniel Girard
Elizabeth Pritzker
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108

Gordon Schnell
Jean Kim
Gerard Britton
Constantine Cannon LLP
450 Lexington Avenue - 17th Floor
New York, NY 10017

Jeffrey Keller
Denise Diaz
Kathleen Scanlan
Keller Grover LLP
425 Second Avenue, Suite 500
San Francisco, CA 94107

Harry Rothenberg
Law Firm of Allen L. Rothenberg, The
450 Seventh Avenue, 11th Floor
New York, NY 10123

Marvin Miller
Miller Law LLC
115 LaSalle Street, Suite 2910
Chicago, IL 60603

Roger Bernstein
Bernstein Nackman & Feinberg LLP
233 Broadway - Suite 2701
New York, NY 10279

Natalie Finkelman
Shepard Finkelman Miller & Shah, LLC
35 E. State Street
Media, PA 19063

Jayne Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326

J. Richards
Michael Buchman
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue - 26th Floor
New York, NY 10017

Hollis Salzman
Morissa Falk
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Alice McInereny
Daniel Hume
David Bishop
David Kovel
Kirby McInerney LLP
830 Third Avenue
New York, NY 10022

Anthony Bolognese
Joshua Grabar
Bolognese & Associates, LLC
Two Penn Center Plaza
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102

Ira Richards
Trujillo Rodriguez & Richards, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103

Kenneth Gilman
Gilman and Pastor, LLP
225 Franlkin Street - 16th Floor
Boston, MA 02110

Peter Lagorio
Law Office of Peter A. Lagorio
63 Atlantic Avenue
Boston, MA 02110

Timothy Warzecha
Law Offices of Timothy J. Warzecha
719 Second Avenue - Suite 104
Seattle, WA 98104

Douglas Millen
William London
Freed Kanner London & Millen LLC
2201 Waukegan Road - Suite 130
Bannockburn, IL 60015

Reed Kathrein
Jeff Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Michael Roberts

Attorney At Law
20 Rahling Circle
Little Rock, AR 72223

Stephen Basser
John Haeussler
Barrack, Rodos & Bacine
402 West Broadway, Suite 850
San Diego, CA 92101

Alan Plutnik
Schiffrin Barroway Topaz and Kessler LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

Casandra Murphy
Edward Ciolko
Joseph Meltzer
Katherine Bornstein
Terence Ziegler
Schiffrin Barroway Topaz & Kessler
280 King of Prussia
Radnor, PA 19087

Christopher Kim
Lisa Yang
Lim Ruger and Kim LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017

Bryan McMinn
Attorney at Law
222 West Comstock Avenue
Winter Park, FL 32789

George Ridge
Richard Lantinberg
Tiffiny Safi
Cooper, Ridge & Lantinberg, P.A.
Baywater Square Building
136 East Bay Street, Suite 301
Jacksonville, FL 32202

Daniel D'Angelo
Gilman and Pastor, LLP
225 Franlkin Street - 16th Floor
Boston, MA 02110

Allyn Lite
Jennifer Sarnelli
Mayra Tarantino
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center - 12th Floor
Newark, NJ 07102

Jeffrey Corrigan
Jonathan Jagher
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

David McLafferty
McLafferty & Associates
923 Fayette Street
Conshohocken, PA 19428

Garrett Blanchfield
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

John Murdock
Murdock Goldenberg Schneider & Groh, L.P.A.
35 East Seventh Street, Suite 600
Cincinnati, OH 45202

Martin Grossman
Attorney at Law
2121 Green Brier Drive
Villanova, PA 19085

Lisa Rodriguez
Trujillo Rodriguez & Richards LLC
8 Kings Highway West
Haddonfield, NJ 08033

Mark Rosen
Jeffrey Gittleman
Barrack, Rodos & Bacine
49 Bridge Street
Lambertville, NJ 08530

Gerald Rodos
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Mark Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901

Daniel Karon
Goldman Scarlato & Karon, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113

Martin Wein
Law Offices of Martin A. Wein
65-12 69th Place
Middle Village, NY 11379

Richard Hagstrom
Zelle, Hofmann, Voelbel, Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Richard Cohen
Barbara Hart
Peter St. Phillip
Scott Papp
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway - Suite 509
White Plains, NY 10601

Joseph Tabacco
Todd Seaver
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104

Lee Squiteri
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022

Kenneth Wexler
Edward Wallace
Amber Nesbitt
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

Jeffrey Goldenberg
Murdock Goldenberg Schneider & Groh, L.P.A.
35 East Seventh Street, Suite 600
Cincinnati, OH 45202

Brian Kopp
Betras, Maruca, Kopp & Harshman, LLC
6630 Seville Drive
Canfield, OH 44406

Lee Albert
Andrew Mackerer
Mager & Goldstein LLP
1818 Market Street, Suite 3710
Philadelphia, PA 19103

Daniel Gallucci
Dianne Nast
Rodanast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Daniel Bacine
Barrack, Rodos & Bacine
49 Bridge Street
Lambertville, NJ 08530

Tobias Millrod
Pogust Braslow & Millrood, LLC
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

H. Montague
Peter Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Ann White
Law Offices of Anne D. White
165 Township Line Road, Suite 2400
Jenkintown, PA 19046

Krishna Narine
Law Office of Krishna B. Narine, P.C.
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006

Louis Burke
Lesli Wybiral
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022

Isaac Diel
Sharp McQueen P.A.
Financial Plaza
6900 College Blvd., Suite 285
Overland Park, KS 66211

Scot Doyen
Doyen Sebesta, Ltd., LLP
1010 Lamar St., Suite 950
Houston, TX 77002

Kirk Smith
Shepherd, Smith & Edwards LLP
1010 Lamar, Suite 900
Houston, TX 77002

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

Arkansas Eastern District Court
A149 Richard Sheppard Arnold
United States Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

California Northern District Court
Phillip Burton United States Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

California Central District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

California Southern District Court
4290 Edward J. Schwartz Federal Bldg
880 Front Street
San Diego, CA 92101

Florida Middle District Court
United States Courthouse
Suite 1200
401 West Central Boulevard
Orlando, FL 32801

Massachusetts District Court
John Joseph Moakley United States Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210-3002

New Jersey District Court
4015 Martin Luther King, Jr. Federal Bldg and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

New York Eastern District Court
118S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

New York Southern District Court
120 Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Ohio Northern District Court
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113

Pennsylvania Eastern District Court
2609 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Texas Eastern District Court
106 William M. Steger Federal Bldg and United States Courthouse
211 West Ferguson Street
Tyler, TX 75702

Washington Western District Court
United States Courthouse,
700 Stewart Street
Seattle, WA 98101-1271

West Virginia Southern District Court
2400 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301