# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)  April 15, 2008**
Panel Fax No.: (202) 502-2888

MDL No. **1952**-- IN RE: Packaged Ice Antitrust Litigation

## NOTICE OF APPEARANCE    O8CV539-DMS(POR)

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**
Plaintiff Mazell LLC

*FILED
APR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY___ DEPUTY*

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Mazel LLC v. Reddy Ice Holdings, Inc. et al., United States District Court for the Eastern
District of Michigan, Southern Division 2:08-CV-11315-DML-DAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated
attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice
before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s), defendant(s) indicated.  I am
aware that only one attorney can be designated for each party.

___4/15/08___
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Ronald Aranoff, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street - 22nd Floor
New York, NY 10016

Telephone No.: __212-779-1414__        Fax No.: __212-779-3218__

Email Address:  __aranoff@bernlieb.com__

## ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | MDL DOCKET NO. 1952 |

## PANEL RULE 5.3 DISCLOSURE STATEMENT

Plaintiff, Mazel LLC, makes the following corporate disclosure statement:

1.    It has no parent corporation.

2.    No public company owns 10% or more if its stock.

Dated:  April 15, 2008

BERNSTEIN LIEBHARD & LIFSHITZ, LLP

Ronald J. Aranoff
10 East 40th Street
22nd Floor
New York, NY 10016
Tel.:  (212) 779-1414
Fax:  (212) 779-3218

*Attorneys for Plaintiff Mazel LLC*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | )<br>)<br>)<br>)<br>)<br>)  MDL Docket No.: 1952 |

## CERTIFICATE OF SERVICE

Peter Nicholls, being duly sworn, deposes and says:

1.    I am not a party to this action, am 18 years of age or older, and reside in

Manhattan, New York.

2.    On  April 15, 2008, I caused true and correct copies of:

1)  A Notice of Appearance for Plaintiff, Mazel LLC in the above captioned

MDL action; and

2)  A Rule 5.3 Disclosure Statement

to be served by First Class Mail on the following individuals/entities at the following addresses
attached hereto:

_____
Peter Nicholls

**SERVICE LIST**

## DISTRICT COURTS

| | |
|---|---|
| United States District Court<br>District of Minnesota<br>202 U.S. Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 | U.S. District Court<br>Southern District of California<br>Office of the Clerk<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 |
| United States District Court<br>Northern District of Ohio<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 | United States District Court<br>Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 |
| United States District Court<br>Southern District of Ohio<br>(Western Division)<br>Office of the Clerk<br>Potter Stewart U.S. Courthouse Room 103<br>100 East Fifth St.<br>Cincinnati, Ohio 45202 | United States District Court<br>Northern District of Texas<br>1100 Commerce, Room 1452<br>Dallas, TX 75242 |
| United States District Court<br>California Northern District<br>Office of the Clerk<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 | United States District Court<br>District of Kansas<br>500 State Avenue<br>259 U.S. Courthouse<br>Kansas City, KS 66101 |

## DEFENDANTS

| | |
|---|---|
| Reddy Ice Holdings, Inc.<br>8750 N. Central Expressway, Suite 1800<br>Dallas, TX 75231 | Arctic Glacier International, Inc.<br>1645 Marthaler Lane,<br>West St. Paul, MN 55118 |
| Arctic Glacier Income Fund<br>625 Henry Avenue,<br>Winnipeg, MB R3A OV1,<br>Canada | Home City Ice Company<br>5709 Harrison Avenue,<br>Cincinnati, OH 45248 |
| Arctic Glacier Inc.<br>625 Henry Avenue,<br>Winnipeg, MB R3A OV1,<br>Canada | Reddy Ice Corporation<br>c/o Reddy Ice Holdings, Inc.<br>8750 N. Central Expressway, Suite 1800<br>Dallas, TX 75231 |

| PLAINTIFFS |
|---|
| Bernard Persky |
| Hollis L. Salzman |
| Kellie Lerner |
| Morissa Falk |
| LABATON SUCHAROW LLP |
| 140 Broadway |
| New York, NY 10005 |
| Telephone: (212) 907-0700 |
| Fax: (212) 818-0477 |
| *Counsel for Plaintiffs Ridge Plaza, Inc., The Baron Group d/b/a Baron's Ice House, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc. and Silver Springs Liquor Inc.* |
| Daniel E Gustafson |
| Jason J. Kilene |
| GUSTAFSON GLUEK PLLC |
| 608 2nd Ave S Ste 650 |
| Minneapolis, MN 55402 |
| Telephone: 612-333-8844 |
| Fax: 612-339-6622 |
| *Counsel for Plaintiffs Ridge Plaza, Inc., Mall Mart, Inc. d/b/a Midway BP, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc. and Chukrid Khorchid d/b/a 7-Eleven* |
| Guri Ademi |
| Shpetim Ademi |
| David J. Srios |
| ADEMI & O'REILLY |
| 3620 East Layton Avenue |
| Cudahy, WI 53110 |
| Telephone: (414) 482-8000 |
| *Counsel for Plaint Ridge Plaza, Inc.* |

Richard A. Lockridge
W. Joseph Bruckner
Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S Ste 2200
Minneapolis, MN 55401-2179
Telephone: 612-339-6900
Fax: 612-339-0981
*Counsel for Plaintiffs Mall Mart, Inc. d/b/a
Midway BP, Kozak Enterprises, Inc., Public
Foods Inc., Americana Food Store, Inc. and
Twin Value, LLC d/b/a Seaway Marketplace and
Thomas Beverage Co., d/b/a Thomas Liquors*

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: 717-892-3000
*Counsel for Plaintiffs Mall Mart, Inc. d/b/ a
Midway BP*

Dennis Stewart
HULETT HARPER STEWART LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101
Telephone: 619-338-1133
*Counsel for Plaintiffs Mall Mart, Inc. d/b/a
Midway BP*

Kenneth A. Wexler
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street
Suite 2000
Chicago, IL 60602
Telephone: 312-346-2222
*Counsel for Plaintiffs Mall Mart, Inc. d/b/a
Midway BP*

John Dominguez
BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
Esperante Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Telephone: 561-835-9400
*Counsel for Plaintiffs Mall Mart, Inc. d/b/a
Midway BP*

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
CHESTNUT & CAMBRONNE, PA
222 S 9th St Ste 3700
Minneapolis, MN 55402
Telephone: 612-339-7300
Fax: 612-336-2921
*Counsel for Plaintiff The Baron Group, Inc.*
*d/b/a Baron's Ice House*

Gary B. Friedman
Tracey Kitzman
Aaron D. Patton
Dean M. Solomon
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: 212-680-5150
Fax: 646-277-1151
*Counsel for Plaintiff The Baron Group, Inc.*
*d/b/a Baron's Ice House*

Jayne Goldstein
MAGER & GOLDSTEIN
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone:  954-515-0123
Fax:  646-277-1151
*Counsel for Plaintiff The Baron Group, Inc.*
*d/b/a Baron's Ice House*

Edmund W. Searby
John D. Fabian
MCDONALD HOPKINS LLC
2100 Bank One Center
600 Superior Avenue, E
Cleveland, OH 44114
Telephone: 216-348-5400
Fax: 216-348-5474
*Counsel for Plaintiffs Chi-Mar Enterprises, Inc.,*
*Fu-Wah Mini Market, Juanita Mobil,*
*Marchbanks Travel Service, Inc. d/b/a Bear*
*Mountain Travel Stop and Warrington Fuels,*
*Inc.*

Robert N. Kaplan
Linda Nussbaum
Richard J. Kilsheimer
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10017
Telephone:  212-687-1980

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL  60035
Telephone:  847-948-0410
Fax:  847-948-7127
*Counsel for Plaintiffs Chi-Mar Enterprises, Inc.,*
*and Warrington Fuels, Inc.*

Joseph C. Kohn
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-17/00
Fax: 215-238-1968
*Counsel or Plaintiff Chi-Mar Enterprises, Inc.*

Kevin Love
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL  33143
Telephone:  305-357-9000
Fax:  305-357-9050
*Counsel or Plaintiff Chi-Mar Enterprises, Inc.*

Richard Stuart Wayne
William R. Jacobs
Thomas P. Glass
STRAUSS & TROY
150 E Fourth Street
4th Floor
Cincinnati, OH 45202-4018
Telephone: 513-621-2120
*Counsel for Plaintiffs Champs Liquors, Inc. and*
*Polly's Food Service, Inc. and Kenco Inc.*

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: 312-984-0000
Fax: 312-984-0001

Fred T. Isquith
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4600
Fax: 212-545-4653
*Counsel for Plaintiffs Champs Liquors, Inc.,*
*Polly's Food Service, Inc. and Kenco Inc.*

Roger B. Greenberg
SCHWARTZ, JUNELL, GREENBERG &
OATHOUT LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
Telephone: 713-752-0017
Fax: 713-752-0327

Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
*Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a*
*Bayland Marina*

H. Laddie Montague, Jr.
Ruthanne Gordon
Charles P. Goodwin
Michael J. Kane
David A. Langer
BERGER & MONTAGUE
1622 Locust Street
Philadelphia PA  19103-3000
Fax 215-8754671
*Counsel for Plaintiffs Fu-Wah Mini Market and*
*Marchbanks Travel Service, Inc. d/b/a Bear*
*Mountain Travel Stop*

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
One Penn Center
1617 John F. Kennedy Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: 215-814-6750
*Counsel for Plaintiffs Fu-Wah Mini Market, 823*
*Sproul Inc. d/b/a Sproul Beverage and Joseph*
*Krainc d/b/a Joe's Beer Distributor*

Mark H. Edelson
EDELSON & ASSOCIATES
45 West Court Street
Doylestown, PA 18901
Telephone: 215-230-8043
*Counsel for Plaintiff Fu-Wah Mini Market*

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: 770-392-0090
Fax: 770-392-0029
*Counsel for Plaintiff Thrifty Liquors Inc.*

Mario Nunzio Alioto
Lauren Claire Russell
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Fax: 415-346-0679

Joseph Marid Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Fax: 415-346-0679
*Counsel for Plaintiff Marin Scotty's Market, Inc.*

Kendall S. Zylstra
Jacob A. Goldberg
Stephen E. Connolly
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Telephone: 215-914-2460
Fax: 215-914-2462

Nadeem Faruqi
Antonio Vozzolo
Richard D. Schwartz
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: 212-983-9330
Fax: 212-983-9331
*Counsel for Plaintiffs Juanita Mobil, F & V Oil
Company, Inc, Landsdale Oil Company, Inc., VB
& FS Oil Company*

Stephen F. Wasinger
STEPHEN F. WASINGER PLC
300 Balmoral Centre
32121 Woodward Avenue
Royal Oak, MI 48073
Telephone: 248-554-6306

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Telephone: 215-914-2460
Fax: 215-914-2462
*Counsel for Plaintiff F & V Oil Company, Inc.,*
*Landsdale Oil Company, Inc., VB & FS Oil*
*Company*

J. Douglas Peters
Ann K. Mandt
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202
Telephone: 313-875-8080
Fax: 313-875-8522

Peter Burke
BURKE HARVEY & FRANKOWSKI, P.C.
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
Telephone: 205-930-9091
Fax: 205-930-9054
*Counsel or Plaintiff Silver Spring Liquors, Inc.*

Mary Ellen Gurewitz
SACHS WALDMAN P.C.
1000 Farmer Street
Detroit, MI  48226
Telephone:  205-930-9091
Fax:  205-930-9054
*Counsel for Plaintiff Elite Energy*

Terrell W. Oxford
Barry C. Barnett
SUSMAN GODFREY LLP
901 Main Street
Suite 5100
Dallas, TX 75202-3775
Telephone: 214-754-1900
Fax: 214-754-1933
*Counsel for Plaintiffs Five Angels Management
d/b/a Frank A. Smith Beverages, Joseph
Massino, Charlie Holland Motors Inc., Mount
Pocono Campground Inc., Wilson Farms Inc.,
Rick Drontle d/b/a Ponytail Catering and
Ethamma Emmanuel d/b/a 7-11 # 25452*

Austin B. Cohen
Charles Sweedler
Howard J. Sedran
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500

David P. McLafferty
MCLAFFERTY & ASSOCIATES P.C.
923 Fayette Street
Conshohocken, PA 19428
Telephone: 610-940-4000

Stewart M. Weltman
WELTMAN LAW FIRM
77 W Wacker Drive, Suite 4800
Chicago, IL 60601-1664
Telephone: 312-606-8756
*Counsel for Plaintiff Five Angels Management
d/b/a Frank A. Smith Beverages*

Patrick E. Cafferty
CAFFERTY FAUCHER LLP
101 North Main Street, Ste. 450
Ann Arbor, MI 48104
Telephone: 734-769-2144
Fax: 734-769-1207
*Counsel for Plaintiffs S and S Lima,*
*Incorporated d/b/a Dry Run Beverages, RSB*
*Wellman, Co. Inc., d/b/a Twig's Carry Out,*
*Higginbotham Oil Company, Inc., Blue Ash*
*Service Center, Inc. d/b/a Blue Ash*
*Shell and Y & R's Inc.*

Bryan L. Clobes
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste. 3610
Philadelphia, PA 19103
Telephone: 215-864-2800
Fax: 215-864-2810

James F. Keller
GOTTESMAN & ASSOCIATES, LLC
2121 URS Center
36 East 7th Street
Cincinnati, OH 45202
Telephone: 513-651-2121
Fax: 513-651-2131
*Counsel for Plaintiff S and S Lima, Incorporated*
*d/b/a Dry Run Beverages*

Christopher A. Seeger
Stephen A. Weiss
SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: 212-584-0700

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19103
Telephone: 215-564-2300
*Counsel for Plaintiff RSB Wellman, Co. Inc.,*
*d/b/a Twig's Carry Out*

Jonathan B. Frank
JACKIER GOULD, P.C.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: 248-652-0500

Gerald J. Rodos
Mark R. Rosen
Jeffery B. Gittleman
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215-963-0600
Fax: 215-963-0838

Simon Bahne Paris
SALTZ MONGELUZZI BARRETT I &
BENDESKY, P.C.
650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: 215-496-8282
Fax: 215-496-0999
*Counsel for Plaintiff Melrick, Inc. d/b/a North
Main Short Stop*

David A. Balto
LAW OFFICES OF DAVID A. BALTO
2600 Virginia Ave., NW Suite 1111
Washington, D.C. 20037
Telephone: 202-577-5424

Joseph R. Saveri
Michelle C. Jackson
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: 415-956-1000

Christopher E. Coleman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, Tennessee 37219-2423
Telephone: 615-313-9000

Joshua P. Davis
LAW OFFICE OF JOSHUA P. DAVIS
437A Valley Street
San Francisco, CA 94131
*Counsel for* Plaintiff *Marchbanks Travel
Service, Inc. d/b/a Bear Mountain Travel Stop*

Natalie Finkelman Bennett
SHEPHERD MILLER FINKELMAN &
SHAH, LLC
35 E. State Street
Media, PA 19063
Telephone: 610-891-9880

Michael D. Shaffer
Michael H. Gaier
SHAFFER & GAIER
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103
Telephone: 215-751-0100
*Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven*

Samuel D. Heins
Katherine T. Kelly
Scott W. Carlson
Vincent J. Esades
HEINS MILLSS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: 612-338-4605
Fax: 612-338-4692
*Counsel for Plaintiffs Joseph Massino and Rick
Drontle d/b/a Ponytail Catering*

Ann D. White
ANN D. WHITE LAW OFFICES P.C.
165 Township Line Road
Suite 2400
Jenkintown, PA 19046
Telephone: 215-481-0274
Fax: 215-481-0271
*Counsel for Plaintiff Joseph Massino*

14

E. Powell Miller
Martha J. Olijnyk
THE MILLER LAW FIRM
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: 248-841-2200
Fax: 248-652-2852
*Counsel for Plaintiffs Joseph Krainc d/b/a Joe's*
*Beer Distributor, Donald K Tomino d/b/a*
*Crafton Beverage Center, 823 Sproul Inc. d/b/a*
*Sproul Beverage, Linco Distributing Company,*
*Inc. d/b/a Beer Minimum, Circle Beer*
*&Beverage, Inc d/b/a Duffy's Pop and Beer*
*Warehouse and Mazel LLC*

Jeffrey Krinsk
Mark Knutson
FINKELSTEIN & KRINSK
501 West Broadway, Suite 1250
San Diego, CA 92101
Telephone: 619-238-1333
Fax: 619-238-5425
*Counsel for* Plaintiff *Joseph Krainc d/b/a Joe's*
*Beer Distributor*

Mark A. Maasch
TURNER AND MAASCH
550 West C Street
Suite 1150
San Diego, CA 92101
Telephone: 619-237-1212
Fax: 619-237-0325
*Counsel for Plaintiff Jan Barranco-Grams*

Eugene A. Spector
William G. Caldes
SPECTOR ROSEMAN & KODROFF
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300

John Murdock
MURDOCK GOLDENBERG SCHNEIDER
& GROH LPA
35 East Seventh Street
Suite 600
Cincinnati, OH 45202
Telephone: 513-345-8291
*Counsel for Plaintiffs Ethamma Emmanuel d/b/a*
*7-11 # 25452 and Charlie Holland Motors Inc.*

John C. Evans
SPECTER SPECTER EVANS & MANOGUE,
P.C.
436 Seventh Avenue
The 26th Floor Koppers Building
Pittsburgh, PA 15219
Telephone: 412-642-2300
Fax: 412-642-2309
*Counsel for Plaintiffs Circle Beer & Beverage,*
*Inc. d/b/a Duffy's Pop & Beer Warehouse,*
*Donald K Tomino d/b/a Crafton Beverage*
*Center and Linco Distributing Company, Inc.*
*d/b/a Beer Minimum*

Michael P. Lynn
Richard A. Smith
LYNN TILLOTSON & PINKER, LLP
750 N St. Paul Street
Suite 1400
Dallas, TX 75201
Telephone: 214-981-3800
Fax: 214-981-3839

John R. Malkinson
MALKINSON & HALPERN, P.C.
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606
Telephone: 312-427-9600

Roberta D. Liebenberg
FINE KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: 215-567-6565
*Counsel for* Plaintiff *Joseph Difabritis d/b/a 7-11 Food Store #24428*

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI, LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619-237-9500
Fax: 619-237-9555

Ira Neil Richards
TRUJILLO RODRIGUEZ & RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone: 215-731-9004
Fax: 215-731-9044

Richard J. Arsenault
John R. Whaley
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
Telephone: 1-800-256-1050
Fax: 318-561-2592
*Counsel for Plaintiff Thomas Beverage Co.,
d/b/a Thomas Liquors*

Stephen R. Neuwirth
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7165
Fax: 212-849-7100
*Counsel for Plaintiff Mazel LLC*

Peter Safirstein
Andrew W. Morganti
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212-594-5300
Fax: 212-868-1229

Jason S. Hartley
Jason M. Lindner
ROSS DIXON & BELL, LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599
Telephone: 619-235-4040
Fax: 619-231-8796

Ryan Husaynu
HUSAYNU & PLEZIA, P.C.
26211 Central Park Blvd.
Suite 207
Southfield, MI 48076
Telephone: 248-356-7979
Fax: 248-356-7799
*Counsel for Plaintiff Public Foods Inc.,
Americana Food Store, Inc. and Twin Value,
LLC d/b/a Seaway Marketplace*

Mitchell L. Burgess
BURGESS & LAMB, P.C.
1000 Broadway, Suite #400
Kansas City, MO 64105
Telephone; 816-471-1700 X22
Fax: 816-471-1701

Ralph K. Phalen
RALPH K. PHALEN ATTORNEY AT LAW
1000 Broadway, Suite 400
Kansas City, MO 64105
Telephone: 816-589-0753
Fax: 816-471-1701

Ben Barnow
BARNOW & ASSOCIATES, P.C
One North LaSalle, Suite 4600
Chicago, IL 60602
Telephone: 312-621-2000
Fax: 312-641-5504

Lance A. Harke
HARKE & CLASBY LLP
55 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone: 305-536-8220
Fax: 305-536-8229
*Counsel for Plaintiff Jenifer Valencia*

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue
Suite 220
White Plains, NY 10605
Telephone: 914-997-5656
Fax: 914-997-2444
*Counsel for Plaintiff Linco Distributing*
*Company, Inc. d/b/a Beer Minimum*

Steven A. Schwartz
Daniel B. Scott
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
Fax: 610-649-3633
*Counsel for Plaintiff Y & R's Inc.*

Nathaniel P. Hobbs
PATRICK BURNS & ASSOCIATES
8401 Wayzata Blvd, Suite 300
Minneapolis, MN 55426
Telephone: 952-564-6262
Fax: 952-564-6263
*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering*

Allan Steyer
STEYER LOWENTHAL BOODROKAS
ALVAREZ & SMITH LLP
One California Street
Third Floor
San Francisco, CA 94111
Telephone: 415-421-3400
Fax: 415-421-2234

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street
Suite 4500
Jamestown, NY 14701
Telephone: 716-664-2967
Fax: 716-664-2983

Michael D. Hausfeld
COHEN MILSTEIN HAUSFELD & TOLL
PLLC
1100 New York Avenue NW
West Tower, Suite 500
Washington, D.C. 20005
Telephone: 202-408-4600
Fax: 202-408-4699

Christopher L. Lebsock
Michael P. Lehmann
COHEN MILSTEIN HAUSFFLD & TOLL
PLLC
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: 415-229-2080
Fax: 415-986-3643

Jonathan W. Cuneo
Daniel C. Cohen
CUNEO GILBERT & LADUCA LLP
507 C Street NE
Washington, DC 20002
Telephone: 202-789-3960
Fax: 202-789-1813

Maxwell M. Blecher
BLECHER & COLLINS
515 S Figueroa Street
17th Floor
Los Angeles, CA 90071
Telephone: 213-622-4222
Fax: 213-622-1656
*Counsel for Plaintiff Wilson Farms Inc.*

Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Fax: 314-721-0905
*Counsel for Plaintiff Blue Ash Service Center,*
*Inc. d/b/a Blue Ash Shell*

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1512 Locust Street, 8ᵗʰ Floor
Philadelphia, PA 19102
Telephone: 212-240-0020
Fax: 212-240-021

Martin E. Grossman
2121 Green Brier Drive
Villnnova, PA 19085
*Counsel for Plaintiff Mount Pocono
Campground Inc.*

Richard N. LaFlamme
LAFLAMME & MAULDIN
2540 Spring Arbor Road
Jackson, MI 49203
Telephone: 517-784-9122
Fax: 517-784-1818
*Counsel for Plaintiff Polly's Food Service, Inc.
and Kenco Inc.*

Richard P. Rouco
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place Ste. 1000
Birmingham, AL 35203
Telephone: 205-328-9576
Fax: 205-328-9669

Samuel W. Junkin
JUNKIN PEARSON HARRISON & JUNKIN,
P.C.
601 Greensboro Avenue, Suite 600
Tuscaloosa, AL 35401
Telephone: 205-366-0111
*Counsel or Plaintiff Higginbotham Oil Company
, Inc.*

Barbara J. Hart
LOWEY DANNENBERG COHEN & HART,
P.C.
One North Broadway
White Plains, NY 10601-2310
Telephone.: 914-997-0500
Fax: 914-997-0035
*Counsel for Plaintiff Donald K Tomino d/b/a
Crafton Beverage Center*

Andrew Wood
WOOD WOOD & YOUNG, P.S.C
33 W. 2nd Street 3rd Floor
U.S Bank Building
Maysville, KY 41056
Telephone: 606-564-9959
*Counsel for Plaintiff Charlie Holland Motors
Inc .*

Larry R. Veselka
SMYSER KAPLAN & VESELKA
700 Louisiana
Suite 2300
Houston, TX 77002
Telephone: 713-221-2325
Fax: 713-221-2320

Daniel C. Girard
Aaron M. Sheanin
GIRARD GIBBS
601 California St.
Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846
*Counsel for Plaintiff Rodney Blasinggame*

James W. Anderson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
*Counsel for Plaintiff Mall Mart, Inc. d/b/a
Midway BP,*

Jeffrey B. Gittleman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Melrick, Inc. d/b/a North
Main Short Stop*