

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

08CV539-DMS(POR)

IN RE: PACKAGED ICE ANTITRUST LITIGATION

MDL No. 1952

### CONSOLIDATED RESPONSE OF PLAINTIFFS
### THOMAS BEVERAGE CO., INC. D/B/A THOMAS
### LIQUORS AND KOZAK ENTERPRISES, INC. TO THE MOTIONS OF
### PLAINTIFFS RODNEY BLASINGAME, ELITE ENERGY, LLC, S&S LIMA,
### INC. d/b/a DRY RUN BEVERAGE, AND CHI-MAR ENTERPRISES, INC.
### FOR TRANSFER AND CONSOLIDATION OF PRETRIAL PROCEEDINGS

### I.    INTRODUCTION

All related actions in this proceeding should be transferred to and consolidated in

the District of Minnesota before the Honorable Chief Judge James Rosenbaum.  Plaintiffs

Thomas Beverage Co., Inc. d/b/a Thomas Liquors, and Kozak Enterprises, Inc.

("Plaintiffs") hereby respond to the pending Motions for Consolidation and Transfers of

Related Actions, and submit for the reasons noted below that the United States District Court for the District of Minnesota is the best transferee forum for these actions.[1]

To date, all moving parties agree that the related actions should be consolidated in one judicial district. The related cases currently pending are sufficiently numerous to warrant consolidation, and there are common questions of law and fact among the related actions. Consequently, transfer under 28 U.S.C. § 1407 is appropriate. Transfer to a single judicial district would eliminate duplicative discovery, avoid repetitive motion practice, prevent inconsistent pretrial rulings (especially regarding class certification), and conserve the resources of the parties, their counsel, and the judiciary.

The parties disagree only about *which* district is the most appropriate transferee forum. For several reasons, the District of Minnesota is best suited to oversee the consolidation of these actions for pretrial proceedings, more so than the Eastern District of Michigan, the Northern District of Texas, and the Northern District of Ohio.

First, Chief Judge James M. Rosenbaum, to whom all of the Minnesota-filed cases are or will be assigned, is unquestionably qualified and eminently capable of overseeing the pretrial proceedings of the actions. His experience and capability in overseeing multi-district litigation is second to none. Second, the District of Minnesota is the most convenient venue for the parties and witnesses because it, as opposed to the other

---

[1] Plaintiffs' Response is submitted pursuant to 28 U.S.C. § 1407 and Rule 7.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiffs concur in the motions of Plaintiffs Ridge Plaza Inc., The Baron Group, Inc. d/b/a Baron's Ice House, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc., Silver Springs Liquor, Inc., and Mall-Mart, Inc. d/b/a Midway BP to transfer and consolidate the related actions in the District of Minnesota.

suggested districts, is centrally located and because one Defendant, Arctic Glacier International, Inc., has its principal place of business, manufacturing facilities, distribution centers, and employees in the District. Third, the District of Minnesota is well suited to handle this multi-district litigation. The District of Minnesota in general has extensive experience in multi-district litigation, and also has the technology to handle these cases. The District of Minnesota currently has a superior general civil docket. Finally, the first-filed and eleven subsequent related actions were filed in the District of Minnesota. Although the location of the first-filed lawsuit is not dispositive, it further supports the conclusion that the District of Minnesota, before Chief Judge Rosenbaum, is the most appropriate transferee forum.

These are the important factors in determining the most appropriate transferee forum. Other often-relevant factors are not present here. No case is more significantly advanced than the others, nor is any one judge more familiar with the gist of these actions than others, so neither should be a factor in the Panel's decision. Moreover, the only factor militating in favor of transferring these actions to the Eastern District of Michigan is the fact that the federal criminal grand jury is located there, which, though relevant, is not dispositive.

The Northern District of Texas also is not as appropriate a transferee forum as Minnesota. Although Texas is home to the headquarters of Defendant Reddy Ice, it certainly is less convenient for parties and witnesses, considering the location of two of the parties – Arctic Glacier and Home City – and their counsel, most of whom are located in the Midwest and Northeast.

Finally, the Northern District of Ohio has little, if any, nexus to this litigation. Defendant Home City is located in the *Southern* District of Ohio, not the Northern District of Ohio. And there is no other reason to transfer and consolidate these related actions in the Northern District of Ohio, especially when Minnesota clearly is a more appropriate forum.

## II.    FACTUAL BACKGROUND

Plaintiffs filed their complaints in the United States District Court for the District of Minnesota on March 14, 2008 and March 26, 2008, respectively. Plaintiffs allege that Defendants violated the antitrust laws by conspiring to allocate markets and unlawfully fix, raise, maintain, and stabilize the price of Packaged Ice throughout the United States.

As of April 11, 2008, 47 actions are pending in nine judicial districts throughout the country.[2] The Defendants either are identical or substantially overlap among the actions. Each Plaintiff alleges that Defendants violated federal antitrust laws and alleges essentially the same conduct by Defendants. The parties named in the complaints are located in many states. Various Plaintiffs have filed motions to transfer the related actions to the Districts of Minnesota, Eastern District of Michigan, Northern District of Texas, and Northern District of Ohio.[3]

---

[2] *See* Attached Schedule of Pending Actions.

[3] On March 18, 2008, Plaintiff Chi-Mar Enterprises, Inc., moved to consolidate and transfer the related actions to the United States District Court for the Northern District of Ohio, or, in the alternative, the Eastern District of Michigan. On March 20, 2008, Plaintiffs Ridge Plaza Inc., The Baron Group, Inc. d/b/a Baron's Ice House, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc., and Silver Springs Liquor, Inc. moved to consolidate and transfer related actions to the United States District Court

### III.    ARGUMENT

**A.    Chief Judge James M. Rosenbaum of the District of Minnesota is unquestionably qualified and eminently capable of leading these pretrial proceedings.**

Chief Judge Rosenbaum is an experienced jurist with extensive experience overseeing multi-district litigation. This is an important factor in determining the most appropriate transferee forum. *See In re Merscorp, Real Estate Settlement Procedures Act Litig.*, 473 F. Supp. 2d 1379, 1380 (J.P.M.L. 2007). A former United States Attorney, Chief Judge Rosenbaum has been a district court judge for 22 years, and has been Chief Judge for the last seven years. He presided over *In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation,* MDL No. 1726 and *In re Mirapex Products Liability Litigation*, MDL No. 1836, the latter being his only active multi-district litigation. The Panel often has sought a transferee judge with the ability, skill, and experience to steer a large litigation of the type Chief Judge Rosenbaum conducted in *In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation.*[4]

---

for the District of Minnesota. On March 21, 2008, Plaintiff Rodney Blasingame moved to consolidate and transfer related actions to the United States District Court for the Northern District of Texas. On March 24, 2008, Plaintiff Elite Energy, LLC moved to consolidate and transfer related actions to the United States District Court for the Eastern District of Michigan. On March 31, 2008, Plaintiff Mall-Mart, Inc. d/b/a Midway BP moved to consolidate and transfer related actions to the United States District Court for the District of Minnesota. As of April 14, 2008, Plaintiffs' counsel believes these motions are the only ones filed with this Panel.

[4] *In re Motor Fuel Temperature Sales Practices Litig.*, 493 F. Supp. 2d 1365, 1367 (J.P.M.L. 2007) (transferring to a forum where the transferee judge had "the time and experience to steer [the] litigation"); *In re Cooper Tire & Rubber Co. Tires Prod. Liab. Litig.*, 2001 WL 253115 (J.P.M.L. 2001) ("[B]y centralizing this litigation in the Southern District of Ohio before Judge Holschuh, before whom one of the constituent actions is already pending, we are confident that we are entrusting this assignment to an

In sum, Chief Judge Rosenbaum would be an excellent judge to lead the pretrial proceedings in these related actions.

**B.    Minnesota is the United States headquarters of Defendant Arctic Glacier and is the most convenient forum for parties and witnesses.**

A relevant factor in determining the appropriate transferee forum is the location of a defendant's headquarters. *In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371, 1373 (J.P.M.L. 2007) (concluding that litigation should be centralized in a district where the defendant's headquarters were located because witnesses and relevant documents would likely be found within the district); *In re Bluetooth Headset Prods. Liability Litig.*, 475 F. Supp. 2d 1403, 1404 (J.P.M.L. 2007) (same); *In re Parcel Tanker Shipping Servs. Antitrust Litig.*, 296 F. Supp. 2d 1370, 1371 (J.P.M.L. 2003) (transferring related actions to district where a defendant was located and documents and witnesses were likely to be found).

One of the three Defendants, Arctic Glacier, has its United States headquarters in the District of Minnesota, and there can be no doubt that potential witnesses and relevant documents are located there. *See In re Auto. Refinishing Paint Antitrust Litig.*, 177 F. Supp. 2d 1378, 1379 (J.P.M.L. 2001) (consolidating cases where "pertinent documents and witnesses can be expected to be found"); *In re Mirtazapine Patent Litig.*, 199 F.

---

able jurist."); *In re Bridgestone/Firestone, Inc.*, 2000 WL 33416573 (J.P.M.L. 2000) ("[W]e have searched for a transferee judge with the ability and temperament to steer this complex litigation on a steady and expeditious course."); *In re Diet Drugs Prods. Liab. Litig.*, 990 F. Supp. 834, 836 (J.P.M.L. 1998) ("[I]n response to this multitude of proffered choices, we have directed our attention to meeting the obvious need for a transferee judge with the ability and temperament to manage this large and growing litigation in an efficient and expeditious manner.").

Supp. 2d 1380, 1381 (same).   In addition, Arctic Glacier manufacturing facilities, distribution centers, and non-headquarters employees also are in Minnesota.

The District of Minnesota also will be the most convenient forum for parties and witnesses.   In addition to Arctic Glacier's presence there, the District of Minnesota is centrally located in the United States, with a major metropolitan airport and airline hub, together with a light rail line to transport counsel and witnesses from the airport to within a block of the courthouse.   The Panel has previously highlighted the geographic centrality of the District of Minnesota.   *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, 398 F. Supp. 2d 1371, 1372 (J.P.M.L. 2005); *see also In re Continental Corp. Sec. Litig.*, 130 F.R.D. 475, 476 (J.P.M.L. 1990); *In re Cuisinart Food Processor Antitrust Litig.*, 506 F. Supp. 651, 654-55 (J.P.M.L. 1981); *In re Prempro Prods. Liability Litig.*, 254 F. Supp. 2d 1366, 1368 (J.P.M.L. 2003) (geographic centrality is a factor in determining the appropriate transferee forum).

Notwithstanding the argument of Plaintiff Elite Energy, LLC, for transfer to the Eastern District of Michigan, Elite Energy Mem. at 10, Detroit is not home to any of the Defendants.   In addition, the Northern District of Texas, though home to Defendant Reddy Ice, is not a particularly convenient forum because, as opposed to Minneapolis or Detroit, it is a long distance from the headquarters of the other Defendants – Arctic Glacier and Home City – and from the locations of counsel for the majority of Plaintiffs.

Notwithstanding the arguments of Plaintiff Chi-Mar Enterprises, Inc. for transfer to  the Northern District of Ohio and its suggestion that the Department of Justice investigation is being spearheaded by its Cleveland Field Office, none of the Defendants

are located there, as Chi-Mar concedes. In light of the clear advantages of transferring the cases to the District of Minnesota, it makes little sense to transfer the actions to the Northern District of Ohio, which simply has little, if any, nexus to this litigation.

**C.    The first-filed action is in the District of Minnesota.**

The location of the first-filed action also is a relevant factor in determining the appropriate transferee forum. *In re Banc of America Inv. Servs., Inc.*, 466 F. Supp. 2d 1353, 1354 (J.P.M.L. 2006) (stating that the location of the first-filed action is a relevant factor in determining the appropriate transferee forum). *See In re Methyl Methacrylate (MMA) Antitrust Litig.,*435 F. Supp. 2d 1345, 1347 (J.P.M.L. 2006).

Here, the first-filed action – *Ridge Plaza, Inc. v. Reddy Ice Holdings, Inc. et al*, No. 08-657 – was filed in the District of Minnesota on March 10, 2008 and assigned to Chief Judge Rosenbaum. Eleven more actions have been filed in the District of Minnesota, nine of which to date have been or reassigned to Chief Judge Rosenbaum. The Panel accords relevance to the forum of the first-filed lawsuit, and therefore this fact supports the determination that the District of Minnesota is the most appropriate transferee forum.

**D.    The presence of the federal criminal grand jury is not dispositive.**

Notwithstanding the arguments of Plaintiffs Elite Energy, LLC, and S&S Lima, Inc., the presence of a federal criminal grand jury in this matter in the Eastern District of

Michigan is not dispositive,[5] and the cases those Plaintiffs cite are not to the contrary.[6] In

fact, as Plaintiff Mal-Mart points out, the Panel has rejected the argument that the

location of a grand jury should be dispositive. *See In re Hydrogen Peroxide Antitrust*

*Litig.*, 374 F. Supp. 2d 1345, 1346 (J.P.M.L. 2005). In fact, in *In re Electrical Carbon*

---

[5] Citing the same cases as Elite Energy and S&S Lima, Inc., Chi-Mar Enterprises, Inc., also contends that, as an alternative to the Northern District of Ohio, that the Eastern District of Michigan would be an appropriate transferee venue.

[6] *E.g., In re Orthopaedic Implant Device Litig.*, 483 F. Supp. 2d 1355, 1355 (J.P.M.L. 2007) (location of grand jury only one factor; parties had agreed to the venue and it was the location of the first-filed action); *In re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347 (J.P.M.L. 2004) (transferring related actions to particular district because two of the defendants "maintain headquarters within the district, which implies that relevant documents and witnesses will likely be found there" and suggesting that the presence of the grand jury only "tilts" to centralization in a particular district); *In re Polyester Staple Litig.*, 259 F. Supp. 2d 1376, 1378 (J.P.M.L. 2003) (referring to the location of "criminal matters" and not a grand jury); *In re Lupron Marketing & Sales Practices Litig.*, 180 F. Supp. 2d 1376, 1378 (J.P.M.L. 2001) (transferring related actions to district where three out of four actions had already been filed and mentioning in passing that the federal grand jury also was located in the district); *In re Auto. Refinishing Paint Antitrust Litig.*, 177 F. Supp. 2d 1378, 1379 (J.P.M.L. 2001) (transferring case to district because "a number of defendants have a nexus in the Northeastern United States, so pertinent documents and witnesses can be expected to be found in that vicinity" and because 22 actions before the Panel had been filed in that district in addition to the location of the grand jury); *In re Amino Acid Lysine Antitrust Litig.*, 910 F. Supp. 2d 696, 698 (J.P.M.L. 1995) (location of grand jury only one factor; all moving plaintiffs favored forum and five of the eleven related actions were filed in forum); *In re Hawaiian Hotel Room Rate Litig.*, 438 F. Supp. 935, 936 (J.P.M.L. 1977) (transferring case to district where all of the defendants were located, judge was familiar with the case, government <u>civil</u> action was located there, much of the conduct occurred in the forum, and the documents relied on by the grand jury were located in the forum); *In re Refrigerant Gas Antitrust Litig.*, 334 F. Supp. 996, 998 (J.P.M.L. 1971) (it was clear that the relevant documents were located in transferee district because they were under the court's protective order); *In re Ampicillin Antitrust Litig.*, 315 F. Supp. 317, 319 (J.P.M.L. 1970) (location of government action, not the location of a grand jury, was the dispositive factor); *In re Multidistrict Private Civil Treble Damage Antitrust Litig.*, 311 F. Supp. 1349, 1350 (J.P.M.L. 1970) (several factors including the location of the grand jury and the "center of gravity" favored district).

*Prods. Antitrust Litig.*, the Panel concluded that the presence of a government investigation and grand jury in a particular district was not dispositive, and instead transferred the related actions to the district with an experienced judge and where the defendants were located. 259 F. Supp. 2d 1374, 1376 (J.P.M.L. 2003).

Plaintiff Elite Energy's contention -- that the grand jury may have the only copies of the documents purportedly seized in the raid of Reddy Ice's corporate headquarters in Dallas, Texas and that the only place to examine the documents will be in Detroit, where the grand jury is located[7] -- is based on several levels of speculation and conjecture. Even if the Department of Justice seized original documents during the raid, and even if the producing Defendant does not obtain the return of those documents or copies thereof, and even if Plaintiffs obtain access to those documents directly from the government (as opposed to obtaining them from the producing Defendant), the physical location of the documents and the fact that the MDL transferee court is the District of Minnesota or somewhere other than the Eastern District of Michigan will have no impact on this aspect of discovery.  The MDL transferee court, wherever it is, will be fully empowered to address any issues that may arise in such discovery.

In sum, the location of the grand jury, while relevant, is not dispositive.

E.      **The District of Minnesota has extensive experience in, and is technologically well suited for, handling multi-district litigation.**

Judges within the District of Minnesota have efficiently handled many MDL proceedings including, among others, *In re Airline Ticket Commission Antitrust*

---

[7] Elite Energy Mem. at 9.

*Litigation* (MDL No. 1058), *In re Monosodium Glutamate Antitrust Litigation* (MDL No. 1328), *In re KFC Corp. Fair Labor Standards Act Litigation* (MDL No. 1892), *In re C.H. Robinson Worldwide, Inc. Overtime Pay Litigation* (MDL No. 1849), *In re Viagra Products Liability Litigation* (MDL No. 1724), *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation* (MDL No. 1708), *In re Baycol Product Liability Litigation* (MDL No. 1431), and *In re St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation* (MDL No. 1396). As such, the District of Minnesota is well suited to handle this particular multi-district litigation.

In addition, the number of active MDLs in the District of Minnesota – eight -- is not comparably greater than those in the other proposed districts when considering that the number of civil cases filed in the District of Minnesota is far greater than other proposed districts. For example, the total number of cases filed in the District of Minnesota for the 12-month period ending March 31, 2007 (6,786) is approximately two times the number of cases filed during the same period in both the Northern District of Texas (2,899) and the Eastern District of Michigan (3,620). Regardless of the number of cases and ongoing MDLs, the Panel has previously recognized that the District of Minnesota has a superior general docket, again making it well suited to be the transferee forum. *See In re Baycol Products Liability Litigation*, 2001 WL 34134820, *2 (J.P.M.L. 2001).

Finally, as noted by Plaintiff Mall-Mart, Inc. d/b/a Midway BP, the District of Minnesota employs state-of-the-art courtroom technology, including flat panel monitors for the judge, counsel, and jury; an annotation monitor; digital document camera,

computer inputs and audio/visual components, including wireless microphones and pink noise to mask bench conferences.

## IV.    CONCLUSION

Plaintiffs respectfully request that the Panel transfer the related actions to the District of Minnesota.  Chief Judge James M. Rosenbaum would be an excellent judge to oversee the consolidated pretrial proceedings.  The headquarters of Defendant Arctic Glacier is located in the district, it would be the most convenient forum for parties and witnesses, and the first-filed action is in the district, all of which are significant factors. Finally, Minnesota and Chief Judge Rosenbaum are well suited to handle this litigation, as they have in past MDLs.

Dated:  April 14, 2008                                      Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

W. Joseph Bruckner (#147758)
Richard A. Lockridge (#64117)
Heidi M. Silton (#025759X)
Matthew R. Salzwedel (#0312903)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:    (612) 339-6900
Fax:    (612) 339-0981
Email: wjbruckner@locklaw.com
         ralockridge@locklaw.com
         hmsilton@locklaw.com
         mrsalzwedel@locklaw.com

Counsel for Plaintiffs Thomas Beverage
Co., Inc. d/b/a Thomas Liquors, and Kozak
Enterprises, Inc.

Jayne Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
Tel:    (954) 515-0123
Fax:    (954) 515-0124
Email: jgoldstein@magergoldstein.com

Counsel for Plaintiff Kozak Enterprises, Inc.

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

IN RE PACKAGED ICE
ANTITRUST LITIGATION

)
)
)
)

MDL No. 1952

## RULE 5.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Plaintiff Thomas Beverage Co., Inc. d/b/a Thomas Liquors states that

it has no parent, affiliate, or subsidiary of any kind.

Dated: April 11, 2008

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

_____

W. Joseph Bruckner (#147758)
Richard A. Lockridge (#64117)
Heidi M. Silton (#025759X)
Matthew R. Salzwedel (#0312903)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:    (612) 339-6900
Fax:    (612) 339-0981
Email: wjbruckner@locklaw.com
          ralockridge@locklaw.com
          hmsilton@locklaw.com
          mrsalzwedel@locklaw.com

*Attorneys for Plaintiff Thomas Beverage Co.,*
*Inc. d/b/a Thomas Liquors*

380268-1

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | ) ) ) ) | MDL No. 1952 |

## RULE 5.3 CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Kozak Enterprises, Inc. states that it has no parent, affiliate, or subsidiary of any kind.

Dated: April 11, 2008

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

_____

W. Joseph Bruckner (#147758)
Richard A. Lockridge (#64117)
Heidi M. Silton (#025759X)
Matthew R. Salzwedel (#0312903)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
Email: wjbruckner@locklaw.com
        ralockridge@locklaw.com
        hmsilton@locklaw.com
        mrsalzwedel@locklaw.com

*Attorneys for Plaintiff Kozak Enterprises, Inc.*

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE PACKAGED ICE | ) | MDL No. 1952 |
| ANTITRUST LITIGATION | ) |  |
|  | ) |  |

## SCHEDULE OF PENDING ACTIONS

As of April 11, 2008, the litigation consists of 47 actions. The following cases are in addition to the MDL's Schedule of Actions dated April 7, 2008.

1.    Four cases filed in the Eastern District of Michigan:

      a.    *Blue Ash Service Center, Inc. d/b/a Blue Ash Shell v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc., Home City Ice Company, Inc., and John Does I-X*; Civil No. 2:08-cv-11387-AC-MJH (E.D. Mich.), Judge Avern Cohn, filed April 1, 2008;

      b.    *Higginbotham Oil Company, Inc. v. Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 4:08-cv-11400-PVG-SDP (E.D. Mich.), Judge Paul V. Gadola, filed April 2, 2008;

      c.    *Polly's Food Service, Inc. and Kenco, Inc. v. Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 2:08-cv-11420-LPZ-RSW (E.D. Mich.), Judge Lawrence P. Zatkoff, filed April 2, 2008; and

      d.    *Donald K. Tomino d/b/a Crafton Beverage Center v. Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 4:08-cv-11438-PVG-MJH (E.D. Mich.), Judge Paul V. Gadola, filed April 3, 2008.

2.    Two cases filed in the District of Minnesota:

    a.    *Tahira Firdous d/b/a TFS, Inc. a/k/a All Stop #2 v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International Inc., and Home City Ice Company*, Civil No. 0:08-cv-01020-PJS-JJG (D. Minn.), Judge Patrick J. Schlitz, filed April 9, 2008; and

    b.    *Meleen Corporation d/b/a Meleen Sportsman Store v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 0:08-cv-01025-JRT-RLE (D. Minn.), Judge John R. Tunheim, filed April 10, 2008.

3.    One case filed in the Northern District of Ohio:

    a.    *Juniata Mobil v. Reddy Ice Holdings, Inc., Arctic Glacier Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 1:08-cv-00859-DCN (N.D. Oh.), Judge Donald C. Nugent, filed April 2, 2008;

4.    Three cases filed in the Northern District of Texas:

    a.    *Charlie Holland Motors, Inc. v. Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc., Reddy Ice Holdings, Inc., and Home City Ice Company*; Civil No. 3:08-cv-00576 (N.D. Tex.), Judge A. Joe Fish, filed April 3, 2008;

    b.    *The Lanesville Food Mart, Inc. v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 3:08-cv-00607 (N.D. Tex.), Judge Sidney A. Fitzwater, filed April 8, 2008; and

    c.    *Mount Pocono Campground, Inc. v. Reddy Ice Holdings, Inc., Arctic Glacier Inc., Arctic Glacier International Inc., and Home City Ice Company*; Civil No. 3:08-cv-00563 (N.D. Tex.), Judge Ed Kinkeade, filed April 1, 2008;

### BEFORE THE JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE PACKAGED ICE | ) | MDL No. 1952 |
| ANTITRUST LITIGATION | ) | |
| | ) | |

### <u>CERTIFICATE OF SERVICE</u>

I, W. Joseph Bruckner, hereby certify that on April 14, 2008, I caused copies of the

documents detailed below to be served upon the counsel listed on the attached service list, via

U.S. first-class mail:

1.  Consolidated Response of Plaintiffs Thomas Beverage Co., Inc. d/b/a Thomas Liquors and Kozak Enterprises, Inc. to the Motions of Plaintiffs Rodney Blasingame, Elite Energy, LLC, S&S Lima, Inc. d/b/a Dry Run Beverage, and Chi-Mar Enterprises, Inc. for Transfer and Consolidation of Pretrial Proceedings;

2.  Rule 5.3 Corporate Disclosure Statement for Plaintiff Thomas Beverage Co., Inc. d/b/a Thomas Liquors;

3.  Rule 5.3 Corporate Disclosure Statement for Plaintiff Kozak Enterprises, Inc.;

4.  Schedule of Pending Actions; and

5.  Certificate of Service.

380270-1

Dated: April 14, 2008                    Respectfully submitted,

                                         LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                         _____
                                         W. Joseph Bruckner (#147758)
                                         Richard A. Lockridge (#64117)
                                         Heidi M. Silton (#025759X)
                                         Matthew R. Salzwedel (#0312903)
                                         100 Washington Avenue South, Suite 2200
                                         Minneapolis, MN 55401
                                         Tel:    (612) 339-6900
                                         Fax:    (612) 339-0981
                                         Email: wjbruckner@locklaw.com
                                                ralockridge@locklaw.com
                                                hmsilton@locklaw.com
                                                mrsalzwedel@locklaw.com

                                         *Counsel for Plaintiff Thomas Beverage Co., Inc.
                                         d/b/a Thomas Liquors and Kozak Enterprises, Inc.*

380270-1                                 2

# IN RE PACKAGED ICE ANTITRUST LITIGATION
## MDL NO. 1952
### SERVICE LIST

| PLAINTIFF | COUNSEL |
|---|---|
| **THE BARON GROUP, INC.**<br>**d/b/a BARON'S ICE HOUSE**<br><br>**G.M. FOOD & FUEL LLC**<br>**d/b/a G.M. FOOD & GAS**<br><br>**MELEEN CORPORATION**<br>**d/b/a MELEEN SPORTSMAN STORE** | Karl L. Cambronne<br>Jeffrey D. Bores<br>Bryan L. Bleichner<br>CHESTNUT & CAMBRONNE, P.A.<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN 55402 |
| **THE BARON GROUP, INC.**<br>**d/b/a BARON'S ICE HOUSE** | Gary B. Friedman<br>FRIEDMAN LAW GROUP<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012 |
| **JAN BARRANCO-GRAMS** | Mark A. Maasch<br>TURNER & MAASCH, INC.<br>550 West C Street, Suite 1150<br>San Diego, CA 92101 |
| **RODNEY BLASINGAME** | Larry R. Veselka<br>SMYSER KAPLAN & VESELKA, L.L.P.<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002<br><br>Daniel C. Girard<br>Elizabeth C. Pritzker<br>Aaron M. Sheanin<br>Steven. G. Tidrick<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108-2805 |
| **BLUE ASH SERVICE CENTER, INC.**<br>**d/b/a BLUE ASH SHELL** | Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105 |

| PLAINTIFF | COUNSEL |
|---|---|
| **CHAMPS LIQUORS, INC.**<br><br>**POLLY'S FOOD SERVICE, INC.**<br>**KENCO, INC.** | Richard S. Wayne<br>William R. Jacobs<br>Thomas P. Glass<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>Cincinnati, OH  45202-4018<br><br>Mary Jane Fait<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL  60603<br><br>Fred Taylor Isquith<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY  10016 |
| **CHI-MAR ENTERPRISES, INC.**<br><br>**FU-WAH MINI MARKET**<br><br>**JUNIATA MOBIL**<br><br>**MARCHBANKS TRAVEL SERVICE, INC.**<br><br>**WARRINGTON FUELS, INC.** | Edmund W. Searby<br>John D. Fabian<br>McDONALD HOPKINS LLC<br>600 Superior Avenue East<br>Suite 2100<br>Cleveland, OH  44114 |
| **CHI-MAR ENTERPRISES, INC.**<br><br>**WARRINGTON FUELS, INC.** | Robert N. Kaplan<br>Linda P. Nussbaum<br>Richard J. Kilsheimer<br>Gregory K. Arenson<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 14th Floor<br>New York, NY  10022<br><br>Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL  60035 |

380207-1

2

| PLAINTIFF | COUNSEL |
|-----------|---------|
| **CHI-MAR ENTERPRISES, INC.** | Joseph C. Kohn<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107-3389<br><br>Kevin B. Love<br>CRIDEN & LOVE, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143 |
| **CHUKRID KHORCHID<br>d/b/a 7-ELEVEN**<br><br>**MALL MART, INC. d/b/a MIDWAY BP**<br><br>**RIDGE PLAZA INC.**<br><br>**SOLID WASTE LTD.**<br><br>**THRIFTY LIQUOR, INC.** | Daniel E. Gustafson<br>Jason S. Kilene<br>James W. Anderson<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 |
| **CHUKRID KHORCHID<br>d/b/a 7-ELEVEN** | Natalie Finkelman Bennett<br>SHEPHERD, FINKELMAN, MILLER<br> & SHAH, LLC<br>35 East State Street<br>Media, PA 19063<br><br>Michael D. Shaffer<br>Michael H. Gaier<br>SHAFFER & GAIER<br>One Penn Center<br>1617 JFK Blvd., Suite 946<br>Philadelphia, PA 19103 |

| PLAINTIFF | COUNSEL |
|---|---|
| **823 SPROUL, INC.**<br>**d/b/a SPROUL BEVERAGE**<br><br>**CIRCLE BEER & BEVERAGE, INC.**<br>**t/d/b/a DUFFY'S POP & BEER**<br>**WAREHOUSE**<br><br>**JOSEPH KRAINC**<br>**d/b/a JOE'S BEER DISTRIBUTOR**<br><br>**LINCO DISTRIBUTING COMPANY,**<br>**INC.**<br>**d/b/a BEER MINIMUM**<br><br>**MAZEL LLC**<br><br>**DONALD K. TOMINO**<br>**d/b/a CRAFTON BEVERAGE CENTER** | E. Powell Miller<br>Martha J. Olijnyk<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Dr., Suite 300<br>Rochester, MI 48307 |
| **CHARLIE HOLLAND MOTORS, INC.** | Andrew Wood<br>WOOD, WOOD & YOUNG, P.S.C.<br>33 West Second Street, 3rd Floor<br>U.S. Bank Building<br>Maysville, KY 41056 |
| **CIRCLE BEER & BEVERAGE, INC.**<br>**t/d/b/a DUFFY'S POP & BEER**<br>**WAREHOUSE**<br><br>**LINCO DISTRIBUTING COMPANY,**<br>**INC. d/b/a BEER MINIMUM**<br><br>**DONALD K. TOMINO**<br>**d/b/a CRAFTON BEVERAGE CENTER** | John C. Evans<br>SPECTER, SPECTER, EVANS<br>  & MANOGUE, P.C.<br>The 26th Floor Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219 |

| PLAINTIFF | COUNSEL |
|---|---|
| **JOSEPH DIFABRITIIS**<br>**7-11 FOOD STORE #24428** | Michael P. Lynn<br>Richard A. Smith<br>LYNN TILLOTSON & PINKER, LLP<br>750 North St. Paul Street, Suite 1400<br>Dallas, TX 75201<br><br>John R. Malkinson<br>MALKINSON & HALPERN, P.C.<br>223 West Jackson Blvd., Suite 1010<br>Chicago, IL 60606<br><br>Roberta D. Liebenberg<br>FINE, KAPLAN & BLACK, R.P.C.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103 |
| **RICK DRONTLE**<br>**d/b/a PONYTAIL CATERING** | Nathaniel P. Hobbs<br>PATRICK BURNS & ASSOCIATES<br>8401 Wayzata Boulevard, Suite 300<br>Minneapolis, MN 55426 |
| **ELITE ENERGY, LLC** | Mary Ellen Gurewitz<br>SACHS WALDMAN<br>  PROFESSIONAL CORPORATION<br>1000 Farmer<br>Detroit, MI 48226-2899<br><br>Steven A. Asher<br>Mindee J. Reuben<br>Noah Axler<br>WEINSTEIN KITCHENOFF & ASHER, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103 |

| PLAINTIFF | COUNSEL |
|---|---|
| **CHARLIE HOLLAND MOTORS, INC.**<br><br>**RICK DRONTLE**<br>**d/b/a PONYTAIL CATERING**<br><br>**ETHAMMA EMMANUEL**<br>**d/b/a 7-11 25452**<br><br>**FIVE ANGELS MANAGEMENT**<br>**d/b/a FRANK A. SMITH BEVERAGES**<br><br>**THE LANESVILLE FOOD MART, INC.**<br><br>**JOSEPH MASSINO**<br><br>**MOUNT POCONO CAMPGROUND,**<br>**INC.**<br><br>**WILSON FARMS, INC.** | Barry C. Barnett<br>Terrell W. Oxford<br>SUSMAN GODFREY L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX  75202-3775 |
| **CHARLIE HOLLAND MOTORS, INC.**<br><br>**ETHAMMA EMMANUEL**<br>**d/b/a 7-11 25452** | Eugene A. Spector<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF, PC.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br><br>John C. Murdock<br>MURDOCK GOLDENBERG SCHNEIDER<br>  & GROH, LPA<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH  45202 |
| **F&V OIL COMPANY, INC.**<br>**LANSDALE OIL COMPANY, INC.**<br>**VB & FS OIL COMPANY** | Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>321 Woodward Avenue<br>300 Baltimore Center<br>Royal Oak, MI  48073-0999<br><br>Krishna B. Narine<br>THE LAW OFFICE OF<br>  KRISHNA B. NARINE, P.C.<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA  19006 |

| PLAINTIFF | COUNSEL |
|---|---|
| F&V OIL COMPANY, INC.<br>LANSDALE OIL COMPANY, INC.<br>VB & FS OIL COMPANY<br><br>JUNIATA MOBIL | Jacob A. Goldberg<br>Kendall S. Zylstra<br>Stephen E. Connolly<br>FARUQI & FARUQI LLP<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA  19006<br><br>Nadeem Faruqi<br>Antonio Vozzolo<br>Richard D. Schwartz<br>FARUQI & FARUQI LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY  10017-6531 |
| FIVE ANGELS MANAGEMENT<br>d/b/a FRANK A. SMITH BEVERAGES | Howard J. Sedran<br>Austin B. Cohen<br>Charles Sweedler<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106-3697<br><br>Stewart M. Weltman<br>WELTMAN LAW FIRM<br>77 W. Wacker Drive, Suite 4800<br>Chicago, IL  60601-1664<br><br>David P. McLafferty<br>McLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA  19428 |
| FU-WAH MINI MARKET<br><br>MARCHBANKS TRAVEL SERVICE,<br>INC. | H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>Charles P. Goodwin<br>Michael J. Kane<br>David A. Langer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 |
| FU-WAH MINI MARKET | Marc H. Edelson<br>EDELSON & ASSOCIATES LLC<br>45 West Court Street<br>Doylestown, PA  18901 |

| PLAINTIFF | COUNSEL |
|---|---|
| **G.M. FOOD & FUEL LLC**<br>**d/b/a G.M. FOOD & GAS**<br><br>**TAHIRA FIRDOUS**<br>**d/b/a TFS, INC. a/k/a ALL STOP #2** | Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 |
| **G.M. FOOD & FUEL LLC**<br>**d/b/a G.M. FOOD & GAS** | Richard L. Jasperson<br>RICHARD L. JASPERSON, P.A.<br>E1000 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 |
| **HIGGINBOTHAM OIL COMPANY, INC.** | Richard P. Rouco<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place, Suite 1000<br>Birmingham, AL 35203<br><br>Samuel W. Junkin<br>JUNKIN PEARSON HARRISON<br> & JUNKIN, P.C.<br>601 Greensboro Avenue, Suite 600<br>Tuscaloosa, AL 35401 |
| **JOSEPH KRAINC**<br>**d/b/a JOE'S BEER DISTRIBUTOR** | Jeffrey Krinsk<br>Mark Knutson<br>FINKELSTEIN & KRINSK<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101 |
| **823 SPROUL, INC.**<br>**d/b/a SPROUL BEVERAGE**<br><br>**FU-WAH MINI MARKET**<br><br>**JOSEPH KRAINC**<br>**d/b/a JOE'S BEER DISTRIBUTOR** | Anthony J. Bolognese<br>Joshua H. Grabar<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102 |
| **KOZAK ENTERPRISES, INC.** | Jayne Goldstein<br>MAGER & GOLDSTEIN LLP<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326 |

| PLAINTIFF | COUNSEL |
|---|---|
| **THE LANESVILLE FOOD MART, INC.** | Irwin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204 |
| **LINCO DISTRIBUTING COMPANY, INC.**<br>**d/b/a BEER MINIMUM** | Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY  10605 |
| **MALL MART, INC. d/b/a MIDWAY BP** | Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA  17601<br><br>Dennis J. Stewart<br>HULETT, HARPER, STEWART, LLP<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br><br>Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE<br>55 West Monroe Street, Suite 3300<br>Chicago, IL  60603<br><br>John Dominguez<br>BERMAN DeVALERIO PEASE<br>  TABACCO BURT & PUCILLO<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL  33401 |

| PLAINTIFF | COUNSEL |
|---|---|
| **MARCHBANKS TRAVEL SERVICE, INC.** | David A. Balto<br>LAW OFFICES OF DAVID BALTO<br>2600 Virginia Ave., N.W.<br>Suite 111<br>Washington, D.C.  20037<br><br>Joseph R. Saveri<br>Michele C. Jackson<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA  94111-3339<br><br>Christopher E. Coleman<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>150 Fourth Avenue North<br>Suite 1650<br>Nashville, TN  37219-2423<br><br>Joshua P. Davis<br>LAW OFFICES OF JOSHUA P. DAVIS<br>437A Valley Street<br>San Francisco, CA  94131 |
| **MARIN SCOTTY'S MARKET, INC.** | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP ALIOTO TRUMP<br>  & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA  94123<br><br>Joseph M. Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA  94123 |
| **RICK DRONTLE<br>d/b/a PONYTAIL CATERING**<br><br>**JOSEPH MASSINO** | Vincent J. Esades<br>Scott W. Carlson<br>Katherine T. Kelly<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN  55403 |

| PLAINTIFF | COUNSEL |
|---|---|
| **JOSEPH MASSINO** | Ann D. White<br>ANN D. WHITE LAW OFFICES, P.C.<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA  19046 |
| **MAZEL LLC** | Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART<br>  OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br><br>Mel E. Lifshitz<br>Ronald J. Aranoff<br>BERNSTEIN LIEBHARD<br>  & LIFSHITZ, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY  10016 |
| **MELRICK, INC.**<br>**d/b/a NORTH MAIN SHORT STOP** | Jonathan B. Frank<br>JACKIER GOULD, P.C.<br>121 W. Long Lake Road, Suite 200<br>Bloomfield Hills, MI  48304<br><br>Gerald J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA  19103<br><br>Simon Bahne Paris<br>SALTZ, MONGELUZZI, BARRETT,<br>  & BENDESKY, P.C.<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA  19103 |

| PLAINTIFF | COUNSEL |
|---|---|
| **MOUNT POCONO CAMPGROUND, INC.** | Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL<br>  & SKIRNICK, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102<br><br>Martin I. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 |
| **POLLY'S FOOD SERVICE, INC.**<br>**KENCO, INC.** | Richard N. LaFlamme<br>LAFLAMME & MAULDIN<br>2540 Spring Arbor Road<br>Jackson, MI 49203 |
| **PUBLIC FOODS, INC.**<br>**AMERICANA FOOD STORE, INC.**<br>**TWIN VALUE, LLC**<br>**d/b/a SEAWAY MARKETPLACE** | Peter Safirstein<br>Andrew W. Morganti<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br><br>Jason S. Hartley<br>Jason M. Lindner<br>ROSS, DIXON & BELL, LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br><br>Ryan Husaynu<br>HUSAYNU & PLEZIA, P.C.<br>26211 Central Park Blvd., Suite 207<br>Southfield, MI 48076 |

| PLAINTIFF | COUNSEL |
|---|---|
| **BLUE ASH SERVICE CENTER, INC.**<br>**d/b/a BLUE ASH SHELL**<br><br>**HIGGINBOTHAM OIL COMPANY,**<br>**INC.**<br><br>**RSB WELLMAN CO., INC.**<br>**d/b/a TWIG'S CARRY OUT**<br><br>**S&S LIMA, INC.**<br>**d/b/a DRY RUN BEVERAGE**<br><br>**Y&R'S, INC.** | Patrick E. Cafferty<br>CAFFERTY FAUCHER LLP<br>101 North Main Street, Suite 450<br>Ann Arbor, MI 48104 |
| **RSB WELLMAN CO., INC.**<br>**d/b/a TWIG'S CARRY OUT** | Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br><br>Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 |
| **S&S LIMA, INC.**<br>**d/b/a DRY RUN BEVERAGE** | Bryan Clobes<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19103<br><br>James F. Keller<br>GOTTESMAN & ASSOCIATES, LLC<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH 45202 |

| PLAINTIFF | COUNSEL |
|---|---|
| **SILVER SPRINGS LIQUOR INC.** | J. Douglas Peters<br>Ann K. Mandt<br>CHARFOOS & CHRISTENSEN, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202<br><br>Peter Burke<br>BURKE, HARVEY<br>  & FRANKOWSKI, LLC<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205 |
| **SOLID WASTE LTD.** | Roger B. Greenberg<br>SCHWARTZ, JUNELL, GREENBERG<br>  & OATHOUT L.L.P.<br>Two Houston Venter<br>909 Fannin, Suite 2700<br>Houston, TX 77010<br><br>Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067 |
| **SOLID WASTE LTD.**<br><br>**THRIFTY LIQUOR, INC.** | Bernard Persky<br>Hollis L. Salzman<br>Kellie Safar Lerner<br>Morissa Falk<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005 |

| PLAINTIFF | COUNSEL |
|---|---|
| **TAHIRA FIRDOUS**<br>**d/b/a TFS, INC. a/k/a ALL STOP #2** | Brian P. Murray<br>MURRAY FRANK & SAILER, LLP<br>275 Madison Avenue<br>New York, NY 10016<br><br>Otis W. Williams, Jr.<br>345 East Apache<br>Tulsa, OK 74106<br><br>Gerald Lovoi<br>324 South Main Street<br>Tulsa, OK 74103 |
| **THOMAS BEVERAGE CO., INC.**<br>**D/B/A THOMAS LIQUORS** | Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br><br>Richard J. Arsenault<br>John R. Whaley<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br><br>Ira Neil Richards<br>TRUJILLO RODRIGUEZ<br>& RICHARDS, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103 |
| **THRIFTY LIQUOR, INC.** | Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Marshall P. Dees<br>HOLZER HOLZER & FISTEL, LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338 |

| PLAINTIFF | COUNSEL |
|---|---|
| **DONALD K. TOMINO**<br>**d/b/a CRAFTON BEVERAGE CENTER** | Barbara J. Hart<br>LOWEY DANNENBERG COHEN<br>  & HART, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310 |
| **JENIFER VALENCIA** | Ralph K. Phalen<br>1000 Broadway, Suite 400<br>Kansas City, MO  64105<br><br>Mitchell L. Burgess<br>BURGESS & LAMB, P.C.<br>1000 Broadway, Suite 400<br>Kansas City, MO  64105<br><br>Ben Barnow<br>BARNOW AND ASSOCIATES, P.C.<br>One North LaSalle, Suite 4600<br>Chicago, IL  60602<br><br>Lance A. Harke<br>HARKE & CLASBY LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL  33130 |

| PLAINTIFF | COUNSEL |
|---|---|
| **WILSON FARMS, INC.** | Michael D. Hausfeld<br>COHEN MILSTEIN HAUSFELD<br>  & TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005<br><br>Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>COHEN MILSTEIN HAUSFELD<br>  & TOLL, P.L.L.C.<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA  94111<br><br>Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY  14701 |
| **WILSON FARMS, INC.** | Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>  ALVAREZ & SMITH LLP<br>One California Street, 3rd Floor<br>San Francisco, CA  94111<br><br>Maxwell M. Blecher<br>BLECHER & COLLINS<br>515 South Figueroa Street, 17th Floor<br>Los Angeles, CA  90071<br><br>Jonathan W. Cuneo<br>Daniel M. Cohen<br>CUNEO, GILBERT & LADUCA, LLP<br>507 C Street, NE<br>Washington, D.C.  20002 |
| **Y&R'S, INC.** | Steven A. Schwartz<br>Daniel B. Scott<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, PA  19041 |

# DEFENDANTS COUNSEL
## as appearing in the MN actions

| DEFENDANT | COUNSEL |
|---|---|
| **REDDY ICE HOLDINGS, INC.**<br><br>**REDDY ICE CORPORATION** | Alan L. Kidow<br>DLA Piper US LLP<br>90 South Seventh Street, Suite 5100<br>Minneapolis, MN 55402-4168<br><br>James R. Nelson<br>DLA Piper US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4629<br><br>David H. Bamberger<br>DLA Piper US LLP<br>500 8th Street, N.W.<br>Washington, D.C. 20004 |
| **ARCTIC GLACIER INCOME FUND**<br>**ARCTIC GLACIER, INC.**<br>**ARCTIC GLACIER**<br>  **INTERNATIONAL, INC.** | John M. Majoras<br>JONES DAY<br>51 Louisiana Avenue<br>Washington, D.C. 20001<br><br>Paula W. Render<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692 |

| DEFENDANT | COUNSEL |
|---|---|
| **HOME CITY ICE COMPANY** | Todd Wind<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br><br>Sanford M. Litvack<br>Eric J. Stock<br>HOGAN AND HARTSON<br>875 Third Avenue<br>New York, NY  10022<br><br>Michael A. Roberts<br>J. Jeffrey Landen<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH  45202 |