# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
901 MAIN STREET
DALLAS, TEXAS 75202-3775
(214) 754-1900
FAX (214) 754-1933
WWW.SUSMANGODFREY.COM

| | | | |
|---|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 950<br>1901 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3800<br>1201 THIRD AVENUE<br>SEATTLE, WASHINGTON 98101-3000<br>(206) 516-3880 | 5TH FLOOR<br>654 MADISON AVENUE<br>NEW YORK, NEW YORK 10065-8440<br>(212) 336-8330 |

ANDREW C. BYNUM
DIRECT DIAL (214) 754-1946

DIRECT DIAL FAX (214) 665-2660
E-MAIL ABYNUM@SUSMANGODFREY.COM

April 15, 2008

08 CV 539 DMS(POR)

### *VIA U.S. FIRST CLASS MAIL*

To All Counsel on the Attached Certificate of Service

> Re:  *In re Packaged Ice Antitrust Litigation*; MDL No.1952

Dear Counsel:

Enclosed and served upon you are the following:

- Corporate Disclosure Statement for Charlie Holland Motors, Inc.;

- Corporate Disclosure Statement for Mount Pocono Campground, Inc.;

- Corporate Disclosure Statement for The Lanesville Food Mart, Inc.;

- Corporate Disclosure Statement for Wilson Farms, Inc.; and

- Corporate Disclosure Statement for Ponytail Catering.

Very truly yours,

Andrew C. Bynum
*Paralegal to Barry Barnett*

*Enclosures*

831732v1/010707

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE PACKAGED ICE                          :
ANTITRUST LITIGATION                         :            MDL DOCKET NO. 1952
_____            :

**CORPORATE DISCLOSURE STATEMENT**

Please check one box:

☑        The nongovernmental corporate party, **Charlie Holland Motors, Inc.,** in the above listed
         civil action does not have any parent corporation and publicly held corporation that owns
         10% or more of its stock.

☐        The nongovernmental corporate party, _____, in the
         above listed civil action has the following parent corporations) and publicly held
         corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

831710v1/010707

4/15/08

Date

Barry Barnett / *Rt*

Barry Barnett
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
214-754-1900
214-754-1933 Facsimile

Counsel for:

Five Angels Management d/b/a
Frank A. Smith Beverages;
The Lanesville Food Mart, Inc.;
Joseph Massino;
Charlie Holland Motors Inc.;
Ethamma Emmanuel d/b/a 7-11 25452;
Ponytail Catering;
Mount Pocono Campground, Inc.; and
Wilson Farms, Inc.

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

      (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

      (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE PACKAGED ICE                          :
ANTITRUST LITIGATION                      :                    MDL DOCKET NO. 1952
                                                         :

**CORPORATE DISCLOSURE STATEMENT**

Please check one box:

☑      The nongovernmental corporate party, **Mount Pocono Campground, Inc.,** in the above
        listed civil action does not have any parent corporation and publicly held corporation that
        owns 10% or more of its stock.

☐      The nongovernmental corporate party, _____, in the
        above listed civil action has the following parent corporations) and publicly held
        corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

_4/15/08_
_____
Date

_Barry Barnett_ /CX
_____
Barry Barnett
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
214-754-1900
214-754-1933 Facsimile

Counsel for:

Five Angels Management d/b/a
Frank A. Smith Beverages;
The Lanesville Food Mart, Inc.;
Joseph Massino;
Charlie Holland Motors Inc.;
Ethamma Emmanuel d/b/a 7-11 25452;
Ponytail Catering;
Mount Pocono Campground, Inc.; and
Wilson Farms, Inc.

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

        (1)     file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

        (2)     promptly file a supplemental statement upon any change in the information that the statement requires.

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE PACKAGED ICE                    :
ANTITRUST LITIGATION                  :                    MDL DOCKET NO. 1952
                                      :

**CORPORATE DISCLOSURE STATEMENT**

Please check one box:

☑       The nongovernmental corporate party, **The Lanesville Food Mart, Inc.**, in the above
        listed civil action does not have any parent corporation and publicly held corporation that
        owns 10% or more of its stock.

☐       The nongovernmental corporate party, _____, in the
        above listed civil action has the following parent corporations) and publicly held
        corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

_____4/15/08_____                    _____Barry Barnett / DC_____
Date                                     Barry Barnett
                                         SUSMAN GODFREY L.L.P.
                                         901 Main Street, Suite 5100
                                         Dallas, Texas 75202
                                         214-754-1900
                                         214-754-1933 Facsimile

Counsel for:                             Five Angels Management d/b/a
                                         Frank A. Smith Beverages;
                                         The Lanesville Food Mart, Inc.;
                                         Joseph Massino;
                                         Charlie Holland Motors Inc.;
                                         Ethamma Emmanuel d/b/a 7-11 25452;
                                         Ponytail Catering;
                                         Mount Pocono Campground, Inc.; and
                                         Wilson Farms, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

      (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

      (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE PACKAGED ICE    :
ANTITRUST LITIGATION   :    MDL DOCKET NO. 1952
            :

## CORPORATE DISCLOSURE STATEMENT

Please check one box:

☑  The nongovernmental corporate party, **Wilson Farms, Inc.**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporations) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

_4/15/08_
Date

_Barry Barnett /α_

Barry Barnett
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
214-754-1900
214-754-1933 Facsimile

Counsel for:

Five Angels Management d/b/a
Frank A. Smith Beverages;
The Lanesville Food Mart, Inc.;
Joseph Massino;
Charlie Holland Motors Inc.;
Ethamma Emmanuel d/b/a 7-11 25452;
Ponytail Catering;
Mount Pocono Campground, Inc.; and
Wilson Farms, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

     (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

     (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE PACKAGED ICE          :
ANTITRUST LITIGATION        :          MDL DOCKET NO. 1952
                            :

**CORPORATE DISCLOSURE STATEMENT**

Please check one box:

☑      The nongovernmental corporate party, **Ponytail Catering**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐      The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporations) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

4/15/08
_____
Date

Barg Barnett /DX
_____
Barry Barnett
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
214-754-1900
214-754-1933 Facsimile

Counsel for:

Five Angels Management d/b/a
Frank A. Smith Beverages;
The Lanesville Food Mart, Inc.;
Joseph Massino;
Charlie Holland Motors Inc.;
Ethamma Emmanuel d/b/a 7-11 25452;
Ponytail Catering;
Mount Pocono Campground, Inc.; and
Wilson Farms, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(1)     file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2)     promptly file a supplemental statement upon any change in the information that the statement requires.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record as listed below on

this the 15th day of April, 2008 by U.S. First Class Mail:

_Barry Barnett /px_

Barry Barnett


Mary Ellen Gurewitz
Sachs Waldman Professional Corporation
1000 Farmer
Detroit, MI 48226-2899
     **Counsel for Plaintiff Elite Energy, LLC and the Proposed Class**
        E.D. Mich., No. 2:08-cv-11201


Steven A. Asher
Robert S. Kitchenoff
Mindee J. Reuben
Noah Axler
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
     **Counsel for Plaintiff Elite Energy, LLC and the Proposed  Class**
        E.D. Mich., No. 2: 08-cv-11201


Stephen F. Wassinger
Stephen S. Wassinger PLC
321 Woodward Avenue
300 Baltimore Center
Royal Oak , MI 48073-0999
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.**
     **And VB & FS Oil Company**
        E.D. Mich., No. 2:08-cv-11152


Kendall S. Zylstra
Jacob A. Goldberg
Stephen E. Connolly
Faruqi & Faruqi, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.**
     **And VB & FS Oil Company**
        E.D. Mich., No. 2:08-cv-11152

Nadeem Faruqi
Antonio Vozzolo
Richard D. Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
> **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.
> And VB & FS Oil Company**
>> E.D. Mich., No. 2:08-cv-11152

Krishna B. Narine
Law Offices of Krishna B. Narine
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
> **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.
> And VB & FS Oil Company**
>> E.D. Mich., No. 2:08-cv-11152

E. Powell Miller
Martha J. Olijnyk
The Miller Law Firm
950 W. University Drive, Suite 300
Rochester, MI 48307
> **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**
>> E.D. Mich., No. 2:08-cv-11238

Jeffrey Krinsk
Mark Knutson
Finkelstein & Krinsk
501 West Broadway, Suite 1250
San Diego, CA 92101
> **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**
>> E.D. Mich., No. 2:08-cv-11238

Anthony Bolognese
Joshua H. Grabar
Bolognese & Associates. LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
> **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**
>> E.D. Mich., No. 2:08-cv-11238
> **Counsel for Plaitiff Fu-Wah Mini Market**
>> N.D. Ohio, No. 2:08-cv-666

Jonathan B. Frank
Jackier Gould, P.C.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**
          **E.D. Mich., 2:08-cv-11204**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Barrack, Rodos, & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**
          **E.D. Mich., 2:08-cv-11204**

Simon Bahne Paris
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**
          **E.D. Mich., 2:08-cv-11204**

J. Douglas Peters
Ann K. Mandt
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202
      **Counsel for Plaintiff Silver Springs Liquor Inc.**
          **E.D. Mich., 2:08-cv-11200**

Peter Burke
Burke Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
      **Counsel for Plaintiff Silver Springs Liquor Inc.**
          **E.D. Mich., 2:08-cv-11200**

Michael J. Flannery
Carey & Danis
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
      **Counsel for Plaintiff Blue Ash Service Center, Inc.**
          **E.D. Mich., 2:08-cv-11387**

Patrick E. Cafferty
Cafferty Faucher
101 N. Main Street
Suite 450
Ann Arbor, MI 48104
> **Counsel for Plaintiff Blue Ash Service Center, Inc.**
> E.D. Mich., 2:08-cv-11387

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul MN 55101
> **Counsel for Plaintiff G.M. Food & Fuel  LLC d/b/a G.M. Food & Gas**
> D. Minn., No. 2:08-cv-826

Richard L. Jasperson
Richard L. Jasperson, P.A.
E1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
> **Counsel for Plaintiff G.M. Food & Fuel  LLC d/b/a G.M. Food & Gas**
> D. Minn., No. 2:08-cv-826

Daniel E. Gustafson
Jason S. Kilene
James W. Anderson
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
> **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**
> D. Minn., No. 2:08-cv-809
> **Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP**
> D. Minn., No. 2:08-cv-663
> **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
> D. Minn., No. 2:08-cv-713
> **Counsel for Plaintiff Ridge Plaza, Inc.**
> D. Minn., No. 2:08-cv-657
> **Counsel for Plaintiff Thrifty Liquor Inc.**
> D. Minn., No. 2:08-cv-777

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063
      **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**
            **D. Minn., No. 2:08-cv-809**

Michael D. Schaffer
Michael H. Gaier
Shaffer & Gaier
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103
      **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**
            **D. Minn., No. 2:08-cv-809**

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
      **Counsel for Plaintiff G.M. Food and Fuel LLC d/b/a G.M. Food & Gas**
            **D. Minn., No. 2:08-cv-826**
      **Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House**
            **D. Minn., No. 2:08-cv-670**

Gary B. Freidman
Tracey Kitzman
Aaron D. Patton
Dean M. Solomon
Freidman Law Group LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
      **Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House**
            **D. Minn., No. 2:08-cv-670**

W. Joseph Bruckner
Richard A. Lockridge
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
      **Counsel for Plaintiff Kozak Enterprises, Inc.**
            D. Minn., No. 2:08-cv-704
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
            D. Minn., No. 2:08-cv-663

Jayne Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
      **Counsel for Plaintiff Kozak Enterprises, Inc.**
            D. Minn., No. 2:08-cv-704

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
            D. Minn., No. 2:08-cv-663

Dennis Stewart
Hulett Harper Stewart LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
            D. Minn., No. 2:08-cv-663

Kenneth A. Wexler
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
            D. Minn., No. 2:08-cv-663

John Dominquez
Berman DeValerio Pease Tabacco Burt & Pucillo
Esperante Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
            D. Minn., No. 2:08-cv-663

Bernard Persky
Hollis L. Salzman
Kellie Lerner
Morissa Falk
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
     **Counsel for Plaintiff Ridge Plaza, Inc.**
          D. Minn., No. 2:08-cv-657
     **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
          D. Minn., No. 2:08-cv-713
     **Counsel for Plaintiff Thrifty Liquor Inc.**
          D. Minn., No. 2:08-cv-777

Guri Ademi
Shpetim Ademi
David J. Syrios
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110
     **Counsel for Plaintiff Ridge Plaza, Inc.**
          D. Minn., No. 2:08-cv-657

Roger B. Greenberg
Schwartz, Junell, Greenberg, & Oathout LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
     **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
          D. Minn., No. 2:08-cv-713

Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
     **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
          D. Minn., No. 2:08-cv-713

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
     **Counsel for Plaintiff Thrifty Liquor Inc.**
          D. Minn., No. 2:08-cv-777

Edmund W. Searby
John D. Fabian
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

     **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
          N.D. Ohio, No.2:08-cv-657
     **Counsel for Plaintiff Fu-Wah Mini Market**
          N.D. Ohio, No.2:08-cv-666
     **Counsel for Plaintiff Warrington Fuels, Inc.**
          N.D. Ohio, No.2:08-cv-692
     **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
          N.D. Ohio, No.2:08-cv-695

Robert N. Kaplan
Linda Nussbaum
Richard J. Kilsheimer
Gregory K. Arenson
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

     **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
          N.D. Ohio, No.2:08-cv-657
     **Counsel for Plaintiff Warrington Fuels, Inc.**
          N.D. Ohio, No.2:08-cv-692

Gary L. Specks
Kaplan Fox & Kilsheimer LLP
423 Sumac Road
Highland Park, IL 60035

     **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
          N.D. Ohio, No.2:08-cv-657
     **Counsel for Plaintiff Warrington Fuels, Inc.**
          N.D. Ohio, No.2:08-cv-692

Joseph C. Kohn
Kohn Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107

     **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
          N.D. Ohio, No.2:08-cv-657

Kevin Love
Criden & Love, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
**Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
N.D. Ohio, No.2:08-cv-657


H. Laddie Montague, Jr.
Ruthanne Gordon
Charles P. Goodwin
Michael J. Kane
David A. Langer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
**Counsel for Plaintiff Fu-Wah Mini Market**
N.D. Ohio, No.2:08-cv-666
**Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
N.D. Ohio, No.2:08-cv-695


Mark H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
**Counsel for Plaintiff Fu-Wah Mini Market**
N.D. Ohio, No.2:08-cv-666


David A. Balto
Law Offices of David Balto
2600 Virginia, Avenue, N.W. Suite 1111
Washington, DC 20037
**Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
N.D. Ohio, No.2:08-cv-695


Joseph R. Saveri
Michelle C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-6669
**Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
N.D. Ohio, No.2:08-cv-695

Christopher E. Coleman
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN 37219-2423
    **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
        N.D. Ohio, No.2:08-cv-695

Joshua P. Davis
Law Offices of Joshua P. Davis
437 A Valley Street
San Francisco, CA 94131
    **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
        N.D. Ohio, No.2:08-cv-695

Richard S. Wayne
William R. Jacobs
Thomas P. Glass
Strauss & Troy
150 East Fourth Street
Cincinnati, OH 45202-4018
    **Counsel for Plaintiff Champs Liquors, Inc.**
        S.D. Ohio, No. 2:08-cv-179

Mary Jane Fait
Theodore B. Bell
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
    **Counsel for Plaintiff Champs Liquors, Inc.**
        S.D. Ohio, No. 2:08-cv-179

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Avenue
New York, NY 10016
    **Counsel for Plaintiff Champs Liquors, Inc.**
        S.D. Ohio, No. 2:08-cv-179

Mario Nunzio Alioto
Lauren Clare Russell
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
    **Counsel for Plaintiff Marin Scotty's Market, Inc.**

N.D. Cal., No. 3:08-cv-1486

Joseph Marid Patane
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
     **Counsel for Plaintiff Marin Scotty's Market, Inc.**
     N.D. Cal., No. 3:08-cv-1486

Terrell W. Oxford
Barry C. Barnett
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775
     **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith**
     **Beverages**
     N.D. Tex., No. 3:08-cv-480
     **Counsel for Plaintiff Joseph Massino**
     N.D. Tex., No. 3:08-cv-496

Howard J. Sedran
Austin B. Cohen
Charles Sweedler
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
     **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith**
     **Beverages**
     N.D. Tex., No. 3:08-cv-480

Stewart M. Weltman
Weltman Law Firm
77 W. Wacker Drive
Suite 4800
Chicago, IL 60601-1664
     **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith**
     **Beverages**
     N.D. Tex., No. 3:08-cv-480

David P. McLafferty
McLaffery & Associates P.C.
923 Fayette Street
Conshohocken, PA 19428
     **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith**
     **Beverages**
     N.D. Tex., No. 3:08-cv-480

Vincent J. Esades
Scott W. Carlson
Katherine T. Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
      **Counsel for Plaintiff Joseph Massino**
        N.D. Tex., No. 3:08-cv-496

Ann D. White
Ann D. White Law Offices, P.C.
165 Township Line Road, Suite 2400
Jenkintown, PA 19046
      **Counsel for Plaintiff Joseph Massino**
        N.D. Tex., No. 3:08-cv-496

Larry R. Veselka
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Ste. 2300
Houston, TX 77002
      **Counsel for Plaintiff Rodney Blasinggame**
        N.D. Tex., No. 3:08-cv-498

Steven G. Tidrick
Daniel C. Girard
Elizabeth C. Pritzker
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108
      **Counsel for Plaintiff Rodney Blasingame**
        N.D. Tex., No. 3:08-cv-498

Michael P. Lynn
Richard A. Smith
Lynn Tillotson & Pinker LLP
750 North St. Paul Street, Suite 1400
Dallas, TX 75201
      **Counsel for Plaintiff Joseph Difabritiis**
        Case No. 3:08-cv-00512

John C. Evans
Spector Spector Evans & Manogue PC
The 26th Floor Koppers Building
436 Seventh Avenue
      **Counsel for Plaintiff Circle Beer & Beverage, Inc.**
        Case No. 5:08-cv-11296

John R. Malkinson, Esq.
Malkinson & Halpern PC
223 West Jackson Blvd., Suite 1010
Chicago, IL 60606
   **Counsel for Plaintiff Joseph Difabritiis**
    Case No. 3:08-cv-00512

Roberta D. Lienbenberg, Esq.
Fine Kaplan and Black RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
   **Counsel for Plaintiff Joseph Difabritiis**
    Case No. 3:08-cv-00512

John Murdock
Murdock Goldenberg Schneider & Groh LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
   **Counsel for Plaintiff Ethamma Emmanuel**
    Case. No 3:08-cv-00507

Richard J. Arsenault
John R. Whaley
Neblett Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
   **Counsel for Plaintiff Thomas Beverage Co., Inc.**
    Case No. 0:08-cv-00863

Eugene A. Spector
William G. Galdes
Spector Roseman & Kodroff PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
   **Counsel for Plaintiff Ethamma Emmanuel**
    Case. No 3:08-cv-00507

Robert J. Gralewski, Jr.
Gergosian & Gralewski LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
   **Counsel for Plaintiff Thomas Beverage Co., Inc.**
    Case No. 0:08-cv-00863

Ira Neil Richards
Trujillo Rodriquez & Richards LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
    **Counsel for Plaintiff Thomas Beverage Co., Inc.**
        Case No. 0:08-cv-00863

Peter Safirstein
Andrew W. Morganti
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
    **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**
        Case No. 0:08-cv-00862

Ryan Husanyna
Husanynu & Plezia PC
26211 Central Park Blvd., Suite 207
Southfield, MI 48076
    **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**
        Case No. 0:08-cv-00862

Mel E. Lifshitz
Ronald J. Aranoff
Bernstein Lienbhard & Lifshitz LLP
10 East 49th Street, 29th Floor
New York, NY 10016
    **Counsel for Plaintiff Mazell LLC**
        Case No. 0:08-cv-11315

Jason S. Hartley
Jason M. Lindner
Ross Dixon & Bell LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599
    **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**
        Case No. 0:08-cv-00862

Stephen R. Neuwirth
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
    **Counsel for Plaintiff Mazell LLC**
        Case No. 0:08-cv-11315

Ralph K. Phalen
Ralph K. Phalen, Atty. at Law
1000 Broadway, Suite 400
Kansas City, MO 64105
      **Counsel for Plaintiff Jennifer Valencia**
          Case No. 08-cv-2138

Mitchell L. Burgess
Burgess & Lamb, PC
1000 Broadway, Suite 400
Kansas City, MO 64105
      **Counsel for Plaintiff Jennifer Valencia**
          Case No. 08-cv-2138

Lance A. Harke
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
      **Counsel for Plaintiff Jennifer Valencia**
          Case No. 08-cv-2138

Steven A. Schwartz
Daniel B. Scott
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
      **Counsel for Plaintiff Y & R's Inc.**
          Case. No. 08-cv-11316

Ben Barnow
Barnow & Associates, P.C.
One North LaSalle, Suite 4600
Chicago, IL 60602
      **Counsel for Plaintiff Jennifer Valencia**
          Case No. 08-cv-2138

Jeffrey A. Klafter
Klafter & Olson LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
      **Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum**
          Case No. 08-cv-11330

Nathaniel P. Hobbs
Patrick Burns & Associates
8401 Wayzata Blvd. Suite 300
Minneapolis, MN 55426
      **Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering**
          Case No. 08-cv-536


Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
Cohen Milstein Hausfeld & Toll PLLC
One Embarcadero Center Suite 2440
San Francisco, CA 94111
      **Counsel for Plaintiff Wilson Farms Inc.**
          Case No. 08-cv-537


Allan Steyer
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
      **Counsel for Plaintiff Wilson Farms Inc.**
          Case No. 08-cv-537


Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington DC 20005
      **Counsel for Plaintiff Wilson Farms Inc.**
          Case No. 08-cv-537


Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street, Suite 4500
Jamestown, NY 14701
      **Counsel for Plaintiff Wilson Farms Inc.**
          Case No. 08-cv-537


Maxwell M. Blecher
Blecher & Collins
515 South Figueroa Street, 17th Floor
Los Angeles, CA 90071
      **Counsel for Plaintiff Wilson Farms Inc.**
          Case No. 08-cv-537

Jonathan W. Cuneo
Daniel C. Cohen
Cuneo, Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002
      **Counsel for Plaintiff Wilson Farms Inc.**
          Case No. 08-cv-537

Mark A. Maasch
Turner and Maasch
550 West C Street
Suite 1150
San Diego, CA 92101
      **Counsel for Plaintiff Jan Barranco-Grams**
          Case No. 3:08-cv-539

Reddy Ice Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Arctic Glacier Income Fund
625 Henry Avenue
Winnipeg, Manitoba R3A OV1
Canada

Arctic Glacier International Inc.
c/o The Corporation Trust Company
Corporation Trust C Center
1209 Orange Street
Wilmington, DE 19801

Reddy Ice Corporation
c/o Capitol Services, Inc.
615 South Dupont Highway
Dover, DE 19901

Arctic Glacier California Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Reddy Ice Holdings, Inc.
8750 North Central Expressway
Ste. 1800
Dallas, TX 75231

Arctic Glacier Income Fund
625 Henry Avenue
Winnipeg, Manitoba R3A 0V1
Canada

Arctic Glacier, Inc.
625 Henry Avenue
Winnipeg, Manitoba R3A 0V1
Canada

Arctic Glacier International, Inc.
1654 Marthaler Lane
West St. Paul, MN 55118

Home City Ice Company
6045 Bridgetown Road
Cincinnati, OH 45248

Office of the Clerk of Court
United States District Court for the
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Room 564
Detroit, MI 48226

Office of the Clerk of Court
United States District Court for the
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Office of the Clerk of Court
United States District Court for the
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Office of the Clerk of Court
United States District Court for the
Southern District of Ohio
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, OH 45202

Office of the Clerk of Court
United States District Court for the
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Office of the Clerk of Court
United States District Court for the
Northern District of Texas
1100 Commerce, Room 1452
Dallas, TX 75242

Clerk of Court
United States District Court for the
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

Office of the Court
United States District Court for the
Eastern District of Michigan
P.O. Box 8199
Ann Arbor, MI 48107

Office of the Clerk
United States District Court
District of Kansas
500 State Avenue
259 U.S. Courthouse
Kansas City, KS 66101