1  Paula W. Render
   JONES DAY
2  77 West Wacker Dr.
   Suite 3500
3  Chicago, IL 60601
   Tel: (312) 782-3939
4  Fax: (312) 782-8585

5  *Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier,
   Inc., Arctic Glacier International, Inc., & Arctic Glacier California,*
6  *Inc.*

7  James R. Nelson
   DLA PIPER US LLP
8  1717 Main Street, Suite 4600
   Dallas, TX 75201-4629
9  Telephone: (214) 743-4500
   Facsimile: (214) 743-4545
10
   *Attorney for Defendant Reddy Ice Holdings, Inc.*
11
   Sanford M. Litvack
12 HOGAN & HARTSON
   875 Third Avenue
13 New York, NY 10022
   Telephone: (212) 918-3000
14 Facsimile: (212) 918-3100

15 *Attorney for Defendant Home City Ice Co.*

16 Mark A. Maasch
   TURNER & MAASCH, INC.
17 550 West C Street, Suite 1150
   San Diego, California 92101
18 Telephone: (619) 237-1212
   Facsimile: (619) 237-0325
19
   *Attorney for Plaintiff Jan Barranco-Grams*
20

21                **UNITED STATES DISTRICT COURT**

22                **SOUTHERN DISTRICT OF CALIFORNIA**

23

| | |
|---|---|
| JAN BARRANCO-GRAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDDY ICE HOLDINGS, INC., a Delaware corporation; ARCTIC GLACIER INCOME FUND, a foreign business entity; ARCTIC | Case No. 08-CV-00539-DMS-POR<br><br>Judge Dana M. Sabraw<br><br>**JOINT REQUEST TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT AND STIPULATION WAIVING SERVICE** |

CHI-1642770v1

Joint Request to Extend Time To Answer
08-CV-00539-DMS-POR

GLACIER, INC., a Canadian corporation; ARCTIC GLACIER INTERNATIONAL, INC., a Delaware corporation; ARCTIC GLACIER CALIFORNIA, INC., a California corporation; HOME CITY ICE COMPANY, an Ohio corporation; and DOES 1-100,

Defendants.

WHEREAS the complaint in this action was filed on or about March 24, 2008 ("the Action"); and

WHEREAS the Plaintiff has requested that certain Defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure; and

WHEREAS various other plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of the Action, including those set forth on Exhibit A attached hereto and any subsequent or parallel proceedings regarding the subject matter of the Action (together with the Action, the "Related Actions"); and

WHEREAS certain of the plaintiffs in the Related Actions have filed motions (the "MDL Motions") with the Judicial Panel on Multidistrict Litigation (the "JPML"), pending under the JPML docket captioned *In re: Packaged Ice Antitrust Litigation,* MDL Docket No. 1952, seeking an order centralizing the Related Actions in a single federal judicial district for coordinated and consolidated pretrial proceedings.

BASED ON THE FOREGOING, the Plaintiff and the Defendants in the Action, by and through their undersigned counsel or counsel acting on their behalf, jointly request that the Court enter an order extending Defendants' time to answer, move, or otherwise plead in response to the complaint in the Action is extended until the earlier of (i) 45 days after the filing of a Consolidated Amended Complaint on behalf of a putative class of indirect purchasers or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motions or (ii) 45 days after service of the JPML's decision on the MDL Motions or whatever other deadline is set by Judge Sabraw, in the event the JPML denies the MDL Motions; provided, however, that, in the event that any undersigned Defendant should agree or be ordered to answer, move or

otherwise respond in any other Related Action prior to the above deadlines, then that Defendant shall respond to the Complaint in this Action by that earlier date.

IT IS STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their rights to raise any such defenses in response to either the current complaint or any amended complaint that may be filed relating to the Action.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Reddy Ice Holdings; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International Inc.; Arctic Glacier California, Inc.; and Home City Ice Company agree, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to waive service of process of the summons and complaint in the Action only. Nothing in this paragraph shall obligate any Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraphs.

Dated: April 24, 2008                           JONES DAY

                                                By: /s/ Paula A. Render
                                                    Paula A. Render

                                                *Attorney for Defendants Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International, Inc., & Arctic Glacier California, Inc.*

Dated: April 24, 2008                           DLA PIPER US LLP

                                                By: /s/ James R. Nelson
                                                    James R. Nelson

                                                *Attorney for Defendant Reddy Ice Holdings, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 24, 2008 | HOGAN & HARTSON |
| 2 | | |
| 3 | | By: /s/ Sanford M. Litvack |
| 4 | | Sanford M. Litvack |
| 5 | | *Attorney for Defendant Home City Ice Co.* |
| 6 | Dated: April 24, 2008 | TURNER & MAASCH, INC. |
| 7 | | |
| 8 | | By: /s/ Mark A. Maasch |
| 9 | | Mark A. Maasch |
| 10 | | *Attorney for Plaintiff Jan Barranco-Grams* |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Paula A. Render, James R. Nelson and Sanford M. Litvack, and that I have obtained authorization to affix their electronic signature to this document.

Dated: April 4, 2008                          TURNER & MAASCH, INC.


By:     /s/ Mark A. Maasch              .
        Mark A. Maasch