1 | Mark A. Maasch (CSB#120637)
TURNER & MAASCH, INC.
2 | 550 West C Street, Suite 150
San Diego, California 92101
3 | Telephone (619) 237-1212
Facsimile (619) 237-0325
4
5 | Attorneys for Plaintiff, Jan Barranco-Grams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BARRANCO-GRAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REDDY ICE HOLDINGS, INC., a Delaware Corporation; ARCTIC GLACIER INCOME FUND, a foreign business entity; ARCTIC GLACIER, INC., a Canadian corporation; ARCTIC GLACIER INTERNATIONAL, INC., a Delaware corporation; ARCTIC GLACIER CALIFORNIA, INC., a California corporation; HOME CITY ICE COMPANY, a Ohio corporation; and DOES 1-100<br><br>Defendants | Case No.: 08 CV 0539 DMS POR<br><br>**ECF SYSTEM CERTIFICATE OF SERVICE** |

I hereby certify that on April 25, 2008, I electronically filed the following pleadings:

**JOINT REQUEST TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT AND STIPULATION WAIVING SERVICE**

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

1673.01\b\00                                    1

ECF System Certificate Of Service

*Attorney for Reddy Ice Holdings Inc.:*

David H. Bamberger, Esq.
DLA Piper US LLP
500 8th Street, NW
Washington, DC 20004
202-799-4500
202-799-5000 (fax)
david.bamberger@dlapiper.com

*Attorney for Artic Glacier Income Fund, Artic Glacier Inc., Artic Glacier International, Inc. and Artic Glacier California, Inc.*

Paula W. Render, Esq.
Melissa B. Hirst, Esq.
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
312-782-3939
312-782-8585 (fax)
mbhirst@jonesday.com

*Attorney for Defendant Home City Ice Co.*

Sanford M. Litvack, Esq.
HOGAN & HARTSON
875 Third Avenue
New York, NY 10022
(212) 918-3000
(212) 918-3100 (fax)
SLitvack@HHLAW.com

Copies were also emailed to the foregoing on April 25, 2008.

Dated at San Diego, California this 25th day of April, 2008.

    s/ Mark A. Maasch
    (Cal.SBN 120637)
    TURNER & MAASCH, INC.
    550 West C Street, Ste. 1150
    San Diego, CA 92101
    Telephone: 619-237-1212
    Fax: 619-237-0325
    E-mail: mam@tmsdlaw.com