MDL No. 1952 -- IN RE: Packaged Ice Antitrust Litigation

FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 539 DMS (POR)

## NOTICE OF APPEARANCE

PARTIES REPRESENTED:

Rodney Blasingame, on behalf of himself and all others similarly situated

SHORT CASE CAPTION;

*Rodney Blasingame, on behalf of himself and all others similarly situated v. Reddy Ice Holdings, Inc.*; In the U.S. District Court, Northern District of Texas, Dallas, Division, Civil Action No. 3-08-CV-498-B.

*******************************************

In compliance with Rule 52(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, order, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff indicated. I am aware that only one attorney can be designated for each party.

April 7, 2008
Date

_____
Signature of Attorney

Name and Address of Designated Attorney:

Larry R. Veselka
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002

Telephone No.: (713) 221-2325          Fax No. (713) 221-2320
         Email Address: lveselka@skv.com

