**FILED**

**APR 2 5 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re Packaged Ice Antitrust Litigation

**MDL Docket No. 1952**

08 CV 539 DMS {POR}

## CONSOLIDATED RESPONSE OF PLAINTIFF RODNEY BLASINGAME TO MOTIONS FOR TRANSFER AND CONSOLIDATION OF PRETRIAL PROCEEDINGS

When Plaintiff Rodney Blasingame submitted his motion for transfer and consolidation to the Panel on March 21, 2008, there were 22 related actions pending. All 22 actions had been filed within an 11-day period beginning on March 10, 2008, following the March 6, 2008 press release by Reddy Ice—the largest manufacturer and distributor of Packaged Ice in the United States—announcing that federal officials executed a search warrant at its corporate headquarters in Dallas, Texas. Also on March 6, the next largest manufacturer, Arctic Glacier, announced that it had become aware of an investigation by the Department of Justice into possible antitrust issues in the industry. One month later, there are a total of 53 related actions filed in 8 federal district courts across the country (which now include the Southern District of California and the District of Kansas). Ten of the actions have been filed in the Northern District of Texas.

Transfer and consolidation in the Northern District of Texas appears to be the most appropriate for several reasons:

- First, the named defendants are the three largest manufacturers and distributors of Packaged Ice in the United States and their affiliates, and of the three, Reddy Ice, headquartered in Dallas, is by far the largest both in terms of its revenue and its geographic territory. Reddy Ice's headquarters was the target of a search warrant by the Department of Justice Antitrust Division. Thus, the Northern District of Texas will likely be the location of the most witnesses and documents that will be the subject of pretrial proceedings.

- Second, the pretrial litigation is likely to proceed most expeditiously in the Northern District of Texas because it has a relatively light MDL docket and the speediest case disposition time among the districts that have been proposed for transfer.

- Third, the Northern District of Texas is a centrally located, easily accessible forum in a major metropolitan area with a major airport, Dallas-Fort Worth, with nonstop flights to most parts of the country.

- Finally, the Northern District of Texas has several judges with the experience needed to manage this multidistrict litigation. It also has courtrooms equipped with state-of-the-art courtroom technology. While there are certainly other possible forums, they appear to be less desirable than the Northern District of Texas.

## I.    The Related Actions Should Be Transferred and Consolidated for Coordinated Pretrial Proceedings.

To date, all moving parties agree that all related actions should be consolidated in one judicial district for pretrial proceedings. The related actions are sufficiently numerous to warrant consolidation, and there are common questions of law and fact among the related actions. Furthermore, because the cases are all at the same early stage, transfer to a single judicial district would eliminate duplicative discovery, avoid repetitive motion practice, prevent inconsistent pretrial proceeds, especially regarding class certification, and conserve the resources of the parties, their counsel, and the judiciary. Thus, transfer and consolidation for coordinated pretrial proceedings under 28 U.S.C. § 1407 is appropriate.

II.    **The Related Actions Should Be Transferred and Consolidated in the Northern District of Texas.**

    A.    **The Northern District of Texas Is the Most Appropriate Forum for this Litigation.**

Ten of the pending actions have been filed in the Northern District of Texas.  The Northern District of Texas is the best forum for pretrial proceedings for the following reasons.

First, the Northern District of Texas will likely be the location of many of the relevant and significant witnesses and documents that will be the subject of pretrial proceedings because the defendant that is by far the largest manufacturer and distributor of Packaged Ice in the United States is located in the Northern District of Texas.  Both in terms of its geographic territory and its revenue, Reddy Ice is by far the largest.  *See* Declaration of Larry R. Veselka in Support of Response of Plaintiff Rodney Blasingame to Motions for Transfer and Consolidation of Pretrial Proceedings ("Veselka Decl."), Ex. A (map reflecting geographic territories of each of the three largest manufacturers); Ex. B (map reflecting Reddy Ice's territory); Plaintiff Blasingame's Complaint, ¶ 15 (alleging Reddy Ice revenues of $339 million in 2007, compared with Arctic Glacier revenues of $249 million in 2007, which includes Arctic Glacier's revenues in Canada, and compared with Home City Ice's annual sales of about $60 million).  That the relevant witnesses and documents are likely to be in the Northern District of Texas is also demonstrated by the fact that Reddy Ice and several of its officers in Dallas were the targets of a recent subpoena by the Department of Justice.

The Panel recently affirmed that the headquarters of a significant defendant is a key factor in selecting the appropriate forum.  *See Chocolate Confectionary Antitrust Litig.*, MDL No. 1935, 2008 WL 926121, at *1 (J.PM.L. April 7, 2008).  *Chocolate Confectionary* involved antitrust litigation against several defendants, including Hershey's.  The various districts

3

considered for centralization of the litigation included the Central District of California, the

Eastern District of Michigan, the District of New Jersey, the Southern District of New York, the

Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Eastern District of

Texas or the Eastern District of Virginia. *Id.* at *1. In selecting the Middle District of

Pennsylvania over the other forums with major cities and airports, the Judicial Panel noted that

the location of a defendant Hershey's worldwide headquarters in the district would mean that the

relevant documents and witnesses were likely to be located in the district as well. *Id.* The Panel

has previously transferred cases to the Northern District of Texas because defendants were

headquartered there. *See, e.g., In re UICI "Ass'n-Group" Ins. Litig.*, 305 F. Supp. 2d 1360, 1361

(J.P.M.L. 2004) ("the location of the moving defendants' headquarters within the Northern

District of Texas implies that relevant witnesses and documents are likely to be found there."); *In

re Radioshack Corp.*, 528 F. Supp. 2d 1348, 1349 (J.P.M.L. 2007) ("RadioShack is

headquartered within [the Northern District of Texas] and documents and witnesses will likely

be found there.").

Second, the pretrial litigation is likely to proceed most expeditiously in the Northern

District of Texas because it has the speediest median case disposition time (7.9 months) among

the districts that have been proposed as transferee forums, approximately the same as the Eastern

District of Michigan (8.0 months).[1] In contrast, the Northern District of Ohio has a median

disposition time of 19.2 months, and the District of Minnesota has a median disposition time of

23.7 months. *See* Declaration of Steven G. Tidrick in Support of Motion of Rodney Blasingame

---

[1] These statistics are the latest statistics available on the website maintained by the
Administrative Office of the U.S. Courts, which are based on the 12-month period ending March
31, 2007. *See* Tidrick Decl., Ex. D. The earlier statistics cited in Plaintiff Blasingame's motion
were from the report on that website for the 12-month period ending December 31, 2006, *i.e.*,
three months earlier, available at http://www.uscourts.gov/stats/dec06/C05Dec06.pdf.

4

("Tidrick Decl."), Ex. D.  In addition, the Northern District of Texas has a relatively light MDL

docket.  The Northern District of Texas has only two pending multidistrict litigation cases, *In Re*

*UICI "Association Group" Insurance Litig.*, MDL-1512, assigned to Senior Judge A. Joe Fish,

and *In Re RadioShack Corp. "ERISA" Litig.*, MDL-1875, assigned to Judge Terry R. Means.  In

contrast, the District of Minnesota already has eight pending multidistrict litigation cases.  The

Panel recently transferred to the District of Minnesota *In re Medtronic, Inc. Sprint Fidelis Leads*

*Prods. Liab. Litig.*, MDL-1905.  The District of Minnesota's pending cases also include *In Re*

*Medtronic, Inc., Implantable Defilbrillators Prods. Liab. Litig.*, MDL-1726 and *In re Mirapex*

*Prods. Liab. Litig.*, MDL-1836, both of which are assigned to Chief Judge James Rosenbaum, as

well as *In re Guidant Corp. Implantable Defilbrillators Prods. Liab. Litig.* , MDL-1708, and *In*

*re Viagra Prods. Liab. Litig.*, MDL-1724, among others.  *See* Tidrick Decl., Ex. E.

Third, the Northern District of Texas is convenient.  It is a centrally located, easily

accessible forum in a major metropolitan area with a major airport.  In addition to being

geographically central for all the parties and witnesses, the Northern District of Texas, which is

served by both the Dallas-Fort Worth airport and Dallas-Love Field, has significantly more flight

options than the airports serving the other proposed forums—the Eastern District of Michigan,

District of Minnesota, and Northern District of Ohio.  *See* Tidrick Decl., Ex. C.

The Northern District of Texas has extremely talented judges well qualified to manage

this multidistrict litigation.  Judge Solis, who was assigned the first-filed action in the Northern

District of Texas and has had the others transferred to him, is unquestionably qualified to serve

as transferee judge.  It should also be noted that Chief Judge Sidney A. Fitzwater, who has

initially been assigned several Packaged Ice cases, would make an ideal transferee judge for this

litigation as well, given his experience and temperament.

Finally, the Northern District of Texas has courtrooms equipped with state-of-the-art courtroom technology. It has installed electronic courtrooms in the Dallas and Fort Worth divisions that are designed to streamline the litigation process through the use of advanced communication technologies while preserving the fairness and dignity of the proceedings. *See* Veselka Decl., Ex. C. These electronic courtrooms include a digital video evidence presentation system and a new sound system seamlessly integrated to enable more efficient and effective court proceedings. *Id.* The evidence presentation system allows counsel to present evidence electronically and allows jurors to view evidence up close. *Id.*

**B.    Minnesota Is Not the Most Appropriate Forum for this Litigation.**

Certain Plaintiffs, including Thomas Beverage Co., Inc. and Kozak Enterprises, Inc. and Mall Mart, Inc. (collectively the "Minnesota Plaintiffs"), move for transfer and consolidation of the related actions in the District of Minnesota. The factors cited in support of transfer and consolidation to the District of Minnesota fall into three categories: (1) judicial resources and available courtroom technology; (2) the location of the forum; and (3) the timing of the first filed suit. None of these arguments is persuasive.

The Minnesota Plaintiffs first argue that the District of Minnesota has sufficient judicial resources and experience to administer MDL litigation. First, there is no dispute that the judges in the Northern District of Texas (and the judges in the other proposed districts) are qualified to preside over multidistrict litigation. Nor is there any dispute that the Northern District of Texas has the judicial resources to administer this MDL. *See* Tidrick Decl., Ex. E. In fact, Plaintiff Mall Mart concedes that because all of the related actions are at the same early stage of proceedings, no judge has gained any significant experience with any of the related actions. Pl. Mall Mart's Motion to Transfer ¶ 10; Pl. Mall Mart's Memo. at p. 9.

The Minnesota Plaintiffs' argument that the District of Minnesota is the most convenient forum for the witnesses and parties is similarly unpersuasive. The Northern District of Texas is the more readily accessible forum for all the witnesses and the parties with significantly more flight options. *See* Tidrick Decl., Ex. C. Moreover, the most relevant and significant witnesses and documents that will be the subject of pretrial proceedings are likely to be located in the Northern District. As noted above, the largest manufacturer and distributor defendant of Packaged Ice in the United States—Reddy Ice, which was recently the subpoena target of the Department of Justice—is located in the Northern District of Texas.

The Minnesota Plaintiffs' reliance on the fact that the first of the related actions was filed in the District of Minnesota or that several of the actions are pending there is also misplaced. Because, as Plaintiff Mall Mart concedes, all related actions have been filed within days of each other and are all at the same early stage of proceedings, neither the timing of the filing of any one particular case in any particular jurisdiction nor the number of suits pending in any particular jurisdiction affects the convenience of the parties or witness or the just and efficient disposition of the suits. *See* Pl. Mall Mart's Memo. at p. 9.

**C.    The Eastern District of Michigan Is Not the Most Appropriate Forum for this Litigation.**

The only factor militating in favor of transferring these actions to the Easter District of Michigan is the fact that the federal criminal grand jury is located within that district. This fact, though relevant, is neither dispositive nor persuasive in this case.[2] In fact, because no defendant is located or headquartered in the Eastern District of Michigan, the mere presence of the grand

---

[2] For the sake of brevity, Blasingame adopts the arguments by Plaintiffs Thomas Beverage Co., Inc. and Kozak Enterprises, Inc. that the mere presence of the federal criminal grand jury in the Eastern District of Michigan is not dispositive. *See* Pls. Thomas Beverage and Kozak's Response at pp. 8-10.

jury would not further the convenience of the parties or the just and efficient administration of the related actions.[3]  For example, rather than seek witnesses or documents in the Eastern District of Michigan, the grand jury has issued subpoenas for documents and witnesses located outside of the Eastern District of Michigan, specifically for documents from Reddy Ice and several of its officers in the Northern District of Texas.  No other factors that would further the convenience of the parties and witnesses or promote just and efficient conduct of the actions are served by transfer and consolidation in the Eastern District of Michigan.

### D.    The Northern District of Ohio Is Not the Most Appropriate Forum for this Litigation.

Finally, the Northern District of Ohio has little, if any, connection to this litigation.  The nearest Defendant, Home City (the third largest of the three manufacturers) is located in the Southern District of Ohio, not the Northern District.  There is no other reason to transfer and consolidate the related actions in the Northern District of Ohio.

For the above reasons, Plaintiff Blasingame requests the Panel to order the transfer and/or consolidation of the actions listed in Attachment A to his Motion and "tag-along" actions to the Northern District of Texas for pretrial proceedings.

---

[3] *See In re Automotive Refinishing Paint Antitrust Litig.*, 177 F.Supp.2d 1378, 1379 (J.P.M.L. 2001) (noting that all domestic defendants supported centralization in the district where grand jury was present); *In re Amino Acid Lysine Antitrust Litig.*, 910 F.Supp. 696, 700 (J.P.M.L. 1995) (all three defendants favored transfer to forum where grand jury was present); *In re Gas Meter Antitrust Litig.*, 464 F.Supp. 391, 392 (J.P.M.L. 1979) (all defendants either moved for or favored transfer and consolidation into district); *In re Hawaiian Hotel Room Rate Antitrust Litig.*, 438 F.Supp. 935, (J.P.M.L. 1977) (district where grand jury was located was also where hotel trade association and several companies that were target of investigation were engaged in business and the seven defendants common to private civil actions moved for transfer to the district).

DATED: April 23, 2008

SMYSER KAPLAN & VESELKA, L.L.P.

By: _____
      Larry R. Veselka
      State Bar No. 20555400
      Fed. ID 6797
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320

      Daniel C. Girard
      Steven G. Tidrick
      Elizabeth C. Pritzker
      Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Individual and Representative
Plaintiff Rodney Blasingame

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Packaged Ice Antitrust Litigation** | **MDL Docket No. 1952** |

## CERTIFICATE OF SERVICE

I, Larry R. Veselka, hereby certify that on April 23, 2008, I caused copies of the documents detailed below to be served upon the counsel listed on the attached service list, via U.S. first class mail:

1.    Consolidated Response of Plaintiff Rodney Blasingame to Motions for Transfer and Consolidation of Pretrial Proceedings;

2.    Declaration of Larry R. Veselka in Support of Consolidated Response of Plaintiff Rodney Blasingame to Motions for Transfer and Consolidation of Pretrial Proceedings;

3.    Certificate of Service.

DATED: April 23, 2008

SMYSER KAPLAN & VESELKA, L.L.P.

By: _____
    Larry R. Veselka
    State Bar No. 20555400
    Fed. ID 6797
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320

Daniel C. Girard
Steven G. Tidrick
Elizabeth C. Pritzker
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Counsel for Individual and Representative
Plaintiff Rodney Blasingame

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re Packaged Ice Antitrust Litigation | MDL Docket No. 1952 |

**DECLARATION OF LARRY R. VESELKA IN SUPPORT OF CONSOLIDATED
RESPONSE OF PLAINTIFF RODNEY BLASINGAME TO MOTIONS FOR
TRANSFER AND CONSOLIDATION OF PRETRIAL PROCEEDINGS**

I, Larry R. Veselka, declare as follows:

1.      I am a member in good standing of the Texas State Bar and a partner in

the law firm of Smyser Kaplan & Veselka, L.L.P., counsel for Movant Rodney

Blasingame.  I have personal knowledge of the facts stated herein and, if called upon to

do so, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a slide titled

"Strategic Mult-State Presence", which is an excerpt from the Reddy Ice "Investor

Presentation" dated March 12, 2007 from the Form 8-K filed by Ready Ice Holdings, Inc.

dated March 12, 207.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the "Location

Map" page from the Reddy Ice website, printed on March 20, 2008.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the "Electronic

Courtroom" page from the Northern District of Texas website, printed on April 22, 2008.

I declare under penalty of perjury that the foregoing is true and correct.  Executed

on April 23, 2008 in Houston, Texas.

_____
Larry R. Veselka

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALIGN TECHNOLOGY, INC.,

    Plaintiff,

vs.

WILLIS J. PUMPHREY, JR., DDS, P.C., a
professional corporation; WILLIS J.
PUMPHREY, DDS, PLLC, a Texas
professional limited liability company;
WILLIS J. PUMPHREY, JR, DDS, P.A., a
Texas professional association; WILLIS J.
PUMPHREY, DDS, an individual; DENTAL
CONCEPTS COMPANY, LP, a Limited
Partnership; ALIGNER ORTHODONTIC
INSTITUTE, LLC, a Texas limited liability
company; STRAIGHTWAY CDA, LLC, a
Texas limited liability company;
STRAIGHTWAY CDA I, Ltd., a Texas
limited partnership; and STRAIGHTWAY 1
CDA, INC.,

    Defendants.

CIVIL ACTION NO. 05-4075

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this ____ day of ____, 200___, came on to be heard,

Plaintiff's Motion to Dismiss With Prejudice. The Court, being fully advised that Plaintiff no

longer wishes to prosecute its claims against the Defendants, is of the opinion and finds that said

Motion to Dismiss should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that all causes of

action filed by Plaintiff ALIGN TECHNOLOGY, INC., against Defendants WILLIS J.

PUMPHREY, JR., D.D.S., P.C., WILLIS J. PUMPHREY, D.D.S., P.L.L.C., WILLIS J.

PUMPHREY, JR, D.D.S., P.A., WILLIS J. PUMPHREY, D.D.S., DENTAL CONCEPTS

COMPANY, L.P., ALIGNER ORTHODONTIC INSTITUTE, L.L.C., STRAIGHTWAY CDA,

L.L.C., STRAIGHTWAY CDA I, LTD., and STRAIGHTWAY I CDA, INC.. in this case are

hereby dismissed, with prejudice, and that all Court costs incurred shall be paid by the party

incurring same.

SIGNED on this the _____ day of _____, _____.

_____

U.S. DISTRICT JUDGE

2

APPROVED AND ENTRY REQUESTED:

SMYSER KAPLAN & VESELKA, L.L.P.

By: _____

    LEE L. KAPLAN
    State Bar No. 11094400
    Federal ID No. 1840
    700 Louisiana, Ste. 2300
    Houston, Texas 77002
    (713) 221-2300 – Telephone
    (713) 221-2320 - Facsimile

ATTORNEY-IN-CHARGE FOR PLAINTIFF
ALIGN TECHNOLOGY, INC.

GORDON & REES LLP

By: _____

    GLENN R. LEMAY
    State Bar No. 12188690
    Federal ID No. 10618
    1900 West Loop South, Suite 1100
    Houston, Texas 77027
    (713) 961-3366- Telephone
    (713) 961-3938 - Facsimile

ATTORNEY-IN-CHARGE FOR DEFENDANTS

3



# Strategic Multi-State Presence and Infrastructure in Attractive and Growing Ice Markets



82,000 customer locations in 31 states and the District of Columbia.

Arctic Glacier
Rev: $225 million[2]
(17% of Sales in Canada)

Home City Ice
Rev: $80 million[3]

Reddy Ice
Rev: $349 million[1]

⚓ Corporate Headquarters     ⊖ Manufacturing Facility     ◈ Refrigerated Warehouse

⊖ Distribution Center     🍶 Bottled Water Plant

**Reddy Ice has significant scale and distribution advantages over its competitors.**

(1) Pro forma 12/31/06.
(2) Estimated pro forma LTM 9/30/06 using company data in public filings.
(3) .Data from CapitalIQ.

5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

---

# FORM 8-K

### CURRENT REPORT

### Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

#### Date of Report (Date of earliest event reported):  March 12, 2007

---

# REDDY ICE HOLDINGS, INC.
#### (Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **001-32596** | **56-2381368** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**8750 North Central Expressway, Suite 1800**
**Dallas, Texas  75231**
(Address of principal executive offices)

Registrant's telephone number, including area code:  **(214) 526-6740**

#### Not Applicable
(Former name or former address, if changed since last report)

---

**Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:**

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 7.01**        **Regulation FD Disclosure**

The Company meets from time to time with current and potential investors to discuss the Company's historical and anticipated future performance. Attached hereto as Exhibit 99.1 is a copy of the presentation dated March 12, 2007 that will be provided to and reviewed with investors in connection with such meetings.

The information contained in this Current Report on Form 8-K and in Exhibit 99.1 contains various "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on management's belief as well as assumptions made by and information currently available to management. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, it can give no assurance that such expectations will prove to have been correct. Such statements contain certain risks, uncertainty and assumptions. Should one or more of these risks materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those expected. For a more thorough discussion of these factors, please refer to the Company's "Uncertainty of Forward-Looking Statements and Information" on page 18 of the Company's Quarterly Report on Form 10-Q, filed November 2, 2006.

The forward-looking statements contained in this report and on such exhibit are made only as of the date hereof. We do not assume any obligation to update any of these forward-looking statements.

In accordance with General Instruction B.2 of Form 8-K, the information in this Current Report on Form 8-K, including Exhibit 99.1, shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of that section, and shall not be incorporated by reference into any registration statement or other document filed under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.**        **Financial Statements and Exhibits.**

(d)        Exhibits.

99.1        Investor Presentation.

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 12, 2007

REDDY ICE HOLDINGS, INC.

By:    /s/ Steven J. Janusek
    Name:    Steven J. Janusek
    Title:    Chief Financial and Accounting Officer

3

# EXHIBIT B



## Unique Multi-State Presence and Infrastructure in Attractive and Growing Ice Markets



As of June 30, 2006

©2005 Reddy Ice Holdings, Inc.

Please note that while you are reviewing any information on this website, the information is posted as of the dates listed. Reddy Ice has no obligation to update the information in the email alerts or otherwise from this website, which speak as of their respective dates.

# EXHIBIT C

U.S. District Court - Northern District of Texas



UNITED STATES DISTRICT COURT

Northern District of Texas

| Home | Attorney Info | Directions | Rules | Records | Forms | Publications | Filing | Jury | Judges | Links | Jobs | FAQ | About Us |

Search: [        ] [GO]

## *Electronic Courtroom*

The U.S. District Court, Northern District of Texas has installed electronic courtrooms in the Dallas and Fort Worth divisions that are designed to streamline the litigation process through the use of advanced communication technologies while preserving the fairness and dignity of the proceedings. This is accomplished through a digital video evidence presentation system and a new sound system seamlessly integrated to enable more efficient and effective court proceedings.

The structure of the existing courtrooms was modified to allow installation of presentation equipment while maintaining the integrity of the courtrooms. The evidence presentation system allows counsel to present evidence electronically and allows jurors to view evidence up close.

### Prerequisites

- Contact chambers for scheduling and approval of use.
- It is strongly recommended that all persons planning to use the equipment schedule training at least 24 hours before the trial begins.
- If you plan to play a VHS tape or use a laptop or any other auxiliary equipment during the trial, please bring them to the training.
- Submit a list of equipment that will be used during trial to chambers.
- Test all equipment before trial begins.
- Arrive early on the day of trial to set up laptop(s), VCR, document camera,etc.

For technical questions please contact Amanda Miller 214-753-2231 or Brian Fletcher 214-753-2253. All other questions should be directed to chambers.

http://www.txnd.uscourts.gov/about/ecourt.htm

4/22/2008

**IN RE PACKAGED ICE ANTITRUST LITIGATION**
**MDL NO. 1952**
**SERVICE LIST**

| PLAINTIFF | COUNSEL |
|---|---|
| THE BARON GROUP, INC.<br>D/B/A BARON'S ICE HOUSE<br><br>G.M. FOOD & FUEL LLC<br>D/B/A G.M. FOOD & GAS<br><br>MELEEN CORPORATIN<br>D/B/A MELEEN SPORTSMAN STORE | Karl L. Cambronne<br>Jeffrey D. Bores<br>Bryan L. Bleichner<br>CHESTNUT & CAMBRONNE, P.A.<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN 55402 |
| THE BARON GROUP, INC.<br>D/B/A BARON'S ICE HOUSE | Gary B. Friedman<br>FRIEDMAN LAW GROUP<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012 |
| JAN BARRANCO-GRAMS | Mark A. Maasch<br>TURNER & MAASCH, INC.<br>550 West C. Street, Suite 1150<br>San Diego, CA 92101 |
| THOMAS BEVERAGE CO., INC.<br>D/B/A THOMAS LIQUORS AND<br>KOZAK ENTERPRISES, INC. | W. Joseph Bruckner<br>Richard A. Lockridge<br>Heidi M. Silton<br>Matthew R. Salzwedel<br>LOCKRIDGE GRINDAL NAUEN<br>P.L.L.P.<br>100 Washington Avenue south, Suite 2200<br>Minneapolis, MN 55401 |
| BLUE ASH SERVICE CENTER, INC.<br>D/B/A BLUE ASH SHELL | Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105 |

| PLAINTIFF | COUNSEL |
|-----------|---------|
| CHAMPS LIQUORS, INC.<br><br>POLLY'S FOOD SERVICE, INC.<br>KENCO, INC. | Richard S. Wayne<br>William R. Jacobs<br>Thomas P. Glass<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>Cincinnati, OH 45202-4018<br><br>Mary Jane Fait<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL 60603<br><br>Fred Taylor Isquith<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| CHI-MAR ENTERPRISES, INC.<br><br>FU-WAH MINI MARKET<br><br>JUNIATA MOBIL<br><br>MARCHBANKS TRAVEL SERVICE, INC.<br><br>WARRINGTON FUELS, INC. | Edmund W. Searby<br>John D. Fabian<br>McDONALD HOPKINS LLC<br>600 Superior Avenue East<br>Suite 2100<br>Cleveland, OH 44114 |
| CHI-MAR ENTERPRISES, INC.<br><br>WARRINGTON FUELS, INC. | Robert N. Kaplan<br>Linda P. Nussbaum<br>Richard J. Kilsheimer<br>Gregory K. Arenson<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 14th Floor<br>New York, NY 10022<br><br>Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035 |

| PLAINTIFF | COUNSEL |
|---|---|
| **CHI-MAR ENTERPRISES, INC.** | Joseph C. Kohn<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107-3389<br><br>Kevin B. Love<br>CRIDEN & LOVE, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143 |
| **CHUKRID KHORCHID<br>d/b/a 7-ELEVEN**<br><br>**MALL MART, INC. d/b/a MIDWAY BP**<br><br>**RIDGE PLAZA INC.**<br><br>**SOLID WASTE LTD.**<br><br>**THRIFTY LIQUOR, INC.** | Daniel E. Gustafson<br>Jason S. Kilene<br>James W. Anderson<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 |
| **CHUKRID KHORCHID<br>d/b/a 7-ELEVEN** | Natalie Finkelman Bennett<br>SHEPHERD, FINKELMAN, MILLER<br> & SHAH, LLC<br>35 East State Street<br>Media, PA 19063<br><br>Michael D. Shaffer<br>Michael H. Gaier<br>SHAFFER & GAIER<br>One Penn Center<br>1617 JFK Blvd., Suite 946<br>Philadelphia, PA 19103 |

| PLAINTIFF | COUNSEL |
|---|---|
| **823 SPROUL, INC.**<br>**d/b/a SPROUL BEVERAGE**<br><br>**CIRCLE BEER & BEVERAGE, INC.**<br>**t/d/b/a DUFFY'S POP & BEER**<br>**WAREHOUSE**<br><br>**JOSEPH KRAINC**<br>**d/b/a JOE'S BEER DISTRIBUTOR**<br><br>**LINCO DISTRIBUTING COMPANY,**<br>**INC.**<br>**d/b/a BEER MINIMUM**<br><br>**MAZEL LLC**<br><br>**DONALD K. TOMINO**<br>**d/b/a CRAFTON BEVERAGE CENTER** | E. Powell Miller<br>Martha J. Olijnyk<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Dr., Suite 300<br>Rochester, MI 48307 |
| **CHARLIE HOLLAND MOTORS, INC.** | Andrew Wood<br>WOOD, WOOD & YOUNG, P.S.C.<br>33 West Second Street, 3rd Floor<br>U.S. Bank Building<br>Maysville, KY 41056 |
| **CIRCLE BEER & BEVERAGE, INC.**<br>**t/d/b/a DUFFY'S POP & BEER**<br>**WAREHOUSE**<br><br>**LINCO DISTRIBUTING COMPANY,**<br>**INC. d/b/a BEER MINIMUM**<br><br>**DONALD K. TOMINO**<br>**d/b/a CRAFTON BEVERAGE CENTER** | John C. Evans<br>SPECTER, SPECTER, EVANS<br>  & MANOGUE, P.C.<br>The 26th Floor Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219 |

| PLAINTIFF | COUNSEL |
|---|---|
| **JOSEPH DIFABRITIIS**<br>**7-11 FOOD STORE #24428** | Michael P. Lynn<br>Richard A. Smith<br>LYNN TILLOTSON & PINKER, LLP<br>750 North St. Paul Street, Suite 1400<br>Dallas, TX 75201<br><br>John R. Malkinson<br>MALKINSON & HALPERN, P.C.<br>223 West Jackson Blvd., Suite 1010<br>Chicago, IL 60606<br><br>Roberta D. Liebenberg<br>FINE, KAPLAN & BLACK, R.P.C.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103 |
| **RICK DRONTLE**<br>**d/b/a PONYTAIL CATERING** | Nathaniel P. Hobbs<br>PATRICK BURNS & ASSOCIATES<br>8401 Wayzata Boulevard, Suite 300<br>Minneapolis, MN 55426 |
| **ELITE ENERGY, LLC** | Mary Ellen Gurewitz<br>SACHS WALDMAN<br>  PROFESSIONAL CORPORATION<br>1000 Farmer<br>Detroit, MI 48226-2899<br><br>Steven A. Asher<br>Mindee J. Reuben<br>Noah Axler<br>WEINSTEIN KITCHENOFF & ASHER, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103 |

| PLAINTIFF | COUNSEL |
|---|---|
| **CHARLIE HOLLAND MOTORS, INC.**<br><br>**RICK DRONTLE**<br>**d/b/a PONYTAIL CATERING**<br><br>**ETHAMMA EMMANUEL**<br>**d/b/a 7-11 25452**<br><br>**FIVE ANGELS MANAGEMENT**<br>**d/b/a FRANK A. SMITH BEVERAGES**<br><br>**THE LANESVILLE FOOD MART, INC.**<br><br>**JOSEPH MASSINO**<br><br>**MOUNT POCONO CAMPGROUND,**<br>**INC.**<br><br>**WILSON FARMS, INC.** | Barry C. Barnett<br>Terrell W. Oxford<br>SUSMAN GODFREY L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775 |
| **CHARLIE HOLLAND MOTORS, INC.**<br><br>**ETHAMMA EMMANUEL**<br>**d/b/a 7-11 25452** | Eugene A. Spector<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF, PC.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br><br>John C. Murdock<br>MURDOCK GOLDENBERG SCHNEIDER<br>  & GROH, LPA<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202 |
| **F&V OIL COMPANY, INC.**<br>**LANSDALE OIL COMPANY, INC.**<br>**VB & FS OIL COMPANY** | Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>321 Woodward Avenue<br>300 Baltimore Center<br>Royal Oak, MI 48073-0999<br><br>Krishna B. Narine<br>THE LAW OFFICE OF<br>  KRISHNA B. NARINE, P.C.<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006 |

| PLAINTIFF | COUNSEL |
|---|---|
| F&V OIL COMPANY, INC.<br>LANSDALE OIL COMPANY, INC.<br>VB & FS OIL COMPANY<br><br>JUNIATA MOBIL | Jacob A. Goldberg<br>Kendall S. Zylstra<br>Stephen E. Connolly<br>FARUQI & FARUQI LLP<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br><br>Nadeem Faruqi<br>Antonio Vozzolo<br>Richard D. Schwartz<br>FARUQI & FARUQI LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531 |
| FIVE ANGELS MANAGEMENT<br>d/b/a FRANK A. SMITH BEVERAGES | Howard J. Sedran<br>Austin B. Cohen<br>Charles Sweedler<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br><br>Stewart M. Weltman<br>WELTMAN LAW FIRM<br>77 W. Wacker Drive, Suite 4800<br>Chicago, IL 60601-1664<br><br>David P. McLafferty<br>McLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428 |
| FU-WAH MINI MARKET<br><br>MARCHBANKS TRAVEL SERVICE,<br>INC. | H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>Charles P. Goodwin<br>Michael J. Kane<br>David A. Langer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| FU-WAH MINI MARKET | Marc H. Edelson<br>EDELSON & ASSOCIATES LLC<br>45 West Court Street<br>Doylestown, PA 18901 |

| PLAINTIFF | COUNSEL |
|---|---|
| **G.M. FOOD & FUEL LLC**<br>**d/b/a G.M. FOOD & GAS**<br><br>**TAHIRA FIRDOUS**<br>**d/b/a TFS, INC. a/k/a ALL STOP #2** | Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 |
| **G.M. FOOD & FUEL LLC**<br>**d/b/a G.M. FOOD & GAS** | Richard L. Jasperson<br>RICHARD L. JASPERSON, P.A.<br>E1000 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 |
| **HIGGINBOTHAM OIL COMPANY, INC.** | Richard P. Rouco<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place, Suite 1000<br>Birmingham, AL 35203<br><br>Samuel W. Junkin<br>JUNKIN PEARSON HARRISON<br>  & JUNKIN, P.C.<br>601 Greensboro Avenue, Suite 600<br>Tuscaloosa, AL 35401 |
| **JOSEPH KRAINC**<br>**d/b/a JOE'S BEER DISTRIBUTOR** | Jeffrey Krinsk<br>Mark Knutson<br>FINKELSTEIN & KRINSK<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101 |
| **823 SPROUL, INC.**<br>**d/b/a SPROUL BEVERAGE**<br><br>**FU-WAH MINI MARKET**<br><br>**JOSEPH KRAINC**<br>**d/b/a JOE'S BEER DISTRIBUTOR** | Anthony J. Bolognese<br>Joshua H. Grabar<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102 |
| **KOZAK ENTERPRISES, INC.** | Jayne Goldstein<br>MAGER & GOLDSTEIN LLP<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326 |

| PLAINTIFF | COUNSEL |
|---|---|
| **THE LANESVILLE FOOD MART, INC.** | Irwin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 |
| **LINCO DISTRIBUTING COMPANY, INC.**<br>**d/b/a BEER MINIMUM** | Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605 |
| **MALL MART, INC. d/b/a MIDWAY BP** | Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br><br>Dennis J. Stewart<br>HULETT, HARPER, STEWART, LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br><br>Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br><br>John Dominguez<br>BERMAN DeVALERIO PEASE<br>  TABACCO BURT & PUCILLO<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 |

| PLAINTIFF | COUNSEL |
|---|---|
| **MARCHBANKS TRAVEL SERVICE, INC.** | David A. Balto<br>LAW OFFICES OF DAVID BALTO<br>2600 Virginia Ave., N.W.<br>Suite 111<br>Washington, D.C. 20037<br><br>Joseph R. Saveri<br>Michele C. Jackson<br>LIEFF CABRASER HEIMANN<br> & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br><br>Christopher E. Coleman<br>LIEFF CABRASER HEIMANN<br> & BERNSTEIN, LLP<br>150 Fourth Avenue North<br>Suite 1650<br>Nashville, TN 37219-2423<br><br>Joshua P. Davis<br>LAW OFFICES OF JOSHUA P. DAVIS<br>437A Valley Street<br>San Francisco, CA 94131 |
| **MARIN SCOTTY'S MARKET, INC.** | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP ALIOTO TRUMP<br> & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br><br>Joseph M. Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123 |
| **RICK DRONTLE**<br>**d/b/a PONYTAIL CATERING**<br><br>**JOSEPH MASSINO** | Vincent J. Esades<br>Scott W. Carlson<br>Katherine T. Kelly<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403 |

| PLAINTIFF | COUNSEL |
|---|---|
| **JOSEPH MASSINO** | Ann D. White<br>ANN D. WHITE LAW OFFICES, P.C.<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046 |
| **MAZEL LLC** | Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART<br>  OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br><br>Mel E. Lifshitz<br>Ronald J. Aranoff<br>BERNSTEIN LIEBHARD<br>  & LIFSHITZ, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016 |
| **MELRICK, INC.**<br>**d/b/a NORTH MAIN SHORT STOP** | Jonathan B. Frank<br>JACKIER GOULD, P.C.<br>121 W. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br><br>Gerald J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br><br>Simon Bahne Paris<br>SALTZ, MONGELUZZI, BARRETT,<br>  & BENDESKY, P.C.<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103 |

| PLAINTIFF | COUNSEL |
|---|---|
| MOUNT POCONO CAMPGROUND, INC. | Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL<br>  & SKIRNICK, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA  19102<br><br>Martin I. Grossman<br>2121 Green Brier Drive<br>Villanova, PA  19085 |
| POLLY'S FOOD SERVICE, INC.<br>KENCO, INC. | Richard N. LaFlamme<br>LAFLAMME & MAULDIN<br>2540 Spring Arbor Road<br>Jackson, MI  49203 |
| PUBLIC FOODS, INC.<br>AMERICANA FOOD STORE, INC.<br>TWIN VALUE, LLC<br>d/b/a SEAWAY MARKETPLACE | Peter Safirstein<br>Andrew W. Morganti<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br><br>Jason S. Hartley<br>Jason M. Lindner<br>ROSS, DIXON & BELL, LLP<br>550 West B Street, Suite 400<br>San Diego, CA  92101-3599<br><br>Ryan Husaynu<br>HUSAYNU & PLEZIA, P.C.<br>26211 Central Park Blvd., Suite 207<br>Southfield, MI  48076 |

| PLAINTIFF | COUNSEL |
|---|---|
| **BLUE ASH SERVICE CENTER, INC. d/b/a BLUE ASH SHELL**<br><br>**HIGGINBOTHAM OIL COMPANY, INC.**<br><br>**RSB WELLMAN CO., INC. d/b/a TWIG'S CARRY OUT**<br><br>**S&S LIMA, INC. d/b/a DRY RUN BEVERAGE**<br><br>**Y&R'S, INC.** | Patrick E. Cafferty<br>CAFFERTY FAUCHER LLP<br>101 North Main Street, Suite 450<br>Ann Arbor, MI  48104 |
| **RSB WELLMAN CO., INC. d/b/a TWIG'S CARRY OUT** | Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY  10004<br><br>Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA  19102 |
| **S&S LIMA, INC. d/b/a DRY RUN BEVERAGE** | Bryan Clobes<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA  19103<br><br>James F. Keller<br>GOTTESMAN & ASSOCIATES, LLC<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH  45202 |

| PLAINTIFF | COUNSEL |
|---|---|
| **SILVER SPRINGS LIQUOR INC.** | J. Douglas Peters<br>Ann K. Mandt<br>CHARFOOS & CHRISTENSEN, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202<br><br>Peter Burke<br>BURKE, HARVEY<br>& FRANKOWSKI, LLC<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205 |
| **SOLID WASTE LTD.** | Roger B. Greenberg<br>SCHWARTZ, JUNELL, GREENBERG<br>& OATHOUT L.L.P.<br>Two Houston Venter<br>909 Fannin, Suite 2700<br>Houston, TX 77010<br><br>Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067 |
| **SOLID WASTE LTD.**<br><br>**THRIFTY LIQUOR, INC.** | Bernard Persky<br>Hollis L. Salzman<br>Kellie Safar Lerner<br>Morissa Falk<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005 |

| PLAINTIFF | COUNSEL |
|---|---|
| **TAHIRA FIRDOUS**<br>**d/b/a TFS, INC. a/k/a ALL STOP #2** | Brian P. Murray<br>MURRAY FRANK & SAILER, LLP<br>275 Madison Avenue<br>New York, NY  10016<br><br>Otis W. Williams, Jr.<br>345 East Apache<br>Tulsa, OK  74106<br><br>Gerald Lovoi<br>324 South Main Street<br>Tulsa, OK  74103 |
| **THOMAS BEVERAGE CO., INC.**<br>**D/B/A THOMAS LIQUORS** | Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA  92101<br><br>Richard J. Arsenault<br>John R. Whaley<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA  71301<br><br>Ira Neil Richards<br>TRUJILLO RODRIGUEZ<br>  & RICHARDS, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103 |
| **THRIFTY LIQUOR, INC.** | Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Marshall P. Dees<br>HOLZER HOLZER & FISTEL, LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA  30338 |

| PLAINTIFF | COUNSEL |
|---|---|
| **DONALD K. TOMINO**<br>**d/b/a CRAFTON BEVERAGE CENTER** | Barbara J. Hart<br>LOWEY DANNENBERG COHEN<br>  & HART, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310 |
| **JENIFER VALENCIA** | Ralph K. Phalen<br>1000 Broadway, Suite 400<br>Kansas City, MO  64105<br><br>Mitchell L. Burgess<br>BURGESS & LAMB, P.C.<br>1000 Broadway, Suite 400<br>Kansas City, MO  64105<br><br>Ben Barnow<br>BARNOW AND ASSOCIATES, P.C.<br>One North LaSalle, Suite 4600<br>Chicago, IL  60602<br><br>Lance A. Harke<br>HARKE & CLASBY LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL  33130 |

| PLAINTIFF | COUNSEL |
|---|---|
| **WILSON FARMS, INC.** | Michael D. Hausfeld<br>COHEN MILSTEIN HAUSFELD<br>  & TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC  20005<br><br>Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King<br>COHEN MILSTEIN HAUSFELD<br>  & TOLL, P.L.L.C.<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA  94111<br><br>Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY  14701 |
| **WILSON FARMS, INC.** | Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>  ALVAREZ & SMITH LLP<br>One California Street, 3rd Floor<br>San Francisco, CA  94111<br><br>Maxwell M. Blecher<br>BLECHER & COLLINS<br>515 South Figueroa Street, 17th Floor<br>Los Angeles, CA  90071<br><br>Jonathan W. Cuneo<br>Daniel M. Cohen<br>CUNEO, GILBERT & LADUCA, LLP<br>507 C Street, NE<br>Washington, D.C.  20002 |
| **Y&R'S, INC.** | Steven A. Schwartz<br>Daniel B. Scott<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, PA  19041 |

# DEFENDANTS COUNSEL
## as appearing in the MN actions

| DEFENDANT | COUNSEL |
|---|---|
| **REDDY ICE HOLDINGS, INC.**<br><br>**REDDY ICE CORPORATION** | Alan L. Kidow<br>DLA Piper US LLP<br>90 South Seventh Street, Suite 5100<br>Minneapolis, MN  55402-4168<br><br>James R. Nelson<br>DLA Piper US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX  75201-4629<br><br>David H. Bamberger<br>DLA Piper US LLP<br>500 8th Street, N.W.<br>Washington, D.C.  20004 |
| **ARCTIC GLACIER INCOME FUND**<br>**ARCTIC GLACIER, INC.**<br>**ARCTIC GLACIER**<br>  **INTERNATIONAL, INC.** | John M. Majoras<br>JONES DAY<br>51 Louisiana Avenue<br>Washington, D.C.  20001<br><br>Paula W. Render<br>JONES DAY<br>77 West Wacker<br>Chicago, IL  60601-1692 |

| DEFENDANT | COUNSEL |
|---|---|
| **HOME CITY ICE COMPANY** | Todd Wind<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br><br>Sanford M. Litvack<br>Eric J. Stock<br>HOGAN AND HARTSON<br>875 Third Avenue<br>New York, NY 10022<br><br>Michael A. Roberts<br>J. Jeffrey Landen<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202 |