FILED

APR 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PACKAGED ICE<br>ANTITRUST LITIGATION | MDL Docket No. 1952 |

08CV 539 DMS ‡POR7

### INTERESTED PARTY RESPONSE OF PLAINTIFFS FIVE ANGELS MANAGEMENT D/B/A FRANK A. SMITH BEVERAGES, JOSEPH MASSINO, RICK DRONTLE D/B/A PONYTAIL CATERING, WILSON FARMS, INC., MOUNT POCONO CAMPGROUND, INC., AND THE LANESVILLE FOOD MART, INC., TO THE MOTIONS TO TRANSFER AND CONSOLIDATE RELATED ANTITRUST ACTIONS FOR PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages, Plaintiff Joseph Massino, Plaintiff Rick Drontle d/b/a Ponytail Catering, Plaintiff Wilson Farms, Inc., Plaintiff Mount Pocono Campground, Inc., and Plaintiff The Lanesville Food Mart, Inc. (collectively, the "Interested Parties"), submit this response to the motions of Plaintiffs: (1) Rodney Blasingame for transfer and consolidation of related antitrust actions to the United States District Court for the Northern District of Texas, (2) Elite Energy, LLC for transfer and consolidation of related antitrust actions to the United States District Court for the Eastern District of Michigan, (3) Chi-Mar Enterprises, Inc. for transfer and consolidation of related antitrust actions to the United States District Court for the Northern District of Ohio, and (4) Ridge Plaza, Inc. *et al*. and (5) Mall Mart, Inc. d/b/a Midway BP both for transfer and consolidation in the District of

Minnesota, all motions pursuant to 28 U.S.C. § 1407. For the reasons set forth below, the Interested Parties support the transfer and consolidation of the related actions in the Northern District of Texas (Dallas Division).

## I. INTRODUCTION

As of April 23, 2008, 59 lawsuits alleging price-fixing of packaged ice by major manufacturers of packaged ice were known to be pending in eight different federal district courts. A total of 13 such actions are known to have been filed in the Northern District of Texas (Dallas Division), 19 in the Eastern District of Michigan (Southern Division), 14 in the District of Minnesota, five in the Northern District of Ohio, three in the Southern District of California, two in the Northern District of California, and one each the Southern District of Ohio (Western Division), the District of Kansas, and the Southern District of Florida.[1]

The Interested Parties support consolidation of the related actions pending in those eight districts, as well as any tag-along actions, and transfer of all actions to the Northern District of Texas (Dallas Division), pursuant to 28 U.S.C. § 1407. All actions filed to date involve common questions of fact and will involve the same witnesses and evidence; therefore, "centralization of the cases will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." *In re Long-Distance Telephone Serv. Fed. Excise Tax Refund Litig.*, 469 F. Supp. 2d 1348, 1350 (J.P.M.L. 2006). The Interested Parties respectfully submit

---

[1] For a list of related actions pending as of April 23, 2008, *see* Schedule of Actions (attached). The Schedule of Actions includes three additional related cases filed in the Northern District of Texas (Dallas Division) on April 23, 2008: *Nirgundas, Inc. v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier Int'l Inc., and The Home City Ice Company,* No. 3:08-cv-709; *Shree Narayandas, Inc. v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier Int'l Inc., and The Home City Ice Company,* No. 3:08-cv-710; and *Radha, Inc. v. Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier Int'l Inc., and The Home City Ice Company,* No. 3:08-cv-711. While the parties in those actions have not yet filed in this MDL proceeding, each of the plaintiffs in these cases support consolidation and transfer to the Northern District of Texas.

that the appropriate transferee forum is the United States District Court for the Northern District of Texas (Dallas Division). The Northern District of Texas (Dallas Division) (i) will be the primary locus of discovery in this consolidated matter; (ii) has the resources, expertise, and docket to manage this matter expeditiously; and (iii) is the most convenient and easily accessible jurisdiction for the attorneys and witnesses in this action.

## II.    BACKGROUND

The related actions all allege that the largest producers of packaged ice in the United States conspired to fix prices of, and to allocate markets for, packaged ice. All of the related actions name as defendants corporate entities related to Reddy Ice and Arctic Glacier, the two largest packaged ice companies; some actions also name The Home City Ice Company, another large packaged ice producer, as a defendant.

Reddy Ice, headquartered in Dallas, Texas, claims in press releases to be "the largest manufacturer and distributor of packaged ice in the United States." On March 5, 2008, federal agents, at the direction of the Antitrust Division of the U.S. Department of Justice, executed a search warrant and raided the Dallas, Texas corporate headquarters of Reddy Ice. While both Reddy Ice and Arctic Glacier were served with grand jury subpoenas, the federal raid of Reddy Ice's corporate headquarters shows that investigators believe there are documents and other items at the company's Dallas offices, such as executive computers that may contain documents, email, other communications, or electronic files. And the employees from the Dallas headquarters—all potential witnesses—are found within the vicinity of the Northern District of Texas (Dallas Division).

On March 31, 2008, Reuters reported that Texas-based Defendant Reddy Ice had received a civil investigative demand from the Florida Attorney General's office in connection

832467v1/010707                                        - 3 -

with a probe into price-fixing in the packaged ice industry. It did not report that any defendants outside the Northern District of Texas had been contacted in connection with Florida's investigation.

Plaintiff Five Angels filed an action in the United States District Court for the Northern District of Texas (Dallas Division) on March 19, 2008, claiming that Defendants Reddy Ice and Arctic Glacier had fixed prices of and allocated markets for packaged ice. On March 20, Plaintiff Joseph Massino filed a similar and related action in the United States District Court for the Northern District of Texas (Dallas Division). On March 21, Plaintiff Rodney Blasingame filed a similar and related action in the United States District Court for the Northern District of Texas (Dallas Division). On March 24, Plaintiff Ethamma Emmanuel filed a similar and related action in the United States District Court for the Northern District of Texas (Dallas Division). On March 25, Plaintiff Joseph Difabritiis 7-11 Food Store #24428 filed a similar and related action in the United States District Court for the Northern District of Texas (Dallas Division). On March 27, Plaintiffs Rick Drontle d/b/a Ponytail Catering and Wilson Farms, Inc. filed separate similar and related actions in the United States District Court for the Northern District of Texas (Dallas Division). On April 1, Plaintiff Mount Pocono Campground, Inc. filed a similar and related action in the United States District Court for the Northern District of Texas (Dallas Division). On April 3, Plaintiff Charlie Holland Motors, Inc. filed a similar and related action in the States District Court for the Northern District of Texas (Dallas Division). On April 8, Plaintiff The Lanesville Food Mart, Inc. filed a similar and related action in the States District Court for the Northern District of Texas (Dallas Division). On April 23, 2008, Plaintiffs Nirgundas, Inc., Shree Narayandas, Inc., and Radha, Inc. each filed a similar and related action in the States District Court for the Northern District of Texas (Dallas Division).

These thirteen actions, all filed in the Northern District of Texas (Dallas Division), precede and follow the filing of similar and related actions filed in the Eastern District of Michigan (Southern Division), the District of Minnesota, the Southern District of Ohio (Western Division), the Northern District of Ohio, the Northern District of California, the Southern District of California, and the District of Kansas. The Interested Parties support transfer to and consolidation in the Northern District of Texas (Dallas Division).

### III.   ARGUMENT

**A.   Transfer and consolidation under 28 U.S.C. § 1407 is warranted.**

Consolidating pending and future antitrust cases alleging that producers of packaged ice violated antitrust laws by price-fixing and allocating markets, and transferring these cases to a single district, is appropriate under 28 U.S.C. § 1407. All such pending cases overlap in their factual allegations and share a multitude of "common questions of fact." 28 U.S.C. § 1407(a). All pending cases seek relief under the same statutory provisions, Section 1 of the Sherman Act and Section 4 of the Clayton Act. All pending cases seek relief on behalf of a class of all purchasers of packaged ice during the relevant time period. Hence, centralization under § 1407 in a single district "will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." *In re Long-Distance Telephone Serv. Fed. Excise Tax Refund Litig.*, 469 F. Supp. 2d 1348, 1350 (J.P.M.L. 2006).

**B.   The Northern District of Texas (Dallas Division) is the most appropriate transferee district.**

Based on the factors typically taken into consideration by the Panel, the Interested Parties respectfully submit that the United States District Court for the Northern District of Texas (Dallas Division) is the most appropriate district for transfer and consolidation of the related cases and any future tag-along cases.

1.    **The location of the parties, documents, and witnesses support centralization in the Northern District of Texas (Dallas Division).**

The nexus of the related actions is in the Northern District of Texas (Dallas Division). Reddy Ice, the largest producer of packaged ice in the United States and named a defendant in each pending action, is headquartered in Dallas, Texas. The federal search warrant and raid of Reddy Ice's headquarters—the actions that led to the investigation becoming public—occurred in Dallas, Texas. And the Florida Attorney General's investigation has focused on Reddy Ice, in Dallas, Texas. Arctic Glacier, the second-largest producer of packaged ice, does business within the Northern District of Texas. In fact, Texas is one of the very few regions in which both Reddy Ice and Arctic Glacier both sell ice.

Because of the defendants' activities and contacts in Dallas, Texas, the focus of discovery in this consolidated case will be in Dallas, Texas. Plaintiffs in the related actions will certainly seek production of relevant documents from Reddy Ice's Dallas headquarters, likely including production of evidence seized during the federal raid of Reddy Ice's Dallas headquarters or the subject of the search warrant authorizing the raid. Plaintiffs may also seek documents related to the Florida Attorney General's investigation. These productions would most conveniently occur in Dallas. At the very least, the Northern District of Texas (Dallas Division) is the district in which Reddy Ice will prepare its production or make its documents available for inspection. Additionally, plaintiffs will likely seek production of documents from Arctic Glacier in or relating to Arctic Glacier's business within the Northern District of Texas.

Further, because the Northern District of Texas (Dallas Division) is the district in which Reddy Ice is headquartered, it is certainly the location of many important witnesses in the alleged price-fixing and marketing allocating conspiracy, as well as witnesses with information about the federal raid and state investigation that occurred in Dallas. Because Arctic Glacier also does

business in the Northern District of Texas (Dallas Division), it is likely that witnesses related to that Defendant are present in this district as well. In fact, given the headquarters of Reddy Ice and the presence of Arctic Glacier within the Dallas area, it is possible that a Defendants' key price-fixing activities were conducted in Dallas, Texas.

The Northern District of Texas (Dallas Division) is <u>the primary locus</u> for the parties, documents, and witnesses relevant to this case. As such, the Northern District of Texas (Dallas Division) the most appropriate transferee forum. *In re RadioShack Corp. "ERISA" Litig.*, 528 F. Supp. 2d 1348, 1349 (J.P.M.L. 2007) (transferring and consolidating cases in the Northern District of Texas, noting that the defendant was headquartered in the district and documents and witnesses would likely be found there); *In re UICI "Ass'n Group" Ins. Litig.*, 305 F. Supp. 2d 1360, 1362 (J.P.M.L. 2004) (transferring and consolidating actions in the Northern District of Texas because "the location of . . . defendant's headquarters within the Northern District of Texas implies that relevant witnesses and documents are likely to be found there"). Reddy Ice's extensive contacts within the Dallas area and Arctic Glacier's more limited activities in the same area combine to make the Northern District of Texas (Dallas Division) the most appropriate district for transfer and consolidation of the related actions over the Eastern District of Michigan, the District of Minnesota, or the Northern District of Ohio.

**2.    The Northern District of Texas has the docket resources and judicial expertise to effectively handle this litigation.**

The Northern District of Texas's docket is well positioned to expediently adjudicate these disputes. *See In re Nifedipine Antitrust Litig.*, 266 F. Supp. 2d 1382, 1382-83 (J.P.M.L. 2003) (centralizing antitrust cases in a district whose docket is "well suited for the expeditious handling of this litigation"). According to the latest U.S. District Court Judicial Caseload Profile, the caseload in the Northern District of Texas has declined 5.9% from the last year to the current

year.  (*See* Northern District of Texas Judicial Caseload Profile (Exhibit A).)  This decline, along with the other caseload statistics set out below, favors transfer to the Northern District of Texas (Dallas Division).  *See In re Parcel Tanker Shipping Servs. Antitrust Litig.*, 296 F. Supp. 2d 1370, 1371 (J.P.M.L. 2003) (finding that appropriate transferee forum "has a relatively favorable caseload for accepting this assignment").

Of the districts for which transfer and consolidation motions have been made, the Northern District of Texas has the most favorable caseload statistically:  the Northern District of Texas boasts the fewest number of total civil cases, both in raw numbers and by judgeship, the shortest median time interval from filing to disposition, and the shortest median time interval from filing to trial.  (*See* Federal Judicial Caseload Statistics, Table C-5, U.S. District Courts—Median Time Intervals from Filing to Disposition of Civil Cases (Mar. 31, 2007) (Exhibit B).)  As of March 2007, the Northern District of Texas had 2,899 total cases with a median time interval from filing to disposition of 7.9 months.  (Exhibit B, at 2.)  By comparison, the District of Minnesota had 6,786 cases with a time interval of 23.7 months, the Northern District of Ohio had 6,384 cases with a time interval of 19.2 months, and the Eastern District of Michigan had 3,620 cases with a time interval of 8.0 months.  (*Id.*)  In addition, of all the districts currently urged by the litigants before the Panel, the Northern District of Texas has by far the fewest pending cases—only 42—over three years old.  (*Compare* Exhibit A *with* Exhibits D-F.)  The next lowest number comes from the Eastern District of Michigan, which reports 179 pending cases over three years old.  (Exhibit F.)  But that is more than five times the number of aging cases now pending in the Northern District of Texas.  The other suggested district courts carry even more aging cases.

As of April 2008, only two Multidistrict Litigation ("MDL") cases were pending in the Northern District of Texas (*see* Distribution of Pending MDL Docket (Exhibit C, at 11)), which has 12 judgeships (Exhibit A). In other words, the Northern District of Texas has a ratio of six judges for each MDL (0.17 MDLs per judge). Conversely, eight MDL cases were pending in the District of Minnesota (Exhibit C, at 6), which has seven judgeships (Exhibit D) (1.14 MDLs per judge). Seven MDL cases were pending in the Northern District of Ohio (Exhibit C, at 9), which has 12 judgeships (Exhibit E) (0.58 MDLs per judge). Four MDL cases were pending on the Eastern District of Michigan (Exhibit C, at 5), which has 15 judgeships (Exhibit F) (0.27 MDLs per judge). The data shows that the Northern District of Texas has fewer MDL cases pending per judgeship than in any other district court being urged before the Panel. A summary of relevant caseload statistics are set out below.

| | HQ of Defendant | Pending MDLs per Judge | Pending Cases per Judge | Caseload Trend Since 2006 | Median Months to Disposition | Median Months to Trial | Pending Cases Over Three Years Old |
|---|---|---|---|---|---|---|---|
| **N.D. Tex.** | **Yes** | **0.17** | **324** | **-5.9%** | **6.8** | **19.4** | **42.0** |
| D. Minn. | Yes | 1.14 | 881 | +12.4% | 13.7 | 29.0 | 262.0 |
| E.D. Mich. | No | 0.27 | 421 | -1.4% | 8.3 | 25.8 | 179.0 |
| N.D. Ohio | No | 0.58 | 481 | +3.2% | 10.0 | 20.0 | 585.0 |

These reports demonstrate that, relative to the other potential transferee districts, the Northern District of Texas is well-positioned to handle this MDL action. Additionally, the Northern District of Texas features seasoned jurists who can direct this litigation on a steady and expeditious course through trial. The cases filed in the Northern District of Texas have been assigned to the Honorable Jorge A. Solis. Judge Solis has been on the federal bench for seventeen years and on the state bench for two years before. In that time, Judge Solis has

presided over many complex cases involving antitrust issues and class actions. *See, e.g., Clary v. Southwest Airlines*, No. 3:07-cv-00126 (N.D. Tex.); *Harris v. FFE Transp. Servs., Inc.*, No. 3:05-cv-00077 (N.D. Tex.); *Lee v. American Airlines*, No. 3:01-cv-01179 (N.D. Tex.); *Poliner v. Texas Health Sys.*, No. 3:00-cv-01007 (N.D. Tex.); *Holley v. Kitty Hawk, Inc.*, No. 3:00-cv-00828 (N.D. Tex.); *CAR Transp., Inc. v. ADT Automotive, Inc.*, No. 3:00-cv-00426 (N.D. Tex.); *In re Allied Pilots Class Action Litig.*, No. 3:99-cv-00480 (N.D. Tex.); *Van v. Anderson*, No. 3:99-cv-00311 (N.D. Tex.); *Kempton v. Gadzooks, Inc.*, No. 3:98-cv-01959 (N.D. Tex.); *Troupe v. Randall's Food & Drug*, No. 3:98-cv-02462 (N.D. Tex.); *Valente v. Southland Corp.*, No. 3:96-cv-01786 (N.D. Tex.); *Cotton Belt Int'l v. Continental-Eagle*, No. 3:91-cv-00257 (N.D. Tex.); *In re Intellicall Sec. Litig.*, No. 3:91-CV-0730 (N.D. Tex.).

The Northern District of Texas (Dallas Division) is the most appropriate district for transfer and consolidation of the related actions. The location of the main defendant within the district, the relatively better-positioned docket, and the experience of the assigned judge all favor the centralization of these cases in the Northern District of Texas (Dallas Division). *See, e.g., In re Nefidipine*, 266 F. Supp. 2d at 1382-83.

### 3. Ease of access supports centralization in the Northern District of Texas.

For witnesses and counsel not based in the Northern District of Texas, the district is easily accessible from major cities across the United States and the world. Dallas/Fort Worth International Airport ("DFW") is located approximately twenty miles from the Dallas Division's courthouse. Twenty-one airlines serve DFW, including all major domestic airlines, with nonstop service to 186 destinations. From DFW, litigants can reach any major city in the United States in less than four hours. Moreover, two major hotels are integrated into the airport's terminal, and several major hotels are located within walking distance of the federal courthouse. The Northern

District of Texas (Dallas Division) surpasses the other potential transferee districts for convenience.

**4.    Existence and relative progress of other pending litigation.**

Other factors the Panel considers include the existence and progress of any pending, related litigation, including whether any judge has become particularly familiar with the claims at issue. Here, the related actions were all been filed within weeks of each other. Consequently, no action—not even the first-filed action—has significantly progressed. And no particular judge has developed more experience than any other judge with respect to the related actions.

## IV.    CONCLUSION

For these reasons, the Northern District of Texas (Dallas Division) is the most appropriate district for transfer and consolidation of the related actions. The Interested Parties respectfully request that the Panel consolidate and transfer the related actions and any future tag-along cases to the Northern District of Texas (Dallas Division).

Dated: April 24, 2007

Barry C. Barnett
Attorney of Record MDL Docket No. 1952
Terrell W. Oxford
Daniel H. Charest
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775
Telephone: (214) 754-1900
bbarnett@susmangodfrey.com
toxford@susmangodfrey.com
dcharest@susmangodfrey.com

*Attorneys for Plaintiff Five Angels
Management d/b/a Frank A. Smith
Beverages, Plaintiff Joseph Massino,
Plaintiff Rick Drontle d/b/a Ponytail
Catering, Plaintiff Wilson Farms, Inc.,*

832467v1/010707                              - 11 -

*Plaintiff Mount Pocono Campground, Inc.,*
*Plaintiff The Lanesville Food Mart, Inc.*

Samuel D. Heins
Vincent J. Esades
Attorney of Record MDL Docket No. 1952
Scott W. Carlson
Katherine T. Kelly
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
vesades@heinsmills.com
scarlson@heinsmills.com
kkelly@heinsmills.com

*Attorneys for Plaintiff Joseph Massino and*
*Plaintiff Rick Drontle d/b/a Ponytail*
*Catering*

Ann D. White
ANN D. WHITE LAW OFFICES, P.C.
165 Township Line Road, Suite 2400
Jenkintown, PA  19046
Telephone: (215) 481-0274
Facsimile: (215) 481-0271
awhite@awhitelaw.com

*Attorney for Plaintiff Joseph Massino*

Nathaniel P. Hobbs
PATRICK BURNS & ASSOCIATES
8401 Wayzata Boulevard, Suite 300
Minneapolis, MN  55426
Telephone: (952) 564-6262
Facsimile: (952) 564-6263
nathan@patrickburnslaw.com

*Attorney for Plaintiff Rick Drontle d/b/a*
*Ponytail Catering*

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
mhausfeld@cmht.com

Michael P. Lehmann
Christopher L. Lebsock
John T. King
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
One Embarcardero Center, Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643
mlehmann@cmht.com
clebsock@cmht.com
jking@cmht.com

Arthur N. Bailey
ARTHUR N. BAILEY &
ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701
Telephone: (716) 664-2967
Facsimile: (716) 664-2983

Allan Steyer
STEYER LOWENTHAL
BOODROOKAS ALVAREZ & SMITH
LLP
One California Street, Third Floor
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Maxwell M. Blecher
BLECHER & COLLINS
515 South Figueroa Street, 17th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Jonathan W. Cuneo
Daniel C. Cohen
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813

*Attorneys for Plaintiff Wilson Farms, Inc.*

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1512 Locust Street, 8th Floor
Philadelphia, Pennsylvania 19102

Martin E. Grossman
2121 Green Brier Drive
Villanova, Pennsylvania 19085

*Attorneys for Plaintiff Mount Pocono Campground, Inc.*

Irwin B. Levin
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
ilevin@cohenandmalad.com
sgilchrist@cohenandmalad.com

*Attorneys for Plaintiff The Lanesville Food Mart, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel as listed in the attached Panel Service List, as supplemented by the attached Service List on this day, April 24, 2008 by U.S. First Class Mail.

_____
Barry C. Barnett

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | : : : : | MDL Docket No. 1952 |

**SCHEDULE OF ACTIONS**

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:** Five Angels Management d/b/a Frank A. Smith Beverages **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International, Inc. | Northern District of Texas (Dallas) | 3:08cv00480 | Jorge A. Solis |
| **Plaintiff:** Joseph Massino **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International, Inc. | Northern District of Texas (Dallas) | 3:08cv00496 | Jorge A. Solis |
| **Plaintiff:** Rodney Blasingame **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International, Inc. | Northern District of Texas (Dallas) | 3:08cv00498 | Jorge A. Solis |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>Ethamma Emmanuel d/b/a 7-11 #25452<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00507 | Jorge A. Solis |
| **Plaintiff:**<br>Joseph Difabritiis 7-11 Food Store #24428<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00512 | Jorge A. Solis |
| **Plaintiff:**<br>Rick Drontle d/b/a Ponytail Catering<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International, Inc. | Northern District of Texas (Dallas) | 3:08cv00536 | Jorge A. Solis |
| **Plaintiff:**<br>Wilson Farms, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00537 | Jorge A. Solis |
| **Plaintiff:**<br>Mount Pocono Campground, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00563 | Jorge A. Solis |
| **Plaintiff:**<br>Charlie Holland Motors, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00576 | Jorge A. Solis |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>The Lanesville Food Mart, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00607 | Jorge A. Solis |
| **Plaintiff:**<br>Nirgundas, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00709 | Sam A. Lindsay |
| **Plaintiff:**<br>Shree Narayandas, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00710 | Jane Boyle |
| **Plaintiff:**<br>Radha, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Texas (Dallas) | 3:08cv00711 | Barbara M. G. Lynn |
| **Plaintiff:**<br>Ridge Plaza, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00657 | James M. Rosenbaum |
| **Plaintiff:**<br>Mall Mart, Inc. d/b/a Midway BP<br>**Defendants:**<br>Reddy Ice Holdings, Inc. Arctic Glacier Income Fund: Arctic Glacier, Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00663 | James M. Rosenbaum |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>The Baron Group, Inc. d/b/a Baron's Ice House<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00670 | Joan N. Ericksen |
| **Plaintiff:**<br>Kozak Enterprises, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00704 | Ann D. Montgomery |
| **Plaintiff:**<br>Solid Waste Ltd., Inc., d/b/a Bayland Marina<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00713 | Paul A. Magnuson |
| **Plaintiff:**<br>Thrifty Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00777 | David S. Doty |
| **Plaintiff:**<br>Chukrid Khorchid d/b/a 7-Eleven<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00809 | Joan M. Ericksen |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>G.M. Food & Fuel, LLC d/b/a G.M. Food & Gas<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00826 | David S. Doty |
| **Plaintiff:**<br>Public Foods, Inc., Americana Food Store, Inc., and Twin Value, LLC d/b/a Seaway Marketplace<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00862 | John R. Tunheim |
| **Plaintiff:**<br>Thomas Beverage Co., Inc., d/b/a Thomas Liquors<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv00863 | Ann D. Montgomery |
| **Plaintiff:**<br>Tahira Firdous d/b/a TFS, Inc. a/k/a All Stop #2<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv01020 | Patrick J. Schiltz |
| **Plaintiff:**<br>Meleen Corporation d/b/a Meleen Sportsman Store<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv01025 | John R. Tunheim |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv01077 | Richard H. Kyle |
| **Plaintiff:**<br>JA-WY, Inc. d/b/a Isle of Palms Red & White<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Minnesota | 0:08cv01090 | Richard H. Kyle |
| **Plaintiff:**<br>F & V Oil Company, Inc., Lansdale Oil Company, Inc. and VB & FS Oil Company<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11152 | Paul D. Borman |
| **Plaintiff:**<br>Silver Springs Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11200 | Arthur J. Tarnow |
| **Plaintiff:**<br>S&S Lima, Inc., d/b/a Dry Run Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11182 | George Caram Steeh |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:** Elite Energy, LLC **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International, Inc. | Eastern District of Michigan (Detroit) | 2:08cv11201 | Lawrence P. Zatkoff |
| **Plaintiff:** RSB Wellman, Co., Inc., d/b/a Twig's Carry Out **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11213 | Sean F. Cox |
| **Plaintiff:** Melrick, Inc. d/b/a North Main Short Stop **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11204 | Lawrence P. Zatkoff |
| **Plaintiff:** Joseph Krainc d/b/a Joe's Beer Distributor **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11238 | Avern Cohn |
| **Plaintiff:** Mazel, LLC **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11315 | David M. Lawson |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>Y & R's, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11316 | Bernard A. Friedman |
| **Plaintiff:**<br>Linco Distributing Company, Inc. d/b/a Beer Minimum<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11330 | Arthur J. Tarnow |
| **Plaintiff:**<br>823 Sproul, Inc. d/b/a Sproul Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11345 | Bernard A. Friedman |
| **Plaintiff:**<br>Blue Ash Service Center, Inc. d/b/a Blue Ash Shell<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11387 | Paul D. Borman |
| **Plaintiff:**<br>Higginbotham Oil Company, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Flint) | 4:08cv11400 | Paul A. Gadola |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>Polly's Food Service, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11420 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>Springfield Exxon, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11561 | Sean F. Cox |
| **Plaintiff:**<br>Roberta Wooten d/b/a Wooten's One Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Detroit) | 2:08cv11575 | Denise Page Hood |
| **Plaintiff:**<br>GRI, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International, Inc. | Eastern District of Michigan (Detroit) | 2:08cv11602 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>Circle Beer & Beverage, Inc., t/d/b/a Duffy's Pop & Beer Warehouse<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Ann Arbor) | 5:08cv11293 | John Corbett O'Meara |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:** Donald K. Tomino d/b/a Crafton Beverage Center **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Eastern District of Michigan (Flint) | 4:08cv11438 | Paul A. Gadola |
| **Plaintiff:** Chi-Mar Enterprises, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Ohio (Cleveland) | 1:08cv00657 | Kathleen M. O'Malley |
| **Plaintiff:** Fu-Wah Mini Market **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Ohio (Cleveland) | 1:08cv00666 | Kathleen M. O'Malley |
| **Plaintiff:** Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Ohio (Cleveland) | 1:08cv00695 | James S. Gwin |
| **Plaintiff:** Warrington Fuels, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Ohio (Cleveland) | 1:08cv00692 | Kathleen M. O'Malley |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:** Juniata Mobil **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of Ohio (Cleveland) | 1:08cv00859 | Donald C. Nugent |
| **Plaintiff:** Champs Liquors, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Southern District of Ohio (Cincinnati) | 1:08cv00179 | Sandra S. Beckwith |
| **Plaintiff:** Marin Scotty's Market, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of California (San Francisco) | 3:08cv01486 | Maxine M. Chesney |
| **Plaintiff:** Karen Davis **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Northern District of California (San Francisco) | 3:08cv01937 | Bernard Zimmerman |
| **Plaintiff:** Jan Barranco-Grams **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Southern District of California (San Diego) | 3:08cv00539 | Dana M. Sabraw |

| Case Captions | District Court | Civil Action No. | District Judge |
|---|---|---|---|
| **Plaintiff:**<br>Cobblestone Tequesta, LLC d/b/a Tequesta Citgo<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Southern District of California (San Diego) | 3:08cv00656 | Janis L. Sammartino |
| **Plaintiff:**<br>Jenifer Valencia<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Southern District of California (San Diego) | 3:08cv00539 | Dana M. Sabraw |
| **Plaintiff:**<br>Jennin Gil<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International, Inc.; and Home City Ice Company | Southern District of Florida (Miami) | 1:08cv21089 | Patricia A. Seitz |
| **Plaintiff:**<br>Valencia<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Kansas | 2:08cv2138 | Carlos Murguia |

# Exhibit A

Judicial Caseload Profile Report                                    http://www.uscourts.gov/cgi-bin/cmsd2007.pl

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| TEXAS NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | | |
| OVERALL CASELOAD STATISTICS | | Filings* | 5,312 | 5,646 | 5,895 | 6,560 | 6,985 | 6,591 | U.S. | Circuit |
| | | Terminations | 5,580 | 5,745 | 6,179 | 7,191 | 6,111 | 6,413 | | |
| | | Pending | 3,888 | 4,326 | 4,390 | 4,686 | 5,455 | 4,496 | | |
| | % Change in Total Filings | Over Last Year | | -5.9 | | | | | 67 | 8 |
| | | Over Earlier Years | | | -9.9 | -19.0 | -24.0 | -19.4 | 75 | 7 |
| | Number of Judgeships | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 8.5 | 2.4 | 18.4 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 443 | 470 | 491 | 547 | 582 | 549 | 40 | 6 |
| | | Civil | 351 | 376 | 399 | 452 | 479 | 462 | 35 | 5 |
| | | Criminal Felony | 69 | 64 | 61 | 66 | 78 | 64 | 50 | 5 |
| | | Supervised Release Hearings** | 23 | 30 | 31 | 29 | 25 | 23 | 49 | 4 |
| | Pending Cases | | 324 | 361 | 366 | 391 | 455 | 375 | 61 | 9 |
| | Weighted Filings** | | 470 | 493 | 495 | 548 | 581 | 520 | 37 | 6 |
| | Terminations | | 465 | 479 | 515 | 599 | 509 | 534 | 36 | 6 |
| | Trials Completed | | 19 | 24 | 29 | 28 | 27 | 24 | 51 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 6.9 | 7.2 | 7.1 | 6.7 | 5.9 | 6.3 | 23 | 3 |
| | | Civil** | 6.8 | 7.4 | 8.6 | 7.4 | 7.2 | 6.6 | 12 | 2 |
| | From Filing to Trial** (Civil Only) | | 19.4 | 20.0 | 20.7 | 21.7 | 18.6 | 18.7 | 20 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 42 | 146 | 49 | 29 | 126 | 69 | | |
| | | Percentage | 1.4 | 4.3 | 1.4 | .8 | 2.8 | 1.8 | 8 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.5 | 1.6 | 1.5 | 1.5 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 43.20 | 39.54 | 40.42 | 51.06 | 50.46 | 56.30 | | |
| | | Percent Not Selected or Challenged | 40.2 | 36.2 | 34.8 | 43.9 | 54.9 | 54.1 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4213 | 165 | 101 | 1665 | 79 | 59 | 173 | 524 | 212 | 232 | 559 | 2 | 442 |
| Criminal* | 815 | 13 | 116 | 146 | 126 | 199 | 65 | 36 | 28 | 32 | 17 | 8 | 29 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

Exhibit B

## Table C-5.
## U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending March 31, 2007

| Circuit and District | Total Cases | | No Court Action | | Court Action — Before Pretrial | | Court Action — During or After Pretrial | | Court Action — Trial | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months |
| TOTAL | 197,025 | 7.4 | 45,628 | 6.3 | 124,659 | 7.1 | 23,553 | 15.4 | 3,185 | 23.6 |
| DC | 2,127 | 10.7 | 836 | 11.9 | 1,240 | 9.9 | 28 | 18.0 | 23 | 43.0 |
| 1ST | 5,176 | 8.3 | 1,969 | 7.9 | 2,210 | 8.7 | 853 | 16.0 | 143 | 28.5 |
| ME | 348 | 8.4 | 163 | 5.6 | 157 | 7.9 | 12 | 12.0 | 14 | 15.5 |
| MA | 2,763 | 9.3 | 1,363 | 7.3 | 957 | 8.2 | 359 | 16.8 | 84 | 28.0 |
| NH | 404 | 8.5 | 92 | 3.9 | 133 | 5.9 | 174 | 13.9 | 5 | - |
| RI | 526 | 8.8 | 137 | 4.8 | 246 | 7.0 | 132 | 12.9 | 13 | 22.0 |
| PR | 1,134 | 12.8 | 214 | 6.1 | 717 | 10.1 | 176 | 22.8 | 27 | 33.0 |
| 2ND | 18,643 | 10.5 | 5,220 | 7.3 | 10,780 | 10.5 | 2,349 | 16.2 | 294 | 29.7 |
| CT | 2,045 | 11.5 | 1,319 | 8.8 | 602 | 16.4 | 69 | 24.0 | 55 | 33.0 |
| NY,N | 1,014 | 12.5 | 218 | 8.2 | 488 | 10.7 | 286 | 19.0 | 22 | 36.0 |
| NY,E | 5,083 | 10.0 | 1,020 | 8.2 | 3,131 | 9.7 | 863 | 15.8 | 69 | 15.8 |
| NY,S | 8,899 | 9.0 | 2,332 | 7.4 | 5,470 | 9.5 | 989 | 12.7 | 127 | 32.7 |
| NY,W | 1,343 | 12.0 | 302 | 9.6 | 876 | 12.5 | 132 | 26.2 | 13 | 26.3 |
| VT | 260 | 9.5 | 29 | | 213 | 9.4 | 10 | 23.0 | 8 | 48.0 |
| 3RD | 35,939 | 1.0 | 3,515 | 4.3 | 28,233 | 1.0 | 2,897 | 13.6 | 294 | 24.2 |
| DE | 722 | 14.3 | 97 | 7.0 | 514 | 12.5 | 73 | 24.9 | 38 | 26.7 |
| NJ | 5,466 | 7.3 | 1,875 | 5.2 | 2,129 | 5.5 | 1,399 | 14.3 | 64 | 31.3 |
| PA,E | 25,923 | 1.0 | 596 | 2.8 | 22,937 | 1.0 | 1,275 | 10.3 | 115 | 17.3 |
| PA,M | 1,515 | 7.5 | 477 | 5.6 | 938 | 7.0 | 82 | 25.0 | 38 | 24.0 |
| PA,W | 2,018 | 8.5 | 440 | 4.9 | 1,507 | 9.5 | 32 | 25.0 | 39 | 27.0 |
| VI | 295 | 19.9 | 30 | 6.0 | 208 | 15.5 | 57 | 32.4 | | |
| 4TH | 12,367 | 7.0 | 3,420 | 6.0 | 7,853 | 8.3 | 1,185 | 9.2 | 209 | 19.2 |
| MD | 2,622 | 7.0 | 1,167 | 6.5 | 1,182 | 6.8 | 250 | 8.4 | 43 | 23.5 |
| NC,E | 840 | 11.4 | 398 | 8.1 | 528 | 12.0 | 5 | - | 9 | - |
| NC,M | 720 | 10.7 | 233 | 7.1 | 357 | 12.8 | 118 | 11.2 | 12 | 21.0 |
| NC,W | 929 | 9.3 | 359 | 11.3 | 456 | 5.3 | 100 | 18.0 | 14 | 23.0 |
| SC | 2,698 | 8.4 | 383 | 3.8 | 2,101 | 10.0 | 163 | 12.5 | 49 | 26.0 |
| VA,E | 2,323 | 5.8 | 512 | 3.9 | 1,253 | 5.8 | 514 | 7.8 | 44 | 10.0 |
| VA,W | 704 | 8.2 | 172 | 7.8 | 495 | 9.0 | 18 | 9.0 | 19 | 16.0 |
| WV,N | 405 | 11.8 | 135 | 10.7 | 255 | 12.6 | 8 | - | 4 | - |
| WV,S | 1,030 | 6.3 | 61 | 3.8 | 946 | 6.4 | 8 | - | 15 | 21.6 |

## Table C-5. (March 31, 2007—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months | Number of Cases | Median Time Interval In Months |
| **5TH** | | | | | | | | | | |
| LA,E | 20,426 | 8.9 | 4,773 | 8.0 | 12,630 | 7.1 | 2,593 | 13.0 | 430 | 21.5 |
| LA,M | 4,263 | 6.3 | 189 | 3.8 | 2,441 | 4.3 | 1,519 | 15.4 | 74 | 20.4 |
| LA,W | 723 | 10.9 | 267 | 6.3 | 418 | 11.5 | 27 | 24.6 | 73 | 23.0 |
| MS,N | 1,844 | 11.0 | 505 | 7.1 | 955 | 12.2 | 43 | 23.0 | 41 | 28.0 |
| MS,S | 845 | 11.8 | 158 | 5.5 | 545 | 11.4 | 115 | 17.4 | 27 | 27.7 |
| TX,N | 2,262 | 8.5 | 1,426 | 8.6 | 748 | 11.5 | 43 | 20.5 | 46 | 18.3 |
| TX,E | 2,889 | 7.9 | 144 | 6.7 | 2,701 | 7.9 | 4 | . | 50 | 21.7 |
| TX,S | 1,846 | 9.5 | 338 | 4.6 | 1,223 | 8.3 | 44 | 13.0 | 42 | 19.0 |
| TX,W | 4,127 | 7.6 | 1,053 | 4.4 | 2,208 | 7.2 | 776 | 10.9 | 90 | 20.6 |
| | 2,176 | 8.1 | 715 | 6.4 | 1,353 | 8.6 | 22 | 15.0 | 48 | 17.4 |
| **6TH** | | | | | | | | | | |
| KY,E | 18,811 | 11.8 | 3,642 | 5.8 | 11,440 | 12.7 | 3,430 | 13.1 | 289 | 24.8 |
| KY,W | 1,505 | 10.6 | 195 | 6.3 | 1,377 | 10.2 | 14 | 21.0 | 19 | 19.5 |
| MI,E | 1,185 | 9.0 | 240 | 8.9 | 789 | 8.5 | 110 | 17.3 | 18 | 19.0 |
| MI,W | 3,820 | 8.0 | 787 | 4.8 | 1,286 | 6.6 | 1,479 | 13.8 | 68 | 24.0 |
| OH,N | 888 | 7.8 | 146 | 3.7 | 717 | 8.0 | 9 | . | 16 | 20.0 |
| OH,S | 6,384 | 12.2 | 645 | 4.7 | 4,652 | 19.0 | 837 | 10.0 | 60 | 19.7 |
| TN,E | 2,203 | 12.7 | 873 | 8.9 | 798 | 12.0 | 481 | 14.9 | 43 | 25.5 |
| TN,M | 1,034 | 12.0 | 153 | 9.9 | 397 | 9.9 | 450 | 16.9 | 34 | 25.5 |
| TN,W | 1,028 | 10.9 | 64 | 4.2 | 930 | 10.0 | 9 | . | 25 | 22.0 |
| | 894 | 12.5 | 339 | 10.4 | 498 | 12.9 | 31 | 24.0 | 28 | 29.4 |
| **7TH** | | | | | | | | | | |
| IL,N | 12,776 | 7.6 | 3,823 | 5.7 | 7,270 | 8.0 | 1,441 | 11.7 | 242 | 27.5 |
| IL,C | 6,431 | 6.3 | 2,270 | 5.7 | 3,525 | 8.4 | 626 | 12.2 | 110 | 28.7 |
| IL,S | 702 | 10.8 | 298 | 8.2 | 380 | 10.5 | 11 | 23.5 | 15 | 28.0 |
| IN,N | 880 | 8.1 | 243 | 5.3 | 605 | 8.8 | 15 | 16.4 | 17 | 20.5 |
| IN,S | 1,246 | 10.1 | 292 | 8.6 | 848 | 10.2 | 282 | 14.7 | 28 | 22.0 |
| WI,E | 1,942 | 10.8 | 500 | 8.5 | 1,127 | 10.1 | 293 | 13.9 | 22 | 23.4 |
| WI,W | 1,087 | 8.3 | 171 | 3.3 | 787 | 9.2 | 98 | 16.3 | 33 | 86.4 |
| | 488 | 4.1 | 51 | 1.4 | 200 | 3.3 | 218 | 6.0 | 19 | 11.4 |
| **8TH** | | | | | | | | | | |
| AR,E | 14,705 | 12.1 | 3,905 | 5.5 | 6,052 | 9.6 | 4,490 | 36.6 | 258 | 21.7 |
| AR,W | 1,242 | 13.5 | 269 | 12.3 | 904 | 13.3 | 6 | . | 81 | 20.0 |
| IA,N | 706 | 10.3 | 32 | 6.7 | 622 | 10.7 | 28 | 1.0 | 23 | 14.0 |
| IA,S | 474 | 8.8 | 53 | 5.6 | 399 | 9.8 | 8 | . | 15 | 20.5 |
| MN | 601 | 10.9 | 95 | 7.2 | 328 | 8.6 | 167 | 15.0 | 20 | 21.5 |
| MO,E | 6,786 | 23.7 | 1,748 | 5.4 | 730 | 5.3 | 4,229 | 36.2 | 29 | 28.5 |
| MO,W | 1,918 | 8.0 | 725 | 8.0 | 1,151 | 7.4 | 4 | . | 38 | 20.0 |
| NE | 1,636 | 8.7 | 707 | 7.0 | 805 | 9.0 | 13 | 21.0 | 21 | 20.5 |
| ND | 898 | 11.8 | 33 | 1.0 | 799 | 11.3 | 31 | 20.0 | 36 | 20.5 |
| SD | 204 | 12.4 | 71 | 8.7 | 118 | 12.0 | 4 | . | 11 | 25.0 |
| | 241 | 10.8 | 82 | 10.0 | 145 | 10.7 | 8 | . | 5 | . |

## Table C-5. (March 31, 2007—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | 28,376 | 8.8 | 10,250 | 6.5 | 16,000 | 8.9 | 1,643 | 13.4 | 483 | 23.7 |
| AK | 335 | 9.9 | 103 | 6.9 | 230 | 10.6 | . | . | 2 | . |
| AZ | 2,005 | 11.6 | 763 | 8.7 | 1,131 | 11.9 | 55 | 21.0 | 56 | 31.5 |
| CA.N | 4,828 | 6.1 | 2,128 | 5.2 | 1,446 | 8.8 | 1,201 | 12.4 | 53 | 27.0 |
| CA.E | 2,279 | 9.5 | 923 | 7.7 | 1,303 | 10.8 | 23 | 22.7 | 30 | 34.0 |
| CA.C | 8,638 | 7.8 | 3,033 | 6.8 | 5,385 | 8.1 | 81 | 19.5 | 157 | 18.9 |
| CA.S | 1,983 | 6.2 | 287 | 4.3 | 1,650 | 6.0 | 40 | 6.8 | 28 | 25.5 |
| HI | 607 | 6.8 | 362 | 7.1 | 193 | 10.8 | 39 | 19.7 | 13 | 16.0 |
| ID | 444 | 12.4 | 30 | 4.3 | 363 | 11.7 | 36 | 20.0 | 15 | 31.0 |
| MT | 522 | 11.0 | 220 | 8.8 | 224 | 10.3 | 62 | 15.8 | 16 | 20.0 |
| NV | 1,531 | 10.0 | 791 | 10.4 | 682 | 9.6 | 43 | 9.5 | 18 | 36.0 |
| OR | 1,874 | 10.5 | 658 | 8.7 | 1,160 | 11.9 | 8 | . | 48 | 36.0 |
| WA.E | 530 | 8.3 | 168 | 5.8 | 321 | 8.5 | 29 | 13.0 | 12 | 23.8 |
| WA.W | 2,746 | 9.4 | 787 | 8.1 | 1,902 | 10.0 | 21 | 16.0 | 36 | 23.5 |
| GUAM | 31 | 7.0 | 11 | 6.0 | 18 | 5.0 | 4 | . | . | . |
| NMI | 27 | 8.0 | 8 | . | 14 | 8.5 | 1 | . | 4 | 19.0 |
| **10TH** | 8,072 | 9.1 | 1,394 | 5.4 | 5,161 | 8.5 | 1,337 | 12.1 | 180 | 21.5 |
| CO | 2,034 | 8.6 | 58 | 2.1 | 1,777 | 7.9 | 151 | 18.0 | 48 | 30.5 |
| KS | 1,162 | 9.0 | 357 | 7.7 | 644 | 8.0 | 130 | 18.0 | 31 | 18.0 |
| NM | 1,073 | 9.8 | 135 | 4.2 | 465 | 8.1 | 452 | 11.6 | 21 | 20.4 |
| OK.N | 674 | 10.0 | 70 | 3.8 | 573 | 11.9 | 16 | 19.5 | 15 | 20.6 |
| OK.E | 464 | 8.2 | 319 | 9.0 | 110 | 7.8 | 16 | 11.0 | 9 | 19.0 |
| OK.W | 1,237 | 8.0 | 320 | 3.9 | 492 | 7.0 | 403 | 11.0 | 22 | 15.6 |
| UT | 1,137 | 10.2 | 88 | 4.2 | 994 | 10.3 | 36 | 19.7 | 21 | 35.0 |
| WY | 301 | 11.3 | 49 | 5.0 | 106 | 83.4 | 133 | 10.0 | 13 | 15.0 |
| **11TH** | 19,608 | 7.4 | 2,881 | 4.2 | 15,090 | 7.7 | 1,307 | 13.4 | 330 | 20.1 |
| AL.N | 2,966 | 5.2 | 579 | 6.8 | 2,313 | 4.8 | 29 | 21.7 | 35 | 26.0 |
| AL.M | 817 | 10.5 | 227 | 10.5 | 483 | 10.4 | 74 | 17.0 | 23 | 17.4 |
| AL.S | 613 | 8.6 | 120 | 7.2 | 452 | 8.4 | 29 | 15.5 | 18 | 17.6 |
| FL.N | 877 | 7.9 | 238 | 6.4 | 606 | 7.4 | 19 | 14.0 | 12 | 14.0 |
| FL.M | 4,646 | 8.6 | 397 | 4.1 | 3,855 | 8.1 | 114 | 17.5 | 16 | 21.0 |
| FL.S | 5,676 | 5.9 | 563 | 2.7 | 4,727 | 5.1 | 208 | 10.3 | 79 | 21.4 |
| GA.N | 2,943 | 8.6 | 523 | 4.8 | 1,642 | 7.0 | 724 | 12.3 | 88 | 17.2 |
| GA.M | 659 | 11.1 | 136 | 7.9 | 509 | 12.8 | 2 | . | 54 | 25.5 |
| GA.S | 522 | 9.0 | 100 | 5.0 | 393 | 9.5 | 18 | 17.0 | 11 | 22.0 |

NOTE: MEDIAN TIME INTERVALS NOT COMPUTED WHEN FEWER THAN 10 CASES REPORTED. THIS TABLE EXCLUDES LAND CONDEMNATION, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.

Exhibit C

## DISTRIBUTION OF PENDING MDL DOCKETS
### (AS OF MARCH 10, 2008)

| District | Judge | | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|---|
| ARE | D.J. William R. Wilson, Jr. | MDL-1507 | IN RE: Prempro Products Liability Litigation | 3,741 | 4,569 |
| ARW | D.J. Harry F. Barnes | MDL-1832 | IN RE: Pilgrim's Pride Fair Labor Standards Act Litigation | 16 | 16 |
| AZ | D.J. Mary H. Murguia | MDL-1910 | IN RE: Phoenix Licensing, L.L.C., Patent Litigation | 7 | 7 |
| | Sr.J. Paul G. Rosenblatt | MDL-1541 | IN RE: Allstate Insurance Co. Fair Labor Standards Act Litigation | 4 | 5 |
| CAC | D.J. David O. Carter | MDL-1807 | IN RE: Wachovia Securities, LLC, Wage and Hour Litigation | 17 | 20 |
| | D.J. Dale S. Fischer | MDL-1822 | IN RE: Bluetooth Headset Products Liability Litigation | 27 | 27 |
| | D.J. Dale S. Fischer | MDL-1897 | IN RE: Mattel, Inc., Toy Lead Paint Products Liability Litigation | 20 | 20 |
| | D.J. R. Gary Klausner | MDL-1816 | IN RE: Katz Interactive Call Processing Patent Litigation | 53 | 54 |
| | D.J. R. Gary Klausner | MDL-1864 | IN RE: Charlotte Russe, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation | 3 | 3 |
| | D.J. S. James Otero | MDL-1891 | IN RE: Korean Air Lines Co., Ltd., Antitrust Litigation | 70 | 70 |
| | Sr.J. Mariana R. Pfaelzer | MDL-1574 | IN RE: Paxil Products Liability Litigation | 6 | 149 |
| | D.J. Manuel L. Real | MDL-1737 | IN RE: American Honda Motor Co., Inc., Oil Filter Products Liability Litigation | 5 | 5 |
| | D.J. Christina A. Snyder | MDL-1671 | IN RE: Reformulated Gasoline (RFG) Antitrust & Patent Litigation | 9 | 12 |
| | D.J. Christina A. Snyder | MDL-1825 | IN RE: Midland National Life Insurance Co. Annuity Sales Practices Litigation | 2 | 2 |
| | C.J. Alicemarie H. Stotler | MDL-1803 | IN RE: Banc of America Investment Services, Inc., Overtime Pay Litigation | 5 | 5 |
| | D.J. Stephen V. Wilson | MDL-1745 | IN RE: Live Concert Antitrust Litigation | 22 | 22 |

| District | Judge | Litigation | Civil Actions Pending | Total Number Actions |
|---|---|---|---|---|
| CAN | D.J. William H. Alsup | MDL-1826 IN RE: Graphics Processing Units Antitrust Litigation | 51 | 52 |
| | D.J. Saundra Brown Armstrong | MDL-1781 IN RE: Cintas Corp. Overtime Pay Arbitration Litigation | 71 | 71 |
| | D.J. Saundra Brown Armstrong | MDL-1809 IN RE: Terminix Employment Practices Litigation | 2 | 2 |
| | D.J. Charles R. Breyer | MDL-1699 IN RE: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | 1,753 | 2,017 |
| | D.J. Charles R. Breyer | MDL-1793 IN RE: International Air Transportation Surcharge Antitrust Litigation | 101 | 102 |
| | D.J. Charles R. Breyer | MDL-1913 IN RE: Transpacific Passenger Air Transportation Antitrust Litigation | 16 | 16 |
| | Sr.J. Samuel Conti | MDL-1917 IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 15 | 15 |
| | D.J. Phyllis J. Hamilton | MDL-1486 IN RE: Dynamic Random Access Memory (DRAM) Antitrust Litigation | 26 | 45 |
| | D.J. Susan Y. Illston | MDL-1827 IN RE: TFT-LCD (Flat Panel) Antitrust Litigation | 135 | 135 |
| | D.J. Martin J. Jenkins | MDL-1648 IN RE: Rubber Chemicals Antitrust Litigation | 10 | 14 |
| | D.J. Marilyn Hall Patel | MDL-1770 IN RE: Wells Fargo Home Mortgage Overtime Pay Litigation | 4 | 4 |
| | D.J. Marilyn Hall Patel | MDL-1841 IN RE: Wells Fargo Loan Processor Overtime Pay Litigation | 2 | 2 |
| | C.J. Vaughn R. Walker | MDL-1606 IN RE: Deep Vein Thrombosis Litigation | 5 | 84 |
| | C.J. Vaughn R. Walker | MDL-1791 IN RE: National Security Agency Telecommunications Records Litigation | 48 | 49 |
| | D.J. James Ware | MDL-1665 IN RE: Acacia Media Technologies Corp. Patent Litigation | 22 | 23 |
| | D.J. Claudia Wilken | MDL-1819 IN RE: Static Random Access Memory (SRAM) Antitrust Litigation | 81 | 82 |
| | D.J. Ronald M. Whyte | MDL-1423 IN RE: Cygnus Telecommunications Technology, LLC, Patent Litigation | 3 | 30 |
| | D.J. Ronald M. Whyte | MDL-1754 IN RE: Apple iPod nano Products Liability Litigation | 5 | 8 |
| CAS | D.J. Roger T. Benitez | MDL-1806 IN RE: Morgan Stanley & Co., Inc., Overtime Pay Litigation (No. II) | 11 | 11 |
| | D.J. Roger T. Benitez | MDL-1889 IN RE: Peregrine Systems, Inc., Securities Litigation | 35 | 35 |
| | Sr.J. Napoleon A. Jones, Jr. | MDL-1296 IN RE: Alliance Equipment Lease Program Securities Litigation | 1 | 27 |
| | D.J. Jeffrey T. Miller | MDL-1751 IN RE: Jamster Marketing Litigation | 5 | 5 |
| CO | D.J. Robert E. Blackburn | MDL-1788 IN RE: Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II) | 8 | 30 |
| | D.J. Wiley Y. Daniel | MDL-1743 IN RE: American Family Mutual Insurance Co. Overtime Pay Litigation | 2 | 2 |
| CT | Sr.J. Alfred V. Covello | MDL-1568 IN RE: Parcel Tanker Shipping Services Antitrust Litigation | 2 | 18 |
| | D.J. Christopher F. Droney | MDL-1894 IN RE: U.S. Foodservice, Inc., Pricing Litigation | 3 | 3 |
| | D.J. Alvin W. Thompson | MDL-1463 IN RE: Xerox Corp. Securities Litigation | 22 | 22 |
| | D.J. Stefan R. Underhill | MDL-1542 IN RE: Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation | 15 | 15 |
| | D.J. Stefan R. Underhill | MDL-1631 IN RE: Publication Paper Antitrust Litigation | 28 | 31 |
| | D.J. Stefan R. Underhill | MDL-1642 IN RE: Polychloroprene Rubber (CR) Antitrust Litigation | 9 | 9 |
| | D.J. Stefan R. Underhill | MDL-1649 IN RE: Helicopter Crash Near Wendle Creek, British Columbia, on August 8, 2002 | 4 | 4 |

Page 5

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| DC | D.J. John D. Bates | MDL-1772  IN RE: Series 7 Broker Qualification Exam Scoring Litigation | 19 | 21 |
| | D.J. Rosemary M. Collyer | MDL-1880  IN RE: Papst Licensing Digital Camera Patent Litigation | 6 | 6 |
| | D.J. Paul L. Friedman | MDL-1869  IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 16 | 16 |
| | C.J. Thomas F. Hogan | MDL-1285  IN RE: Vitamin Antitrust Litigation | 3 | 84 |
| | D.J. Ellen Segal Huvelle | MDL-1792  IN RE: InPhonic, Inc., Wireless Phone Rebate Litigation | 15 | 15 |
| | D.J. Royce C. Lamberth | MDL-1307  IN RE: Columbia/HCA Healthcare Corp. Qui Tam Litigation (No. II) | 2 | 30 |
| | D.J. Richard J. Leon | MDL-1515  IN RE: Nifedipine Antitrust Litigation | 6 | 10 |
| | D.J. Richard J. Leon | MDL-1668  IN RE: Federal National Mortgage Association Securities, Derivative & "ERISA" Litigation | 7 | 18 |
| | D.J. James Robertson | MDL-1796  IN RE: Department of Veterans Affairs (VA) Data Theft Litigation | 3 | 3 |
| | D.J. Ricardo M. Urbina | MDL-1798  IN RE: Long-Distance Telephone Service Federal Excise Tax Refund Litigation | 4 | 4 |
| DE | D.J. Joseph J. Farnan, Jr. | MDL-1717  IN RE: Intel Corp. Microprocessor Antitrust Litigation | 76 | 77 |
| | C.J. Gregory M. Sleet | MDL-1660  IN RE: PharmaStem Therapeutics, Inc., Patent Litigation | 6 | 6 |
| | C.J. Gregory M. Sleet | MDL-1848  IN RE: Rembrandt Technologies, LP, Patent Litigation | 15 | 15 |
| | C.J. Gregory M. Sleet | MDL-1866  IN RE: Brimonidine Patent Litigation | 2 | 2 |
| FLM | D.J. Henry Lee Adams, Jr. | MDL-1698  IN RE: American General Life & Accident Insurance Co. Retiree Benefits "ERISA" Litigation | 80 | 80 |
| | D.J. Anne C. Conway | MDL-1769  IN RE: Seroquel Products Liability Litigation | 5,645 | 7,292 |
| | D.J. Timothy J. Corrigan | MDL-1828  IN RE: Imagitas, Inc., Drivers' Privacy Protection Act Litigation | 13 | 13 |
| | Sr.J. Paul A. Magnuson (MN) | MDL-1824  IN RE: Tri-State Water Rights Litigation | 6 | 6 |
| | D.J. James S. Moody, Jr. | MDL-1626  IN RE: Accutane Products Liability Litigation | 17 | 32 |
| FLS | D.J. Donald L. Graham | MDL-1888  IN RE: Marine Hose Antitrust Litigation (No. II) | 8 | 8 |
| | D.J. Kenneth A. Marra | MDL-1916  IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 6 | 6 |
| | C.J. Federico A. Moreno | MDL-1334  IN RE: Managed Care Litigation | 9 | 124 |
| GAM | D.J. Clay D. Land | MDL-1854  IN RE: Tyson Foods, Inc., Fair Labor Standards Act Litigation | 25 | 25 |
| GAN | D.J. William S. Duffey, Jr. | MDL-1895  IN RE: LTL Shipping Services Antitrust Litigation | 50 | 50 |
| | D.J. Thomas W. Thrash, Jr. | MDL-1804  IN RE: Stand 'n Seal Products Liability Litigation | 35 | 36 |
| | D.J. Thomas W. Thrash, Jr. | MDL-1845  IN RE: ConAgra Peanut Butter Products Liability Litigation | 147 | 147 |
| IAS | Sr.J. Ronald E. Longstaff | MDL-1733  IN RE: Teflon Products Liability Litigation | 23 | 23 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| ILN | D.J Wayne R. Andersen | MDL-1876  IN RE: Long Beach Mortgage Company Truth in Lending Act 1-4 Family Rider Litigation | 3 | 3 |
| | Sr.J. Marvin E. Aspen | MDL-1425  IN RE: Aimster Copyright Litigation | 11 | 11 |
| | Sr.J. Marvin E. Aspen | MDL-1715  IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | 447 | 457 |
| | D.J. Elaine E. Bucklo | MDL-1784  IN RE: McDonald's French Fries Litigation | 13 | 14 |
| | D.J. David H. Coar | MDL-1536  IN RE: Sulfuric Acid Antitrust Litigation | 7 | 7 |
| | D.J. David H. Coar | MDL-1783  IN RE: JP Morgan Chase & Co. Securities Litigation | 3 | 3 |
| | D.J. Robert W. Gettleman | MDL-1350  IN RE: Trans Union Corp. Privacy Litigation | 14 | 15 |
| | Sr.J. John F. Grady | MDL-986  IN RE: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation | 115 | 367 |
| | Sr.J. John F. Grady | MDL-1521  IN RE: Wireless Telephone 911 Calls Litigation | 10 | 10 |
| | Sr.J. John F. Grady | MDL-1703  IN RE: Sears, Roebuck & Co. Tools Marketing and Sales Practices Litigation | 4 | 7 |
| | C.J. James F. Holderman, Jr. | MDL-1818  IN RE: Citifinancial Services Incorporated Prescreened Offer Litigation | 10 | 10 |
| | Sr.J. Harry D. Leinenweber | MDL-1893  IN RE: RC2 Corp. Toy Lead Paint Products Liability Litigation | 18 | 18 |
| | D.J. Charles R. Norgle, Sr. | MDL-1491  IN RE: African-American Slave Descendants Litigation | 2 | 10 |
| | D.J. Charles R. Norgle, Sr. | MDL-1604  IN RE: Ocwen Federal Bank FSB Mortgage Servicing Litigation | 75 | 90 |
| | D.J. Amy J. St. Eve | MDL-1778  IN RE: Ocean Financial Corp. Prescreening Litigation | 5 | 6 |
| | D.J. James B. Zagel | MDL-899  IN RE: Mortgage Escrow Deposit Litigation | 1 | 75 |
| | D.J. James B. Zagel | MDL-1392  IN RE: General Motors Corporation Vehicle Paint Litigation (No. III) | 2 | 3 |
| ILS | D.J. G. Patrick Murphy | MDL-1562  IN RE: General Motors Corp. Dex-Cool Products Liability Litigation | 6 | 12 |
| | D.J. G. Patrick Murphy | MDL-1748  IN RE: Profiler Products Liability Litigation | 4 | 4 |
| INN | Sr.J. Rudy J. Lozano | MDL-1767  IN RE: H&R Block Mortgage Corp. Prescreening Litigation | 3 | 3 |
| | C.J. Robert L. Miller, Jr. | MDL-1700  IN RE: FedEx Ground Package System, Inc., Employment Practices Litigation (No. II) | 57 | 63 |
| INS | D.J. Sarah E. Barker | MDL-1373  IN RE: Bridgestone/Firestone, Inc., Tires Products Liability Litigation | 15 | 824 |
| | C.J. David F. Hamilton | MDL-1313  IN RE: AT&T Corp. Fiber Optic Cable Installation Litigation | 43 | 43 |
| | D.J. Larry J. McKinney | MDL-1727  IN RE: COBRA Tax Shelters Litigation | 3 | 4 |
| KS | D.J. John W. Lungstrum | MDL-1468  IN RE: Universal Service Fund Telephone Billing Practices Litigation | 63 | 68 |
| | D.J. John W. Lungstrum | MDL-1616  IN RE: Urethane Antitrust Litigation | 30 | 30 |
| | C.J. Kathryn H. Vratil | MDL-1721  IN RE: Cessna 208 Series Aircraft Products Liability Litigation | 8 | 9 |
| | C.J. Kathryn H. Vratil | MDL-1840  IN RE: Motor Fuel Temperature Sales Practices Litigation | 50 | 50 |
| | C.J. Kathryn H. Vratil | MDL-1853  IN RE: The TJX Companies, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation | 9 | 9 |
| KYE | Sr.J. Joseph M. Hood | MDL-1877  IN RE: ClassicStar Mare Lease Litigation | 18 | 18 |

Page 5

| District | Judge | Litigation | Actions Pending | Total Number Actions |
|---|---|---|---|---|
| LAE | D.J. Kurt D. Engelhardt | MDL-1873 IN RE: FEMA Trailer Formaldehyde Products Liability Litigation | 15 | 15 |
| | D.J. Eldon E. Fallon | MDL-1355 IN RE: Propulsid Products Liability Litigation | 297 | 474 |
| | D.J. Eldon E. Fallon | MDL-1657 IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation | 9,284 | 9,882 |
| | D.J. Martin L.C. Feldman | MDL-1390 IN RE: Life Insurance Co. of Georgia Industrial Life Insurance Litigation | 52 | 133 |
| | D.J. Sarah S. Vance | MDL-1643 IN RE: Educational Testing Service PLT 7-12 Test Scoring Litigation | 2 | 31 |
| MA | D.J. Nancy Gertner | MDL-1354 IN RE: Citigroup, Inc, Capital Accumulation Plan Litigation | 8 | 18 |
| | Sr.J. Edward F. Harrington | MDL-1143 IN RE: Mutual Life Insurance Company of New York Premium Litigation | 2 | 23 |
| | D.J. Patti B. Saris | MDL-1456 IN RE: Pharmaceutical Industry Average Wholesale Price Litigation | 3 | 119 |
| | D.J. Patti B. Saris | MDL-1629 IN RE: Neurontin Marketing, Sales Practices and Products Liability Litigation | 10 | 231 |
| | D.J. Richard G. Stearns | MDL-1861 IN RE: Wellnx Marketing and Sales Practices Litigation | 16 | 16 |
| | D.J. Joseph L. Tauro | MDL-1790 IN RE: Volkswagen and Audi Warranty Extension Litigation | 2 | 8 |
| | D.J. Joseph L. Tauro | MDL-1820 IN RE: Webloyalty.com, Inc., Marketing and Sales Practices Litigation | 2 | 5 |
| | D.J. Joseph L. Tauro | MDL-1870 IN RE: Greenwood Credit Union Prescreening Litigation | 3 | 5 |
| | D.J. Douglas P. Woodlock | MDL-1543 IN RE: Carbon Black Antitrust Litigation | 1 | 16 |
| | D.J. Douglas P. Woodlock | MDL-1704 IN RE: M3Power Razor System Marketing & Sales Practices Litigation | 1 | 26 |
| | D.J. William G. Young | MDL-1838 IN RE: The TJX Companies, Inc., Customer Data Security Breach Litigation | 28 | 28 |
| | D.J. Rya W. Zobel | MDL-1380 IN RE: Xcelera.com Inc. Securities Litigation | 1 | 20 |
| | D.J. Rya W. Zobel | MDL-1461 IN RE: Shell Oil Products Co. Dealer Franchise Litigation | 1 | 3 |
| MD | D.J. Catherine C. Blake | MDL-1539 IN RE: Royal Ahold N.V. Securities & "ERISA" Litigation | 37 | 37 |
| | C.J. Benson Everett Legg | MDL-1387 IN RE: ProteGen Sling and Vesica System Products Liability Litigation | 4 | 584 |
| | D.J. J. Frederick Motz | MDL-1332 IN RE: Microsoft Corp. Windows Operating Systems Antitrust Litigation | 2 | 117 |
| | D.J. J. Frederick Motz, D.J. Andre M. Davis and D.J. Catherine C. Blake | MDL-1586 IN RE: Mutual Funds Investment Litigation | 423 | 437 |
| | D.J. Roger W. Titus | MDL-1911 IN RE: Michelin North America, Inc., PAX System Marketing and Sales Practices Litigation | 4 | 4 |
| ME | D.J. D. Brock Hornby | MDL-1532 IN RE: New Motor Vehicles Canadian Export Antitrust Litigation | 27 | 31 |
| MIE | D.J. Sean F. Cox | MDL-1867 IN RE: OnStar Contract Litigation | 22 | 23 |
| | C.J. Bernard A. Friedman | MDL-1718 IN RE: Ford Motor Co. Speed Control Deactivation Switch Products Liability Litigation | 78 | 81 |
| | D.J. Gerald E. Rosen | MDL-1725 IN RE: Delphi Corp. Securities, Derivative & "ERISA" Litigation | 22 | 25 |
| | D.J. Gerald E. Rosen | MDL-1749 IN RE: General Motors Corp. Securities & Derivative Litigation | 5 | 5 |
| MIW | C.J. Robert Holmes Bell | MDL-1846 IN RE: Trade Partners, Inc., Investors Litigation | 5 | 5 |

Page 6

| District | Judge | Litigation Title | Pending Actions | Total Actions |
|---|---|---|---|---|
| MN | D.J. Michael J. Davis | MDL-1431  IN RE: Baycol Products Liability Litigation | 330 | 9,090 |
| | Sr.J. David S. Doty | MDL-1892  IN RE: KFC Corp. Fair Labor Standards Act Litigation | 27 | 28 |
| | D.J. Donovan W. Frank | MDL-1708  IN RE: Guidant Corp. Implantable Defibrillators Products Liability Litigation | 2,056 | 2,086 |
| | Sr.J. Richard H. Kyle | MDL-1905  IN RE: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation | 31 | 31 |
| | Sr.J. Paul A. Magnuson | MDL-1724  IN RE: Viagra Products Liability Litigation | 134 | 140 |
| | C.J. James M. Rosenbaum | MDL-1726  IN RE: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation | 1,115 | 1,191 |
| | C.J. James M. Rosenbaum | MDL-1836  IN RE: Mirapex Products Liability Litigation | 275 | 275 |
| | D.J. John R. Tunheim | MDL-1396  IN RE: St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation | 20 | 57 |
| MOE | D.J. Jean C. Hamilton | MDL-1702  IN RE: Air Crash Near Kirksville, Missouri, on October 19, 2004 | 4 | 12 |
| | Sr.J. Stephen N. Limbaugh | MDL-1672  IN RE: Express Scripts, Inc., Pharmacy Benefits Management Litigation | 13 | 20 |
| | D.J. Catherine D. Perry | MDL-1811  IN RE: Genetically Modified Rice Litigation | 222 | 222 |
| | D.J. Rodney W. Sippel | MDL-1620  IN RE: Metoprolol Succinate Patent Litigation | 8 | 8 |
| | D.J. Rodney W. Sippel | MDL-1736  IN RE: Celexa and Lexapro Products Liability Litigation | 43 | 43 |
| | D.J. E. Richard Webber | MDL-1907  IN RE: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation | 4 | 4 |
| MOW | D.J. Richard E. Dorr | MDL-1786  IN RE: H&R Block, Inc., Express IRA Marketing Litigation | 20 | 21 |
| MSS | D.J. Keith Starrett | MDL-1872  IN RE: Wayne Farms LLC Fair Labor Standards Act Litigation | 12 | 12 |
| NCM | C.J. James A. Beaty, Jr. | MDL-1622  IN RE: Cotton Yarn Antitrust Litigation | 9 | 9 |
| NCW | C.J. Richard L. Voorhees | MDL-1516  IN RE: Polyester Staple Antitrust Litigation | 14 | 36 |
| NE | D.J. Laurie Smith Camp | MDL-1920  IN RE: Saturn L-Series Timing Chain Products Liability Litigation | 3 | 3 |
| NH | D.J. Paul J. Barbadoro | MDL-1335  IN RE: Tyco International, Ltd., Securities, Derivative and "ERISA" Litigation | 12 | 104 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| NJ | Sr.J. Harold A. Ackerman | MDL-1687 IN RE: Ford Motor Co. E-350 Van Products Liability Litigation (No. II) | 5 | 5 |
| | C.J. Garrett E. Brown, Jr. | MDL-1471 IN RE: Compensation of Managerial, Professional and Technical Employees Antitrust Litigation | 4 | 4 |
| | C.J. Garrett E. Brown, Jr. | MDL-1663 IN RE: Insurance Brokerage Antitrust Litigation | 45 | 47 |
| | D.J. Stanley R. Chesler | MDL-1658 IN RE: Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation | 1 | 35 |
| | D.J. Stanley R. Chesler | MDL-1777 IN RE: SFBC International, Inc., Securities & Derivative Litigation | 1 | 14 |
| | D.J. Stanley R. Chesler | MDL-1857 IN RE: Schering Marketing and Sales Practices Litigation (No. II) | 6 | 6 |
| | D.J. Mary L. Cooper | MDL-1851 IN RE: Desloratadine Patent Litigation | 4 | 4 |
| | Sr.J. Dickinson R. Debevoise | MDL-1337 IN RE: Holocaust Era German Industry, Bank & Insurance Litigation | 2 | 59 |
| | Sr.J. Dickinson R. Debevoise | MDL-1914 IN RE: Mercedes-Benz Tele Aid Contract Litigation | 4 | 4 |
| | D.J. Joseph A. Greenaway, Jr. | MDL-1419 IN RE: K-Dur Antitrust Litigation | 1 | 44 |
| | D.J. Noel L. Hillman | MDL-1850 IN RE: Pet Food Products Liability Litigation | 116 | 116 |
| | D.J. Faith S. Hochberg | MDL-1384 IN RE: Gapabentin Patent Litigation | 13 | 17 |
| | D.J. Faith S. Hochberg | MDL-1479 IN RE: Neurontin Antitrust Litigation | 22 | 22 |
| | Sr.J. Joseph E. Irenas | MDL-1881 IN RE: Boscov's Department Store, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 3 | 3 |
| | D.J. Jose L. Linares | MDL-1730 IN RE: Hypodermic Products Antitrust Litigation | 9 | 10 |
| | D.J. William J. Martini | MDL-1763 IN RE: Human Tissue Products Liability Litigation | 208 | 216 |
| | D.J. Jerome B. Simandle | MDL-1514 IN RE: Electrical Carbon Products Antitrust Litigation | 1 | 25 |
| | Sr.J. William H. Walls | MDL-1292 IN RE: Cendant Corporation Securities Litigation | 3 | 18 |
| | D.J. Susan D. Wigenton | MDL-1550 IN RE: IDT Corp. Calling Card Terms Litigation | 4 | 5 |
| | D.J. Freda L. Wolfson | MDL-1799 IN RE: Vonage Initial Public Offering (IPO) Securities Litigation | 1 | 16 |
| | D.J. Freda L. Wolfson | MDL-1862 IN RE: Vonage Marketing and Sales Practices Litigation | 5 | 5 |
| NV | D.J. Kent J. Dawson | MDL-1619 IN RE: Musha Cay Litigation | 3 | 3 |
| | Sr.J. Lloyd D. George | MDL-1357 IN RE: NOS Communications, Inc., Billing Practices Litigation | 7 | 8 |
| | D.J. Robert Clive Jones | MDL-1878 IN RE: Internal Revenue Service §1031 Tax Deferred Exchange Litigation | 5 | 5 |
| | D.J. Philip M. Pro | MDL-1566 IN RE: Western States Wholesale Natural Gas Antitrust Litigation | 6 | 33 |
| | D.J. Philip M. Pro | MDL-1735 IN RE: Wal-Mart Wage and Hour Employment Practices Litigation | 33 | 35 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| NYE | D.J. Brian M. Cogan | MDL-1844 IN RE: Air Crash Near Peixoto de Azevedo, Brazil, on September 29, 2006 | 68 | 68 |
| | C.J. Raymond J. Dearie | MDL-1613 IN RE: Nigeria Charter Flights Contract Litigation | 10 | 14 |
| | D.J. John Gleeson | MDL-1575 IN RE: Visa/MasterCard Antitrust Litigation | 5 | 8 |
| | D.J. John Gleeson | MDL-1720 IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 51 | 51 |
| | Sr.J. Thomas C. Platt, Jr. | MDL-1775 IN RE: Air Cargo Shipping Services Antitrust Litigation | 94 | 95 |
| | Sr.J. Thomas C. Platt, Jr. | MDL-799 IN RE: Air Disaster at Lockerbie, Scotland, on December 21, 1988 | 37 | 297 |
| | Sr.J. David G. Trager | MDL-1898 IN RE: American Home Mortgage Securities Litigation | 19 | 19 |
| | Sr.J. Jack B. Weinstein | MDL-1738 IN RE: Vitamin C Antitrust Litigation | 10 | 10 |
| | Sr.J. Jack B. Weinstein | MDL-381 IN RE: "Agent Orange" Products Liability Litigation | 6 | 629 |
| | | MDL-1596 IN RE: Zyprexa Products Liability Litigation | 1,866 | 1,869 |
| NYS | Sr.J. Harold Baer, Jr. | MDL-1661 IN RE: Rivastigmine Patent Litigation | 4 | 5 |
| | D.J. Deborah A. Batts | MDL-1714 IN RE: Rhodia S.A. Securities Litigation | 4 | 4 |
| | D.J. Richard A. Berman | MDL-1628 IN RE: Pineapple Antitrust Litigation | 6 | 10 |
| | D.J. Charles L. Brieant | MDL-1508 IN RE: Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation | 5 | 18 |
| | D.J. Charles L. Brieant | MDL-1903 IN RE: PepsiCo, Inc., Bottled Water Marketing and Sales Practices Litigation | 4 | 4 |
| | D.J. Denise Cote | MDL-1487 IN RE: WorldCom, Inc., Securities & "ERISA" Litigation | 3 | 177 |
| | D.J. Paul A. Crotty | MDL-1794 IN RE: Novartis Wage and Hour Litigation | 2 | 2 |
| | D.J. George B. Daniels | MDL-1379 IN RE: Literary Works in Electronic Databases Copyright Litigation | 2 | 5 |
| | D.J. George B. Daniels | MDL-1570 IN RE: Terrorist Attacks on September 11, 2001 | 24 | 25 |
| | Sr.J. Kevin Thomas Duffy | MDL-1143 IN RE: America Online, Inc., Community Leaders Litigation | 3 | 3 |
| | Sr.J. Thomas P. Griesa | MDL-1336 IN RE: Abercrombie & Fitch Co. Securities Litigation | 20 | 20 |
| | Sr.J. Thomas P. Griesa | MDL-1644 IN RE: Elevator and Escalator Antitrust Litigation | 4 | 25 |
| | D.J. Richard J. Holwell | MDL-1771 IN RE: "A Million Little Pieces" Litigation | 11 | 11 |
| | D.J. Barbara S. Jones | MDL-1291 IN RE: Omeprazole Patent Litigation | 5 | 22 |
| | D.J. Lewis A. Kaplan | MDL-1348 IN RE: Rezulin Products Liability Litigation | 751 | 1,868 |
| | D.J. Lewis A. Kaplan | MDL-1653 IN RE: Parmalat Securities Litigation | 17 | 17 |
| | Sr.J. John F. Keenan | MDL-1484 IN RE: Merrill Lynch & Co., Inc., Research Reports Securities Litigation | 21 | 176 |
| | Sr.J. John F. Keenan | MDL-1789 IN RE: Fosamax Products Liability Litigation | 412 | 413 |
| | Sr.J. Shirley Wohl Kram | MDL-1500 IN RE: AOL Time Warner Inc. Securities & "ERISA" Litigation | 35 | 72 |
| | Sr.J. Shirley Wohl Kram | MDL-1739 IN RE: Grand Theft Auto Video Game Consumer Litigation (No. II) | 8 | 8 |
| | Sr.J. Shirley Wohl Kram | MDL-1744 IN RE: Marsh & McLennan Companies, Inc., Securities Litigation | 7 | 10 |
| | D.J. Gerard E. Lynch | MDL-1472 IN RE: Global Crossing Ltd. Securities and "ERISA" Litigation | 2 | 8 |
| | D.J. Gerard E. Lynch | MDL-1902 IN RE: Refco Inc. Securities Litigation | 13 | 89 |
| | Sr.J. Lawrence M. McKenna | MDL-1529 IN RE: Adelphia Communications Corp. Securities & Derivative Litigation (No. II) | 72 | 72 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| NYS (cont.) | D.J. Colleen McMahon | MDL-1695 IN RE: Veeco Instruments Inc. Securities Litigation | 13 | 13 |
| | D.J. Colleen McMahon | MDL-1755 IN RE: Bayou Hedge Funds Investment Litigation | 9 | 10 |
| | Sr.J. Richard Owen | MDL-1688 IN RE: Pfizer Inc. Securities, Derivative & "ERISA" Litigation | 30 | 30 |
| | Sr.J. Richard Owen | MDL-1706 IN RE: Doral Financial Corp. Securities Litigation | 24 | 25 |
| | D.J. William H. Pauley III | MDL-1409 IN RE: Currency Conversion Fee Antitrust Litigation | 5 | 35 |
| | D.J. Loretta A. Preska | MDL-1659 IN RE: Nortel Networks Corp. Securities Litigation | 2 | 30 |
| | D.J. Loretta A. Preska | MDL-1780 IN RE: Digital Music Antitrust Litigation | 30 | 31 |
| | D.J. Jed S. Rakoff | MDL-1598 IN RE: Ephedra Products Liability Litigation | 519 | 861 |
| | D.J. Shira Ann Scheindlin | MDL-1358 IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 145 | 167 |
| | D.J. Shira Ann Scheindlin | MDL-1428 IN RE: Ski Train Fire in Kaprun, Austria, on November 11, 2000 | 8 | 27 |
| | D.J. Shira Ann Scheindlin | MDL-1554 IN RE: Initial Public Offering (IPO) Securities Litigation | 393 | 511 |
| | Sr.J. John E. Sprizzo | MDL-1153 IN RE: Bennett Funding Group, Inc., Securities Litigation (No. II) | 29 | 66 |
| | Sr.J. John E. Sprizzo | MDL-1499 IN RE: South African Apartheid Litigation | 13 | 14 |
| | Sr.J. John E. Sprizzo | MDL-1584 IN RE: Federal Home Loan Mortgage Corp. Securities & Derivative Litigation (No. II) | 1 | 8 |
| | D.J. Sidney H. Stein | MDL-1603 IN RE: OxyContin Antitrust Litigation | 59 | 63 |
| | Sr.J. Robert W. Sweet and Sr.J. John F. Keenan* | MDL-1448 IN RE: Air Crash at Belle Harbor, New York, on November 12, 2001 | 52 | 376 |
| | | * Judge Keenan is assigned to actions in which Judge Sweet is recused. | | |
| OHN | D.J. Peter C. Economus | MDL-1561 IN RE: Travel Agent Commission Antitrust Litigation | 1 | 3 |
| | Sr.J. David A. Katz | MDL-1742 IN RE: Ortho Evra Products Liability Litigation | 1,040 | 1,179 |
| | D.J. Donald C. Nugent | MDL-1488 IN RE: Ford Motor Co. Panther Platform/Fuel Tank Design Products Liability Litigation | 3 | 31 |
| | D.J. Kathleen McDonald O'Malley | MDL-1401 IN RE: Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation | 3 | 434 |
| | D.J. Kathleen McDonald O'Malley | MDL-1490 IN RE: Commercial Money Center, Inc., Equipment Lease Litigation | 31 | 38 |
| | D.J. Kathleen McDonald O'Malley | MDL-1535 IN RE: Welding Fume Products Liability Litigation | 3,299 | 11,569 |
| | D.J. Dan A. Polster | MDL-1909 IN RE: Gadolinium Contrast Dyes Products Liability Litigation | 25 | 25 |
| OHS | D.J. Gregory L. Frost | MDL-1638 IN RE: Foundry Resins Antitrust Litigation | 1 | 20 |
| | Sr.J. James L. Graham | MDL-1565 IN RE: National Century Financial Enterprises, Inc., Investment Litigation | 21 | 22 |
| | Sr.J. James L. Graham | MDL-1829 IN RE: Vision Service Plan Tax Litigation | 5 | 5 |
| OKW | D.J. Stephen P. Friot | MDL-1564 IN RE: Farmers Insurance Co., Inc., FCRA Litigation | 7 | 12 |
| OR | Sr.J. Robert E. Jones | MDL-1439 IN RE: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation | 4 | 13 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| PAE | C.J. Harvey Bartle III | MDL-1203 IN RE: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation | 983 | 20,156 |
| | D.J. Ronald L. Buckwalter | MDL-1014 IN RE: Orthopedic Bone Screw Products Liability Litigation | 1 | 3,085 |
| | D.J. Ronald L. Buckwalter | MDL-1741 IN RE: Isolagen, Inc., Securities & Derivative Litigation | 5 | 5 |
| | D.J. Stewart Dalzell | MDL-1682 IN RE: Hydrogen Peroxide Antitrust Litigation | 2 | 2 |
| | D.J. Legrome D. Davis | MDL-1684 IN RE: Plastics Additives Antitrust Litigation (No. II) | 2 | 34 |
| | Sr.J. Jan E. DuBois | MDL-1261 IN RE: Linerboard Antitrust Litigation | 8 | 10 |
| | Sr.J. John P. Fullam | MDL-1782 IN RE: Pharmacy Benefit Managers Antitrust Litigation | 2 | 20 |
| | Sr.J. James T. Giles | MDL-875 IN RE: Asbestos Products Liability Litigation | 6 | 20 |
| | Sr.J. Bruce W. Kauffman | MDL-969 IN RE: Unisys Corp. Retiree Medical Benefit "ERISA" Litigation (No. VI) | 34,383 | 112,229 |
| | D.J. Mary A. McLaughlin | MDL-1712 IN RE: American Investors Life Insurance Co. Annuity Marketing and Sales Practices Litigation | 8 | 14 |
| | Sr.J. Thomas N. O'Neill, Jr. | MDL-1904 IN RE: OSI Restaurant Partners, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 4 | 4 |
| | Sr.J. Louis H. Pollak | MDL-1817 IN RE: CertainTeed Corp. Roofing Shingle Products Liability Litigation | 21 | 21 |
| | D.J. Cynthia M. Rufe | MDL-1871 IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 130 | 130 |
| | D.J. Timothy J. Savage | MDL-1675 IN RE: ACE Limited Securities Litigation | 4 | 4 |
| | D.J. Timothy J. Savage | MDL-1768 IN RE: Methyl Methacrylate (MMA) Antitrust Litigation | 18 | 18 |
| | D.J. Lawrence F. Stengel | MDL-1879 IN RE: Sterling Financial Corporation Securities Litigation | 1 | 9 |
| | D.J. Richard Barclay Surrick | MDL-1426 IN RE: Automotive Refinishing Paint Antitrust Litigation | 61 | 63 |
| | D.J. Richard Barclay Surrick | MDL-1912 IN RE: Fasteners Antitrust Litigation | 20 | 20 |
| PAM | D.J. Thomas I. Vanaskie | MDL-1556 IN RE: Pressure Sensitive Labelstock Antitrust Litigation | 11 | 11 |
| PAW | D.J. Gary L. Lancaster | MDL-1674 IN RE: Community Bank of Northern Virginia Mortgage Lending Practices Litigation | 7 | 8 |
| RJ | C.J. Mary M. Lisi | MDL-1842 IN RE: Kugel Mesh Hernia Patch Products Liability Litigation | 539 | 541 |
| SC | Sr.J. C. Weston Houck | MDL-1865 IN RE: Household Goods Movers Antitrust Litigation | 3 | 3 |
| | D.J. David C. Norton | MDL-1785 IN RE: Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation | 290 | 292 |
| TNE | C.J. Curtis L. Collier | MDL-1552 IN RE: UnumProvident Corp. Securities, Derivative & "ERISA" Litigation | 19 | 28 |
| | D.J. J. Ronnie Greer | MDL-1899 IN RE: Southeastern Milk Antitrust Litigation | 6 | 6 |
| TNM | C.J. Todd J. Campbell | MDL-1760 IN RE: Aredia and Zometa Products Liability Litigation | 380 | 388 |
| | Sr.J. John T. Nixon | MDL-1537 IN RE: Nortel Networks Corp. "ERISA" Litigation | 6 | 6 |
| | D.J. Aleta A. Trauger | MDL-1457 IN RE: Allstate Insurance Co. Underwriting and Rating Practices Litigation | 6 | 11 |
| TNW | D.J. J. Daniel Breen | MDL-1551 IN RE: Reciprocal of America (ROA) Sales Practices Litigation | 15 | 15 |

| District | Judge | Litigation | Actions Pending | Number of Actions |
|---|---|---|---|---|
| TXE | D.J. Leonard E. Davis | MDL-1512 IN RE: Electronic Data Systems Corp. Securities & "ERISA" Litigation | 4 | 29 |
| | D.J. T. John Ward | MDL-1530 IN RE: Fleming Companies Inc. Securities & Derivative Litigation | 10 | 22 |
| TXN | Sr.J. A. Joe Fish | MDL-1578 IN RE: UICI "Association-Group" Insurance Litigation | 2 | 28 |
| | D.J. Terry R. Means | MDL-1875 IN RE: RadioShack Corp. "ERISA" Litigation | 4 | 4 |
| TXS | D.J. Vanessa D. Gilmore | MDL-1646 IN RE: Testmasters Trademark Litigation | 1 | 6 |
| | D.J. Melinda Harmon | MDL-1446 IN RE: Enron Corp. Securities, Derivative & "ERISA" Litigation | 110 | 196 |
| | D.J. Lynn N. Hughes | MDL-1609 IN RE: Service Corporation International Securities Litigation | 1 | 4 |
| | D.J. Janis Graham Jack | MDL-1810 IN RE: MERSCORP Inc., et al., Real Estate Settlement Procedures Act (RESPA) Litigation | 13 | 30 |
| | D.J. Sim Lake | MDL-1886 IN RE: Refined Petroleum Products Antitrust Litigation | 6 | 6 |
| UT | D.J. Dale A. Kimball | MDL-1546 IN RE: Medical Waste Services Antitrust Litigation | 1 | 8 |
| VAE | D.J. Leonie M. Brinkema | MDL-1705 IN RE: Xybernaut Corp. Securities Litigation | 9 | 10 |
| WAW | Sr.J. John C. Coughenour | MDL-1896 IN RE: General Motors Corp. Speedometer Products Liability Litigation | 3 | 3 |
| | D.J. Marsha J. Pechman | MDL-1919 IN RE: Washington Mutual, Inc., Securities, Derivative & "ERISA" Litigation | 15 | 15 |
| | D.J. Barbara Jacobs Rothstein | MDL-1407 IN RE: Phenylpropanolamine (PPA) Products Liability Litigation | 199 | 3,376 |
| WY | C.J. William F. Downes | MDL-1293 IN RE: Natural Gas Royalties Qui Tam Litigation | 74 | 83 |

Exhibit D

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| MINNESOTA | | | **12-MONTH PERIOD ENDING SEPTEMBER 30** | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 5,978 | 5,320 | 3,752 | 6,163 | 7,190 | 4,718 | | |
| | Terminations | | 5,558 | 7,375 | 4,521 | 4,790 | 4,021 | 2,876 | | |
| | Pending | | 6,169 | 5,787 | 7,842 | 8,605 | 7,202 | 4,031 | | |
| | % Change in Total Filings | Over Last Year | | 12.4 | | | | | 10 | 1 |
| | | Over Earlier Years | | | 59.3 | -3.0 | -16.9 | 26.7 | 6 | 1 |
| **ACTIONS PER JUDGESHIP** | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months** | | .0 | 6.8 | 4.0 | .0 | .0 | 4.1 | | |
| | FILINGS | Total | 854 | 759 | 536 | 880 | 1,028 | 674 | 5 | 1 |
| | | Civil | 773 | 673 | 459 | 800 | 962 | 614 | 4 | 1 |
| | | Criminal Felony | 53 | 55 | 55 | 62 | 54 | 47 | 67 | 10 |
| | | Supervised Release Hearings** | 28 | 31 | 22 | 18 | 12 | 13 | 31 | 5 |
| | Pending Cases | | 881 | 827 | 1,120 | 1,229 | 1,029 | 576 | 7 | 2 |
| | Weighted Filings** | | 743 | 685 | 567 | 679 | 632 | 597 | 3 | 1 |
| | Terminations | | 794 | 1,054 | 646 | 684 | 574 | 411 | 3 | 1 |
| | Trials Completed | | 16 | 12 | 16 | 16 | 12 | 14 | 62 | 7 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 9.2 | 9.8 | 10.4 | 8.9 | 7.9 | 8.4 | 56 | 7 |
| | | Civil** | 13.7 | 23.8 | 7.5 | 6.6 | 6.5 | 7.1 | 91 | 10 |
| | From Filing to Trial** (Civil Only) | | 29.0 | 26.4 | 23.0 | 22.0 | 24.5 | 26.0 | 61 | 6 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 262 | 936 | 1,059 | 75 | 27 | 50 | | |
| | | Percentage | 4.5 | 17.2 | 14.2 | .9 | .4 | 1.3 | 47 | 8 |
| | Average Number of Felony Defendants Filed Per Case | | 1.9 | 1.6 | 1.4 | 1.5 | 1.4 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 35.91 | 43.49 | 42.87 | 46.47 | 47.85 | 39.62 | | |
| | | Percent Not Selected or Challenged | 26.6 | 29.6 | 30.5 | 28.3 | 40.6 | 31.1 | | |

### 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 5412 | 75 | 3271 | 278 | 30 | 24 | 405 | 327 | 260 | 136 | 324 | 10 | 272 |
| Criminal* | 367 | 9 | 132 | 25 | 54 | 56 | 30 | 28 | 7 | 4 | 3 | 2 | 17 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

Exhibit E

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

|  |  |  | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO NORTHERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 5,386 | 5,219 | 8,854 | 10,442 | 4,531 | 14,889 | | |
| | Terminations | | 6,136 | 6,894 | 4,885 | 7,151 | 14,721 | 4,585 | | |
| | Pending | | 5,772 | 6,884 | 9,123 | 7,323 | 5,361 | 17,929 | | |
| | % Change in Total Filings | Over Last Year | | 3.2 | | | | | 31 | 2 |
| | | Over Earlier Years | | | -39.2 | -48.4 | 18.9 | -63.8 | 94 | 9 |
| | Number of Judgeships | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | Vacant Judgeship Months** | | 5.2 | 12.9 | 9.0 | .0 | 4.6 | 12.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 450 | 435 | 738 | 870 | 378 | 1,241 | 39 | 3 |
| | | Civil | 379 | 366 | 663 | 797 | 312 | 1,173 | 27 | 3 |
| | | Criminal Felony | 46 | 48 | 55 | 53 | 42 | 48 | 76 | 8 |
| | | Supervised Release Hearings** | 25 | 21 | 20 | 20 | 24 | 20 | 41 | 4 |
| | Pending Cases | | 481 | 574 | 760 | 610 | 447 | 1,494 | 19 | 1 |
| | Weighted Filings** | | 377 | 402 | 467 | 452 | 421 | 535 | 62 | 8 |
| | Terminations | | 511 | 575 | 407 | 596 | 1,227 | 382 | 24 | 1 |
| | Trials Completed | | 17 | 14 | 10 | 10 | 10 | 9 | 59 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.3 | 7.0 | 7.1 | 6.4 | 6.6 | 6.7 | 30 | 3 |
| | | Civil** | 10.0 | 13.5 | 6.3 | 8.6 | 13.7 | 7.6 | 61 | 6 |
| | From Filing to Trial** (Civil Only) | | 20.0 | 22.3 | 17.5 | 20.7 | 22.0 | 23.0 | 24 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 585 | 321 | 587 | 76 | 61 | 96 | | |
| | | Percentage | 11.0 | 5.0 | 6.8 | 1.1 | 1.2 | .5 | 83 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.7 | 1.8 | 1.6 | 1.8 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 48.10 | 34.27 | 33.58 | 36.63 | 34.75 | 35.59 | | |
| | | Percent Not Selected or Challenged | 34.7 | 31.1 | 28.7 | 32.5 | 24.3 | 30.1 | | |

### 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4543 | 268 | 942 | 494 | 29 | 976 | 296 | 407 | 204 | 119 | 524 | 8 | 276 |
| Criminal* | 543 | 4 | 142 | 28 | 122 | 99 | 29 | 28 | 17 | 21 | 9 | 4 | 40 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

Exhibit F

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

|  |  | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MICHIGAN EASTERN** | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | Numerical Standing | |
|  |  |  |  |  |  |  |  | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | 6,313 | 6,399 | 6,403 | 5,679 | 5,843 | 5,706 | | |
| | Terminations | 6,185 | 20,933 | 5,796 | 5,534 | 5,400 | 5,585 | | |
| | Pending | 6,316 | 6,231 | 20,731 | 20,097 | 19,876 | 19,441 | | |
| | % Change in Total Filings | Over Last Year | -1.4 | | | | | 52 | 6 |
| | | Over Earlier Years | | -1.4 | 11.2 | 8.0 | 10.6 | 14 | 1 |
| | Number of Judgeships | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | 20.9 | 28.4 | 36.0 | 27.5 | 24.0 | 24.0 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 421 | 427 | 427 | 379 | 389 | 380 | 49 | 5 |
| | | Civil | 372 | 377 | 375 | 325 | 329 | 327 | 29 | 4 |
| | | Criminal Felony | 31 | 36 | 36 | 40 | 45 | 40 | 88 | 9 |
| | | Supervised Release Hearings** | 18 | 14 | 16 | 14 | 15 | 13 | 62 | 7 |
| | Pending Cases | 421 | 415 | 1,382 | 1,340 | 1,325 | 1,296 | 29 | 4 |
| | Weighted Filings** | 410 | 440 | 431 | 406 | 426 | 404 | 51 | 5 |
| | Terminations | 412 | 1,396 | 386 | 369 | 360 | 372 | 55 | 5 |
| | Trials Completed | 13 | 11 | 11 | 12 | 11 | 13 | 72 | 8 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 14.3 | 12.5 | 13.0 | 11.4 | 9.8 | 11.0 | 88 | 9 |
| | | Civil** | 8.3 | 101.2 | 9.9 | 9.7 | 9.7 | 9.4 | 35 | 2 |
| | From Filing to Trial** (Civil Only) | 25.8 | 24.0 | 22.0 | 22.0 | 23.8 | 21.0 | 51 | 5 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 179 | 208 | 14,935 | 14,923 | 14,876 | 14,857 | | |
| | | Percentage | 3.2 | 3.8 | 75.1 | 77.5 | 77.8 | 79.1 | 33 | 3 |
| | Average Number of Felony Defendants Filed Per Case | 1.8 | 1.7 | 1.6 | 1.6 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 45.21 | 48.72 | 57.80 | 56.08 | 61.29 | 44.52 | | |
| | | Percent Not Selected or Challenged | 47.1 | 47.8 | 51.4 | 44.4 | 52.4 | 44.0 | | |

### 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 5580 | 202 | 61 | 1194 | 98 | 89 | 418 | 1186 | 308 | 191 | 814 | 13 | 1006 |
| Criminal* | 453 | 8 | 130 | 18 | 73 | 87 | 15 | 48 | 13 | 14 | 11 | 17 | 19 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

Printed on 04/15/2008

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1952 - IN RE: Packaged Ice Antitrust Litigation

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
Docket: 1952 - Packaged Ice AT
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:        Judge:        Printed on 04/15/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | => Phone: (212) 779-1414 Fax: (212) 779-3218 Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | => Phone: (215) 545-7200 Fax: (215) 545-6535 Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | => Phone: (214) 754-1903 Fax: (214) 665-0832 Email: bbarnett@susmangodfrey.com<br>Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | => Phone: (312) 621-2000 Fax: (312) 641-5504 Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | => Phone: (651) 287-2100 Fax: (651) 287-2103 Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900 Fax: (612) 339-0981 Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | => Phone: (215) 864-2800 Fax: (215) 864-2810 Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC | => Phone: (215) 496-0300 Fax: (215) 496-6611 Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Bulding<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | =>Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | =>Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmaslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | =>Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | =>Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | =>Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Krainc (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | =>Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | =>Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | =>Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | => **Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com**<br>Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | => **Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com**<br>Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => **Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com**<br>Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | => **Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com**<br>Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | => **Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com**<br>Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4629 | => **Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com**<br>Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | => **Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com**<br>Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | => **Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com**<br>Marin Scotty's Market, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | => **Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com**<br>Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*;<br>Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP | => **Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com**<br>Y&R's, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Sedran, Howard J.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

=> **Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com**
Five Angels Management dba Frank A. Smith Beverages*

Shub, Jonathan
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

=> **Phone: (215) 564-2300  Fax: (215) 851-8029  Email: Jshub@seegerweiss.com**
RSB Wellman Co., Inc. aka Twig's Carry Out*

Veselka, Larry R.
SMYSER KAPLAN & VESELKA
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002

=> **Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com**
Blasingame, Rodney*

Wayne, Richard S.
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
4th Floor
Cincinnati, OH 45202

=> **Phone: (513) 621-2120  Fax: (513) 629-9426**
Champs Liquors, Inc.

Zylstra, Kendall S.
FARUQI & FARUQI
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

=> **Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com**
F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.*

Note: Please refer to the report title page for complete report scope and key.

**SERVICE LIST**

Mary Ellen Gurewitz
Sachs Waldman Professional Corporation
1000 Farmer
Detroit, MI 48226-2899
    **Counsel for Plaintiff Elite Energy, LLC and the Proposed Class**
        E.D. Mich., No. 2:08-cv-11201

Steven A. Asher
Robert S. Kitchenoff
Mindee J. Reuben
Noah Axler
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
    **Counsel for Plaintiff Elite Energy, LLC and the Proposed  Class**
        E.D. Mich., No. 2: 08-cv-11201

Stephen F. Wassinger
Stephen S. Wassinger PLC
321 Woodward Avenue
300 Baltimore Center
Royal Oak , MI 48073-0999
    **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.**
    **And VB & FS Oil Company**
        E.D. Mich., No. 2:08-cv-11152

Kendall S. Zylstra
Jacob A. Goldberg
Stephen E. Connolly
Faruqi & Faruqi, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
    **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.**
    **And VB & FS Oil Company**
        E.D. Mich., No. 2:08-cv-11152

Nadeem Faruqi
Antonio Vozzolo
Richard D. Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.**
     **And VB & FS Oil Company**
          E.D. Mich., No. 2:08-cv-11152

Krishna B. Narine
Law Offices of Krishna B. Narine
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.**
     **And VB & FS Oil Company**
          E.D. Mich., No. 2:08-cv-11152

E. Powell Miller
Martha J. Olijnyk
The Miller Law Firm
950 W. University Drive, Suite 300
Rochester, MI 48307
     **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**
          E.D. Mich., No. 2:08-cv-11238

Jeffrey Krinsk
Mark Knutson
Finkelstein & Krinsk
501 West Broadway, Suite 1250
San Diego, CA 92101
     **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**
          E.D. Mich., No. 2:08-cv-11238

Anthony Bolognese
Joshua H. Grabar
Bolognese & Associates. LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
     **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**
          E.D. Mich., No. 2:08-cv-11238
     **Counsel for Plaitiff Fu-Wah Mini Market**
          N.D. Ohio, No. 2:08-cv-666

Jonathan B. Frank
Jackier Gould, P.C.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**
          E.D. Mich., 2:08-cv-11204

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Barrack, Rodos, & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**
          E.D. Mich., 2:08-cv-11204

Simon Bahne Paris
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**
          E.D. Mich., 2:08-cv-11204

J. Douglas Peters
Ann K. Mandt
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202
      **Counsel for Plaintiff Silver Springs Liquor Inc.**
          E.D. Mich., 2:08-cv-11200

Peter Burke
Burke Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
      **Counsel for Plaintiff Silver Springs Liquor Inc.**
          E.D. Mich., 2:08-cv-11200

Michael J. Flannery
Carey & Danis
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
      **Counsel for Plaintiff Blue Ash Service Center, Inc.**
          E.D. Mich., 2:08-cv-11387

Patrick E. Cafferty
Cafferty Faucher
101 N. Main Street
Suite 450
Ann Arbor, MI 48104
   **Counsel for Plaintiff Blue Ash Service Center, Inc.**
         **E.D. Mich., 2:08-cv-11387**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul MN 55101
   **Counsel for Plaintiff G.M. Food & Fuel  LLC d/b/a G.M. Food & Gas**
         **D. Minn., No. 2:08-cv-826**

Richard L. Jasperson
Richard L. Jasperson, P.A.
E1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
   **Counsel for Plaintiff G.M. Food & Fuel  LLC d/b/a G.M. Food & Gas**
         **D. Minn., No. 2:08-cv-826**

Daniel E. Gustafson
Jason S. Kilene
James W. Anderson
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
   **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**
         **D. Minn., No. 2:08-cv-809**
   **Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP**
         **D. Minn., No. 2:08-cv-663**
   **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
         **D. Minn., No. 2:08-cv-713**
   **Counsel for Plaintiff Ridge Plaza, Inc.**
         **D. Minn., No. 2:08-cv-657**
   **Counsel for Plaintiff Thrifty Liquor Inc.**
         **D. Minn., No. 2:08-cv-777**

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063
     **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**
          D. Minn., No. 2:08-cv-809

Michael D. Schaffer
Michael H. Gaier
Shaffer & Gaier
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103
     **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**
          D. Minn., No. 2:08-cv-809

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
     **Counsel for Plaintiff G.M. Food and Fuel LLC d/b/a G.M. Food & Gas**
          D. Minn., No. 2:08-cv-826
     **Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House**
          D. Minn., No. 2:08-cv-670

Gary B. Freidman
Tracey Kitzman
Aaron D. Patton
Dean M. Solomon
Freidman Law Group LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
     **Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House**
          D. Minn., No. 2:08-cv-670

W. Joseph Bruckner
Richard A. Lockridge
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
  **Counsel for Plaintiff Kozak Enterprises, Inc.**
   D. Minn., No. 2:08-cv-704
  **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
   D. Minn., No. 2:08-cv-663

Jayne Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
  **Counsel for Plaintiff Kozak Enterprises, Inc.**
   D. Minn., No. 2:08-cv-704

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
  **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
   D. Minn., No. 2:08-cv-663

Dennis Stewart
Hulett Harper Stewart LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101
  **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
   D. Minn., No. 2:08-cv-663

Kenneth A. Wexler
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
  **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
   D. Minn., No. 2:08-cv-663

John Dominquez
Berman DeValerio Pease Tabacco Burt & Pucillo
Esperante Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
  **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**
   D. Minn., No. 2:08-cv-663

Bernard Persky
Hollis L. Salzman
Kellie Lerner
Morissa Falk
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
>    **Counsel for Plaintiff Ridge Plaza, Inc.**
>    >    D. Minn., No. 2:08-cv-657
>    **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
>    >    D. Minn., No. 2:08-cv-713
>    **Counsel for Plaintiff Thrifty Liquor Inc.**
>    >    D. Minn., No. 2:08-cv-777

Guri Ademi
Shpetim Ademi
David J. Syrios
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110
>    **Counsel for Plaintiff Ridge Plaza, Inc.**
>    >    D. Minn., No. 2:08-cv-657

Roger B. Greenberg
Schwartz, Junell, Greenberg, & Oathout LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
>    **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
>    >    D. Minn., No. 2:08-cv-713

Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
>    **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**
>    >    D. Minn., No. 2:08-cv-713

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
      **Counsel for Plaintiff Thrifty Liquor Inc.**
           D. Minn., No. 2:08-cv-777

Edmund W. Searby
John D. Fabian
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
      **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
           N.D. Ohio, No.2:08-cv-657
      **Counsel for Plaintiff Fu-Wah Mini Market**
           N.D. Ohio, No.2:08-cv-666
      **Counsel for Plaintiff Warrington Fuels, Inc.**
           N.D. Ohio, No.2:08-cv-692
      **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**
           N.D. Ohio, No.2:08-cv-695

Robert N. Kaplan
Linda Nussbaum
Richard J. Kilsheimer
Gregory K. Arenson
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
      **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
           N.D. Ohio, No.2:08-cv-657
      **Counsel for Plaintiff Warrington Fuels, Inc.**
           N.D. Ohio, No.2:08-cv-692

Gary L. Specks
Kaplan Fox & Kilsheimer LLP
423 Sumac Road
Highland Park, IL 60035
      **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
           N.D. Ohio, No.2:08-cv-657
      **Counsel for Plaintiff Warrington Fuels, Inc.**
           N.D. Ohio, No.2:08-cv-692

Joseph C. Kohn
Kohn Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
  **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
   N.D. Ohio, No.2:08-cv-657

Kevin Love
Criden & Love, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
  **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**
   N.D. Ohio, No.2:08-cv-657

H. Laddie Montague, Jr.
Ruthanne Gordon
Charles P. Goodwin
Michael J. Kane
David A. Langer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
  **Counsel for Plaintiff Fu-Wah Mini Market**
   N.D. Ohio, No.2:08-cv-666
   **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain**
  **Travel Stop**
   N.D. Ohio, No.2:08-cv-695

Mark H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
  **Counsel for Plaintiff Fu-Wah Mini Market**
   N.D. Ohio, No.2:08-cv-666

David A. Balto
Law Offices of David Balto
2600 Virginia, Avenue, N.W. Suite 1111
Washington, DC 20037
  **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain**
  **Travel Stop**
   N.D. Ohio, No.2:08-cv-695

Joseph R. Saveri
Michelle C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-6669
     **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain**
     **Travel Stop**
          N.D. Ohio, No.2:08-cv-695

Christopher E. Coleman
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN 37219-2423
     **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain**
     **Travel Stop**
          N.D. Ohio, No.2:08-cv-695

Joshua P. Davis
Law Offices of Joshua P. Davis
437 A Valley Street
San Francisco, CA 94131
     **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain**
     **Travel Stop**
          N.D. Ohio, No.2:08-cv-695

Richard S. Wayne
William R. Jacobs
Thomas P. Glass
Strauss & Troy
150 East Fourth Street
Cincinnati, OH 45202-4018
     **Counsel for Plaintiff Champs Liquors, Inc.**
          S.D. Ohio, No. 2:08-cv-179

Mary Jane Fait
Theodore B. Bell
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
     **Counsel for Plaintiff Champs Liquors, Inc.**
          S.D. Ohio, No. 2:08-cv-179

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Avenue
New York, NY 10016
**Counsel for Plaintiff Champs Liquors, Inc.**
S.D. Ohio, No. 2:08-cv-179

Mario Nunzio Alioto
Lauren Clare Russell
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
**Counsel for Plaintiff Marin Scotty's Market, Inc.**
N.D. Cal., No. 3:08-cv-1486

Joseph Marid Patane
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
**Counsel for Plaintiff Marin Scotty's Market, Inc.**
N.D. Cal., No. 3:08-cv-1486

Terrell W. Oxford

Howard J. Sedran
Austin B. Cohen
Charles Sweedler
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
**Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages**
N.D. Tex., No. 3:08-cv-480

Stewart M. Weltman
Weltman Law Firm
77 W. Wacker Drive
Suite 4800
Chicago, IL 60601-1664
**Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages**
N.D. Tex., No. 3:08-cv-480

David P. McLafferty
McLaffery & Associates P.C.
923 Fayette Street
Conshohocken, PA 19428
    **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith**
    **Beverages**
        N.D. Tex., No. 3:08-cv-480

Vincent J. Esades
Scott W. Carlson
Katherine T. Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
    **Counsel for Plaintiff Joseph Massino**
        N.D. Tex., No. 3:08-cv-496

Ann D. White
Ann D. White Law Offices, P.C.
165 Township Line Road, Suite 2400
Jenkintown, PA 19046
    **Counsel for Plaintiff Joseph Massino**
        N.D. Tex., No. 3:08-cv-496

Larry R. Veselka
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Ste. 2300
Houston, TX 77002
    **Counsel for Plaintiff Rodney Blasinggame**
        N.D. Tex., No. 3:08-cv-498

Steven G. Tidrick
Daniel C. Girard
Elizabeth C. Pritzker
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108
    **Counsel for Plaintiff Rodney Blasingame**
        N.D. Tex., No. 3:08-cv-498

Michael P. Lynn
Richard A. Smith
Lynn Tillotson & Pinker LLP
750 North St. Paul Street, Suite 1400
Dallas, TX 75201
    **Counsel for Plaintiff Joseph Difabritiis**
        Case No. 3:08-cv-00512

831850v1/010707

John C. Evans
Spector Spector Evans & Manogue PC
The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
      **Counsel for Plaintiff Circle Beer & Beverage, Inc.**
          Case No. 5:08-cv-11296


John R. Malkinson, Esq.
Malkinson & Halpern PC
223 West Jackson Blvd., Suite 1010
Chicago, IL 60606
      **Counsel for Plaintiff Joseph Difabritiis**
          Case No. 3:08-cv-00512


Roberta D. Lienbenberg, Esq.
Fine Kaplan and Black RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
      **Counsel for Plaintiff Joseph Difabritiis**
          Case No. 3:08-cv-00512


John Murdock
Murdock Goldenberg Schneider & Groh LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
      **Counsel for Plaintiff Ethamma Emmanuel**
          Case. No 3:08-cv-00507


Richard J. Arsenault
John R. Whaley
Neblett Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
      **Counsel for Plaintiff Thomas Beverage Co., Inc.**
          Case No. 0:08-cv-00863


Eugene A Spector
William G. Galdes
Jay S. Cohen
Roseman & Kodroff PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
      **Counsel for Plaintiff Ethamma Emmanuel**

Case. No 3:08-cv-00507

Robert J. Gralewski, Jr.
Gergosian & Gralewski LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
      **Counsel for Plaintiff Thomas Beverage Co., Inc.**
         Case No. 0:08-cv-00863

Ira Neil Richards
Trujillo Rodriquez & Richards LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
      **Counsel for Plaintiff Thomas Beverage Co., Inc.**
         Case No. 0:08-cv-00863
Peter Safirstein
Andrew W. Morganti
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
      **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**
         Case No. 0:08-cv-00862

Ryan Husanyna
Husanynu & Plezia PC
26211 Central Park Blvd., Suite 207
Southfield, MI 48076
      **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**
         Case No. 0:08-cv-00862

Mel E. Lifshitz
Ronald J. Aranoff
Bernstein Lienbhard & Lifshitz LLP
10 East 49th Street, 29th Floor
New York, NY 10016
      **Counsel for Plaintiff Mazell LLC**
         Case No. 0:08-cv-11315

Jason S. Hartley
Jason M. Lindner
Ross Dixon & Bell LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599
      **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**

Case No. 0:08-cv-00862

Stephen R. Neuwirth
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
      **Counsel for Plaintiff Mazell LLC**
        Case No. 0:08-cv-11315

Ralph K. Phalen
Ralph K. Phalen, Atty. at Law
1000 Broadway, Suite 400
Kansas City, MO 64105
      **Counsel for Plaintiff Jennifer Valencia**
        Case No. 08-cv-2138

Mitchell L. Burgess
Burgess & Lamb, PC
1000 Broadway, Suite 400
Kansas City, MO 64105
      **Counsel for Plaintiff Jennifer Valencia**
        Case No. 08-cv-2138

Lance A. Harke
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
      **Counsel for Plaintiff Jennifer Valencia**
        Case No. 08-cv-2138

Steven A. Schwartz
Daniel B. Scott
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
      **Counsel for Plaintiff Y & R's Inc.**
        Case. No. 08-cv-11316

Ben Barnow
Barnow & Associates, P.C.
One North LaSalle, Suite 4600
Chicago, IL 60602
      **Counsel for Plaintiff Jennifer Valencia**
        Case No. 08-cv-2138

Jeffrey A. Klafter
Klafter & Olson LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
 **Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum**
  Case No. 08-cv-11330

Nathaniel P. Hobbs
Patrick Burns & Associates
8401 Wayzata Blvd. Suite 300
Minneapolis, MN 55426
 **Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering**
  Case No. 08-cv-536

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
Cohen Milstein Hausfeld & Toll PLLC
One Embarcadero Center Suite 2440
San Francisco, CA 94111
 **Counsel for Plaintiff Wilson Farms Inc.**
  Case No. 08-cv-537

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
 **Counsel for Plaintiff Wilson Farms Inc.**
  Case No. 08-cv-537

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington DC 20005
 **Counsel for Plaintiff Wilson Farms Inc.**
  Case No. 08-cv-537

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street, Suite 4500
Jamestown, NY 14701
 **Counsel for Plaintiff Wilson Farms Inc.**
  Case No. 08-cv-537

Maxwell M. Blecher
Blecher & Collins
515 South Figueroa Street, 17th Floor
Los Angeles, CA 90071
  **Counsel for Plaintiff Wilson Farms Inc.**
   Case No. 08-cv-537

Jonathan W. Cuneo
Daniel C. Cohen
Cuneo, Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002
  **Counsel for Plaintiff Wilson Farms Inc.**
   Case No. 08-cv-537

Mark A. Maasch
Turner and Maasch
550 West C Street
Suite 1150
San Diego, CA 92101
  **Counsel for Plaintiff Jan Barranco-Grams**
   Case No. 3:08-cv-539

Bryan L. Clobes
Cafferty Faucher LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103
  **Counsel for Plaintiff S&S Lima, Inc. dba Dry Run Beverage**

Sanford M. Litvack
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
  **Counsel for Plaintiff Home City Ice Company**

John M. Majoras
Jones Day
51 Louisiana Avenue, N.W.
Washington DC 20001-2113
  **Counsel for Plaintiff Arctic Glacier Income Fund**

831850v1/010707

James R. Nelson
DLA Piper LLP
1717 Main Street
Suite 4600
Dallas, TX 75201
     **Counsel for Plaintiff Reddy Ice Corp.**

Jonathan Shub
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
     **Counsel for Plaintiff RSB Wellman Company, Inc. aka Twig's Carry Out**

Reddy Ice Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Arctic Glacier Income Fund
625 Henry Avenue
Winnipeg, Manitoba R3A OV1
Canada

Arctic Glacier International Inc.
c/o The Corporation Trust Company
Corporation Trust C Center
1209 Orange Street
Wilmington, Delaware 19801

Reddy Ice Corporation
c/o Capitol Services, Inc.
615 South Dupont Highway
Dover, Delaware 19901

Arctic Glacier California Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Reddy Ice Holdings, Inc.
8750 North Central Expressway
Ste. 1800
Dallas, TX 75231

831850v1/010707

Arctic Glacier Income Fund
625 Henry Avenue
Winnipeg, Manitoba R3A 0V1
Canada

Arctic Glacier, Inc.
625 Henry Avenue
Winnipeg, Manitoba R3A 0V1
Canada

Arctic Glacier International, Inc.
1654 Marthaler Lane
West St. Paul, MN 55118

Home City Ice Company
6045 Bridgetown Road
Cincinnati, OH 45248

Office of the Clerk of Court
United States District Court for the
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Room 564
Detroit, MI 48226

Office of the Clerk of Court
United States District Court for the
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Office of the Clerk of Court
United States District Court for the
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Office of the Clerk of Court
United States District Court for the
Southern District of Ohio
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, OH 45202

Office of the Clerk of Court
United States District Court for the
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Office of the Clerk of Court
United States District Court for the
Northern District of Texas
1100 Commerce, Room 1452
Dallas, TX 75242

Clerk of Court
United States District Court for the
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

Office of the Court
United States District Court for the
Eastern District of Michigan
P.O. Box 8199
Ann Arbor, MI 48107

Office of the Clerk
United States District Court
District of Kansas
500 State Avenue
259 U.S. Courthouse
Kansas City, Kansas 66101

**Extra Plaintiffs**

**Plaintiff: 823 Sproul Inc. d/b/a Sproul Beverage  Case # 2:08-cv-11345**

**Plaintiff: RSB Wellman Co., Inc. d/b/a Twig's Carry Out  Case # 2:08-cv-11213**

**Plaintiff:  S and S Lima, Inc. d/b/a Dry Run Beverage  Case # 2:08-cv-11182**

831850v1/010707