FILED

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: PACKAGED ICE          :          MDL DOCKET NO. 1952
ANTITRUST LITIGATION         :

          :          08CV 539 DMS(POR)

**CONSOLIDATED RESPONSE OF EASTERN MICHIGAN PLAINTIFFS ELITE
ENERGY, LLC, MELRICK, INC. d/b/a NORTH MAIN SHORT STOP,
AND SPRINGFIELD EXXON, LLP TO MOTIONS OF
NORTHERN OHIO PLAINTIFFS, MINNESOTA PLAINTIFFS, AND
NORTHERN TEXAS PLAINTIFF[1] FOR SECTION 1407 TRANSFER AND
CENTRALIZED PRETRIAL PROCEEDINGS**

Plaintiffs Elite Energy, LLC ("Elite Energy"), Melrick, Inc. d/b/a North Main

Short Stop, and Springfield Exxon, LLP (collectively, "Eastern Michigan Plaintiffs")

maintain that the Eastern District of Michigan is the most appropriate forum for transfer

of all related antitrust actions alleging anticompetitive conduct in the packaged ice

industry (collectively the "Related Actions").[2] *See, e.g.,* Memorandum of Plaintiff Elite

Energy, LLC for Transfer of Actions to the Eastern District of Michigan Pursuant to 28

U.S.C. § 1407 for Centralized Pretrial Proceedings ("Elite Energy's Memorandum")

(filed March 25, 2008). For the reasons set forth in Elite Energy's Memorandum, as well

as for the reasons set forth herein, the Eastern District of Michigan is superior to the

---

[1] Plaintiff Chi-Mar Enterprises, Inc. and plaintiffs Fu-Wah Mini Market and Marchbanks
Travel Service, Inc. d/b/a Bear Mountain Travel Stop have moved for transfer to the
Northern District of Ohio or, in the alternative, the Eastern District of Michigan
("Northern Ohio Plaintiffs"). Plaintiffs Ridge Plaza Inc., The Baron Group, Inc. d/b/a
Baron's Ice House, Solid Waste Ltd. d/b/a Bayland Marina, Thrifty Liquor Inc. and
Silver Springs Liquor Inc. and plaintiff Mall Mart, Inc. d/b/a Midway BP have moved for
transfer to the District of Minnesota ("Minnesota Plaintiffs"). Plaintiff Rodney
Blasingame has moved for transfer to the Northern District of Texas ("Northern Texas
Plaintiff").
[2] An updated Schedule of Related Actions listing all potential tag-along actions, current
as of April 23, 2008, is attached hereto as Exhibit A.

Northern District of Ohio, the District of Minnesota, and the Northern District of Texas
as a forum for transfer of the Related Actions.

I.    **ARGUMENT**

All of the various plaintiffs that have filed Section 1407 motions agree that
centralization of the Related Actions is appropriate.  Although various other plaintiffs
have proposed the Northern District of Ohio, the District of Minnesota, or the Northern
District of Texas as the appropriate transferee forum, none of these districts are superior
to the Eastern District of Michigan.

    A.    **The Grand Jury Is Pending In The Eastern District Of Michigan And
            The Department Of Justice Has Seized Records From, And Issued
            Grand Jury Subpoenas To, Certain Defendants.**

In its 10-K filing with the Securities and Exchange Commission, defendant Reddy
Ice Holdings, Inc. ("Reddy Ice") confirmed that the Department of Justice is currently
conducting an active criminal investigation into the packaged ice industry and that a
grand jury has been empanelled in the Eastern District of Michigan:

> In March 2008, we and certain of our employees, including
> members of our management, received grand jury
> subpoenas issued from the U.S. District Court for the
> Eastern District of Michigan seeking information in
> connection with an investigation by the Antitrust Division
> of the United States Department of Justice into possible
> antitrust violations in the packaged ice industry.

Reddy Ice SEC Form 10-K (filed March 14, 2008).

Press releases and public statements by the defendants provide additional
information regarding the investigation and grand jury:

- On March 5, 2008, defendant Reddy Ice was raided by the Department
  of Justice which seized records relating to an investigation of the
  packaged ice industry.  *See* http://www.reddyice.com/press-

current.php; http://www.reddyice.com/press-current.php, attached
hereto as Exhibits B and C, respectively.

- On March 9, 2008, defendant Arctic Glacier Income Fund issued a
press release stating that its subsidiary, defendant Arctic Glacier, Inc.
(all of the Arctic Glacier defendants named in Elite Energy's
complaint are collectively referred to as "Arctic Glacier"), had
received a subpoena from the Department of Justice seeking the
production of documents relating to an investigation of the packaged
ice industry located in both the United States and Canada. *See*
http://www.arcticglacierinc.com/pdf/news/2008/NR20080309.PDF,
attached hereto as Exhibit D.

- On March 18, 2008, defendant Home City Ice, Inc. ("Home City")
(named in certain cases but not others) confirmed that it had been
contacted by the Department of Justice regarding its packaged ice
investigation. *See* http://biz.yahoo.com/ap/080318/ice_price_fixing.
html?.v=2&printer=1, attached hereto as Exhibit E.

The Panel has long given deference to districts in which a grand jury has been

empanelled. *See, e.g., In re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347

(J.P.M.L. 2004) (finding that the "presence of the government investigation and federal

grand jury in the Southern District of Ohio also tilts toward centralization in the Southern

District of Ohio"); *In re Sodium Gluconate Antitrust Litig.*, No. 1226, 1998 U.S. Dist.

Lexis 5073, at *3 (J.P.M.L. Apr. 9, 1998) (holding that transfer of proceedings to a

district where the grand jury was located would "allow a single court to supervise any

coordination that may be necessary between criminal and civil proceedings"). *See also,*

*e.g., In re Orthopaedic Implant Device Antitrust Litig.*, 483 F. Supp. 2d 1355 (J.P.M.L.

2007).

The need for deference to the forum where a grand jury is empanelled takes on

particular significance when the Department of Justice *seizes* records of a putative

defendant in connection with the grand jury proceedings. Because the DOJ has seized

records (including, presumably, electronic records and devices) from Reddy Ice (*see, e.g.,*

3

Exhibits B and C) rather than simply issuing a subpoena, it is likely that the seized documents have been transmitted to the grand jury in the Eastern District of Michigan (and are not in the Northern District of Texas where Reddy Ice has its headquarters). *See, e.g., In re Alleged Fraud Litig. Involving Delco Wire and Cable Co.*, No. 7971989 U.S. Dist. LEXIS 13671, at *3 (J.P.M.L. Feb. 7, 1989) (case transferred to E.D. Pa. because "documents relevant to this litigation are in the possession of a grand jury sitting in the Eastern District of Pennsylvania"); *In re California Armored Car Antitrust Litig.*, 476 F. Supp. 452, 454 (J.P.M.L. 1979) (case transferred to C.D. Cal. because "documents on which the grand jury relied in returning its indictments and which are likely to be sought by the private litigants are located in the Central District of California"); *In re Hawaiian Hotel Room Rate Antitrust Litig.*, 438 F. Supp. 935, 936 (J.P.M.L. 1977) (transferring cases to D. Hi. "because the documents on which the grand jury relied in returning its indictment and which are likely to be sought by the private litigants are located in the District of Hawaii").

Transferring the Related Actions to the Eastern District of Michigan also has the benefit of allowing the Court to coordinate the civil and criminal actions. *See, e.g., In re Sodium Gluconate Antitrust Litig.*, No. 1226, 1998 U.S. Dist. LEXIS 5073, at *3 (J.P.M.L. April 9, 1998) (centralization in N.D. Cal. where grand jury has been empanelled "will allow a single court to supervise any coordination that may be necessary between criminal and civil proceedings"). In *Douglas Oil Company v. Petrol Stops Northwest*, 441 U.S. 211 (1979), the Supreme Court required coordination between the court presiding over the grand jury proceedings and the court presiding over related antitrust actions regarding access to grand jury materials. *See, id.,* at 228. Such

coordination "can more easily be accomplished by selecting as transferee district the same district in which the grand jury sat." *In re Cuisinart Food Processor Antitrust Litig.*, 506 F. Supp. 651, 656 (J.P.M.L. 1981) (citing *In re California Armored Car Antitrust Litig.*, 476 F. Supp. at 454). Accordingly, the Eastern District of Michigan is in the best position to coordinate the depositions of any witnesses and the production of any documents among the parties because of its control over the grand jury.

**B.**    **The Greatest Number Of Cases Are Pending In The Eastern District Of Michigan.**

While the parties may dispute the proper forum for transfer, it is apparent from the geographic dispersion of filed cases that the Eastern District of Michigan is the forum of choice for largest number plaintiffs:

- Eastern District of Michigan – 12 MDL cases, 6 potential tag-along actions, and 3 three additional cases where plaintiffs have proposed E.D. Mich. as an acceptable alternative forum;

- District of Minnesota – 10 MDL cases and 4 potential tag-along actions;

- Northern District of Texas – 7 MDL cases and 3 potential tag-along actions;

- Northern District of Ohio – 4 MDL cases and 1 potential tag-along action;

- Southern District of Ohio – 1 MDL case;

- Northern District of California – 1 MDL case and 1 potential tag-along action;

- Southern District of California – 1 MDL case and 1 potential tag-along action; and

- District of Kansas – 1 MDL case.

5

*Compare* Exhibit A, 4/23/08 Schedule of Related Actions (listing potential tag-along actions), *with* Exhibit F, 4/4/08 MDL Schedule of Actions (listing MDL actions only).[3]

This Panel has often expressed a preference for a forum in which the greatest number of cases are pending. *See, e.g., In re Oxycontin Antitrust Litig.*, 314 F. Sup. 2d 1388, 1390 (J.P.M.L. 2004); *In re Enron Corp. Secs., Derivative & "ERISA" Litig.*, 196 F. Supp. 2d 1375, 1376 (J.P.M.L. 2002). Accordingly, this is yet one more factor that favors the Eastern District of Michigan over the other district courts as the locus of transfer.

**C.    The Eastern District Of Michigan Is A Centralized And Accessible Forum.**

Geographic centrality and accessibility is a factor which the Panel considers in choosing a transferee forum. *See In re Prempro Prods. Liab. Litig.*, 254 F. Supp. 2d 1366, 1368 (J.P.M.L. 2003) (selecting transferee district based, in part, on its geographic centrality); *In re "Factor VIII or XI Concentrate Blood Prods." Prods. Liab. Litig.*, 853 F. Supp. 454, 455 (J.P.M.L. 1993) (same). The Eastern District of Michigan is a centralized and accessible forum: the grand jury is empanelled there, the largest number of cases have been filed there, and there is no other single venue in which all defendants are located. For all of the foregoing reasons, the Eastern District of Michigan is the most logical venue for transfer.

---

[3] An indirect class action alleging violations of the Florida Deceptive & Unfair Trade Practices Act and unjust enrichment, but not a violation of the Sherman Act, has been filed in the Southern District of Florida. *See Jennin Gil v. Artic Glacier Income Fund, et al.*, No. 08-21089-CIV.

1.     **Defendants Are Scattered Across The United States And Canada.**

The Northern Ohio Plaintiffs, the Minnesota Plaintiffs and the Northern Texas

Plaintiff each argue that their proposed forum is superior because a particular defendant

is located within, or close to, said forum.  For example, the Northern Ohio Plaintiffs

argue that the Northern District of Ohio in Cleveland is "close" to defendant Home City's

headquarters in Cincinnati.  (In fact, the seat of the Northern District of Ohio in

Cleveland is only 7 miles closer to Home City's headquarters in Cincinnati than is the

seat of the Eastern District of Michigan in Detroit.)  The Minnesota Plaintiffs claim that

the District of Minnesota in Minneapolis is close to the corporate offices of defendant

Arctic Glacier International, Inc. in West St. Paul.  The Northern Texas Plaintiff argues

that Northern District of Texas in Dallas is close to the corporate headquarters of

defendant Reddy Ice in Dallas.

The location of defendants' corporate headquarters only has relevance to the

Panel's Section 1407 analysis when there is at least some geographic concentration

among the defendants.  *See, e.g., In re Static Random Access Antitrust Litig.*, 473 F.

Supp. 2d 1384, 1385 (J.P.M.L. 2007) (transferring cases to N.D. Cal. where "most

defendants have a presence"); *In re Digital Music Antitrust Litig.*, 444 F. Supp. 2d 1351,

1352 (J.P.M.L. 2007) (transferring cases to S.D.N.Y. where "[m]ost defendants are

headquartered"); *In re Bristol Bay, Alaska Salmon Fishery Antitrust Litig.*, 424 F. Supp.

504, 507 (J.P.M.L. 1976) (transferring cases to W.D. Wa. "since the corporate

headquarters and records of all defendants are there").  Where, as here, there is no

geographic concentration among the defendants, and, in fact, the headquarters of the

defendants are hundreds of miles apart from each other, the location of any one particular

7

defendant's corporate headquarters does not present a basis for transferring the case to that district.

Moreover, each of these defendants has a significant number of manufacturing and distribution centers spread throughout the United States and, in the case of Arctic Glacier, across Canada as well:

- Reddy Ice has 63 manufacturing facilities and 59 distribution centers in 21 states. *See generally* www.reddyice.com.

- Arctic Glacier has 37 manufacturing facilities and 51 distribution facilities in 15 states and 6 provinces in Canada. *See generally* www.arcticice.com.

- Home City has 28 manufacturing facilities and 36 distribution facilities in 10 states. *See generally* www.homecityice.com.

Thus, in the absence of any geographic concentration of defendants, no particular forum is superior to another based upon the "location" of any defendant's corporate headquarters.

## 2.    Detroit Is A Centralized And Accessible Location.

Detroit is a logical central point between Dallas, Winnipeg, Minneapolis, and Cincinnati, and is convenient for traveling witnesses, and attorneys.[4]  Detroit Metropolitan Wayne County Airport ("DTW) has multiple non-stop daily flights to and from Dallas, Minneapolis, and Cincinnati.  Air travel from Winnipeg to Detroit generally requires a connecting flight, but such flights are readily available.  On an average day, there are approximately:

- 18-20 direct flights from Dallas (DFW) to Detroit (DTW);

- 34-37 direct flights from Cincinnati (CVG) to Detroit (DTW); and

---

[4] Dallas, in particular, is not a centralized location; the other cities are all in the north-central portion of the United States and the south-central portion of Canada, and clustered close to the Great Lakes region.

- 35-38 direct flights from Minneapolis (MSP) to Detroit (DTW).

*See* www.flightstats.com (comparing midweek flights in March 2008).

Over the last several years, DTW has completed "a new terminal, added a sixth runway, a south entrance road, a new parking garage, and a luxury class Westin hotel." http://www.metroairport.com. The hotel offers 404 guest rooms with High Speed Internet access, 34 meeting and boardrooms, and security clearance to shop in the McNamara Terminal. http://www.starwoodhotels.com/westin/property/overview/ index.html?propertyID=1415&EM=VTY_WI>detroitairport_1415_overview. There are 20,000 parking spaces at the airport and 120 shops and restaurants. http://www.metroairport.com/about/facts.asp. There are seven rental car agencies at DTW: Alamo, Avis, Budget, Dollar, Enterprise, Hertz and National. http://www.metroairport.com/transportation. In addition, DTW is also accessible to downtown Detroit via bus or taxi. *Id.*

Accordingly, the Eastern District of Michigan is well-suited to handling the needs of traveling witnesses and attorneys.

**D.    The Honorable Paul D. Borman Of The Eastern District Of Michigan Has The Necessary Expertise To Manage This Multidistrict Litigation.**

Judge Borman received his Juris Doctor from the University of Michigan in 1962 and a Master in Legal Letters from Yale Law School in 1964. He spent a major portion of his career in government service; his last position before joining the bench in 1994 was as Chief Federal Defender, Legal Aid & Defender Association of Detroit, from 1979-1994.

In 2003, Judge Borman co-authored a the textbook, *White Collar Crime: Law and Practice* (West Pub. Co. 2003 2d ed.). Since 2004, he has served on the Judicial

9

Conference of the United States Committee on Court Administration and Case Management.

Judge Borman also has significant expertise and experience in handling complex class action and civil litigation. *See, e.g., Noel v. Fleet Finance, Inc.*, 34 F. Supp. 2d 451 (E.D. Mich. 1998) (class action alleging TILA, RICO, and various state law claims). In addition, the first-filed packaged ice case in the Eastern District of Michigan was assigned to Judge Paul D. Borman and several of the other packaged ice cases filed in the Eastern District of Michigan were thereafter transferred to him. GRI, Inc., a competitor of Reddy Ice and Arctic Glacier, has filed a lawsuit against these entities in the Eastern District of Michigan as well. *See GRI, Inc. v. Reddy Ice Holdings, Inc., et al.*, No. 08-CV-11602, E.D. Mich. The *GRI* complaint has also been transferred to Judge Borman.

Even if the Related Actions are not assigned to Judge Borman, it remains clear that the Eastern District of Michigan has extensive experience in presiding over multidistrict litigation. *See, e.g., In re Ford Motor Co. Speed Control Deactivation Switch Prods. Liab. Litig.*, MDL Docket No. 1718, 2007 U.S. Dist. Lexis 62483 (E.D. Mich. Aug. 24, 2007) (Friedman, J.); *In Re: Delphi Corp. Sec., Derivative and "ERISA" Litig.*, 458 F. Supp. 2d 455 (E.D. Mich. 2006) (Rosen, J.); *In re: Cardizem CD Antitrust Litig.*, 218 F.R.D. 508 (E.D. Mich. 2003) (Edmunds, J.).

E. **The Northern Ohio Plaintiffs Recommend The Eastern District Of Michigan As An Appropriate Locus For Transfer Of The Related Cases.**

The Northern Ohio Plaintiffs acknowledge that the Eastern District of Michigan is an appropriate venue for transfer of the Related Actions because they have proposed it as an alternative to the Northern District of Ohio in their MDL papers. At the time the first Northern Ohio Plaintiff filed its complaint, the existence and location of the grand jury

10

was unknown. By the time the first Northern Ohio Plaintiff filed its MDL papers, the location of the grand jury had been disclosed. The location of the grand jury in the Eastern District of Michigan is, presumably, a principal reason why the Northern Ohio Plaintiffs propose Detroit as an alternative forum. *See, e.g.,* Chi-Mar Memorandum at 9.

**F.      The District Of Minnesota Is Not Superior To The Eastern District Of Michigan As The Locus Of Transfer.**

The Minnesota Plaintiffs contend that the District of Minnesota is the proper transferee forum because, at the time their motion was filed, the largest number of cases had been filed there and because it is the location of the "first-filed" packaged ice case.[5]

As is now evident, the Eastern District of Michigan is where the largest number of cases have been filed, not the District of Minnesota. *Supra.* Thus, while the Minnesota Plaintiffs correctly contend that the Panel recognizes a preference for the forum where the largest number of cases are pending, *see* Ridge Plaza Memorandum at 7, that forum is presently the Eastern District of Michigan and not the District of Minnesota.

Moreover, the Minnesota Plaintiffs overplay the significance of the District of Minnesota being the site of the first-filed action. Being the first-filed case is only significant where the first case has been pending for months or years (or at least where the first filed case has had an opportunity to progress procedurally past the filing of a complaint). *See, e.g., In re Papst Licensing Digital Camera Patent Litig.,* 528 F. Supp. 2d 1357, 1357 (J.P.M.L. 2007) (transferring cases to D.D.C. where "[t]he first-filed action has been pending in the District of District of Columbia for about a year, and discovery has progressed further in [D.C.] than in any other action"); *In re Classicstar*

---

[5] *See also* Section C, *supra*, addressing argument that District of Minnesota is superior to other courts for transfer of Related Actions.

*Mare Lease Litig.*, 528 F. Supp. 2d 1345, 1347 (J.P.M.L. 2007) (transferring cases to Eastern District of Kentucky because "[t]he first-filed action has been pending there for over a year"); *In re Household Goods Movers Antitrust Litig.*, 502 F. Supp. 2d 1356, 1357 (J.P.M.L. 2007) (transferring cases to District of South Carolina "because the first-filed and more advanced action is pending there").

In this litigation, the first case was filed in the District of Minnesota on March 10, 2008; eight days later, a Northern Ohio Plaintiff filed its MDL motion for Section 1407 transfer, thereby effectively halting the progression of all packaged ice cases in all jurisdictions. Being the first filed case has no significance where, as here, a mere 8 days has passed since the filing of the first complaint and the commencement of MDL proceedings, and no case has advanced procedurally beyond the complaint.

G.    **The Northern District Of Texas Is Not Superior To The Eastern District Of Michigan As The Locus Of Transfer.**

The Northern Texas Plaintiff moves for transfer of the Related Actions to the Northern District of Texas based upon that district court's median case disposition time.[6]

The Northern District of Texas' median case disposition time is 6.8 months. *See* http://www.uscourts.gov/cgi-bin/cmsd2007.pl.   The Eastern District of Michigan's median case disposition time is 8.3 months. *Id.* Thus, there is only approximately a six week difference in median disposition time between cases handled by these two courts. Any benefits to be gained by a six week differential are outweighed by the fact that the grand jury is in the Eastern District of Michigan, most cases have been filed in the Eastern District of Michigan, and the Eastern District of Michigan is a centralized and accessible location.

---

[6] *See also* Section C, *supra*, addressing argument that Northern District of Texas is superior to the courts for transfer of Related Actions.

## III.  **CONCLUSION**

For the foregoing reasons, the United States District Court for the Eastern District of Michigan is the most appropriate forum for the Related Actions because it will best promote the just and efficient conduct of these actions.  Consequently, the Eastern Michigan Plaintiffs move for centralization and transfer of the Related Actions to the Eastern District of Michigan.

DATED:  April 23, 2008

Steven A. Asher
Mindee J. Reuben
Noah Axler
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone:  (215) 545-7200
Fax:  (215) 545-6535

Mary Ellen Gurewitz
SACHS WALDMAN
        PROFESSIONAL CORPORATION
1000 Farmer
Detroit, MI 48226-2899
Phone:  (313) 965-3464
Fax: (313) 965-4602

***Counsel for Plaintiffs Elite Energy, LLC
and Springfield Exxon, LLP***

Michael J. Boni
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Phone:  (610) 822-0201
Fax:  (610) 822-0206

***Additional Counsel for Plaintiff Springfield
Exxon, LLP***

Gerald J. Rodos
Mark R. Rosen
Jeffrey Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 29203
Phone:  (215) 963-0600
Fax:  (215) 963-0838

Simon Bahne Paris
SALTZ MONGELUZZI BARRETT
    & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone:  (215) 496-8282
Fax:  (215) 496-0999

Jonathan B. Frank
121 W. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Phone:  (248) 642-0500
Fax:  (248) 642-5241

***Counsel for Plaintiff Melrick, Inc. d/b/a
North Main Short Stop***

# EXHIBIT A

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE:  PACKAGED ICE | : | MDL DOCKET NO. 1952 |
| ANTITRUST LITIGATION | : | |
|  | : | |

## SCHEDULE OF RELATED ACTIONS (AS OF 4/23/08)

| PLAINTIFF | COURT/CASE NO. | COUNSEL FOR PLAINTIFF |
|---|---|---|
| Karen Davis | N.D. California<br>No. 08-1937 | Reginald Von Terrell<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA  94804 |
| Cobblestone Tequesta LLC d/b/a<br>Tequesta Citgo | S.D. California<br>No. 08-656 | Christopher M. Burke<br>Scott + Scott LLP<br>600 B Street<br>Suite 1500<br>San Diego, CA 92101 |
| Blue Ash Service Center, Inc. a/k/a<br>Blue Ash Shell | E.D. Michigan<br>No. 08-11387 | Patrick Cafferty<br>Cafferty Faucher LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA  19103 |
| Donald K. Tomino d/b/a Crafton<br>Beverage Center | E.D. Michigan<br>No. 08-11438 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI  48307<br><br>Barbara J. Hart<br>Lowey Dannenberg Cohen & Hart PC<br>White Plains Plaza |

| | | One North Broadway<br>White Plains, NY 10601-2310 |
|---|---|---|
| Higginbotham Oil Co., Inc. | E.D. Michigan<br>No. 08-11400 | Patrick Cafferty<br>Cafferty Faucher<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 |
| Polly's Food Service, Inc. and<br>Kenco, Inc. | E.D. Michigan<br>No. 08-11420 | Mary Jane Fait<br>Theodore Bell<br>Wolf Haldenstein Adler Freeman<br>     & Herz LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL 60603 |
| Roberta Wooten d/b/a Wooten's<br>One Stop | E.D. Michigan<br>No. 08-11575 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 |
| Springfield Exxon, LLC | E.D. Michigan<br>No. 08-11561 | Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br><br>Michael J. Boni<br>Joanne Zack<br>Boni & Zack LLC<br>15 St. Asaphs road<br>Bala Cynwyd, PA 19004 |
| Arkansas Garden Center West<br>LLC and Arkansas Garden Center<br>North | D. Minnesota<br>No. 08-1077 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br><br>Bernard Persky<br>Labaton Sucharow LLC<br>140 Broadway, 33rd Floor<br>New York, NY 10005 |

| | | |
|---|---|---|
| Ja-Way, Inc. d/b/a Isle of Palms Red & White | D. Minnesota No. 08-1090 | Garrett Blanchfield, Jr.<br>Mark Reinhardt<br>Reinhardt, Wendorf & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN  55101<br><br>Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111 |
| Meleen Corp. d/b/a Meleen Sportsman Store | D. Minnesota No. 08-1025 | Karl Cambronne<br>Chestnut & Cambronne, P.A.<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN  55402 |
| Tahira Firdous d/b/a Tfs, Inc. a/k/a All Stop #2 | D. Minnesota No. 08-1020 | Garrett Blanchfield, Jr.<br>Mark Reinhardt<br>Reinhardt, Wendorf & Blanchfield<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN  55101 |
| Juniata Mobil | N.D. Ohio No. 08-859 | Kendall S. Zylstra<br>Faruqi and Faruqi LLP<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA  19006 |
| Charlie Holland Motors, Inc. | N.D. Texas No. 08-576 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX  75202-3775<br><br>Eugene A. Spector<br>Spector Roseman & Kodroff, PC |

| | | |
|---|---|---|
| | | 1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 |
| Mount Pocono Campground, Inc. | N.D. Texas<br>No. 08-563 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX  75202-3775<br><br>Steven J. Greenfogel<br>Meredith Cohen Greenfogel &<br>Skirnick, PC<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA  19102 |
| The Lanesville Food Mart Inc. | N.D. Texas<br>No. 08-607 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX  75202-3775<br><br>Irwin B. Levin<br>Scott D. Gilchrist<br>Cohen Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204 |

**EXHIBIT B**

# Reddy Ice Holdings, Inc. Press Release

📄 Attachment

MARCH 6, 2008 – DALLAS, TEXAS – **Reddy Ice Holdings, Inc. (NYSE: FRZ)** announced that federal officials executed a search warrant at the Company's corporate office in Dallas on March 5, 2008. The Company is cooperating with the authorities.

The Company's priority mission is to provide superior service to its customers, and it will continue to function in a normal business manner.

ABOUT REDDY ICE

Reddy Ice Holdings, Inc. is the largest manufacturer and distributor of packaged ice in the United States. With over 2,000 year-round employees, the Company sells its products primarily under the widely known Reddy Ice® brand to approximately 82,000 locations in 31 states and the District of Columbia. The Company provides a broad array of product offerings in the marketplace through traditional direct store delivery, warehouse programs, and its proprietary technology, The Ice Factory®. Reddy Ice serves most significant consumer packaged goods channels of distribution, as well as restaurants, special entertainment events, commercial users and the agricultural sector. For more information on Reddy Ice, visit the Company's website at www.reddyice.com.

Contact: Courtney Birck
Courtney@spaethcom.com
P: 214-442-1021

# EXHIBIT C

**Supplement To March 6, 2008 Reddy Ice Press Release**

🖼 Attachment

MARCH 7, 2008 – DALLAS, TEXAS – **Reddy Ice Holdings, Inc. (NYSE: FRZ)** is providing further information to supplement the press release issued on March 6, 2008 regarding the execution of a search warrant at the Company's Dallas corporate office on March 5, 2008. The execution of the search warrant was directed by the Antitrust Division of the United States Department of Justice in connection with an investigation of the packaged ice industry. The Company's board of directors has formed a special committee of independent directors to conduct an internal investigation.

The Company will continue to serve its customers in its normal business manner.

ABOUT REDDY ICE

Reddy Ice Holdings, Inc. is the largest manufacturer and distributor of packaged ice in the United States. With over 2,000 year-round employees, the Company sells its products primarily under the widely known Reddy Ice® brand to approximately 82,000 locations in 31 states and the District of Columbia.  The Company provides a broad array of product offerings in the marketplace through traditional direct store delivery, warehouse programs, and its proprietary technology, The Ice Factory®. Reddy Ice serves most significant consumer packaged goods channels of distribution, as well as restaurants, special entertainment events, commercial users and the agricultural sector.  For more information on Reddy Ice, visit the Company's website at www.reddyice.com.


Contact: Courtney Birck
Courtney@spaethcom.com
P: 214-442-1021

# EXHIBIT D

# ARCTIC GLACIER INCOME FUND

## Arctic Glacier Cooperates Fully
## With U.S. Department of Justice

**WINNIPEG**, March 9, 2008 – Arctic Glacier Income Fund (TSX:AG.UN) today announced that its corporate head office has not been subjected to search in relation to the investigation of the packaged ice industry by the Antitrust Division of the United States Department of Justice.

Mr. Keith McMahon, President and Chief Executive Officer of Arctic Glacier Inc., the Fund's operating company, said: "The Company is in receipt of a subpoena requiring production of documents. The U.S. Department of Justice has requested cooperation in the production of any such documents and information located outside of the U.S. that may assist in the investigation. Arctic Glacier plans to comply with the subpoena's request for information and documents in the U.S. and expects to cooperate in providing relevant information and documents that may be located in Canada."

"Arctic Glacier is a good corporate citizen with strong, institutionalized internal policies and controls. We have always followed best practices in corporate governance and public disclosure, and we will continue to do so."

Mr. McMahon added: "As we move forward with this process, I would like to assure our customers, employees, investors and other stakeholders that we will continue to attend to business as usual and deliver the same level of superior service and quality product that our markets have come to expect."

*Arctic Glacier Income Fund, through its operating company, Arctic Glacier Inc., is a leading producer, marketer and distributor of high-quality packaged ice in North America under the brand name of Arctic Glacier® Premium Ice. Arctic Glacier operates 37 production plants and 50 distribution facilities across Canada and the northeast, central and western United States servicing more than 70,000 retail accounts.*

*Arctic Glacier Income Fund trust units are listed on the Toronto Stock Exchange under the trading symbol AG.UN. There are 38.9 million trust units outstanding.*

-- 30 --

**Contact Information**
Keith McMahon, President & CEO
Doug Bailey, Chief Financial Officer
Toll free investor relations phone: 1-888-573-9237

# www.arcticglacierinc.com

The Toronto Stock Exchange does not approve or disapprove of the adequacy or accuracy of this release.

625 Henry Avenue, Winnipeg, Manitoba  R3A 0V1  Tel: 204.772.2473  Fax: 204.783.9857

**EXHIBIT E**

Yahoo! My Yahoo! Mail    Search: [                    ] [Web Search]

**YAHOO!** FINANCE    **Sign In**    Finance Home - Help    **AP** Associated Press
New User? Sign Up

**Welcome [Sign In]**    To track stocks & more, Register

**Financial News**

Enter symbol(s) [              ] [Basic ▾] [Get]    Symbol Lookup

AP

# Lawsuit Alleges Ice Price Fixing

Tuesday March 18, 5:51 pm ET
By Amy Forliti, Associated Press Writer

### Lawsuit in Minn. Alleges Price Fixing by Packaged Ice Companies

MINNEAPOLIS (AP) -- A Wisconsin convenience store is claiming that three packaged ice producers created an international conspiracy to freeze in high prices and divide up the market so they wouldn't have to compete with each other.

In a lawsuit in U.S. District Court in Minneapolis, Ridge Plaza Inc. of Milwaukee claims the packaged ice producers violated federal antitrust laws and harmed others by inflating the price of cubed, crushed, block and dry ice sold in the U.S. and Canada. The lawsuit seeks class action status.

The lawsuit was filed last week, days after one of the companies acknowledged the Antitrust Division of the U.S. Department of Justice searched its offices as part of a separate investigation.

Justice spokeswoman Gina Talamona said the Antitrust Division is "investigating the possibility of anticompetitive practices in the packaged ice industry," but she wouldn't divulge details of the ongoing probe.

The defendants include Reddy Ice Holdings Inc., based in Dallas; West St. Paul, Minn.-based Arctic Glacier International Inc., and its corporate parents in Canada; and Home City Ice Co., a privately held company in Cincinnati, Ohio.

Ridge Plaza claims in the lawsuit that from Jan. 1, 2002, to the present, Ridge Plaza and other people or companies "purchased Packaged Ice at artificially maintained, noncompetitive prices established by the actions of the Defendants and their unnamed co-conspirators ..."

Ridge Plaza is seeking damages that have not yet been determined, as well as attorneys fees and other costs.

Spokespersons for all three companies acknowledged the investigation but declined to comment on the lawsuit.

According to the lawsuit, the plaintiffs are the largest manufacturers of packaged ice in the U.S. and Canada. Sales of packaged ice are about $1.8 billion annually, split in half by third-party manufacturers and in-house ice machines. The three defendants make up about 70 percent of the manufacturer sales, the lawsuit says.

Among the allegations, Ridge Plaza claims the companies divided up the packaged ice market so they wouldn't compete with each other. The lawsuit claims Reddy Ice sells its products in the sunbelt states from Florida to Arizona and in the northwestern U.S.; Arctic Glacier works in the central and northeastern states and California; and Home City dominates markets in the Midwest states of Illinois, Ohio and Indiana.

"There is virtually no overlap between the geographic markets in which each Defendant operates," the lawsuit claims. "Defendants agreed not to compete head to head in any of the markets in which one of them was dominant."

The scheme reduced or eliminated price competition throughout the U.S. or Canada, the lawsuit says.

While they wouldn't talk of the lawsuit, all three ice packaging companies acknowledged they have been contacted in the Justice Department investigation.

Reddy Ice said on its Web site that officials with the Antitrust Division searched the company's corporate office in Dallas on March 5. Reddy Ice said it would conduct an internal investigation.

In a telephone interview, Courtney Birck, a spokeswoman for Reddy Ice, said investigators took documents and information.

A news release on Arctic Glacier's Web site said the company has been subpoenaed to provide information to the Department of Justice and it plans to cooperate. Spokesman Neil Winther said neither corporate office in Winnipeg, Canada nor in West St. Paul, Minn., had been searched.

In a statement e-mailed to The Associated Press, spokesman Joshua Hammond said Home City Ice was also approached by federal authorities. "We cannot discuss the specifics regarding this inquiry, as it is an ongoing legal matter. This industry-wide review will in no way affect our service to our customers," Hammond wrote.

All three companies said they are going on with business as usual.

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 The Associated Press. All rights reserved. The information contained in the AP News report may not be published, broadcast, rewritten, or redistributed without the prior written authority of The Associated Press.

**EXHIBIT F**

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1952 - IN RE: Packaged Ice Antitrust Litigation

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 1952 - Packaged Ice AT
  For Open Cases

Page 1

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation

Status: Pending on / /

Transferee District:     Judge:

Printed on 04/21/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | => Phone: (212) 779-1414 Fax: (212) 779-3218 Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | => Phone: (215) 545-7200 Fax: (215) 545-6535 Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | => Phone: (214) 754-1903 Fax: (214) 665-0832 Email: bbarnett@susmangodfrey.com<br>Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | => Phone: (312) 621-2000 Fax: (312) 641-5504 Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | => Phone: (651) 287-2100 Fax: (651) 287-2103 Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900 Fax: (612) 339-0981 Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | => Phone: (215) 864-2800 Fax: (215) 864-2810 Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**Cohen, Jay S.**
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

=> Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com
Emmanuel (dba 7-11 25452), Ethamma*

**Evans, John C.**
SPECTER SPECTER EVANS & MANOGUE PC
Koppers Building
436 Seventh Avenue
26th Floor
Pittsburgh, PA 15219

=> Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com
Linco Distributing Co., Inc. dba Beer Minimum*

**Finkelman-Bennett, Natalie**
SHEPHERD FINKELMAN MILLER & SHAH LLC
35 East State Street
Media, PA 19063

=> Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com
Khorchid (dba 7-Eleven), Chukrid*

**Gittleman, Jeffrey B.**
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

=> Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com
Melrick, Inc. dba North Main Short Stop*

**Gordon, Ruthanne**
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365

=> Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net
Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop*

**Grabar, Joshua H.**
BOLOGNESE & ASSOCIATES LLC
Two Penn Center Plaza
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102

=> Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com
823 Sproul Inc. dba Sproul Beverage*; Krainc (dba Joe's Beer Distributor), Joseph*

**Greenberg, Roger B.**
SCHWARTZ JUNELL GREENBERG & OATHOUT LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010

=> Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com
Solid Waste, Ltd. dba Bayland Marina*

**Kaplan, Robert N.**
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022

=> Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com
Chi-Mar Enterprises, Inc.*

**Kilene, Jason S.**
GUSTAFSON GLUEK PLLC

=> Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluck.com
Mall Mart, Inc. dba Midway BP*

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Liebenberg, Roberta D.
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

=>Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finckaplan.com
    Joseph Difabritis 7-11 Food Store #24428*

Litvack, Sanford M.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022

=>Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com
    Home City Ice Co.*

Lockridge, Richard A.
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com
    Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace

Maasch, Mark A.
TURNER & MAASCH
550 West C. Street
Suite 1150
San Diego, CA 92101

=>Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com
    Barranco-Grams, Jan*

Majoras, John M.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

=>Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com
    Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.*

Nelson, James R.
DLA PIPER US LLP
1717 Main Street
Suite 4600
Dallas, TX 75201-4605

=>Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com
    Reddy Ice Corp.*; Reddy Ice Holdings, Inc.*

Olijnyk, Martha J.
MILLER LAW FIRM
300 Miller Building
950 West University Drive
Rochester, MI 48307

=>Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com
    Circle Beer & Beverage, Inc. ldba Duffy's Pop & Beer Warehouse*

Patane, Joseph M.
LAW OFFICES OF JOSEPH M PATANE
2280 Union Street
San Francisco, CA 94123

=>Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com
    Marin Scotty's Market, Inc.*

Salzman, Hollis L.
LABATON SUCHAROW LLP

=>Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com
    Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*;

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 140 Broadway, 33rd Floor<br>New York, NY 10005 | Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | =>Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | =>Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aku Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | =>Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselka@skv.com<br>Blassingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202 | =>Phone: (513) 621-2120  Fax: (513) 629-9426<br>Champs Liquors, Inc. |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | =>Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

---

Note: Please refer to the report title page for complete report scope and key.

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| | : | |
| IN RE: PACKAGED ICE | : | MDL DOCKET NO. 1952 |
| ANTITRUST LITIGATION | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Steven A. Asher, hereby certify that true and correct copies of the following papers:

    1.  Consolidated Response of Eastern Michigan Plaintiffs Elite
        Energy, LLC and Melrick, Inc. d/b/a North Main Short Stop
        and Springfield Exxon, LLP to Motions of Northern Ohio
        Plaintiffs, Minnesota Plaintiffs, and Northern Texas Plaintiff
        for Section 1407 Transfer and Centralized Pretrial
        Proceedings;[1]

    2.  Schedule of Related Actions; and

    3.  Certificate of Service

were served via Federal Express Overnight delivery on the 23rd day of April 2008, on counsel of

record for the parties identified on the J.P.M.L.'s Panel Service List attached hereto as well as

upon the following Clerks of Court:

Clerk of Court
United States District Court for the
   Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Tel. (415) 522-2000

Clerk of Court
United States District Court for the
   Southern District of California

---

[1] Plaintiff Chi-Mar Enterprises, Inc. and plaintiffs Fu-Wah Mini Market and Marchbanks Travel Service, Inc. d/b/a
Bear Mountain Travel Stop have moved for transfer to the Northern District of Ohio or, in the alternative, the
Eastern District of Michigan ("Northern Ohio Plaintiffs"). Plaintiffs Ridge Plaza Inc., The Baron Group, Inc. d/b/a
Baron's Ice House, Solid Waste Ltd. d/b/a Bayland Marina, Thrifty Liquor Inc. and Silver Springs Liquor Inc. and
plaintiff Mall Mart, Inc. d/b/a Midway BP have moved for transfer to the District of Minnesota ("Minnesota
Plaintiffs"). Plaintiff Rodney Blasingame has moved for transfer to the Northern District of Texas ("Northern Texas
Plaintiff").

880 Front Street, Suite 4290
San Diego, CA 92101-8900
Tel. (619) 557-5600

Clerk of Court
United States District Court for the
   District of Kansas
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101
(913) 551-6719

Clerk of Court
United States District Court for the
   Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226
Tel. (313) 234-5005

Clerk of Court
United States District Court for the
   District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Tel. (612) 664-5000

Clerk of Court
United States District Court for the
   Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830
Tel. (216) 357-7000

Office of the Clerk
United States District Court for the
   Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202
Tel. (513) 564-7500

Clerk of Court
United States District Court for the
  Northern District of Texas
1100 Commerce, Room 1452
Dallas, TX 75242
Tel. (214) 753-2200

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255
Washington, D.C. 20002
Tel. (202) 502-2800.

In addition, courtesy copies of the foregoing papers were served via First Class Mail on

the 23rd day of April 2008 on all counsel identified on the attached Schedule of Related Actions

for cases not identified on the Panel's Schedule of Actions dated April 4, 2008.

DATED:  April 23, 2008

Steven A. Asher
*Counsel for Plaintiff Elite Energy, LLC and*
*Springfield Exxon, LLP*

Printed on 04/21/2008

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1952 - IN RE: Packaged Ice Antitrust Litigation

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   \* Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 1952 - Packaged Ice AT
   For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:          Judge:

Printed on 04/21/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | =>Phone: (212) 779-1414 Fax: (212) 779-3218 Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | =>Phone: (215) 545-7200 Fax: (215) 545-6535 Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | =>Phone: (214) 754-1903 Fax: (214) 665-0832 Email: bbarnett@susmangodfrey.com<br>Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | =>Phone: (312) 621-2000 Fax: (312) 641-5504 Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | =>Phone: (651) 287-2100 Fax: (651) 287-2103 Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | =>Phone: (612) 339-6900 Fax: (612) 339-0981 Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | =>Phone: (215) 864-2800 Fax: (215) 864-2810 Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | =>Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Bulding<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | =>Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalic<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | =>Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | =>Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | =>Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | =>Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Krainc (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | =>Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | =>Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC | =>Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluck.com<br>Mall Mart, Inc. dba Midway BP* |

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Liebenberg, Roberta D.
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

=>Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com
    Joseph Difabritis 7-11 Food Store #24428*

Litvack, Sanford M.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022

=>Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com
    Home City Ice Co.*

Lockridge, Richard A.
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com
    Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace

Maasch, Mark A.
TURNER & MAASCH
550 West C. Street
Suite 1150
San Diego, CA 92101

=>Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com
    Barranco-Grams, Jan*

Majoras, John M.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

=>Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com
    Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.*

Nelson, James R.
DLA PIPER US LLP
1717 Main Street
Suite 4600
Dallas, TX 75201-4605

=>Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com
    Reddy Ice Corp.*; Reddy Ice Holdings, Inc.*

Olijnyk, Martha J.
MILLER LAW FIRM
300 Miller Building
950 West University Drive
Rochester, MI 48307

=>Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com
    Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse*

Patane, Joseph M.
LAW OFFICES OF JOSEPH M PATANE
2280 Union Street
San Francisco, CA 94123

=>Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com
    Marin Scotty's Market, Inc.*

Salzman, Hollis L.
LABATON SUCHAROW LLP

=>Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com
    Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*;

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

140 Broadway, 33rd Floor
New York, NY 10005

Thrifty Liquor, Inc.*

Scott, Daniel B.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

=> Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com
Y&R's, Inc.*

Sedran, Howard J.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

=> Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com
Five Angels Management dba Frank A. Smith Beverages*

Shub, Jonathan
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

=> Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com
RSB Wellman Co., Inc. aku Twig's Carry Out*

Veselka, Larry R.
SMYSER KAPLAN & VESELKA
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002

=> Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com
Blasingame, Rodney*

Wayne, Richard S.
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
4th Floor
Cincinnati, OH 45202

=> Phone: (513) 621-2120  Fax: (513) 629-9426
Champs Liquors, Inc.

Zylstra, Kendall S.
FARUQI & FARUQI
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

=> Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com
F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.*

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| **IN RE: PACKAGED ICE ANTITRUST LITIGATION** | : : : | **MDL DOCKET NO. 1952** |

## SCHEDULE OF RELATED ACTIONS (AS OF 4/23/08)

| PLAINTIFF | COURT/CASE NO. | COUNSEL FOR PLAINTIFF |
|---|---|---|
| Karen Davis | N.D. California No. 08-1937 | Reginald Von Terrell The Terrell Law Group 223 25th Street Richmond, CA 94804 |
| Cobblestone Tequesta LLC d/b/a Tequesta Citgo | S.D. California No. 08-656 | Christopher M. Burke Scott + Scott LLP 600 B Street Suite 1500 San Diego, CA 92101 |
| Blue Ash Service Center, Inc. a/k/a Blue Ash Shell | E.D. Michigan No. 08-11387 | Patrick Cafferty Cafferty Faucher LLP 1717 Arch Street Suite 3610 Philadelphia, PA 19103 |
| Donald K. Tomino d/b/a Crafton Beverage Center | E.D. Michigan No. 08-11438 | Martha Olijnyk E. Powell Miller The Miller Law Firm 300 Miller Building 950 West University Drive Rochester, MI 48307  Barbara J. Hart Lowey Dannenberg Cohen & Hart PC White Plains Plaza |

| | | One North Broadway<br>White Plains, NY  10601-2310 |
|---|---|---|
| Higginbotham Oil Co., Inc. | E.D. Michigan<br>No. 08-11400 | Patrick Cafferty<br>Cafferty Faucher<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA  19103 |
| Polly's Food Service, Inc. and<br>Kenco, Inc. | E.D. Michigan<br>No. 08-11420 | Mary Jane Fait<br>Theodore Bell<br>Wolf Haldenstein Adler Freeman<br>    & Herz LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL  60603 |
| Roberta Wooten d/b/a Wooten's<br>One Stop | E.D. Michigan<br>No. 08-11575 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI  48307 |
| Springfield Exxon, LLC | E.D. Michigan<br>No. 08-11561 | Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA  19103<br><br>Michael J. Boni<br>Joanne Zack<br>Boni & Zack LLC<br>15 St. Asaphs road<br>Bala Cynwyd, PA  19004 |
| Arkansas Garden Center West<br>LLC and Arkansas Garden Center<br>North | D. Minnesota<br>No. 08-1077 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN  55402<br><br>Bernard Persky<br>Labaton Sucharow LLC<br>140 Broadway, 33rd Floor<br>New York, NY  10005 |

| | | |
|---|---|---|
| Ja-Way, Inc. d/b/a Isle of Palms Red & White | D. Minnesota No. 08-1090 | Garrett Blanchfield, Jr. Mark Reinhardt Reinhardt, Wendorf & Blanchfield E-1250 First National Bank Building 332 Minnesota Street St. Paul, MN 55101<br><br>Guido Saveri R. Alexander Saveri Saveri & Saveri, Inc. 111 Pine Street, Suite 1700 San Francisco, CA 94111 |
| Meleen Corp. d/b/a Meleen Sportsman Store | D. Minnesota No. 08-1025 | Karl Cambronne Chestnut & Cambronne, P.A. 3700 Campbell Mithun Tower 222 South Ninth Street Minneapolis, MN 55402 |
| Tahira Firdous d/b/a Tfs, Inc. a/k/a All Stop #2 | D. Minnesota No. 08-1020 | Garrett Blanchfield, Jr. Mark Reinhardt Reinhardt, Wendorf & Blanchfield 332 Minnesota Street Suite E-1250 St. Paul, MN 55101 |
| Juniata Mobil | N.D. Ohio No. 08-859 | Kendall S. Zylstra Faruqi and Faruqi LLP 2600 Philmont Avenue, Suite 324 Huntingdon Valley, PA 19006 |
| Charlie Holland Motors, Inc. | N.D. Texas No. 08-576 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX 75202-3775<br><br>Eugene A. Spector Spector Roseman & Kodroff, PC |

|  |  | 1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
|---|---|---|
| Mount Pocono Campground, Inc. | N.D. Texas<br>No. 08-563 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>Steven J. Greenfogel<br>Meredith Cohen Greenfogel &<br>Skirnick, PC<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 |
| The Lanesville Food Mart Inc. | N.D. Texas<br>No. 08-607 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>Irwin B. Levin<br>Scott D. Gilchrist<br>Cohen Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 |

# WEINSTEIN KITCHENOFF &ASHER LLC

1845 Walnut Street Suite 1100 Philadelphia PA 19103

voice 215 545 7200
fax  215 545 6535
web  www.wka-law.com

STEVEN A. ASHER

Email: asher@wka-law.com
Admitted in PA and NY

April 23, 2008

**VIA FEDERAL EXPRESS**

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Re:    IN RE:  Packaged Ice Antitrust Litigation
MDL Docket No. 1952

Dear Mr. Lüthi:

Enclosed please find for filing the original and four copies of each of the following documents:

1. Consolidated Response of Eastern Michigan Plaintiffs Elite Energy, LLC, Melrick, Inc. d/b/a North Main Short Stop and Springfield Exxon, LLP to Motions of Northern Ohio Plaintiffs, Minnesota Plaintiffs, and Northern Texas Plaintiff for Section 1407 Transfer and Centralized Pretrial Proceedings;[1]

2. Schedule of Related Actions; and

3. Certificate of Service.

---

[1] Plaintiff Chi-Mar Enterprises, Inc. and plaintiffs Fu-Wah Mini Market and Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop have moved for transfer to the Northern District of Ohio or, in the alternative, the Eastern District of Michigan ("Northern Ohio Plaintiffs").  Plaintiffs Ridge Plaza Inc., The Baron Group, Inc. d/b/a Baron's Ice House, Solid Waste Ltd. d/b/a Bayland Marina, Thrifty Liquor Inc. and Silver Springs Liquor Inc. and plaintiff Mall Mart, Inc. d/b/a Midway BP have moved for transfer to the District of Minnesota ("Minnesota Plaintiffs").  Plaintiff Rodney Blasingame has moved for transfer to the Northern District of Texas ("Northern Texas Plaintiff").

# WEINSTEIN KITCHENOFF & ASHER LLC

Mr. Lüthi
April 23, 2008
Page 2

Also enclosed is a CD containing the aforementioned documents.

Please contact me if the Panel requires further information.

Sincerely,

Steven A. Asher

Enclosures
cc:    All counsel and courts on attached certificate of service