FILED

MAY 1 2008

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE                :      MDL DOCKET NO. 1952
ANTITRUST LITIGATION               :

08 CV 539 DMS (POR)

CONSOLIDATED REPLY OF EASTERN MICHIGAN PLAINTIFFS ELITE
ENERGY, LLC, MELRICK, INC. d/b/a NORTH MAIN SHORT STOP,
AND SPRINGFIELD EXXON LLC TO RESPONSES OF
NORTHERN OHIO PLAINTIFFS, MINNESOTA PLAINTIFFS, AND
NORTHERN TEXAS PLAINTIFFS FOR SECTION 1407 TRANSFER AND
CENTRALIZED PRETRIAL PROCEEDINGS

Based on a review of all the motions, responses, and interested party statements,

centralization and transfer of the Related Actions to the Eastern District of Michigan in

Detroit is most consistent with the longstanding jurisprudence of this Panel.

I.      TRANSFER OF THE RELATED CASES TO THE EASTERN DISTRICT
        OF MICHIGAN IS ESSENTIAL TO FACILITATE COORDINATION
        BETWEEN THE PARALLEL CIVIL AND CRIMINAL CASES.

The Northern Ohio Plaintiffs advocate transfer to the Northern District of Ohio in

Cleveland because defendant Home City, headquartered in Cincinnati, is close to

Cleveland; the Northern Texas Plaintiffs advocate transfer to the Northern District of

Texas in Dallas because defendant Reddy Ice is located there; and the Minnesota

Plaintiffs advocate transfer to the District of Minnesota because defendant Arctic Ice is

located there.  This only demonstrates that there is no single district in which the

headquarters of all three, or even two of the three, defendants are located.  Moreover, as

many of the moving plaintiffs have argued, because all documents produced in litigation

are easily made available by compact disc, the proximity to the headquarters of any one

defendant provides absolutely no benefit whatsoever.

The Eastern Michigan Plaintiffs seek transfer to Judge Borman in Detroit because that is the district in which the grand jury is located. Transfer to the district where the grand jury is located would facilitate coordination between the parallel civil and criminal cases. When faced with parallel civil and criminal proceedings, district courts are often asked to manage the civil case in whole or in part while the criminal case proceeds through critical junctures. For example, the court may delay the depositions of key criminal witnesses because of self-incrimination issues, *see Fidelity Funding of Calif., Inc. v. Reinhold*, 190 F.R.D. 45, 49-50 (E.D.N.Y. 1997); stay civil proceedings during the pendency of grand jury proceedings, *see In re: Grand Jury Proceedings*, 995 F.2d 1013, 1018 n.11 (11th Cir. 1993); or even seal discovery, *see United States v. Thompson*, 104 F. Supp. 2d 1303, 1309 (D. Kan. 2000). When the civil and criminal cases are proceeding in the same district, the court (whether or not the same judge is presiding over both civil and criminal cases) is in an ideal position to decide whether, and to what extent, the civil case should be permitted to proceed.

In *In re Polyester Staple Antitrust Litigation*, MDL No. 1516, the Panel sent the civil case to Judge Voorhees in the Western District of North Carolina; Judge Voorhees was also presiding over the criminal case. *In re Polyester Staple Antitrust Litig.*, 259 F. Supp. 2d 1376, 1378 (J.P.M.L. 2003). Several months after the transfer and on its own motion, the Court entered a stay of discovery when it learned that a defendant in the civil case was also a target in the grand jury investigation related to the civil case. *See* July 29, 2004 *Polyester* Order (docket entry #192), attached hereto as Exhibit A.

In *In re Graphite Electrodes Antitrust Litigation*, M.D.L. No. 1244, the Panel sent the case to Judge Weiner in the Eastern District of Pennsylvania, which was the situs of

the grand jury proceeding. 1998 U.S. Dist. LEXIS 12370, at *3 (J.P.M.L. 1998). At

various points in the litigation, the case was stayed by the Court at the request of the

Department of Justice. For example, on October 14, 1997, the Court permitted the DOJ

to intervene and stayed the litigation for nine months. *See* October 14, 1997 *Graphite*

*Electrodes* Order (docket entry #96). On March 8, 2000, the Court again permitted the

DOJ to intervene and entered a partial stay of discovery in the civil case until completion

of the criminal trial of one of the defendants in the civil case. *See* March 8, 2000

*Graphite Electrodes* Order (docket entry #212).

In *In re: Propane Direct Purchaser Antitrust Litigation*, N.D. Ill. No. 06-C-3541,

currently the subject of Panel proceedings,[1] the DOJ has been prosecuting a criminal case

against a corporate civil defendant in the same jurisdiction. The Court permitted the

government to intervene in the direct purchaser litigation and stayed the litigation for

nine months while the DOJ advanced its criminal case. *See* March 27, 2007 *Propane*

*Direct Purchaser* Order (docket entry #50), attached hereto at Exhibit B. The stay was

briefly extended on September 28, 2007 at the request of the government. *See* September

28, 2007 *Propane Direct Purchaser* Order (docket entry #61), also attached hereto as

Exhibit B. Shortly thereafter, on October 25, 2007, the DOJ filed a Deferred Prosecution

Agreement which it had entered into with the defendant. The civil litigation against the

defendant is now proceeding.

Although the Panel does not always send cases to the venue where the grand jury

is sitting, there are generally specific reasons for such decisions which are not present

---

[1] *See In re: BP Products North American, Inc. Antitrust Litigation (No. II)*, M.D.L. No.
1946.

here. For example, in *In re Catfish Antitrust Litigation*,[2] M.D.L. No. 928, the Panel

decided not to send the case to the Eastern District of Pennsylvania where the grand jury

was seated and, instead, sent the case to the Northern District of Mississippi. In *Catfish*,

however, the Panel determined that there was a "clear nexus" in the Northern District of

Mississippi because (1) every one of the defendants had their corporate headquarters and

principal places of business in that district, and (2) the forum was the choice of all

defendants and four of the six plaintiffs. *See Catfish* Transfer Order, attached hereto as

Exhibit C. The present litigation is quite different – the corporate defendants are

scattered and the forum where the largest number of cases have been filed is the Eastern

District of Michigan, *i.e.*, the same district where the grand jury is pending.

In *In re Electrical Carbon Products Antitrust Litigation*, MDL No. 1514, D.N.J.

03-CV-2182 (JBS), the Panel declined to send the case to the Eastern District of

Pennsylvania where the grand jury was located and, instead, sent the case to the District

of New Jersey. *See In re Electrical Carbon Products Antitrust Litig.*, 259 F. Supp. 2d

1374 (J.P.M.L. 2003). In that case, however, the courthouse in the grand jury district and

the courthouse in the transferee district were only six miles apart. *See id.* at 1376. In

addition, the Panel noted "the experience of the judge presiding over the [New Jersey]

actions . . . and the presence of both defendants and plaintiffs in New Jersey." *Id.*

In *In re Hydrogen Peroxide Antitrust Litig.*, M.D.L. No. 1682, the grand jury was

proceeding in the Northern District of California but the Panel sent the case to the Eastern

District of Pennsylvania because the majority of pending actions were in the E.D. Pa. and

---

[2] Cited by Northern Texas Plaintiffs Five Angels Management d/b/a Frank A. Smith
Beverages and Joseph DiFabritiis 7-11 Food Store #24428 in its response and attached
hereto as Exhibit C.

two of the largest defendant producers of hydrogen peroxide were just a few blocks from

the federal courthouse. *In re Hydrogen Peroxide Antitrust Litig.*, 374 F. Supp. 2d 1346,

1346 (J.P.M.L. 2005). No proponent of a non-Detroit venue can claim either a majority

of cases or the presence of two or more defendants.

## II.    THERE IS NO SOUND BASIS FOR DEFERRING TO DEFENDANTS' REQUEST FOR TRANSFER TO THE DISTRICT OF MINNESOTA.

Defendants seek transfer to the District of Minnesota because it is "convenient."[3]

Defendants argue that (1) there are direct flights from Winnipeg, the headquarters of

Arctic Glacier Income Fund, to Minneapolis, and (2) Arctic Glacier Income Fund's U.S.

affiliate has corporate offices in Minneapolis. However, this argument suggests only that

the District of Minnesota may be somewhat more convenient for the *Arctic Glacier*

defendants, but not for any of the other defendants. *Compare In re Washington Public

Power Supply System Sec. Litig.*, 568, F. Supp. 1250, 1252 (J.P.M.L. 1983) (transferring

case to W.D. Wa. because, among other things, the majority of defendants reside in the

Pacific Northwest); *In re Ascot Oils, Inc. Sec. Litig.*, 433 F. Supp. 1118, 1120 (J.P.M.L.

1977) (transferring case to Eastern District of Louisiana because, among other things,

eight of nine common defendants reside or have headquarters in that district).

Defendants' stated preference for a different district, in a different federal circuit, must be

attributed to litigation strategy rather than to any compelling need to which this Panel

should grant consideration.

---

[3] Defendants also argue judicial experience and the ability of the court to administratively manage the litigation, but there is no reason to believe, nor is it argued by Defendants, that the District of Minnesota is superior to the Eastern District of Michigan in either respect.

## III.     <u>CONCLUSION</u>

The reasons for transfer to the Eastern District of Michigan are far more

compelling than the reasons advanced for transfer to any other district.  Transfer to a

district where only one defendant is located serves no valid purpose.  Conversely, transfer

to Detroit will facilitate the vital coordination between parallel civil and criminal

proceedings which will permit the efficient progress of this litigation.

DATED:  April 30, 2008

_____
Steven A. Asher
Mindee J. Reuben
Noah Axler
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Phone:  (215) 545-7200
Fax:  (215) 545-6535


Mary Ellen Gurewitz
SACHS WALDMAN
        PROFESSIONAL CORPORATION
1000 Farmer
Detroit, MI 48226-2899
Phone:  (313) 965-3464
Fax: (313) 965-4602

***Counsel for Plaintiffs Elite Energy, LLC
and Springfield Exxon, LLP***

Michael J. Boni
Joanne Zack
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Phone: (610) 822-0201
Fax: (610) 822-0206

*Additional Counsel for Plaintiff Springfield Exxon, LLP*

Gerald J. Rodos
Mark R. Rosen
Jeffrey Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 29203
Phone: (215) 963-0600
Fax: (215) 963-0838

Simon Bahne Paris
SALTZ MONGELUZZI BARRETT
     & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282
Fax: (215) 496-0999

Jonathan B. Frank
121 W. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Phone: (248) 642-0500
Fax: (248) 642-5241

*Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop*

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE POLYESTER STAPLE** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL DOCKET NO: 3:03CV1516** |
| | ) | **ALL CASES** |

THIS MATTER comes before the Court on its own motion. Given recent developments announced by representatives of Wellman, Inc., namely, that the U.S. Department of Justice has identified Wellman as a target in the grand jury investigation related to these consolidated proceedings, the Court will continue the stay of discovery for an additional two (2) months, or until October 5, 2004.

IT IS, THEREFORE, ORDERED that, with the exception of continuing to review documents already produced, **ALL OTHER FORMS OF DISCOVERY**, including both class certification and merits discovery (i.e., depositions, interrogatories, requests for production of documents, requests for admissions, etc.), are hereby **STAYED through October 5, 2004.**

IT IS FURTHER ORDERED that the Court will conduct the next **STATUS CONFERENCE** on **Tuesday, October 5, 2004 at 10:00 AM**, Courtroom #2, Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

THIS the _29th_ day of July, 2004.

**RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE**

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

SCHAGRINGAS Co., et al.

                                          Plaintiff,

v.

                                          Case No.: 1:06−cv−03621
                                          Honorable James B. Zagel

BP Products North America, Inc., et al.

                                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 27, 2007:

MINUTE entry before Judge James B. Zagel :Motion hearing held on 3/27/2007. Attorney for US Department of Justice added. MOTION to enter case management order [41] is granted. MOTION by Intervenor Us Department Of Justice to file affidavit under seal [47] is granted. MOTION to intervene by the United States Department of Justice and to stay proceedings [43] is granted. Six months stay of proceedings permitted. Status hearing set for 9/28/2007 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov.*

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

SCHAGRINGAS Co., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:06−cv−03621
                                                        Honorable James B. Zagel

BP Products North America, Inc., et al.

                                        Defendant.
_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 28, 2007:

    MINUTE entry before Judge James B. Zagel :Status hearing held on 9/28/2007. Motion to extend stay [58] is granted. Motion for extension of time to serve [59] is granted.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT C

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 25 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

## *DOCKET NO. 928*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE CATFISH ANTITRUST LITIGATION*

## *BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK,* *LOUIS H. POLLAK, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

This litigation presently consists of six actions pending in two districts as follows:

| | |
|---|---|
| Northern District of Mississippi | 4 actions |
| Eastern District of Pennsylvania | 2 actions |

Plaintiffs in the four Mississippi actions move the Panel, pursuant to 28 U.S.C. §1407, for an order centralizing all actions in the Northern District of Mississippi for coordinated or consolidated pretrial proceedings. All defendants support this motion. The plaintiffs in the two Pennsylvania actions also support centralization, but they favor selection of the Eastern District of Pennsylvania as transferee forum.[1]

On the basis of the papers filed and the hearing held, the Panel finds that the six actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Northern District of Mississippi will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions are overlapping purported class actions, are brought against nearly the same defendants, and are based on allegations of a price fixing conspiracy to fix the price of catfish and catfish products. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to class certifications), and conserve the resources of the parties, their counsel and the judiciary.

---

*Judge Pollack took no part in the decision of this matter.

[1] Plaintiffs in three additional recently filed actions in the Northern District of Mississippi (two actions) and the Western District of Washington (one action) have also stated their support for centralization in the Mississippi forum. These three later filed actions were not formally before the Panel at the hearing held in this docket on May 29, 1992. In light of the Panel's decision in this docket, these actions will be treated as potential tag-along actions. *See* Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

- 2 -

Plaintiffs in the Pennsylvania actions, arguing in support of selection of the Eastern District of Pennsylvania as transferee forum, place great reliance on the pendency of grand jury and criminal proceedings involving certain of the MDL-928 defendants in that district. While the location of such proceedings has often been a key factor in the Panel's choice of transferee forum, it is not in and of itself determinative, especially where, as here, another district stands out as a clear nexus for the litigation. We are persuaded that the Northern District of Mississippi is the more appropriate transferee forum for MDL-928. We note that: 1) all defendants have their corporate headquarters and principal places of business in Mississippi, and the majority of their records and witnesses is likely to be found there; and 2) the Mississippi forum is the choice of the clear majority of parties to this docket (all defendants, plaintiffs in four of the six actions presently before the Panel, and the plaintiffs in three potential tag-along actions).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Mississippi be, and the same hereby are, transferred to the Northern District of Mississippi and, with the consent of that court, assigned to the Honorable Glen H. Davidson for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

John F. Nangle
Chairman

6-25-92

## SCHEDULE A

MDL-928 -- In re Catfish/Catfish Products Antitrust Litigation

### Eastern District of Pennsylvania

American Seafood, Inc., etc. v. Magnolia Processing, Inc., d/b/a
   Pride of the Pond, et al., C.A. No. 92-CV-1030

Levy World Limited Partnership v. Magnolia Processing, Inc., d/b/a
   Pride of the Pond, et al., C.A. No. 92-CV-1086

### Northern District of Mississippi

Rose's Wholesale Seafood, Inc. v. Magnolia Processing, Inc., et al.,
   C.A. No. 2:92-CV-026-D-O

State Fish Distributors, Inc. v. Magnolia Processing, Inc., et al.,
   C.A. No. 2:92-CV-020-D-O

Farm House Food Distributors, Inc. v. Magnolia Processing, Inc., et al.,
   C.A. No. 2:92-CV-030-D-O

Lemoyne Cold Storage, Inc., d/b/a Lemoyne Frozen Food Center v. Magnolia
   Processing, Inc., d/b/a/ Pride of the Pond, et al., C.A. No. 2:92-CV-031-D-O

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE: PACKAGED ICE | : | MDL DOCKET NO. 1952 |
| ANTITRUST LITIGATION | : |  |
|  | : |  |

## SCHEDULE OF RELATED ACTIONS (AS OF 4/30/08)

| PLAINTIFF | COURT/CASE NO. | COUNSEL FOR PLAINTIFF |
|---|---|---|
| Karen Davis | N.D. California No. 08-1937 | Reginald Von Terrell The Terrell Law Group 223 25th Street Richmond, CA 94804 |
| 6th & Island Investments, LLC | S.D. California No. 08-752 | Brian J. Robbins Robbins Umeda & Fink LLP 610 West Ash Street, Suite 1800 San Diego, CA 92101 |
| Cobblestone Tequesta LLC d/b/a Tequesta Citgo | S.D. California No. 08-656 | Christopher M. Burke Scott + Scott LLP 600 B Street Suite 1500 San Diego, CA 92101 |
| Market Street Investments, LLC | S.D. California No. 08-753 | Brian J. Robbins Robbins Umeda & Fink LLP 610 West Ash Street, Suite 1800 San Diego, CA 92101 |
| Bedros, Inc. d/b/a George's Dreshertown Shop n Bag | E.D. Michigan No. 08-11782 | Thomas I. Momjian Coss & Momjian LLP 111 Presidential Boulevard, Suite 233 Bala Cynwyd, PA 19004 |
| Blue Ash Service Center, Inc. a/k/a Blue Ash Shell | E.D. Michigan No. 08-11387 | Patrick Cafferty Cafferty Faucher LLP 1717 Arch Street Suite 3610 |

1

| | | Philadelphia, PA 19103 |
|---|---|---|
| Donald K. Tomino d/b/a Crafton Beverage Center | E.D. Michigan No. 08-11438 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307<br><br>Barbara J. Hart<br>Lowey Dannenberg Cohen & Hart PC<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-2310 |
| Higginbotham Oil Co., Inc. | E.D. Michigan No. 08-11400 | Patrick Cafferty<br>Cafferty Faucher<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 |
| Polly's Food Service, Inc. and Kenco, Inc. | E.D. Michigan No. 08-11420 | Mary Jane Fait<br>Theodore Bell<br>Wolf Haldenstein Adler Freeman<br> & Herz LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL 60603 |
| Roberta Wooten d/b/a Wooten's One Stop | E.D. Michigan No. 08-11575 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 |
| Springfield Exxon, LLC | E.D. Michigan No. 08-11561 | Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br><br>Michael J. Boni<br>Joanne Zack<br>Boni & Zack LLC<br>15 St. Asaphs road<br>Bala Cynwyd, PA 19004 |

| | | |
|---|---|---|
| Arkansas Garden Center West LLC and Arkansas Garden Center North | D. Minnesota No. 08-1077 | Daniel E. Gustafson Gustafson Gluek PLLC 650 Northstar East 608 Second Avenue South Minneapolis, MN 55402<br><br>Bernard Persky Labaton Sucharow LLC 140 Broadway, 33rd Floor New York, NY 10005 |
| Ja-Way, Inc. d/b/a Isle of Palms Red & White | D. Minnesota No. 08-1090 | Garrett Blanchfield, Jr. Mark Reinhardt Reinhardt, Wendorf & Blanchfield E-1250 First National Bank Building 332 Minnesota Street St. Paul, MN 55101<br><br>Guido Saveri R. Alexander Saveri Saveri & Saveri, Inc. 111 Pine Street, Suite 1700 San Francisco, CA 94111 |
| Meleen Corp. d/b/a Meleen Sportsman Store | D. Minnesota No. 08-1025 | Karl Cambronne Chestnut & Cambronne, P.A. 3700 Campbell Mithun Tower 222 South Ninth Street Minneapolis, MN 55402 |
| Tahira Firdous d/b/a Tfs, Inc. a/k/a All Stop #2 | D. Minnesota No. 08-1020 | Garrett Blanchfield, Jr. Mark Reinhardt Reinhardt, Wendorf & Blanchfield 332 Minnesota Street Suite E-1250 St. Paul, MN 55101 |
| Juniata Mobil | N.D. Ohio No. 08-859 | Kendall S. Zylstra Faruqi and Faruqi LLP 2600 Philmont Avenue, Suite 324 |

| | | Huntingdon Valley, PA 19006 |
|---|---|---|
| | | |
| Charlie Holland Motors, Inc. | N.D. Texas No. 08-576 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX 75202-3775<br><br><br>Eugene A. Spector Spector Roseman & Kodroff, PC 1818 Market Street, Suite 2500 Philadelphia, PA 19103 |
| Mount Pocono Campground, Inc. | N.D. Texas No. 08-563 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX 75202-3775<br><br><br>Steven J. Greenfogel Meredith Cohen Greenfogel & Skirnick, PC 1521 Locust Street, 8th Floor Philadelphia, PA 19102 |
| The Lanesville Food Mart Inc. | N.D. Texas No. 08-607 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX 75202-3775<br><br><br>Irwin B. Levin Scott D. Gilchrist Cohen Malad, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 |

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: PACKAGED ICE<br>ANTITRUST LITIGATION | :<br>:<br>:<br>: | MDL DOCKET NO. 1952 |

## <u>CERTIFICATE OF SERVICE</u>

I, Steven A. Asher, hereby certify that true and correct copies of the following papers:

    1.  Consolidated Reply of Eastern Michigan Plaintiffs Elite
Energy, LLC and Melrick, Inc. d/b/a North Main Short Stop
and Springfield Exxon LLC to Responses of Northern Ohio
Plaintiffs, Minnesota Plaintiffs, and Northern Texas Plaintiff
for Section 1407 Transfer and Centralized Pretrial Proceedings

       and

    2.  Certificate of Service for Consolidated Reply

were served via Federal Express Overnight delivery on the 30th day of April 2008, on counsel of

record for the parties identified on the J.P.M.L.'s Panel Service List attached hereto as well as

upon the following Clerks of Court:

Clerk of Court
United States District Court for the
  Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Tel. (415) 522-2000

Clerk of Court
United States District Court for the
  Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900
Tel. (619) 557-5600

Clerk of Court
United States District Court for the
  District of Kansas

1

500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101
(913) 551-6719

Clerk of Court
United States District Court for the
  Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226
Tel. (313) 234-5005

Clerk of Court
United States District Court for the
  District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Tel. (612) 664-5000

Clerk of Court
United States District Court for the
  Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830
Tel. (216) 357-7000

Office of the Clerk
United States District Court for the
  Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202
Tel. (513) 564-7500

Clerk of Court
United States District Court for the
  Northern District of Texas
1100 Commerce, Room 1452
Dallas, TX 75242
Tel. (214) 753-2200

2

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255
Washington, D.C. 20002
Tel. (202) 502-2800.

The Panel received an original and four copies of the documents for filing, as well as a disc

containing the Reply.

    In addition, courtesy copies of the foregoing papers were served via First Class Mail on

the 30th day of April 2008 on all counsel identified on the attached Schedule of Related Actions

for cases not identified on the Panel's Schedule of Actions dated April 4, 2008.

DATED:  April 30, 2008

Steven A. Asher
*Counsel for Plaintiff Elite Energy, LLC and*
*Springfield Exxon, LLP*

3

Page 1

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation

Status: Pending on  /  /                                             Printed on 04/28/2008
Transferee District:          Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | =>Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Artic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | =>Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | =>Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com<br>Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | =>Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | =>Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | =>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | =>Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

anol *Attorney Service List for MDL 1,952 Continued)*

| TTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

**ohen, Jay S.**
PECTOR ROSEMAN & KODROFF PC
318 Market Street
uite 2500
hiladelphia, PA 19103

⇒ Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com
Emmanuel (dba 7-11 25452), Ethumma*

**vans, John C.**
PECTER SPECTER EVANS & MANOGUE PC
oppers Bulding
36 Seventh Avenue
6th Floor
ittsburgh, PA 15219

⇒ Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com
Linco Distributing Co., Inc. dba Bear Minimum*

**Finkelman-Bennett, Natalie**
SHEPHERD FINKELMAN MILLER & SHAH LLC
35 East State Street
Media, PA 19063

⇒ Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com
Khorchid (dba 7-Eleven), Chukrid*

**Gittleman, Jeffrey B.**
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

⇒ Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com
Melrick, Inc. dba North Main Short Stop*

**Gordon, Ruthanne**
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365

⇒ Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net
Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop*

**Grabar, Joshua H.**
BOLOGNESE & ASSOCIATES LLC
Two Penn Center Plaza
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102

⇒ Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com
823 Sproul Inc. dba Sproul Beverage*; Krainc (dba Joe's Beer Distributor), Joseph*

**Greenberg, Roger B.**
SCHWARTZ JUNELL GREENBERG & OATHOUT LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010

⇒ Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com
Solid Waste, Ltd. dba Bayland Marina*

**Kaplan, Robert N.**
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022

⇒ Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com
Chi-Mar Enterprises, Inc.*

**Kilene, Jason S.**
GUSTAFSON GLUEK PLLC

⇒ Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com
Mall Mart, Inc. dba Midway BP*

*(Panel Attorney Service List for MDL 1,952 Continued)*

**ATTORNEY - FIRM**                    **REPRESENTED PARTY(S)**

650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

=>Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finckaplan.com
Joseph Difabritiis 7-11 Food Store #24428*

Liebenberg, Roberta D.
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

=>Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com
Home City Ice Co.*

Litvack, Sanford M.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022

=>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com
Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace

Lockridge, Richard A.
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=>Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com
Barranco-Grams, Jan*

Maasch, Mark A.
TURNER & MAASCH
550 West C. Street
Suite 1150
San Diego, CA 92101

=>Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com
Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.*

Majoras, John M.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

=>Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com
Reddy Ice Corp.*; Reddy Ice Holdings, Inc.*

Nelson, James R.
DLA PIPER US LLP
1717 Main Street
Suite 4600
Dallas, TX 75201-4605

=>Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com
Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse*

Oljnyk, Martha J.
MILLER LAW FIRM
300 Miller Building
950 West University Drive
Rochester, MI 48307

=>Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com
Marin Scotty's Market, Inc.*

Patane, Joseph M.
LAW OFFICES OF JOSEPH M PATANE
2280 Union Street
San Francisco, CA 94123

=>Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com
Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*;

Salzman, Hollis L.
LABATON SUCHAROW LLP

*Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

140 Broadway, 33rd Floor
New York, NY 10005

    Thrifty Liquor, Inc.*

    =>**Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com**

Scott, Daniel B.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

    Y&R's, Inc.*

    =>**Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com**

Sedran, Howard J.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

    Five Angels Management dba Frank A. Smith Beverages*

    =>**Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com**

Shub, Jonathan
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

    RSB Wellman Co., Inc. aka Twig's Carry Out*

    =>**Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com**

Veselka, Larry R.
SMYSER KAPLAN & VESELKA
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002

    Blasingame, Rodney*

    =>**Phone: (513) 621-2120  Fax: (513) 629-9426  Email: rswayne@strausstroy.com**

Wayne, Richard S.
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
4th Floor
Cincinnati, OH 45202-4018

    Champs Liquors, Inc.

    =>**Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com**

Zylstra, Kendall S.
FARUQI & FARUQI
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

    F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.*

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | : | |
|---|---|---|
| IN RE: PACKAGED ICE<br>ANTITRUST LITIGATION | : | MDL DOCKET NO. 1952 |
| | : | |

## SCHEDULE OF RELATED ACTIONS (AS OF 4/30/08)

| PLAINTIFF | COURT/CASE NO. | COUNSEL FOR PLAINTIFF |
|---|---|---|
| Karen Davis | N.D. California<br>No. 08-1937 | Reginald Von Terrell<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804 |
| 6th & Island Investments, LLC | S.D. California<br>No. 08-752 | Brian J. Robbins<br>Robbins Umeda & Fink, LLP<br>610 West Ash Street, Suite 1800<br>San Diego, CA 92101 |
| Cobblestone Tequesta LLC d/b/a<br>Tequesta Citgo | S.D. California<br>No. 08-656 | Christopher M. Burke<br>Scott + Scott LLP<br>600 B Street<br>Suite 1500<br>San Diego, CA 92101 |
| Market Street Investments, LLC | S.D. California<br>No. 08-753 | Brian J. Robbins<br>Robbins Umeda & Fink, LLP<br>610 West Ash Street, Suite 1800<br>San Diego, CA 92101 |
| Bedros, Inc. d/b/a George's<br>Dreshertown Shop'n Bag | E.D. Michigan<br>No. 08-11782 | Thomas J. Momjian<br>Coss & Momjian, LLP<br>111 Presidential Boulevard, Suite 233<br>Bala Cynwyd, PA 19004 |
| Blue Ash Service Center, Inc. a/k/a<br>Blue Ash Shell | E.D. Michigan<br>No. 08-11387 | Patrick Cafferty<br>Cafferty Faucher LLP<br>1717 Arch Street<br>Suite 3610 |

| | | Philadelphia, PA 19103 |
|---|---|---|
| Donald K. Tomino d/b/a Crafton Beverage Center | E.D. Michigan No. 08-11438 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307<br><br>Barbara J. Hart<br>Lowey Dannenberg Cohen & Hart PC<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-2310 |
| Higginbotham Oil Co., Inc. | E.D. Michigan No. 08-11400 | Patrick Cafferty<br>Cafferty Faucher<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 |
| Polly's Food Service, Inc. and Kenco, Inc. | E.D. Michigan No. 08-11420 | Mary Jane Fait<br>Theodore Bell<br>Wolf Haldenstein Adler Freeman<br>   & Herz LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL 60603 |
| Roberta Wooten d/b/a Wooten's One Stop | E.D. Michigan No. 08-11575 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 |
| Springfield Exxon, LLC | E.D. Michigan No. 08-11561 | Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br><br>Michael J. Boni<br>Joanne Zack<br>Boni & Zack LLC<br>15 St. Asaphs road<br>Bala Cynwyd, PA 19004 |

| | | |
|---|---|---|
| Arkansas Garden Center West LLC and Arkansas Garden Center North | D. Minnesota No. 08-1077 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN  55402<br><br>Bernard Persky<br>Labaton Sucharow LLC<br>140 Broadway, 33rd Floor<br>New York, NY  10005 |
| Ja-Way, Inc. d/b/a Isle of Palms Red & White | D. Minnesota No. 08-1090 | Garrett Blanchfield, Jr.<br>Mark Reinhardt<br>Reinhardt, Wendorf & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN  55101<br><br>Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111 |
| Meleen Corp. d/b/a Meleen Sportsman Store | D. Minnesota No. 08-1025 | Karl Cambronne<br>Chestnut & Cambronne, P.A.<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN  55402 |
| Tahira Firdous d/b/a Tfs, Inc. a/k/a All Stop #2 | D. Minnesota No. 08-1020 | Garrett Blanchfield, Jr.<br>Mark Reinhardt<br>Reinhardt, Wendorf & Blanchfield<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN  55101 |
| Juniata Mobil | N.D. Ohio No. 08-859 | Kendall S. Zylstra<br>Faruqi and Faruqi LLP<br>2600 Philmont Avenue, Suite 324 |

3

| | | Huntingdon Valley, PA  19006 |
| --- | --- | --- |
| Charlie Holland Motors, Inc. | N.D. Texas No. 08-576 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX  75202-3775  Eugene A. Spector Spector Roseman & Kodroff, PC 1818 Market Street, Suite 2500 Philadelphia, PA  19103 |
| Mount Pocono Campground, Inc. | N.D. Texas No. 08-563 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX  75202-3775  Steven J. Greenfogel Meredith Cohen Greenfogel & Skirnick, PC 1521 Locust Street, 8th Floor Philadelphia, PA  19102 |
| The Lanesville Food Mart Inc. | N.D. Texas No. 08-607 | Terrell W. Oxford Barry Barnett Susman Godfrey L.L.P. 901 Main Street, Suite 5100 Dallas, TX  75202-3775  Irwin B. Levin Scott D. Gilchrist Cohen Malad, LLP One Indiana Square, Suite 1400 Indianapolis, IN  46204 |