MDL DOCKET NO. 1952

**FILED**
MAY 1 2008
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **MAY 12, 2008**

TO:   Clerk of the Panel
      U.S. Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC 20002-8004

08 CV 539 DMS (POR)

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

__4-30-2008__     __Steven A. Asher__     _____
   Date                   Name              Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

    Elite Energy, LLC
    Civil Action No. 2:08-11201 (E.D. Mich.)

    Springfield Exxon LLC
    Civil Action No. 2:08-11561 (E.D. Mich.)

Name and Address of Attorney Designated to Present Oral Argument:

    Steven A. Asher
    Weinstein Kitchenoff & Asher LLC
    1845 Walnut Street, Suite 1100
    Philadelphia, PA   19103

Telephone No.: __215-545-7200__

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION | MDL DOCKET NO. 1952 |

## CERTIFICATE OF SERVICE

I, Steven A. Asher, hereby certify that true and correct copies of the following papers:

1. Notice of Presentation or Waiver of Oral Argument

   and

2. Certificate of Service

were served via Federal Express Overnight delivery on the 30th day of April 2008, on counsel of record for the parties identified on the J.P.M.L.'s Panel Service List attached hereto as well as upon the following Clerks of Court:

Clerk of Court
United States District Court for the
  Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Tel. (415) 522-2000

Clerk of Court
United States District Court for the
  Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900
Tel. (619) 557-5600

Clerk of Court
United States District Court for the
  District of Kansas
500 State Ave.
259 U.S. Courthouse
Kansas City, Kansas 66101
(913) 551-6719

Clerk of Court
United States District Court for the
  Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226
Tel. (313) 234-5005

Clerk of Court
United States District Court for the
  District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Tel. (612) 664-5000

Clerk of Court
United States District Court for the
  Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830
Tel. (216) 357-7000

Office of the Clerk
United States District Court for the
  Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202
Tel. (513) 564-7500

Clerk of Court
United States District Court for the
  Northern District of Texas
1100 Commerce, Room 1452
Dallas, TX 75242
Tel. (214) 753-2200

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255

Washington, D.C. 20002
Tel. (202) 502-2800.

    In addition, courtesy copies of the foregoing papers were served via First Class Mail on the 30th day of April 2008 on all counsel identified on the attached Schedule of Related Actions for cases not identified on the Panel's Schedule of Actions dated April 4, 2008.

DATED: April 30, 2008

                                    Steven A. Asher
                                    *Counsel for Plaintiff Elite Energy, LLC and*
                                    *Springfield Exxon LLC*

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on  / /
Transferee District:        Judge:

Printed on 04/28/2008

**ATTORNEY - FIRM**          **REPRESENTED PARTY(S)**

Aranoff, Ronald J.
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
22nd Floor
New York, NY 10016

=> Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com
   Mazel LLC*

Artic Glacier California,
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

=>
   Arctic Glacier California, Inc.

Asher, Steven A.
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

=> Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com
   Elite Energy, LLC*

Barnett, Barry
SUSMAN GODFREY LLP
901 Main Street
Suite 5100
Dallas, TX 75202

=> Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com
   Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.*

Barnow, Ben
BARNOW & ASSOCIATES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602-4606

=> Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com
   Valencia, Jenifer*

Blanchfield, Jr, Garrett D.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

=> Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com
   G.M. Food & Fuel, LLC dba G.M. Food & Gas*

Bruckner, W. Joseph
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=> Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com
   Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors*

Clobes, Bryan L.
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

=> Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com
   S&S Limu, Inc. dba Dry Run Beverage*

(Panel Attorney Service List for MDL 1,952 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | => Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Building<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | => Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | => Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | => Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | => Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Marker*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | => Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | => Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC | => Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |

(Panel Attorney Service List for MDL 1,952 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | => Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finckaplan.com<br>Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | => Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com<br>Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com<br>Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | => Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com<br>Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | => Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com<br>Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4605 | => Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com<br>Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | => Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com<br>Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse* |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | => Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tntp.com<br>Marin Scotty's Market, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP | => Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com<br>Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*; |

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | 140 Broadway, 33rd Floor<br>New York, NY 10005 → Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | ⇒Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | ⇒Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | ⇒Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | ⇒Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202-4018 | ⇒Phone: (513) 621-2120  Fax: (513) 629-9426  Email: rswayne@strausstroy.com<br>Champs Liquors, Inc. |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | ⇒Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

title page for complete report scope and key.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION | : : : : | MDL DOCKET NO. 1952 |

### SCHEDULE OF RELATED ACTIONS (AS OF 4/30/08)

| PLAINTIFF | COURT/CASE NO. | COUNSEL FOR PLAINTIFF |
|---|---|---|
| Karen Davis | N.D. California No. 08-1937 | Reginald Von Terrell The Terrell Law Group 223 25th Street Richmond, CA 94804 |
| 6th & Island Investments, LLC | S.D. California No. 08-752 | Brian J. Robbins Robbins Umeda & Fink, LLP 610 West Ash Street, Suite 1800 San Diego, CA 92101 |
| Cobblestone Tequesta LLC d/b/a Tequesta Citgo | S.D. California No. 08-656 | Christopher M. Burke Scott + Scott LLP 600 B Street Suite 1500 San Diego, CA 92101 |
| Market Street Investments, LLC | S.D. California No. 08-753 | Brian J. Robbins Robbins Umeda & Fink, LLP 610 West Ash Street, Suite 1800 San Diego, CA 92101 |
| Bedros, Inc. d/b/a George's Dreshertown Shop n' Bag | E.D. Michigan No. 08-11782 | Thomas J. Momjian Coss & Momjian, LLP 111 Presidential Boulevard, Suite 233 Bala Cynwyd, PA 19004 |
| Blue Ash Service Center, Inc. a/k/a Blue Ash Shell | E.D. Michigan No. 08-11387 | Patrick Cafferty Cafferty Faucher LLP 1717 Arch Street Suite 3610 |

|  |  | Philadelphia, PA 19103 |
| --- | --- | --- |
| Donald K. Tomino d/b/a Crafton Beverage Center | E.D. Michigan No. 08-11438 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307<br><br>Barbara J. Hart<br>Lowey Dannenberg Cohen & Hart PC<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-2310 |
| Higginbotham Oil Co., Inc. | E.D. Michigan No. 08-11400 | Patrick Cafferty<br>Cafferty Faucher<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 |
| Polly's Food Service, Inc. and Kenco, Inc. | E.D. Michigan No. 08-11420 | Mary Jane Fait<br>Theodore Bell<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>55 W. Monroe Street, Suite 111<br>Chicago, IL 60603 |
| Roberta Wooten d/b/a Wooten's One Stop | E.D. Michigan No. 08-11575 | Martha Olijnyk<br>E. Powell Miller<br>The Miller Law Firm<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 |
| Springfield Exxon, LLC | E.D. Michigan No. 08-11561 | Steven A. Asher<br>Mindee J. Reuben<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br><br>Michael J. Boni<br>Joanne Zack<br>Boni & Zack LLC<br>15 St. Asaphs road<br>Bala Cynwyd, PA 19004 |

| | | |
|---|---|---|
| Arkansas Garden Center West LLC and Arkansas Garden Center North | D. Minnesota No. 08-1077 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br><br>Bernard Persky<br>Labaton Sucharow LLC<br>140 Broadway, 33rd Floor<br>New York, NY 10005 |
| Ja-Way, Inc. d/b/a Isle of Palms Red & White | D. Minnesota No. 08-1090 | Garrett Blanchfield, Jr.<br>Mark Reinhardt<br>Reinhardt, Wendorf & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br><br>Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111 |
| Meleen Corp. d/b/a Meleen Sportsman Store | D. Minnesota No. 08-1025 | Karl Cambronne<br>Chestnut & Cambronne, P.A.<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN 55402 |
| Tahira Firdous d/b/a Tfs, Inc. a/k/a All Stop #2 | D. Minnesota No. 08-1020 | Garrett Blanchfield, Jr.<br>Mark Reinhardt<br>Reinhardt, Wendorf & Blanchfield<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 |
| Juniata Mobil | N.D. Ohio No. 08-859 | Kendall S. Zylstra<br>Faruqi and Faruqi LLP<br>2600 Philmont Avenue, Suite 324 |

| | | |
|---|---|---|
| | | Huntingdon Valley, PA 19006 |
| | | |
| Charlie Holland Motors, Inc. | N.D. Texas<br>No. 08-576 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>Eugene A. Spector<br>Spector Roseman & Kodroff, PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
| Mount Pocono Campground, Inc. | N.D. Texas<br>No. 08-563 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>Steven J. Greenfogel<br>Meredith Cohen Greenfogel &<br>Skirnick, PC<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 |
| The Lanesville Food Mart Inc. | N.D. Texas<br>No. 08-607 | Terrell W. Oxford<br>Barry Barnett<br>Susman Godfrey L.L.P.<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>Irwin B. Levin<br>Scott D. Gilchrist<br>Cohen Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 |