

FILED

MAY 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

08 CV 539 DMS (POR)

IN RE PACKAGED ICE ANTITRUST
LITIGATION

MDL NO. 1952

## REPLY MEMORANDUM OF PLAINTIFFS RIDGE PLAZA INC., THE BARON GROUP, INC. d/b/a BARON'S ICE HOUSE, SOLID WASTE LTD., INC. d/b/a BAYLAND MARINA, THRIFTY LIQUOR INC. AND SILVER SPRINGS LIQUOR, INC. IN FURTHER SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS IN THE DISTRICT OF MINNESOTA FOR PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Plaintiffs, Ridge Plaza Inc., The Baron Group, Inc. d/b/a Baron's Ice House, Solid Waste

Ltd., Inc. d/b/a/ Bayland Marina, Thrifty Liquor Inc. and Silver Springs Liquor, Inc. (the "Ridge

Plaza Plaintiffs")[1] hereby submit this reply memorandum in further support of their Motion for

Transfer and Coordination or Consolidation of Related Antitrust Actions in the District of

Minnesota for Pretrial Proceedings pursuant to 28 U.S.C. § 1407.

---

[1] Interested Party Plaintiffs Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC also join in this motion.

## BACKGROUND

On March 26, 2008, the Ridge Plaza Plaintiffs filed a motion with the Panel seeking transfer and consolidation of the fourteen related actions then on file to the District of Minnesota. Since then, forty-seven additional related actions have been filed, bringing the total number of pending actions to sixty-one. Over the last five weeks the Panel has received an additional nineteen submissions (styled as either motions or responses) from other plaintiffs. Each of these subsequent filings has supported the transfer and consolidation of actions, but many have advocated in favor of other transferee districts. In addition to the District of Minnesota, the proposals now include the Northern District of Ohio, the Eastern District of Michigan, and the Northern District of Texas.

As discussed below, these later submissions raise no compelling arguments in favor of the other proposed transferee districts or against transfer to the District of Minnesota. The real value added from some subsequent filings is that they persuasively make the case for why transfer to the District of Minnesota is most appropriate. Accordingly, for the reasons stated below and in their opening brief, the Ridge Plaza Plaintiffs renew their request that *In re Packaged Ice Antitrust Litigation* ("*Packaged Ice Antitrust*") be transferred to Chief Judge Rosenbaum in the District of Minnesota.

## ARGUMENT

### A.    The Actions Should Be Transferred to and Consolidated in The District of Minnesota.

The District of Minnesota is the venue where the first action was filed (and where thirteen other cases are pending). Because one of the defendants and several of the plaintiffs are based there, and another defendant and additional plaintiffs are in close geographic proximity, the District of Minnesota has a nexus to the proceedings that is stronger than any other.

The District of Minnesota is also centrally located and uniquely convenient for a large number of both plaintiffs' and defendants' counsel. According to www.flightstats.com, the Minneapolis/St. Paul International Airport provides 13 daily non-stop flights to and from Dallas; 9 daily non-stop flights to and from Cleveland; and 5 daily non-stop flights to and from Winnipeg. This convenience, afforded by Minnesota's central geographic location, was noted by the Panel when it transferred *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation* to the District of Minnesota. 398 F. Supp. 2d 1371, 1372 (J.P.M.L. 2005) (noting that the parties and witnesses were geographically dispersed and selecting the District of Minnesota because it "is a geographically central, metropolitan district equipped with the resources that this complex . . . litigation is likely to require."). Thus, the District of Minnesota is a convenient forum and transfer there will best conserve the resources of the parties, their counsel and the judiciary.

Defendants also unanimously support transfer to the District of Minnesota for all of the reasons set forth herein. Even the Texas-based Reddy Ice defendants agree that, taking all factors into account, the District of Minnesota is the most appropriate forum for this litigation. Moreover, defendants dispel any myth that the relevant documents are exclusively located in other jurisdictions and confirm that these documents can be made available in the District of Minnesota just as easily as they can be made available anywhere else.[2]

---

[2] *See* Joint Response of Defendants Reddy Ice Holdings, Inc. Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier, Inc., and Arctic Glacier International, Inc. To The Motions Of Plaintiffs Ridge Plaza, Inc., The Baron Group, Inc., Solid Waste Ltd., Inc., Thrifty Liquor, Inc., Silver Springs Liquor, Inc., Rodney Blasingame, Elite Energy, LLC, S&S Lima, Inc., and Chi-Mar Enterprises, Inc. For Transfer And Consolidation Of Pretrial Proceedings Under 28 U.S.C. §1407, at 7 ("Joint Response").

Finally, the District of Minnesota also has a favorable docket. Advocates for other districts point to the 881 pending actions per judgeship, as reflected in the Judicial Caseload Profile for the 12-month period ending September 30, 2007.[3] That statistic is misleading and uninformative. It can be explained in part by the fact that *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL 1726 and *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708 are currently pending in the District of Minnesota. These two litigations alone involve over 3,171 pending actions.[4] These cases are statistical outliers which have the effect of skewing the results and giving a false impression of actual judicial caseloads in the District of Minnesota. Moreover, the *Guidant* litigation is nearly finished, which further demonstrates the capability of the District of Minnesota to take a new MDL case.[5]

A similar phenomenon occurred in the Eastern District of Louisiana after the Panel transferred *In re Vioxx Products Liability Litigation*, MDL 1657 (the "*Vioxx MDL*"), to Judge Eldon E. Fallon in 2005. In the three years preceding the initial *Vioxx MDL* Transfer Order, Eastern District of Louisiana's pending cases per judgeship was consistently under 300.[6] That number jumped to 444 in 2005 and crossed the 1,000 mark in 2006. There are currently 9,284 pending actions in the *Vioxx MDL*,[7] and it is almost single-handedly responsible for propelling

---

[3]  *See* Salzman Declaration Exhibit A.

[4]  *See* Salzman Declaration Exhibit B, at 10.

[5]  The court has already approved the proposed class action settlement and awarded attorneys' fees.

[6]  *See* Salzman Declaration Exhibit C.

[7]  *See* Salzman Declaration Exhibit B, at 5.

the Eastern District of Louisiana's "Judicial Caseload Profile" to 1,369 pending cases per

judgeship in 2007 – the highest in the Nation.[8]

If anything, the high number of pending MDL cases and cases per judgeship in the

District of Minnesota reflects the presence of efficient and capable judges. The efficiency and

capability of these judges is reflected by the mere 4.5% of civil cases in the district that are over

3 years old. Thus, the various judicial statistics quoted to the Panel should not be viewed as a

negative in connection with determining whether *Packaged Ice Antitrust* should be transferred to

Chief Judge Rosenbaum.

**B.    The Actions Should Not Be Transferred to The Northern District of Ohio**

Several plaintiffs have proposed that *Packaged Ice Antitrust* be transferred to Judge

Kathleen M. O'Malley, who sits in the Northern District of Ohio courthouse in Cleveland (the

"Cleveland Plaintiffs"). The Cleveland Plaintiffs advocate transfer to the Northern District of

Ohio because, among other reasons, it is ostensibly "conveniently located" for the parties and

witnesses. This assertion is not logical. Significantly, not a single defendant is located in the

Northern District of Ohio. Rather, defendants are located in Cincinnati[9] (Home City Ice),

Winnipeg, Manitoba, Canada (Arctic Glacier Fund and Arctic Glacier Inc.), Minneapolis,

Minnesota (Arctic Glacier Int'l) and Dallas, Texas (Reddy Ice). Thus, the vast majority of

parties, witnesses and counsel will have to travel (many by air) to Cleveland should the cases be

transferred to the Northern District of Ohio.

The Cleveland Plaintiffs fail to address that there are no daily non-stop flights between

Cleveland and Winnipeg. This factor strongly supports transfer to the District of Minnesota,

---

[8]    *See* Salzman Declaration Exhibit C.

[9]    Cincinnati is located over 248 miles from Cleveland.

which offers 5 daily non-stop flights between Winnipeg and Minnesota. *See, e.g., In re New Motor Vehicles Canadian Exp. Litig.*, 269 F. Supp. 2d 1372, 1373 (J.P.M.L. 2003) (transferring cases to the District of Maine in part because of the district's close proximity to Canada). In fact, of the few carriers that offer service between Winnipeg and Ohio, several would require passengers to take a connecting flight in *Minneapolis*.[10] Should *Packaged Ice Antitrust* be transferred to the Northern District of Ohio, all of the parties and witnesses located in Winnipeg would be compelled to take two flights to get to Ohio, and then have to travel another 15 miles by car to get to the courthouse.[11] This significant inconvenience involved in traveling to Cleveland strongly militates against transfer to the Northern District of Ohio.

The Cleveland Plaintiffs also argue for transfer to the Northern District of Ohio because the government's investigation is being conducted out of Ohio and government lawyers *may* wish to attend any hearings in the private civil litigation. The Cleveland Plaintiffs also argue that the Northern District of Ohio is more convenient for the government attorneys because it is within driving distance of the grand jury located in Michigan. These arguments are based on pure speculation. First, it is not certain whether the government attorneys will even want to attend private civil hearings. More importantly, the Panel should reject the assumption that government attorneys would prefer to drive 170 miles to Michigan rather than take a brief flight to Minnesota.

---

[10] Delta and Northwest both offer flights between Winnipeg and Cincinnati with layovers in Minneapolis. *See* the Declaration of Hollis L. Salzman sworn to on April 30, 2008 ("Salzman Declaration"), Exhibit D.

[11] As noted by defendants in their Joint Response, this inconvenience may be compounded by flight delays that could cause travelers to miss connecting flights. *See* Joint Response, at 4.

C.    **The Actions Should Not Be Transferred to the Eastern District of Michigan.**

Several additional plaintiffs have proposed that *Packaged Ice Antitrust* be transferred to

Judge Paul D. Borman, who sits in the Eastern District of Michigan courthouse in Detroit ("the

Detroit Plaintiffs"). The Detroit Plaintiffs primarily argue that it is the most appropriate forum

because of its convenience and because it is where the grand jury is located. All the same

convenience factors that disfavor transfer of *Packaged Ice Antitrust* to Cleveland similarly

disfavor transfer to the Eastern District of Michigan courthouse in Detroit. None of the

Defendants is located in Michigan and only a small minority of Plaintiffs are located there.[12]

Furthermore, as with Ohio, there are no non-stop flights between Winnipeg and Detroit. And, at

least one carrier requires passengers to make a connection in Minneapolis.

Furthermore, it is well-settled that the Panel does not automatically transfer related

actions to the location of a grand jury. *See In re Hydrogen Peroxide Antitrust Litig.*, 374 F.

Supp. 2d 1345, 1346 (J.P.M.L. 2005). Rather, when the Panel does transfer related actions to the

location of a grand jury, it is usually because other additional factors also militate in favor of

transfer to that district. *See, e.g., In re Orthopedic Implant Device Antitrust Litig.*, 483 F. Supp.

2d 1355, 1355 (J.P.M.L. 2007) (transferring related actions to venue where the first action was

filed, where the grand jury was located, and where the parties agreed was most appropriate); *In

re Foundry Resins Antitrust Litig.*, 342 F. Supp. 2d 1346, 1347 (J.P.M.L. 2004) (transferring

related actions to location of two of the defendants and adding that presence of grand jury there

only "tilts" the relevant factors in favor of that district). None of these additional factors is

---

[12]    Out of the sixty-one known related actions filed to date, only the following six plaintiffs
are located in Michigan: GRI, Inc., Kenco, Inc., Polly's Food Service, Inc., Twin Value, LLC
d/b/a Seaway Market Place, Public Foods, Inc. and Americana Foodstore. Importantly, of these
six plaintiffs, two filed in the District of Minnesota (Public Foods, Inc. and Americana
Foodstore) and one filed in the District of Kansas (Twin Value LLC).

present here. Indeed, the Eastern District of Michigan has virtually no nexus to this case other than the presence of the grand jury in Detroit.[13]

###    D.    The Actions Should Not Be Transferred to the Northern District of Texas.

Several plaintiffs have also moved to transfer *Packaged Ice Antitrust* to the Northern District of Texas courthouse located in Dallas ("Dallas Plaintiffs"). The Panel should not seriously entertain this request.[14] While travel to Dallas may be convenient for the Reddy Ice defendants, the Northern District of Texas is approximately one thousand miles from the majority of parties and witnesses. Just as with Cleveland and Detroit, there are no non-stop flights between Dallas and Winnipeg, and several carriers would require a connection in Minnesota.[15] Significantly, even the Texas-based Reddy Ice defendants concede that the District of Minnesota is the most appropriate forum for *Packaged Ice Antitrust*.

The Northern District of Texas is also, by far, the most *inconvenient* forum to the vast majority of counsel. As of this date, the Ridge Plaza Plaintiffs are aware of 61 actions in total; the filed complaints list 130 different plaintiff attorney office locations in 21 different states. *See* Salzman Declaration, Exhibit E. Almost 75% of plaintiffs' listed law office locations (94 out of 130) are located east of the Mississippi River. And all of the law firms representing the Defendants have offices east of the Mississippi River: Jones Day (D.C. and Illinois); Hogan &

---

[13] The Detroit Plaintiffs also attempt to elevate the importance of the grand jury by suggesting that this is where original copies of relevant documents *may* be located. Defendants have exposed this argument as both highly speculative and inaccurate. In their Joint Response, defendants explain that the documents seized by the government are *not* located in Detroit. Joint Response, at 7.

[14] *See* MDL Docket # 35.

[15] Salzman Declaration Exhibit D.

Hartson (New York)[16]; DLA Piper[17] (Minnesota and D.C.); and Graydon Head & Ritchey (Ohio and Kentucky).

In stark contrast, only two of plaintiffs' listed law offices are located in the Northern District of Texas.  Transferring *Packaged Ice Antitrust* to Dallas will thus ensure the extra time and expense of flights, lengthy cab rides to and from the airport and potential overnight stays for most counsel involved.

While no one is in a position at this time to know which firm or firms will be appointed as interim class counsel, selecting the District of Minnesota provides at least the probability that many if not most lawyers responsible for the case will be able to minimize cost and travel burdens by making inexpensive same-day round-trips to and from the courthouse.

## **CONCLUSION**

For the reasons set forth herein, the Ridge Plaza Plaintiffs respectfully request that the Panel transfer and consolidate or coordinate the Actions to the District of Minnesota.

---

[16] Hogan & Hartson is also located in California.

[17] DLA Piper is also located in Texas.

Dated:  April 30, 2008                    Respectfully submitted,


                                          LABATON SUCHAROW LLP


                                          Bernard Persky
                                          Hollis L. Salzman
                                          Christopher J. McDonald
                                          Kellie Lerner
                                          140 Broadway
                                          New York, NY  10005
                                          Telephone:  (212) 907-0700
                                          Facsimile:  (212) 818-0477

                                          Daniel E. Gustafson
                                          Jason S. Kilene
                                          GUSTAFSON GLUEK PLLC
                                          608 2nd Avenue S., Suite 650
                                          Minneapolis, MN  55402
                                          Telephone:  (612) 333-8844
                                          Facsimile:  (612) 339-6622

                                          *Attorneys for Ridge Plaza Inc.,*
                                          *Solid Waste Ltd., Inc. d/b/a Bayland Marina,*
                                          *Thrifty Liquor Inc., and Arkansas Garden*
                                          *Center West LLC and Arkansas Garden Center*
                                          *North  LLC*

                                          Guri Ademi
                                          Shpetim Ademi
                                          David J. Syrios
                                          ADEMI & O'REILLY
                                          3620 East Layton Avenue
                                          Cudahy, WI  53110
                                          Telephone:  (414) 482-8000

                                          *Attorney for Ridge Plaza Inc.*

Karl L. Cambronne
Jeffery D. Bores
Bryan L. Bleichner
CHESTNUT & CAMBRONNE, PA
222 S. 9th Street, Suite 3700
Minneapolis, MN 55402
Telephone: (612) 339-7300
Facsimile: (612) 336-2921

Gary B. Friedman
Tracey Kitzman
Aaron D. Patton
Dean M. Solomon
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: (212) 680-5150
Facsimile: (646) 277-1151

*Attorneys for The Baron Group, Inc.
d/b/a Baron's Ice House*

Roger B. Greenberg
SCHWARTZ, JUNELL, GREENBERG
 & OATHOUT LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
Telephone: (713) 752-0017
Facsimile: (713) 752-0327

*Attorneys For Solid Waste Ltd., Inc. d/b/a
Bayland Marina*

John G. Emerson
Scott E. Poynter
Christopher D. Jennings
Gina M. Cothern
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
Telephone: (501) 907-2555
Fax: (501) 907-2556

James C. Wyly
PATTON ROBERTS, P.L.L.C.
400 Century Plaza
2900 St. Michael Drive
Texarkana, TX 75503
Telephone: (903) 334-7000
Fax: (903) 334-7007

*Attorneys for Plaintiffs Arkansas Garden Center
West LLC and Arkansas Garden Center North
LLC*
Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorney for Thrifty Liquor, Inc.*

J. Douglas Peters
Ann K. Mandt
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202
Telephone: (313) 875-8080
Facsimile: (313) 875-8522

Peter Burke
BURKE HARVEY & FRANKOWSKI, P.C.
1 Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
Telephone: (205) 930-9091
Facsimile: (205) 930-9054

*Attorneys for Silver Springs Liquor, Inc.*

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE PACKAGED ICE
ANTITRUST LITIGATION

MDL DOCKET NO. 1952

### PROOF OF SERVICE

I, Kellie Lerner, hereby certify that a copy of the foregoing:

- **REPLY MEMORANDUM OF PLAINTIFFS RIDGE PLAZA INC., THE BARON GROUP, INC. d/b/a BARON'S ICE HOUSE, SOLID WASTE LTD., INC. d/b/a BAYLAND MARINA, THRIFTY LIQUOR INC. AND SILVER SPRINGS LIQUOR, INC. IN FURTHER SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS IN THE DISTRICT OF MINNESOTA FOR PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

- **DECLARATION OF HOLLIS L. SALZMAN**

and this Proof of Service was served on the parties on the attached Service List by First Class Mail

on April 30, 2008.

Dated: April 30, 2008

_Kellie Lerner_
Kellie Lerner, Esq.

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:        Judge:                                      Printed on 04/24/2008

**ATTORNEY - FIRM**                        **REPRESENTED PARTY(S)**

Aranoff, Ronald J.                    =>Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com
BERNSTEIN LIEBHARD & LIFSHITZ LLP      Mazel LLC*
10 East 40th Street
22nd Floor
New York, NY 10016


Artic Glacier California,             =>
c/o CT Corporation System              Arctic Glacier California, Inc.
818 West Seventh Street
Los Angeles, CA 90017


Asher, Steven A.                      =>Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com
WEINSTEIN KITCHENOFF & ASHER LLC       Blitz Energy, LLC*
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103


Barnett, Barry                        =>Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com
SUSMAN GODFREY LLP                     Drontle (dba Ponyrail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.*
901 Main Street
Suite 5100
Dallas, TX 75202


Barnow, Ben                           =>Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com
BARNOW & ASSOCIATES PC                 Valencia, Jenifer*
One North LaSalle Street
Suite 4600
Chicago, IL 60602-4606


Blanchfield, Jr, Garrett D.           =>Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com
REINHARDT WENDORF & BLANCHFIELD        G.M. Food & Fuel, LLC dba G.M. Food & Gas*
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101


Bruckner, W. Joseph                   =>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP           Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors*
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179


Clobes, Bryan L.                      =>Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com
CAFFERTY FAUCHER LLP                   S&S Lima, Inc. dba Dry Run Beverage*
1717 Arch Street
Suite 3610
Philadelphia, PA 19103


Note: Please refer to the report title page for complete report scope and key.

04/24/2008  10:58  FAX  2025022888           JPML                                    ☑008

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | =>Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Building<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | =>Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | =>Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorshid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | =>Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Ind. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | =>Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | =>Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | =>Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | =>Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC | =>Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1.952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Liebenberg, Roberta D.
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

=>Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com
  Joseph Difabriitis 7-11 Food Store #24428*

Litvack, Sanford M.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022

=>Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com
  Home City Ice Co.*

Lockridge, Richard A.
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com
  Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace

Maasch, Mark A.
TURNER & MAASCH
550 West C. Street
Suite 1150
San Diego, CA 92101

=>Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com
  Barranco-Grams, Jan*

Majores, John M.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

=>Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com
  Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.*

Nelson, James R.
DLA PIPER US LLP
1717 Main Street
Suite 4600
Dallas, TX 75201-4605

=>Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com
  Reddy Ice Corp.*; Reddy Ice Holdings, Inc.*

Olijnyk, Martha J.
MILLER LAW FIRM
300 Miller Building
950 West University Drive
Rochester, MI 48307

=>Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com
  Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse*

Patane, Joseph M.
LAW OFFICES OF JOSEPH M PATANE
2280 Union Street
San Francisco, CA 94123

=>Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com
  Marin Scotty's Market, Inc.*

Salzman, Hollis L.
LABATON SUCHAROW LLP

=>Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com
  Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*;

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,952 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 140 Broadway, 33rd Floor<br>New York, NY 10005 | Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | =>Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | =>Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | =>Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202 | =>Phone: (513) 621-2120  Fax: (513) 629-9426<br>Champs Liquors, Inc. |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | =>Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

Panel Service List Addendum

| District Courts | |
|---|---|
| United States District Court<br>District of Minnesota<br>202 U.S. Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 | United States District Court<br>Northern District of Ohio<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 |
| United States District Court<br>Southern District of Ohio (Western Division)<br>Office of the Clerk<br>Potter Stewart U.S. Courthouse Room 103<br>100 East Fifth St.<br>Cincinnati, Ohio 45202 | United States District Court<br>Northern District of California<br>Office of the Clerk<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| United States District Court<br>Southern District of California<br>Office of the Clerk<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | United States District Court<br>Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 |
| United States District Court<br>Northern District of Texas<br>1100 Commerce, Room 1452<br>Dallas, TX 75242 | United States District Court<br>District of Kansas<br>500 State Avenue<br>259 U.S. Courthouse<br>Kansas City, KS 66101 |
| United States District Court<br>Southern District of Florida<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | |
| **Defendants** | |
| Alan L. Kildow<br>DLA PIPER US LLP<br>90 South Seventh Street, Suite 5100<br>Minneapolis, MN 55402<br>Telephone: 612-524-3010<br>Fax: 612-524-3050<br><br>David H. Bamberger<br>DLA PIPER US LLP<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: 202-799-4500<br>Fax: 202-799-5500<br><br>*Counsel for Defendants Reddy Ice Holdings, Inc. and Reddy Ice Corporation* | Paula W. Render<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone: 312-269-1555<br>Fax: 312-782-8585<br><br><br><br><br><br><br><br>*Counsel for Defendants Arctic Glacier Inc., Arctic Glacier Income Fund and Arctic Glacier International, Inc.* |

| | |
|---|---|
| Eric J. Stock<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-918-3000<br>Fax: 212-918-3100<br><br>Sanford M. Litvack<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 310-785-4600<br>Fax: 310-785-4601<br><br>*Counsel for Defendant Home City Ice Company* | Michael A. Roberts<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>Cincinnati, OH 45202<br>Telephone: 513-629-2799<br>Fax: 513-651-3836<br><br>J. Jeffery Landen<br>GRAYDON HEAD & RITCHEY LLP<br>2400 Chamber Center Drive, Suite 300<br>Ft. Mitchell, KY 41017<br>Telephone: 859-578-2420<br>Fax: 859-525-0214<br><br>*Counsel for Defendant Home City Ice Company* |

**Plaintiffs**

| | |
|---|---|
| Jason S. Kilene<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 2nd Avenue South<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844<br>Fax: 612-339-6622<br><br>*Counsel for Plaintiffs Ridge Plaza, Inc., Mall Mart, Inc.*<br>*d/b/a Midway BP, Solid Waste Ltd., Inc. d/b/a*<br>*Bayland Marina, Thrifty Liquor Inc., Chukrid Khorchid*<br>*d/b/a 7-Eleven and Arkansas Garden Center West,*<br>*LLC and Arkansas Garden Center North, LLC* | Guri Ademi<br>Shpetim Ademi<br>David J. Syrios<br>ADEMI & O'REILLY<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br><br><br><br><br><br>*Counsel for Plaintiff Ridge Plaza, Inc.* |
| Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: 717-892-3000<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | Dennis Stewart<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-338-1133<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* |
| Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602<br>Telephone: 312-346-2222<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | John Dominguez<br>BERMAN DEVALERIO PEASE TABACCO<br>BURT & PUCILLO<br>Esperante Building, Suite 900<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>Telephone: 561-835-9400<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* |

| | |
|---|---|
| Karl L. Cambronne<br>Jeffrey D. Bores<br>Bryan L. Bleichner<br>CHESTNUT & CAMBRONNE, PA<br>222 S 9th St Ste 3700<br>Minneapolis, MN 55402<br>Telephone: 612-339-7300<br>Fax: 612-336-2921<br><br>*Counsel for Plaintiffs The Baron Group, Inc. d/b/a Baron's Ice House, Meleen Corporation d/b/a Meleen Sportsman Store and G.M. Food & Fuel d/b/a G.M. Food & Gas* | Gary B. Friedman<br>Tracey Kitzman<br>Aaron D. Patton<br>Dean M. Solomon<br>FRIEDMAN LAW GROUP LLP<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012<br>Telephone: 212-680-5150<br>Fax: 646-277-1151<br><br><br>*Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House* |
| Jayne Goldstein<br>MAGER & GOLDSTEIN<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326<br>Telephone: 954-515-0123<br>Fax: 954-515-0124<br><br><br><br><br><br>*Counsel for Plaintiff Kozak Enterprises, Inc.* | Edmund W. Searby<br>John D. Fabian<br>MCDONALD HOPKINS LLC<br>2100 Bank One Center<br>600 Superior Avenue, E<br>Cleveland, OH 44114<br>Telephone: 216-348-5400<br>Fax: 216-348-5474<br><br>*Counsel for Plaintiffs Chi-Mar Enterprises, Inc., Fu-Wah Mini Market, Juanita Mobil, Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop and Warrington Fuels, Inc.* |
| Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>Telephone: 847-948-0410<br>Fax: 847-948-7127<br><br>*Counsel for Plaintiffs Chi-Mar Enterprises, Inc. and Warrington Fuels, Inc.* | Joseph C. Kohn<br>KOHN SWIFT & GRAF, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Fax: 215-238-1968<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.* |
| Kevin Love<br>CRIDEN & LOVE, P.A.<br>7301 S.W. 57th Court, Suite 515<br>South Miami, FL 33143<br>Telephone: 305-357-9000<br>Fax: 305-357-9050<br><br><br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.* | Mary Jane Fait<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: 312-984-0000<br>Fax: 312-984-0001 |

| | |
|---|---|
| Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br><br><br>*Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina* | Fred T. Isquith<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-545-4600<br>Fax: 212-545-4653<br><br>*Counsel for Plaintiffs Champs Liquors, Inc., Polly's Food Service, Inc. and Kenco Inc.* |
| Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 John F. Kennedy Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: 215-814-6750<br><br>*Counsel for Plaintiffs Fu-Wah Mini Market, 823 Sproul Inc. d/b/a Sproul Beverage and Joseph Krainc d/b/a Joe's Beer Distributor* | Mark H. Edelson<br>EDELSON & ASSOCIATES<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: 215-230-8043<br><br><br><br>*Counsel for Plaintiff Fu-Wah Mini Market* |
| Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Marshall P. Dees<br>HOLZER HOLZER & FISTEL, LLC<br>1117 Perimeter Center West, Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770-392-0090<br>Fax: 770-392-0029<br><br>*Counsel for Plaintiff Thrifty Liquors Inc.* | Mario Nunzio Alioto<br>Lauren Claire Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: 415-563-7200<br>Fax: 415-346-0679<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc.* |
| Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street # 117<br>St. Helena, CA 94574<br>Telephone: 707-963-1704<br>Fax: 707-963-0706<br><br><br><br><br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc.* | Nadeem Faruqi<br>Antonio Vozzolo<br>Richard D. Schwartz<br>FARUQI & FARUQI, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Fax: 212-983-9331<br><br>*Counsel for Plaintiffs Juanita Mobil, F & V Oil Company, Inc., Landsdale Oil Company, Inc., VB & FS Oil Company* |

| | |
|---|---|
| Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>300 Balmoral Centre<br>32121 Woodward Avenue<br>Royal Oak, MI 48073<br>Telephone: 248-554-6306<br><br><br>*Counsel for Plaintiffs F & V Oil Company, Inc.,*<br>*Landsdale Oil Company, Inc., VB & FS Oil Company* | Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone: 215-914-2460<br>Fax: 215-914-2462<br><br><br>*Counsel for Plaintiffs F & V Oil Company, Inc.,*<br>*Landsdale Oil Company, Inc., VB & FS Oil Company* |
| J. Douglas Peters<br>Ann K. Mandt<br>CHARFOOS & CHRISTENSEN, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>Telephone: 313-875-8080<br>Fax: 313-875-8522<br><br><br>*Counsel for Plaintiff Silver Springs Liquor, Inc.* | Peter Burke<br>BURKE HARVEY & FRANKOWSKI, P.C.<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>Telephone: 205-930-9091<br>Fax: 205-930-9054<br><br><br>*Counsel for Plaintiff Silver Springs Liquor, Inc.* |
| Mary Ellen Gurewitz<br>SACHS WALDMAN P.C.<br>1000 Farmer Street<br>Detroit, MI 48226<br>Telephone: 313-965-3464<br>Fax: 313-965-0268<br><br><br>*Counsel for Plaintiff Elite Energy, LLC and Springfield*<br>*Exxon, LLC* | David P. McLafferty<br>MCLAFFERTY & ASSOCIATES P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: 610-940-4000<br><br><br><br>*Counsel for Plaintiff Five Angels Management d/b/a*<br>*Frank A. Smith Beverages* |
| Stewart M. Weltman<br>WELTMAN LAW FIRM<br>77 W Wacker Drive, Suite 4800<br>Chicago, IL 60601-1664<br>Telephone: 312-606-8756<br><br><br><br><br>*Counsel for Plaintiff Five Angels Management d/b/a*<br>*Frank A. Smith Beverages* | James F. Keller<br>GOTTESMAN & ASSOCIATES, LLC<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH 45202<br>Telephone: 513-651-2121<br>Fax: 513-651-2131<br><br><br>*Counsel for Plaintiff S and S Lima, Incorporated d/b/a*<br>*Dry Run Beverages* |
| Patrick E. Cafferty<br>CAFFERTY FAUCHER LLP<br>101 North Main Street, Ste. 450<br>Ann Arbor, MI 48104<br>Telephone: 734-769-2144<br>Fax: 734-769-1207 | Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>Telephone: 212-584-0700 |

| | |
|---|---|
| *Counsel for Plaintiffs S and S Lima, Incorporated d/b/a Dry Run Beverages, RSB Wellman, Co. Inc., d/b/a Twig's Carry Out, Higginbotham Oil Company, Inc., Blue Ash Service Center, Inc. d/b/a Blue Ash Shell and Y & R's Inc.* | *Counsel for Plaintiff RSB Wellman, Co. Inc., d/b/a Twig's Carry Out* |
| Jonathan B. Frank<br>JACKIER GOULD, P.C.<br>121 W. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br>Telephone: 248-652-0500<br><br><br>*Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop* | Simon Bahne Paris<br>SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.<br>650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Telephone: 215-496-8282<br>Fax: 215-496-0999<br><br>*Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop* |
| David A. Balto<br>LAW OFFICES OF DAVID A. BALTO<br>2600 Virginia Ave., NW Suite 1111<br>Washington, D.C. 20037<br>Telephone: 202-577-5424<br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* | Joshua P. Davis<br>LAW OFFICE OF JOSHUA P. DAVIS<br>437A Valley Street<br>San Francisco, CA 94131<br><br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* |
| Joseph R. Saveri<br>Michelle C. Jackson<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br><br>Christopher E. Coleman<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1650<br>Nashville, Tennessee 37219-2423<br>Telephone: 615-313-9000<br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* | Samuel D. Heins<br>Katherine T. Kelly<br>Scott W. Carlson<br>Vincent J. Esades<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: 612-338-4605<br>Fax: 612-338-4692<br><br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiffs Joseph Massino and Rick Drontle d/b/a Ponytail Catering* |

| | |
|---|---|
| Michael D. Shaffer<br>Michael H. Gaier<br>SHAFFER & GAIER<br>One Penn Center<br>1617 JFK Boulevard, Suite 946<br>Philadelphia, PA 19103<br>Telephone: 215-751-0100<br><br>*Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven* | Ann D. White<br>ANN D. WHITE LAW OFFICES P.C.<br>165 Township Line Road<br>Suite 2400<br>Jenkintown, PA 19046<br>Telephone: 215-481-0274<br>Fax: 215-481-0271<br><br>*Counsel for Plaintiff Joseph Massino* |
| Jeffrey Krinsk<br>Mark Knutson<br>FINKELSTEIN & KRINSK<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>Telephone: 619-238-1333<br>Fax: 619-238-5425<br><br>*Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer*<br>*Distributor* | John Murdock<br>MURDOCK GOLDENBERG SCHNEIDER &<br>GROH LPA<br>35 East Seventh Street<br>Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513-345-8291<br><br>*Counsel for Plaintiffs Ethamma Emmanuel d/b/a 7-11*<br>*# 25452 and Charlie Holland Motors Inc.* |
| John C. Evans<br>SPECTER SPECTER EVANS & MANOGUE,<br>P.C.<br>436 Seventh Avenue<br>The 26th Floor Koppers Building<br>Pittsburgh, PA 15219<br>Telephone: 412-642-2300<br>Fax: 412-642-2309<br><br>*Counsel for Plaintiffs Circle Beer & Beverage, Inc. d/b/a*<br>*Duffy's Pop & Beer Warehouse, Donald K. Tomino*<br>*d/b/a Crafton Beverage Center, Linco Distributing*<br>*Company, Inc. d/b/a Beer Minimum and Roberta*<br>*Wooten d/b/a Wooten's One Stop* | Michael P. Lynn<br>Richard A. Smith<br>LYNN TILLOTSON & PINKER, LLP<br>750 N St. Paul Street<br>Suite 1400<br>Dallas, TX 75201<br>Telephone: 214-981-3800<br>Fax: 214-981-3839<br><br>*Counsel for Plaintiff Joseph Difabritis d/b/a 7-11 Food*<br>*Store #24428* |
| John R. Malkinson<br>MALKINSON & HALPERN, P.C.<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606<br>Telephone: 312-427-9600<br><br>*Counsel for Plaintiff Joseph Difabritis d/b/a 7-11 Food*<br>*Store #24428* | Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI, LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Telephone: 619-237-9500<br>Fax: 619-237-9555<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a*<br>*Thomas Liquors* |

| | |
|---|---|
| Richard J. Arsenault<br>John R. Whaley<br>NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br>Telephone: 1-800-256-1050<br>Fax: 318-561-2592<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a Thomas Liquors* | Ira Neil Richards<br>TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Telephone: 215-731-9004<br>Fax: 215-731-9044<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a Thomas Liquors* |
| Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7165<br>Fax: 212-849-7100<br><br><br>*Counsel for Plaintiff Mazell, LLC* | Peter Safirstein<br>Andrew W. Morganti<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: 212-594-5300<br>Fax: 212-868-1229<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace* |
| Jason S. Hartley<br>Jason M. Lindner<br>ROSS DIXON & BELL LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Telephone: 619-235-4040<br>Fax: 619-231-8796<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace* | Ryan Husaynu<br>HUSAYNU & PLEZIA, P.C.<br>26211 Central Park Blvd.<br>Suite 207<br>Southfield, MI 48076<br>Telephone: 248-356-7979<br>Fax: 248-356-7799<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace* |
| Mitchell L. Burgess<br>BURGESS & LAMB, P.C.<br>1000 Broadway, Suite #400<br>Kansas City, MO 64105<br>Telephone; 816-471-1700 X22<br>Fax: 816-471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia* | Lance A. Harke<br>HARKE & CLASBY LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: 305-536-8220<br>Fax: 305-536-8229<br><br>*Counsel for Plaintiffs Jenifer Valencia and Jennin Gil* |

| | |
|---|---|
| Ralph K. Phalen<br>RALPH K. PHALEN ATTORNEY AT LAW<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Telephone: 816-589-0753<br>Fax: 816-471-1701<br><br><br><br>*Counsel for Plaintiffs Jenifer Valencia and Jennin Gil* | Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605<br>Telephone: 914-997-5656<br>Fax: 914-997-2444<br><br>*Counsel for Plaintiff Linco Distributing Company, Inc.*<br>*d/b/a Beer Minimum* |
| Nathaniel P. Hobbs<br>PATRICK BURNS & ASSOCIATES<br>8401 Wayzata Blvd, Suite 300<br>Minneapolis, MN 55426<br>Telephone: 952-564-6262<br>Fax: 952-564-6263<br><br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail*<br>*Catering* | Allan Steyer<br>STEYER LOWENTHAL BOODROKAS<br>ALVAREZ & SMITH LLP<br>One California Street<br>Third Floor<br>San Francisco, CA 94111<br>Telephone: 415-421-3400<br>Fax: 415-421-2234<br><br>*Counsel for Plaintiff Wilson Farms Inc.* |
| Jonathan W. Cuneo<br>Daniel C. Cohen<br>CUNEO GILBERT & LADUCA LLP<br>507 C Street NE<br>Washington, DC 20002<br>Telephone: 202-789-3960<br>Fax: 202-789-1813<br><br>*Counsel for Plaintiff Wilson Farms Inc.* | Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY 14701<br>Telephone: 716-664-2967<br>Fax: 716-664-2983<br><br>*Counsel for Plaintiff Wilson Farms Inc.* |
| Michael D. Hausfeld<br>COHEN MILSTEIN HAUSFELD & TOLL<br>PLLC<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: 202-408-4600<br>Fax: 202-408-4699<br><br>Christopher L. Lebsock<br>Michael P. Lehmann<br>COHEN MILSTEIN HAUSFELD & TOLL<br>PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111<br>Telephone: 415-229-2080<br>Fax: 415-986-3643 | Maxwell M. Blecher<br>BLECHER & COLLINS<br>515 S Figueroa Street<br>17th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-622-4222<br>Fax: 213-622-1656 |

| | |
|---|---|
| *Counsel for Plaintiff Wilson Farms Inc.* | *Counsel for Plaintiff Wilson Farms Inc.* |
| Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>Telephone: 314-725-7700<br>Fax: 314-721-0905<br><br>*Counsel for Plaintiff Blue Ash Service Center, Inc. d/b/a Blue Ash Shell* | Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL &<br>SKIRNICK, P.C.<br>1512 Locust Street, 8th Floor<br>Philadelphia, PA 19102<br>Telephone: 212-240-0020<br>Fax: 212-240-021<br><br>*Counsel for Plaintiff Mount Pocono Campground Inc.* |
| Martin E. Grossman, Esq.<br>2121 Green Brier Drive<br>Villanova, PA 19085<br><br><br><br><br><br>*Counsel for Plaintiff Mount Pocono Campground Inc.* | Richard N. LaFlamme<br>LAFLAMME & MAULDIN<br>2540 Spring Arbor Road<br>Jackson, MI 49203<br>Telephone: 517-784-9122<br>Fax: 517-784-1818<br><br>*Counsel for Plaintiff Polly's Food Service, Inc. and Kenco Inc.* |
| Samuel W. Junkin<br>JUNKIN PEARSON HARRISON & JUNKIN,<br>P.C.<br>601 Greensboro Avenue, Suite 600<br>Tuscaloosa, AL 35401<br>Telephone: 205-366-0111<br><br>*Counsel for Plaintiff Higginbotham Oil Company, Inc.* | Richard P. Rouco<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place Ste. 1000<br>Birmingham, AL 35203<br>Telephone: 205-328-9576<br>Fax: 205-328-9669<br><br>*Counsel for Plaintiff Higginbotham Oil Company, Inc.* |
| Andrew Wood<br>WOOD WOOD & YOUNG, P.S.C<br>33 W. 2nd Street 3rd Floor<br>U.S Bank Building<br>Maysville, KY 41056<br>Telephone: 606-564-9959<br><br><br><br>*Counsel for Plaintiff Charlie Holland Motors Inc.* | Barbara J. Hart<br>LOWEY DANNENBERG COHEN & HART,<br>P.C.<br>One North Broadway<br>White Plains, NY 10601-2310<br>Telephone.: 914-997-0500<br>Fax: 914-997-0035<br><br>*Counsel for Plaintiff Donald K. Tomino d/b/a Crafton Beverage Center* |
| Richard L. Jasperson<br>RICHARD L. JASPERSON, P.A<br>E1000 First National Bank Bldg.<br>St Paul, MN 55101<br>Telephone: 651-223-5039<br>Fax: 651-223-5802<br><br>*Counsel for Plaintiff G.M. Food &Fuel LLC d/b/a G.M. Food & Gas* | Daniel C. Girard<br>Aaron M. Sheanin<br>GIRARD GIBBS<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>Telephone: 415-981-4800<br>Fax: 415-981-4846<br>*Counsel for Plaintiff Rodney Blasingame* |

| | |
|---|---|
| Irvin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: 314-636-6481<br><br><br>*Counsel for Plaintiff The Lanesville Food Mart, Inc.* | Brian Murray<br>MURRAY FRANK & SAILER, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-682-1818<br>Fax: 212-682-1892<br><br>*Counsel for Plaintiff Tahira firdous d/b/a TFS, Inc. aka All Stop #2* |
| Gerald Lovoi<br>Attorney at Law<br>324 So. Main Street<br>Tulsa, OK 74106<br>Telephone: 918-622-0031<br><br><br>*Counsel for Plaintiff Tahira firdous d/b/a TFS, Inc. aka All Stop #2* | Otis W. Williams, Jr.<br>Attorney at Law<br>345 East Apache<br>Tulsa, OK 74106<br>Telephone: 918-425-1336<br>Fax: 918-425-1336<br><br>*Counsel for Plaintiff Tahira firdous d/b/a TFS, Inc. aka All Stop #2* |
| William C. Wright<br>LAW OFFICES OF WILLIAM C. WRIGHT, P.A.<br>The Comeau Building<br>319 Clematis Street, Suite 109<br>West Palm Beach, FL 33401<br>Telephone: 561-514-0904<br>Fax: 561-514-0905<br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiff Cobblestone Tequesta, LLC d/b/a Tequesta Citgo* | Christopher M. Burke<br>Kristen M. Anderson<br>SCOTT + SCOTT LLP<br>600 B Street<br>Suite 1500<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>Fax: 619-233-0508<br><br>Walter W. Noss<br>SCOTT + SCOTT LLP<br>12434 Cedar Road, Suite 12<br>Cleveland, OH 44106<br>Telephone: 216-229-6088<br>Fax: 216-229-6092<br><br>*Counsel for Plaintiff Cobblestone Tequesta, LLC d/b/a Tequesta Citgo* |
| Patrick J. Coughlin<br>David W. Mitchell<br>Mary Lynne Calkins<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br><br>*Counsel for Plaintiff Cobblestone Tequesta, LLC d/b/a Tequesta Citgo* | Michael J. Boni<br>Joanne Zack<br>BONI & ZACK LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: 610-822-0201<br>Fax: 610-822-0206<br><br><br><br>*Counsel for Plaintiff Springfield Exxon, LLC* |

| | |
|---|---|
| Troy N. Giatras<br>THE GIATRAS LAW FIRM PLLC<br>118 Capitol Street, 4th Floor<br>Charleston, WV 25301<br>Telephone: 304-343-2900<br>Fax: 304-343-2942<br><br>*Counsel for Plaintiff Roberta Wooten d/b/a Wooten's One Stop* | Donald Chidi Amamgbo, Esq.<br>123 Oakport, Suite 4900<br>Oakland, CA 94621<br>Telephone: 510-615-6000<br>Fax: 510-615-6025<br><br><br>*Counsel for Plaintiff Karen Davis* |
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Telephone: 510-237-9700<br>Fax: 510-237-4616<br><br>*Counsel for Plaintiff Karen Davis* | Richard M. Kerger<br>KERGER & ASSOCIATES<br>33 S. Michigan Street, Suite 100<br>Toledo, OH 43604<br>Telephone: 419-255-5990<br>Fax: 419-255-5997<br><br>*Counsel for Plaintiff GRI, Inc.* |
| James C. Wyly<br>PATTON ROBERTS, PLLC<br>400 Century Plaza<br>2900 St. Michael Drive<br>Texarkana, TX 75503<br>Telephone: 903-334-7000<br>Fax: 903-334-7007<br><br><br><br><br><br><br><br>*Counsel for Plaintiffs Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC* | John G. Emerson<br>Scott E. Poynter<br>Christopher D. Jennings<br>Gina M. Cothern<br>EMERSON POYNTER LLP<br>The Museum Center<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201<br>Telephone: 501-307-2555<br>Fax: 501-907-2556<br><br><br>*Counsel for Plaintiffs Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC* |
| Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111-5619<br>Telephone: 415-217-6810<br>Fax: 415-217-6813<br><br>*Counsel for Plaintiff JA-WY, Inc. d/b/a Isle of Palms Red & White* | Charles H. Johnson<br>CHARLES H. JOHNSON & ASSOCIATES<br>2599 Mississippi Street<br>New Brighton, MN 55112-5060<br>Telephone: 651-633-5685<br>Fax: 651-633-4442<br><br><br>*Counsel for Plaintiff JA-WY, Inc. d/b/a Isle of Palms Red & White* |

| | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Douglas A. Millen<br>FREED KANNER LONDON MILLEN LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224-632-4500<br>Fax: 224-632-4521<br><br>*Counsel for Plaintiffs Radha, Inc., Nirgundas, Inc. and Shree Narayandas, Inc.* | Andrew B. Sacks<br>John K. Weston<br>SACKS & WESTON<br>114 Old York Town Road<br>Jenkintown, PA 19046<br>Telephone: 215-925-8200<br><br><br><br><br><br>*Counsel for Plaintiff Radha, Inc.* |
| J. Mitchell Clark<br>LAW OFFICES OF J. MITCHELL CLARK<br>Frost Bank Plaza, Suite 2100<br>P.O Box 2701<br>Corpus Christi, TX 78403<br>Telephone: 361-887-8500<br>Fax: 361-882-4500<br><br>*Counsel for Plaintiff Shree Naryandas, Inc.* | Christopher L. Brown<br>LAW OFFICE OF CHRISTOPHER L. BROWN<br>7518 Enterprise Avenue<br>Memphis, TN 38138<br>Telephone: 901-759-3900<br>Fax: 901-751-1135<br><br>*Counsel for Plaintiff Shree Naryandas, Inc.* |
| Paul T. Warner<br>THE WARNER LAW FIRM<br>6363 Woodway, Suite 910<br>Houston, TX 77057<br>Telephone: 713-783-7077<br>Fax: 713-583-9196<br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiff Market Street Investments, LLC* | Brian J. Robbins<br>Jeffery P. Fink<br>George C. Aguilar<br>Ashley R. Palmer<br>ROBBINS UMEDA & FINK, LLP<br>610 West Ash Street<br>Suite 1800<br>San Diego, CA 92101<br>Telephone: 619-525-3990<br>Fax: 619-525-3991<br><br>*Counsel for Plaintiffs Market Street Investments, LLC and 6th & Island Investments, LLC* |
| Thomas J. Momjian, Esq.<br>COSS & MOMJIAN, LLP<br>111 Presidential Boulevard, Suite 233<br>Bala Cynwyd, PA 19004<br>Telephone: 610-667-6800<br>Fax: 610-667-6620<br><br>*Counsel for Plaintiff Bedros, Inc. d/b/a George's Dreshertown Shop N' Bag* | Lance C. Young, Esq.<br>LAW OFFICE OF LANCE C. YOUNG<br>43311 Joy Road #244<br>Canton, MI 48187<br>Telephone: 734-446-6932<br>Fax: 734-446-6937<br><br>*Counsel for Plaintiff Bedros, Inc. d/b/a George's Dreshertown Shop N' Bag* |