THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **MAY 12, 2008**

TO: Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

08cv539-DMS(POR)

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

___ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

**X** This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 5-2-2008 | Natalie Finkelman Bennett | /s/ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Plaintiff, Chukrid Khorchid, d/b/a 7-Eleven

District of Minnesota, Civil Action No. 08-cv-00809-JNE-JJG

Name and Address of Attorney Designated to Present Oral Argument:

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA 19063

Telephone No.: 610/891-9880

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:

PACKAGED ICE
ANTITRUST LITIGATION

MDL NO. 1952

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2008, the Notice of Waiver of Oral Argument of Chukrid Khorchid, d/b/a 7-Eleven, has been served on the Clerk of the Judicial Panel on Multidistrict Litigation by overnight mail and copies of the same have been served by First Class Mail on all counsel on the attached Panel Attorney Service List as well as clerks of each district court in which an action is pending.

Natalie Finkelman Bennett

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:   Judge:

Printed on 04/29/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | => Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | => Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | => Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com<br>Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | => Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | => Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | => Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | => Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Building<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | => Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | => Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | => Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | => Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | => Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | => Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 | => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC | => Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | => Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | => Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com<br>Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com<br>Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | => Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com<br>Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | => Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com<br>Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4605 | => Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com<br>Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | => Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com<br>Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse* |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | => Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com<br>Marin Scotty's Market, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP | => Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com<br>Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 140 Broadway, 33rd Floor<br>New York, NY 10005 | Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | => Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | => Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | => Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202-4018 | => Phone: (513) 621-2120  Fax: (513) 629-9426  Email: rswayne@strausstroy.com<br>Champs Liquors, Inc. |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | => Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

Note: Please refer to the report title page for complete report scope and key.