UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN BARRANCO-GRAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDDY ICE HOLDINGS, INC., a Delaware Corporation; ARCTIC GLACIER INCOME FUND, a foreign business entity; ARCTIC GLACIER, INC., a Canadian corporation; ARCTIC GLACIER INTERNATIONAL, INC., a Delaware corporation; ARCTIC GLACIER CALIFORNIA, INC., a California corporation; HOME CITY ICE COMPANY, a Ohio corporation; and DOES 1-100<br><br>    Defendants | Case No.: 08 CV 0539 DMS POR<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

    The Court having reviewed and considered the joint request of the parties to extend the time for Defendants to respond to Plaintiff's complaint and the stipulation waiving service, and finding good cause;

    IT IS HEREBY ORDERED that Defendants have waived service and are hereby deemed served with Plaintiff's Summons and Complaint.

    IT IS FURTHER ORDERED that Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is extended until the earlier of (i) 45 days after the filing of a Consolidated Amended Complaint on behalf of a putative class of indirect purchasers or whatever other deadline is set by the transferee court, in the event the Judicial Panel on Multidistrict

Litigation (the "JPML") grants any MDL motions pending under the JPML docket captioned *In re: Packaged Ice Antitrust Litigation,* MDL Docket No. 1952, or (ii) 45 days after service of the JPML's decision on the MDL Motions in the event the JPML denies the MDL Motions; provided however that this Court retains the right to issue subsequent orders requiring Defendants to respond at some earlier date. However, any Defendant can voluntarily file a responsive pleading at any time. The entry of this order shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action.

Dated: May 7, 2008

Hon. Dana M. Sabraw
United States District Judge