THIS FORM MUST BE RETURNED TO JUDICIAL PANEL NO LATER THAN **May 12, 2008**

TO:    Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

FILED MAY 15 2008 CLERK, U.S DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

08 CV 539 DMS

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

__X__    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| May 9, 2008 | Hollis L. Salzman | _[signature]_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

Ridge Plaza Inc.; District of Minnesota; 0:08-cv-00657
The Baron Group, Inc. d/b/a Baron's Ice House; District of Minnesota; 0:08-cv-00670
Solid Waste Ltd., Inc. d/b/a/ Bayland Marina; District of Minnesota; 0:08-cv-00713
Thrifty Liquor Inc.; District of Minnesota; 0:08-cv-00777
Silver Springs Liquor, Inc.; Eastern District of Michigan; 2:08-cv-11200

Name and Address of Attorney Designated to Present Oral Argument:

    Hollis L. Salzman, Esq.
    Labaton Sucharow LLP
    140 Broadway, 33rd Floor
    New York, NY 10005

Telephone No.: 212-907-0700

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

Printed on 05/09/2008

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1952 - IN RE: Packaged Ice Antitrust Litigation

\*\*\* Report Key and Title Page \*\*\*

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
Docket: 1952 - Packaged Ice AT
For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District: Judge:

Printed on 05/09/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aronoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | ⇒ Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aronoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | ⇒<br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | ⇒ Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com<br>Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | ⇒ Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | ⇒ Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | ⇒ Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,952 Continued)                                                                                  Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Esades, Vincent J.<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403 | ⇒ Phone: (612) 338-4605  Fax: (612) 338-4692  Email: vesades@heinsmills.com<br>Dronde (dba Ponytail Catering), Rick* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Building<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | ⇒ Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | ⇒ Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | ⇒ Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabur, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | ⇒ Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | ⇒ Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue | ⇒ Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,952 Continued)  Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 14th Floor<br>New York, NY 10022 | |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | ⇒ Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | ⇒ Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | ⇒ Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com<br>Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | ⇒ Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com<br>Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | ⇒ Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com<br>Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | ⇒ Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com<br>Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4605 | ⇒ Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com<br>Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | ⇒ Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com<br>Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse* |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE | ⇒ Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com<br>Marin Scotty's Market, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,952 Continued)*  Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 2280 Union Street<br>San Francisco, CA 94123 | |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | ⇒ Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com<br>Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*; Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | ⇒ Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | ⇒ Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | ⇒ Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | ⇒ Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselka@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202-4018 | ⇒ Phone: (513) 621-2120  Fax: (513) 629-9426  Email: rswayne@straustroy.com<br>Champs Liquors, Inc. |
| White, Ann D.<br>ANN D WHITE LAW OFFICE PC<br>101 Greenwood Avenue<br>Fifth Floor<br>Jenkintown, PA 19046 | ⇒ Phone: (215) 481-0274  Fax: (215) 481-0271  Email: awhite@awhitelaw.com<br>Massino, Joseph* |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | ⇒ Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

## Packaged Ice Panel Service List Addendum

| | |
|---|---|
| **District Courts** | |
| United States District Court<br>District of Minnesota<br>202 U.S. Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 | United States District Court<br>Northern District of Ohio<br>801 West Superior Avenue<br>Cleveland, Ohio 44113 |
| United States District Court<br>Southern District of Ohio (Western Division)<br>Office of the Clerk<br>Potter Stewart U.S. Courthouse Room 103<br>100 East Fifth St.<br>Cincinnati, Ohio 45202 | United States District Court<br>Northern District of California<br>Office of the Clerk<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| United States District Court<br>Southern District of California<br>Office of the Clerk<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | United States District Court<br>Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 |
| United States District Court<br>Northern District of Texas<br>1100 Commerce, Room 1452<br>Dallas, TX 75242 | United States District Court<br>District of Kansas<br>500 State Avenue<br>259 U.S. Courthouse<br>Kansas City, KS 66101 |
| United States District Court<br>Southern District of Florida<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | |
| **Defendants** | |
| Alan L. Kildow<br>DLA PIPER US LLP<br>90 South Seventh Street, Suite 5100<br>Minneapolis, MN 55402<br>Telephone: 612-524-3010<br>Fax: 612-524-3050<br><br>David H. Bamberger<br>DLA PIPER US LLP<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: 202-799-4500<br>Fax: 202-799-5500<br><br>*Counsel for Defendants Reddy Ice Holdings, Inc. and Reddy Ice Corporation* | Paula W. Render<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone: 312-269-1555<br>Fax: 312-782-8585<br><br>*Counsel for Defendants Arctic Glacier Inc., Arctic Glacier Income Fund and Arctic Glacier International, Inc.* |

| | |
|---|---|
| Eric J. Stock<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-918-3000<br>Fax: 212-918-3100<br><br>Sanford M. Litvack<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 310-785-4600<br>Fax: 310-785-4601<br><br>*Counsel for Defendant Home City Ice Company* | Michael A. Roberts<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>Cincinnati, OH 45202<br>Telephone: 513-629-2799<br>Fax: 513-651-3836<br><br>J. Jeffery Landen<br>GRAYDON HEAD & RITCHEY LLP<br>2400 Chamber Center Drive, Suite 300<br>Ft. Mitchell, KY 41017<br>Telephone: 859-578-2420<br>Fax: 859-525-0214<br><br>*Counsel for Defendant Home City Ice Company* |
| **Plaintiffs** | |
| Jason S. Kilene<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 2nd Avenue South<br>Minneapolis, MN 55402<br>Telephone: 612-333-8844<br>Fax: 612-339-6622<br><br>*Counsel for Plaintiffs Ridge Plaza, Inc., Mall Mart, Inc. d/b/a Midway BP, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Thrifty Liquor Inc., Chukrid Khorchid d/b/a 7-Eleven, Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC and Kopilenko International Wines & Liquors, Inc. d/b/a International Wines & Liquors, Inc.* | Guri Ademi<br>Shpetim Ademi<br>David J. Syrios<br>ADEMI & O'REILLY<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Telephone: (414) 482-8000<br><br><br><br><br>*Counsel for Plaintiff Ridge Plaza, Inc.* |
| Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: 717-892-3000<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | Dennis Stewart<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-338-1133<br><br>*Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* |
| Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602<br>Telephone: 312-346-2222 | John Dominguez<br>BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>Esperante Building, Suite 900<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>Telephone: 561-835-9400 |

| | |
|---|---|
| *Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* | *Counsel for Plaintiff Mall Mart, Inc. d/b/a Midway BP* |
| Karl L. Cambronne<br>Jeffrey D. Bores<br>Bryan L. Bleichner<br>CHESTNUT & CAMBRONNE, PA<br>222 S 9th St Ste 3700<br>Minneapolis, MN 55402<br>Telephone: 612-339-7300<br>Fax: 612-336-2921<br><br>*Counsel for Plaintiffs The Baron Group, Inc. d/b/a Baron's Ice House, Meleen Corporation d/b/a Meleen Sportsman Store and G.M. Food & Fuel d/b/a G.M. Food & Gas* | Gary B. Friedman<br>Tracey Kitzman<br>Aaron D. Patton<br>Dean M. Solomon<br>FRIEDMAN LAW GROUP LLP<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012<br>Telephone: 212-680-5150<br>Fax: 646-277-1151<br><br>*Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House* |
| Jayne Goldstein<br>MAGER & GOLDSTEIN<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326<br>Telephone: 954-515-0123<br>Fax: 954-515-0124<br><br><br><br><br>*Counsel for Plaintiff Kozak Enterprises, Inc.* | Edmund W. Searby<br>John D. Fabian<br>MCDONALD HOPKINS LLC<br>2100 Bank One Center<br>600 Superior Avenue, E<br>Cleveland, OH 44114<br>Telephone: 216-348-5400<br>Fax: 216-348-5474<br><br>*Counsel for Plaintiffs Chi-Mar Enterprises, Inc., Fu-Wah Mini Market, Juanita Mobil, Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop and Warrington Fuels, Inc.* |
| Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>Telephone: 847-948-0410<br>Fax: 847-948-7127<br><br>*Counsel for Plaintiffs Chi-Mar Enterprises, Inc. and Warrington Fuels, Inc.* | Joseph C. Kohn<br>KOHN SWIFT & GRAF, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Fax: 215-238-1968<br><br>*Counsel for Plaintiff Chi-Mar Enterprises, Inc.* |
| Kevin Love<br>CRIDEN & LOVE, P.A.<br>7301 S.W. 57th Court, Suite 515<br>South Miami, FL 33143<br>Telephone: 305-357-9000<br>Fax: 305-357-9050 | Mary Jane Fait<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603<br>Telephone: 312-984-0000<br>Fax: 312-984-0001 |



| | |
|---|---|
| *Counsel for Plaintiff Chi-Mar Enterprises, Inc.* | |
| Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br><br>*Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina* | Fred T. Isquith<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-545-4600<br>Fax: 212-545-4653<br><br>*Counsel for Plaintiffs Champs Liquors, Inc., Polly's Food Service, Inc. and Kenco Inc.* |
| Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 John F. Kennedy Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: 215-814-6750<br><br>*Counsel for Plaintiffs Fu-Wah Mini Market, 823 Sproul Inc. d/b/a Sproul Beverage and Joseph Krainc d/b/a Joe's Beer Distributor* | Mark H. Edelson<br>EDELSON & ASSOCIATES<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: 215-230-8043<br><br><br><br>*Counsel for Plaintiff Fu-Wah Mini Market* |
| Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Marshall P. Dees<br>HOLZER HOLZER & FISTEL, LLC<br>1117 Perimeter Center West, Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770-392-0090<br>Fax: 770-392-0029<br><br>*Counsel for Plaintiff Thrifty Liquors Inc.* | Mario Nunzio Alioto<br>Lauren Claire Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: 415-563-7200<br>Fax: 415-346-0679<br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc.* |
| Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street # 117<br>St. Helena, CA 94574<br>Telephone: 707-963-1704<br>Fax: 707-963-0706<br><br><br><br><br><br>*Counsel for Plaintiff Marin Scotty's Market, Inc.* | Nadeem Faruqi<br>Antonio Vozzolo<br>Richard D. Schwartz<br>FARUQI & FARUQI, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>Telephone: 212-983-9330<br>Fax: 212-983-9331<br><br>*Counsel for Plaintiffs Juanita Mobil, F & V Oil Company, Inc., Landsdale Oil Company, Inc., VB & FS Oil Company* |

| | |
|---|---|
| Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>300 Balmoral Centre<br>32121 Woodward Avenue<br>Royal Oak, MI 48073<br>Telephone: 248-554-6306<br><br>*Counsel for Plaintiffs F & V Oil Company, Inc., Landsdale Oil Company, Inc., VB & FS Oil Company* | Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone: 215-914-2460<br>Fax: 215-914-2462<br><br>*Counsel for Plaintiffs F & V Oil Company, Inc., Landsdale Oil Company, Inc., VB & FS Oil Company* |
| J. Douglas Peters<br>Ann K. Mandt<br>CHARFOOS & CHRISTENSEN, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>Telephone: 313-875-8080<br>Fax: 313-875-8522<br><br>*Counsel for Plaintiff Silver Springs Liquor, Inc.* | Peter Burke<br>BURKE HARVEY & FRANKOWSKI, P.C.<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205<br>Telephone: 205-930-9091<br>Fax: 205-930-9054<br><br>*Counsel for Plaintiff Silver Springs Liquor, Inc.* |
| Mary Ellen Gurewitz<br>SACHS WALDMAN P.C.<br>1000 Farmer Street<br>Detroit, MI 48226<br>Telephone: 313-965-3464<br>Fax: 313-965-0268<br><br>*Counsel for Plaintiff Elite Energy, LLC and Springfield Exxon, LLC* | David P. McLafferty<br>MCLAFFERTY & ASSOCIATES P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: 610-940-4000<br><br>*Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages* |
| Stewart M. Weltman<br>WELTMAN LAW FIRM<br>77 W Wacker Drive, Suite 4800<br>Chicago, IL 60601-1664<br>Telephone: 312-606-8756<br><br>*Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages* | James F. Keller<br>GOTTESMAN & ASSOCIATES, LLC<br>2121 URS Center<br>36 East 7th Street<br>Cincinnati, OH 45202<br>Telephone: 513-651-2121<br>Fax: 513-651-2131<br><br>*Counsel for Plaintiff S and S Lima, Incorporated d/b/a Dry Run Beverages* |
| Patrick E. Cafferty<br>CAFFERTY FAUCHER LLP<br>101 North Main Street, Ste. 450<br>Ann Arbor, MI 48104<br>Telephone: 734-769-2144<br>Fax: 734-769-1207 | Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>Telephone: 212-584-0700 |


| | |
|---|---|
| *Counsel for Plaintiffs S and S Lima, Incorporated d/b/a Dry Run Beverages, RSB Wellman, Co. Inc., d/b/a Twig's Carry Out, Higginbotham Oil Company, Inc., Blue Ash Service Center, Inc. d/b/a Blue Ash Shell and Y & R's Inc.* | *Counsel for Plaintiff RSB Wellman, Co. Inc., d/b/a Twig's Carry Out* |
| Jonathan B. Frank<br>JACKIER GOULD, P.C.<br>121 W. Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br>Telephone: 248-652-0500<br><br><br>*Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop* | Simon Bahne Paris<br>SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.<br>650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Telephone: 215-496-8282<br>Fax: 215-496-0999<br><br>*Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop* |
| David A. Balto<br>LAW OFFICES OF DAVID A. BALTO<br>2600 Virginia Ave., NW Suite 1111<br>Washington, D.C. 20037<br>Telephone: 202-577-5424<br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* | Joshua P. Davis<br>LAW OFFICE OF JOSHUA P. DAVIS<br>437A Valley Street<br>San Francisco, CA 94131<br><br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* |
| Joseph R. Saveri<br>Michelle C. Jackson<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br><br>Christopher E. Coleman<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1650<br>Nashville, Tennessee 37219-2423<br>Telephone: 615-313-9000<br><br>*Counsel for Plaintiff Marchbanks Travel Service, Inc. d/b/a Bear Mountain Travel Stop* | Samuel D. Heins<br>Katherine T. Kelly<br>Scott W. Carlson<br>Vincent J. Esades<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Telephone: 612-338-4605<br>Fax: 612-338-4692<br><br><br><br><br><br><br><br><br>*Counsel for Plaintiffs Joseph Massino and Rick Drontle d/b/a Ponytail Catering* |

| | |
|---|---|
| Michael D. Shaffer<br>Michael H. Gaier<br>SHAFFER & GAIER<br>One Penn Center<br>1617 JFK Boulevard, Suite 946<br>Philadelphia, PA 19103<br>Telephone: 215-751-0100<br><br>*Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven* | Ann D. White<br>ANN D. WHITE LAW OFFICES P.C.<br>165 Township Line Road<br>Suite 2400<br>Jenkintown, PA 19046<br>Telephone: 215-481-0274<br>Fax: 215-481-0271<br><br>*Counsel for Plaintiff Joseph Massino* |
| Jeffrey Krinsk<br>Mark Knutson<br>FINKELSTEIN & KRINSK<br>501 West Broadway, Suite 1250<br>San Diego, CA 92101<br>Telephone: 619-238-1333<br>Fax: 619-238-5425<br><br>*Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor* | John Murdock<br>MURDOCK GOLDENBERG SCHNEIDER & GROH LPA<br>35 East Seventh Street<br>Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513-345-8291<br><br>*Counsel for Plaintiffs Ethamma Emmanuel d/b/a 7-11 #25452 and Charlie Holland Motors Inc.* |
| John C. Evans<br>SPECTER SPECTER EVANS & MANOGUE, P.C.<br>436 Seventh Avenue<br>The 26th Floor Koppers Building<br>Pittsburgh, PA 15219<br>Telephone: 412-642-2300<br>Fax: 412-642-2309<br><br>*Counsel for Plaintiffs Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse, Donald K. Tomino d/b/a Crafton Beverage Center, Linco Distributing Company, Inc. d/b/a Beer Minimum and Roberta Wooten d/b/a Wooten's One Stop* | Michael P. Lynn<br>Richard A. Smith<br>LYNN TILLOTSON & PINKER, LLP<br>750 N St. Paul Street<br>Suite 1400<br>Dallas, TX 75201<br>Telephone: 214-981-3800<br>Fax: 214-981-3839<br><br>*Counsel for Plaintiff Joseph Difabritis d/b/a 7-11 Food Store #24428* |
| John R. Malkinson<br>MALKINSON & HALPERN, P.C.<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606<br>Telephone: 312-427-9600<br><br>*Counsel for Plaintiff Joseph Difabritis d/b/a 7-11 Food Store #24428* | Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI, LLP<br>655 West Broadway, Suite 1410<br>San Diego, CA 92101<br>Telephone: 619-237-9500<br>Fax: 619-237-9555<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a Thomas Liquors* |

| | |
|---|---|
| Richard J. Arsenault<br>John R. Whaley<br>NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>P.O. Box 1190<br>Alexandria, LA 71301<br>Telephone: 1-800-256-1050<br>Fax: 318-561-2592<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a Thomas Liquors* | Ira Neil Richards<br>TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Telephone: 215-731-9004<br>Fax: 215-731-9044<br><br>*Counsel for Plaintiff Thomas Beverage Co., d/b/a Thomas Liquors* |
| Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7165<br>Fax: 212-849-7100<br><br>*Counsel for Plaintiff Mazell, LLC* | Peter Safirstein<br>Andrew W. Morganti<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: 212-594-5300<br>Fax: 212-868-1229<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace and JBZ, Inc.* |
| Jason S. Hartley<br>Jason M. Lindner<br>ROSS DIXON & BELL LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Telephone: 619-235-4040<br>Fax: 619-231-8796<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace and JBZ, Inc.* | Ryan Husaynu<br>HUSAYNU & PLEZIA, P.C.<br>26211 Central Park Blvd.<br>Suite 207<br>Southfield, MI 48076<br>Telephone: 248-356-7979<br>Fax: 248-356-7799<br><br>*Counsel for Plaintiff Public Foods Inc., Americana Food Store, Inc. and Twin Value, LLC d/b/a Seaway Marketplace and JBZ, Inc.* |
| Mitchell L. Burgess<br>BURGESS & LAMB, P.C.<br>1000 Broadway, Suite #400<br>Kansas City, MO 64105<br>Telephone; 816-471-1700 X22<br>Fax: 816-471-1701<br><br>*Counsel for Plaintiff Jenifer Valencia* | Lance A. Harke<br>HARKE & CLASBY LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone: 305-536-8220<br>Fax: 305-536-8229<br><br>*Counsel for Plaintiffs Jenifer Valencia and Jennin Gil* |

| | |
|---|---|
| Ralph K. Phalen<br>RALPH K. PHALEN ATTORNEY AT LAW<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Telephone: 816-589-0753<br>Fax: 816-471-1701<br><br>*Counsel for Plaintiffs Jenifer Valencia, Jennin Gil and Tommy Williams* | Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605<br>Telephone: 914-997-5656<br>Fax: 914-997-2444<br><br>*Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum* |
| Nathaniel P. Hobbs<br>PATRICK BURNS & ASSOCIATES<br>8401 Wayzata Blvd, Suite 300<br>Minneapolis, MN 55426<br>Telephone: 952-564-6262<br>Fax: 952-564-6263<br><br>*Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering* | Allan Steyer<br>STEYER LOWENTHAL BOODROKAS ALVAREZ & SMITH LLP<br>One California Street<br>Third Floor<br>San Francisco, CA 94111<br>Telephone: 415-421-3400<br>Fax: 415-421-2234<br><br>*Counsel for Plaintiff Wilson Farms Inc.* |
| Jonathan W. Cuneo<br>Daniel C. Cohen<br>CUNEO GILBERT & LADUCA LLP<br>507 C Street NE<br>Washington, DC 20002<br>Telephone: 202-789-3960<br>Fax: 202-789-1813<br><br>*Counsel for Plaintiff Wilson Farms Inc.* | Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY 14701<br>Telephone: 716-664-2967<br>Fax: 716-664-2983<br><br>*Counsel for Plaintiff Wilson Farms Inc.* |
| Michael D. Hausfeld<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, D.C. 20005<br>Telephone: 202-408-4600<br>Fax: 202-408-4699<br><br>Christopher L. Lebsock<br>Michael P. Lehmann<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>One Embarcadero Center<br>Suite 2440 | Maxwell M. Blecher<br>BLECHER & COLLINS<br>515 S Figueroa Street<br>17th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-622-4222<br>Fax: 213-622-1656 |

| | |
|---|---|
| San Francisco, CA 94111<br>Telephone: 415-229-2080<br>Fax: 415-986-3643<br><br>*Counsel for Plaintiff Wilson Farms Inc.* | <br><br><br><br>*Counsel for Plaintiff Wilson Farms Inc.* |
| Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>Telephone: 314-725-7700<br>Fax: 314-721-0905<br><br>*Counsel for Plaintiff Blue Ash Service Center, Inc. d/b/a Blue Ash Shell* | Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.<br>1512 Locust Street, 8th Floor<br>Philadelphia, PA 19102<br>Telephone: 212-240-0020<br>Fax: 212-240-021<br><br>*Counsel for Plaintiff Mount Pocono Campground Inc.* |
| Martin E. Grossman, Esq.<br>2121 Green Brier Drive<br>Villanova, PA 19085<br><br><br><br><br><br>*Counsel for Plaintiff Mount Pocono Campground Inc.* | Richard N. LaFlamme<br>LAFLAMME & MAULDIN<br>2540 Spring Arbor Road<br>Jackson, MI 49203<br>Telephone: 517-784-9122<br>Fax: 517-784-1818<br><br>*Counsel for Plaintiff Polly's Food Service, Inc. and Kenco Inc.* |
| Samuel W. Junkin<br>JUNKIN PEARSON HARRISON & JUNKIN, P.C.<br>601 Greensboro Avenue, Suite 600<br>Tuscaloosa, AL 35401<br>Telephone: 205-366-0111<br><br>*Counsel for Plaintiff Higginbotham Oil Company, Inc.* | Richard P. Rouco<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place Ste. 1000<br>Birmingham, AL 35203<br>Telephone: 205-328-9576<br>Fax: 205-328-9669<br><br>*Counsel for Plaintiff Higginbotham Oil Company, Inc.* |
| Andrew Wood<br>WOOD WOOD & YOUNG, P.S.C<br>33 W. 2nd Street 3rd Floor<br>U.S Bank Building<br>Maysville, KY 41056<br>Telephone: 606-564-9959<br><br><br><br>*Counsel for Plaintiff Charlie Holland Motors Inc.* | Barbara J. Hart<br>LOWEY DANNENBERG COHEN & HART, P.C.<br>One North Broadway<br>White Plains, NY 10601-2310<br>Telephone.: 914-997-0500<br>Fax: 914-997-0035<br><br>*Counsel for Plaintiff Donald K. Tomino d/b/a Crafton Beverage Center* |
| Richard L. Jasperson<br>RICHARD L. JASPERSON, P.A<br>E1000 First National Bank Bldg.<br>St Paul, MN 55101<br>Telephone: 651-223-5039<br>Fax: 651-223-5802 | Daniel C. Girard<br>Aaron M. Sheanin<br>GIRARD GIBBS<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 |

| | |
|---|---|
| *Counsel for Plaintiff G.M. Food & Fuel LLC d/b/a G.M. Food & Gas* | Telephone: 415-981-4800<br>Fax: 415-981-4846<br>*Counsel for Plaintiff Rodney Blasingame* |
| Irvin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: 314-636-6481<br><br>*Counsel for Plaintiff The Lanesville Food Mart, Inc.* | Brian Murray<br>MURRAY FRANK & SAILER, LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: 212-682-1818<br>Fax: 212-682-1892<br><br>*Counsel for Plaintiff Tahira firdous d/b/a TFS, Inc. aka All Stop #2* |
| Gerald Lovoi<br>Attorney at Law<br>324 So. Main Street<br>Tulsa, OK 74106<br>Telephone: 918-622-0031<br><br>*Counsel for Plaintiff Tahira firdous d/b/a TFS, Inc. aka All Stop #2* | Otis W. Williams, Jr.<br>Attorney at Law<br>345 East Apache<br>Tulsa, OK 74106<br>Telephone: 918-425-1336<br>Fax: 918-425-1336<br><br>*Counsel for Plaintiff Tahira firdous d/b/a TFS, Inc. aka All Stop #2* |
| William C. Wright<br>LAW OFFICES OF WILLIAM C. WRIGHT, P.A.<br>The Comeau Building<br>319 Clematis Street, Suite 109<br>West Palm Beach, FL 33401<br>Telephone: 561-514-0904<br>Fax: 561-514-0905<br><br><br><br>*Counsel for Plaintiff Cobblestone Tequesta, LLC d/b/a Tequesta Citgo* | Christopher M. Burke<br>Kristen M. Anderson<br>SCOTT + SCOTT LLP<br>600 B Street<br>Suite 1500<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>Fax: 619-233-0508<br><br>Walter W. Noss<br>SCOTT + SCOTT LLP<br>12434 Cedar Road, Suite 12<br>Cleveland, OH 44106<br>Telephone: 216-229-6088<br>Fax: 216-229-6092<br><br>*Counsel for Plaintiff Cobblestone Tequesta, LLC d/b/a Tequesta Citgo* |
| Patrick J. Coughlin<br>David W. Mitchell<br>Mary Lynne Calkins<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619-231-1058 | Michael J. Boni<br>Joanne Zack<br>BONI & ZACK LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: 610-822-0201<br>Fax: 610-822-0206 |



| | |
|---|---|
| *Counsel for Plaintiff Cobblestone Tequesta, LLC d/b/a Tequesta Citgo* | *Counsel for Plaintiff Springfield Exxon, LLC* |
| Troy N. Giatras<br>THE GIATRAS LAW FIRM PLLC<br>118 Capitol Street, 4th Floor<br>Charleston, WV 25301<br>Telephone: 304-343-2900<br>Fax: 304-343-2942<br><br>*Counsel for Plaintiff Roberta Wooten d/b/a Wooten's One Stop* | Donald Chidi Amamgbo, Esq.<br>123 Oakport, Suite 4900<br>Oakland, CA 94621<br>Telephone: 510-615-6000<br>Fax: 510-615-6025<br><br><br><br>*Counsel for Plaintiff Karen Davis* |
| Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Telephone: 510-237-9700<br>Fax: 510-237-4616<br><br>*Counsel for Plaintiff Karen Davis* | Richard M. Kerger<br>KERGER & ASSOCIATES<br>33 S. Michigan Street, Suite 100<br>Toledo, OH 43604<br>Telephone: 419-255-5990<br>Fax: 419-255-5997<br><br>*Counsel for Plaintiff GRI, Inc.* |
| James C. Wyly<br>PATTON ROBERTS, PLLC<br>400 Century Plaza<br>2900 St. Michael Drive<br>Texarkana, TX 75503<br>Telephone: 903-334-7000<br>Fax: 903-334-7007<br><br><br><br><br><br><br>*Counsel for Plaintiffs Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC* | John G. Emerson<br>Scott E. Poynter<br>Christopher D. Jennings<br>Gina M. Cothern<br>EMERSON POYNTER LLP<br>The Museum Center<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201<br>Telephone: 501-307-2555<br>Fax: 501-907-2556<br><br>*Counsel for Plaintiffs Arkansas Garden Center West, LLC and Arkansas Garden Center North, LLC* |
| Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111-5619<br>Telephone: 415-217-6810<br>Fax: 415-217-6813<br><br>*Counsel for Plaintiff JA-WY, Inc. d/b/a Isle of Palms Red & White* | Charles H. Johnson<br>CHARLES H. JOHNSON & ASSOCIATES<br>2599 Mississippi Street<br>New Brighton, MN 55112-5060<br>Telephone: 651-633-5685<br>Fax: 651-633-4442<br><br><br>*Counsel for Plaintiff JA-WY, Inc. d/b/a Isle of Palms Red & White* |

| | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Douglas A. Millen<br>FREED KANNER LONDON MILLEN LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>Telephone: 224-632-4500<br>Fax: 224-632-4521<br><br>*Counsel for Plaintiffs Radha, Inc., Nirgundas, Inc. and Shree Narayandas, Inc.* | Andrew B. Sacks<br>John K. Weston<br>SACKS & WESTON<br>114 Old York Town Road<br>Jenkintown, PA 19046<br>Telephone: 215-925-8200<br><br><br><br><br><br>*Counsel for Plaintiff Radha, Inc.* |
| J. Mitchell Clark<br>LAW OFFICES OF J. MITCHELL CLARK<br>Frost Bank Plaza, Suite 2100<br>P.O Box 2701<br>Corpus Christi, TX 78403<br>Telephone: 361-887-8500<br>Fax: 361-882-4500<br><br>*Counsel for Plaintiff Shree Naryandas, Inc.* | Christopher L. Brown<br>LAW OFFICE OF CHRISTOPHER L. BROWN<br>7518 Enterprise Avenue<br>Memphis, TN 38138<br>Telephone: 901-759-3900<br>Fax: 901-751-1135<br><br>*Counsel for Plaintiff Shree Naryandas, Inc.* |
| Paul T. Warner<br>THE WARNER LAW FIRM<br>6363 Woodway, Suite 910<br>Houston, TX 77057<br>Telephone: 713-783-7077<br>Fax: 713-583-9196<br><br><br><br><br><br><br><br>*Counsel for Plaintiff Market Street Investments, LLC* | Brian J. Robbins<br>Jeffery P. Fink<br>George C. Aguilar<br>Ashley R. Palmer<br>ROBBINS UMEDA & FINK, LLP<br>610 West Ash Street<br>Suite 1800<br>San Diego, CA 92101<br>Telephone: 619-525-3990<br>Fax: 619-525-3991<br><br>*Counsel for Plaintiffs Market Street Investments, LLC, 6th & Island Investments, LLC, Universal Hillcrest LLC and Gaslamp Country Club, LLC* |
| Thomas J. Momjian, Esq.<br>COSS & MOMJIAN, LLP<br>111 Presidential Boulevard, Suite 233<br>Bala Cynwyd, PA 19004<br>Telephone: 610-667-6800<br>Fax: 610-667-6620<br><br>*Counsel for Plaintiff Bedros, Inc. d/b/a George's Dreshertown Shop N' Bag* | Lance C. Young, Esq.<br>LAW OFFICE OF LANCE C. YOUNG<br>43311 Joy Road #244<br>Canton, MI 48187<br>Telephone: 734-446-6932<br>Fax: 734-446-6937<br><br>*Counsel for Plaintiff Bedros, Inc. d/b/a George's Dreshertown Shop N' Bag* |

| | |
|---|---|
| Jack Landskroner<br>LANDSKRONER FREICO MADDEN LTD.<br>1360 West 9th Street, Suite 200<br>Cleveland, OH 44113<br>Telephone: 216-552-9000<br>Fax: 216-552-9007<br><br>*Counsel for Plaintiff Universal Hillcrest LLC* | Andrew A. Lemmon<br>LEMMON LAW FIRM, LLC<br>15058 River Road<br>P.O. Box 904<br>Hahnville, LA 70057<br>Telephone: 985-783-6789<br>Fax: 985-783-1333<br><br>*Counsel for Plaintiff Gaslamp Country Club, LLC* |
| Gene Michael Cullan<br>Samuel K. Cullan MD, JD, P.C.<br>2390 E Camelback Rd.<br>Ste 105<br>Phoenix, AZ 85016<br>Telephone: 602-200-8700<br>Fax: 602-564-8223<br><br>*Counsel for Plaintiff Tommy Williams* | Ben Barnow<br>BARNOW & ASSOCIATES, P.C.<br>One North LaSalle, Suite 4600<br>Chicago, IL 60602<br>Telephone: 312-621-2000<br>Fax: 312-641-5504<br><br>*Counsel for Plaintiff Tommy Williams* |
| Charles F. Barrett<br>BARRETT & ASSOCIATES, P.A.<br>6518 Highway 100<br>Suite 210<br>Nashville, TN 37205<br>Telephone: 615-515-3393<br>Fax: 615-515-3395<br><br>*Counsel for Plaintiff Marcellino E. Bryant and Patrick Reeners* | Charles P. Yezbak, III<br>YEZBAK LAW OFFICES<br>2002 Richard Jones Road<br>Suite B-200<br>Nashville, TN 37215<br>Telephone: 615-250-2000<br>Fax: 615-250-2020<br><br>*Counsel for Plaintiff Marcellino E. Bryant and Patrick Reeners* |
| Don Barrett<br>DON BARRETT, P.A.<br>404 Court Square North<br>P.O. Box 987<br>Lexington, MS 39095<br>Telephone: 662-834-2376<br>Fax: 662-834-2628<br><br>*Counsel for Plaintiff Marcellino E. Bryant and Patrick Reeners* | Joseph Goldberg<br>FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & KLINE<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br><br>*Counsel for Plaintiff Kopilenko International Wines & Liquors, Inc. d/b/a International Wines & Liquors, Inc.* |
| Marisa C. Petrella<br>PETRELLA BROWN<br>26211 Central Park Boulevard<br>Suite 207<br>Southfield, MI 48076<br>Telephone: 248-223-9883<br><br>*Counsel for Plaintiff JBZ, Inc.* | |