MDL DOCKET NO. 1952

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN MAY 12, 2008

TO:    Clerk of the Panel
       U.S. Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004

FILED

MAY 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

08CV539 DMS&POR

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X
___

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions
> scheduled for oral argument who have filed a motion or written response to a motion or order
> shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
> argument for the purpose of selecting a spokesperson to avoid duplication during oral
> argument.

___

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.1(d).

___

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing session on behalf of the
designated party/parties pursuant to Rule 16.1(d).

5/8/08                Barry Barnett
_____              _____        _____
Date                         Name                           Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

          Please see attached.

Name and Address of Attorney Designated to Present Oral Argument:

       Barry Barnett
       Susman Godfrey L.L.P.
       901 Main Street, Suite 5100
       Dallas, Texas  75202

Telephone No.:    214-754-1903
             _____

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

**Plaintiffs:**

1. Wilson Farms, Inc., et al.;
   Northern District of Texas (Dallas); Civil Action 3:08cv00537

2. Mount Pocono Campground, Inc. et al.;
   Northern District of Texas (Dallas); Civil Action 3:08cv00563

3. The Lanesville Food Mart, Inc., et al.;
   Northern District of Texas (Dallas); Civil Action 3:08cv00607

4. Nirgundas, Inc., et al.;
   Northern District of Texas (Dallas); Civil Action 3:08cv00709

5. Shree Narayandas, Inc., et al.;
   Northern District of Texas (Dallas); Civil Action 3:08cv00710

6. Radha, Inc., et al.;
   Northern District of Texas (Dallas); Civil Action 3:08cv00711

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on  / /
Transferee District:          Judge:

Printed on 05/08/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | =>Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | =>Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | =>Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com<br>Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | =>Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | =>Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | =>Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Brynn L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | =>Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

Note: Please refer to the report title page for complete report scope and key.

05/08/2008 09:54 FAX  202 502 2888        JPML                                        ☑ 004/006

*(Panel Attorney Service List for MDL 1,952 Continued)*                                              Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | =>Phone: (215) 496-0300 Fax: (215) 496-6611 Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Bthamma* |
| Esades, Vincent J.<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403 | =>Phone: (612) 338-4605 Fax: (612) 338-4692 Email: vesades@heinsmills.com<br>Drontle (dba Ponytail Catering), Rick* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUB PC<br>Koppers Bulding<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | =>Phone: (412) 642-2300 Fax: (412) 642-2309 Email: jcc@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | =>Phone: (610) 891-9880 Fax: (610) 891-9883 Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | =>Phone: (215) 963-0600 Fax: (215) 963-0838 Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | =>Phone: (215) 875-3000 Fax: (215) 875-4604 Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | =>Phone: (215) 814-6750 Fax: (215) 814-6764 Email: jgraber@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | =>Phone: (713) 752-0017 Fax: (713) 752-0327 Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue | =>Phone: (212) 687-1980 Fax: (212) 687-7714 Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

05/08/2008 09:54 FAX  202 502 2888          JPML                                    ☑ 005/006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

14th Floor
New York, NY 10022

Kilene, Jason S.
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

⇒ Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com
Mall Mart, Inc. dba Midway BP*

Liebenberg, Roberta D.
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

⇒ Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com
Joseph Difabritis 7-11 Food Store #24428*

Litvack, Sanford M.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022

⇒ Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com
Home City Ice Co.*

Lockridge, Richard A.
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

⇒ Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com
Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace

Maasch, Mark A.
TURNER & MAASCH
550 West C. Street
Suite 1150
San Diego, CA 92101

⇒ Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com
Barranco-Grams, Jan*

Majoras, John M.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

⇒ Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com
Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.*

Nelson, James R.
DLA PIPER US LLP
1717 Main Street
Suite 4600
Dallas, TX 75201-4605

⇒ Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com
Reddy Ice Corp.*; Reddy Ice Holdings, Inc.*

Olijnyk, Martha J.
MILLER LAW FIRM
300 Miller Building
950 West University Drive
Rochester, MI 48307

⇒ Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com
Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse*

Patane, Joseph M.
LAW OFFICES OF JOSEPH M PATANE

⇒ Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com
Marin Scotty's Market, Inc.*

Note: Please refer to the report title page for complete report scope and key.

05/08/2008 09:54 FAX  202 502 2888      JPML                    ☑ 006/006

*(Panel Attorney Service List for MDL 1,952 Continued)*                        Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

2280 Union Street
San Francisco, CA 94123

Salzman, Hollis L.
LABATON SUCHAROW LLP
140 Broadway, 33rd Floor
New York, NY 10005

=> Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com
Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*;
Thrifty Liquor, Inc.*

Scott, Daniel B.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

=> Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com
Y&R's, Inc.*

Sedran, Howard J.
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

=> Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com
Five Angels Management dba Frank A. Smith Beverages*

Shub, Jonathan
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

=> Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com
RSB Wellman Co., Inc. aka Twig's Carry Out*

Veselka, Larry R.
SMYSER KAPLAN & VESELKA
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002

=> Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com
Blasingame, Rodney*

Wayne, Richard S.
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
4th Floor
Cincinnati, OH 45202-4018

=> Phone: (513) 621-2120  Fax: (513) 629-9426  Email: rswayne@strausstroy.com
Champs Liquors, Inc.

White, Ann D.
ANN D WHITE LAW OFFICE PC
101 Greenwood Avenue
Fifth Floor
Jenkintown, PA 19046

=> Phone: (215) 481-0274  Fax: (215) 481-0271  Email: awhite@awhitelaw.com
Massino, Joseph*

Zylstra, Kendall S.
FARUQI & FARUQI
2600 Philmont Avenue
Suite 324
Huntingdon Valley, PA 19006

=> Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com
F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.*

Note: Please refer to the report title page for complete report scope and key.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record as listed on the

attached Panel's Service List and as set out below on this the 9th day of May, 2008 by U.S.

First Class Mail:

Mary Ellen Gurewitz
Sachs Waldman Professional Corporation
1000 Farmer
Detroit, MI 48226-2899
     **Counsel for Plaintiffs Elite Energy, LLC and the Proposed Class**

Steven A. Asher
Robert S. Kitchenoff
Mindee J. Reuben
Noah Axler
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
     **Counsel for Plaintiffs Elite Energy, LLC and the Proposed Class**

Stephen F. Wassinger
Stephen S. Wassinger PLC
321 Woodward Avenue
300 Baltimore Center
Royal Oak , MI 48073-0999
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc. and VB & FS Oil Company**

Kendall S. Zylstra
Jacob A. Goldberg
Stephen E. Connolly
Faruqi & Faruqi, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc. and VB & FS Oil Company**

Nadeem Faruqi
Antonio Vozzolo
Richard D. Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
     **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc. and VB & FS Oil Company**

831728v1/010707

Krishna B. Narine
Law Offices of Krishna B. Narine
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
    **Counsel for the Plaintiffs F & V Oil Company, Inc., Lansdale Oil Company, Inc.
    and VB & FS Oil Company**

E. Powell Miller
Martha J. Olijnyk
The Miller Law Firm
950 W. University Drive, Suite 300
Rochester, MI 48307
    **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**

Jeffrey Krinsk
Mark Knutson
Finkelstein & Krinsk
501 West Broadway, Suite 1250
San Diego, CA 92101
    **Counsel for Plaintiff Joseph Krainc d/b/a Joe's Beer Distributor**

Anthony Bolognese
Joshua H. Grabar
Bolognese & Associates. LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
    **Counsel for Plaintiffs Joseph Krainc d/b/a Joe's Beer Distributor and Fu-Wah Mini
    Market**

Jonathan B. Frank
Jackier Gould, P.C.
121 W. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
    **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**

Gerald J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Barrack, Rodos, & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
    **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**

Simon Bahne Paris
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
      **Counsel for Plaintiff Melrick, Inc. d/b/a North Main Short Stop**

J. Douglas Peters
Ann K. Mandt
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202
      **Counsel for Plaintiff Silver Springs Liquor Inc.**

Peter Burke
Burke Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
      **Counsel for Plaintiff Silver Springs Liquor Inc.**

Michael J. Flannery
Carey & Danis
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
      **Counsel for Plaintiff Blue Ash Service Center, Inc.**

Patrick E. Cafferty
Cafferty Faucher
101 N. Main Street
Suite 450
Ann Arbor, MI 48104
      **Counsel for Plaintiff Blue Ash Service Center, Inc.**

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul MN 55101
      **Counsel for Plaintiff G.M. Food & Fuel  LLC d/b/a G.M. Food & Gas**

Richard L. Jasperson
Richard L. Jasperson, P.A.
E1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
      **Counsel for Plaintiff G.M. Food & Fuel  LLC d/b/a G.M. Food & Gas**

Daniel E. Gustafson
Jason S. Kilene
James W. Anderson
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

     **Counsel for Plaintiffs Chukrid Khorchid d/b/a 7-Eleven, Mall Mart, Inc. d/b/a Midway BP, Solid Waste Ltd., Inc. d/b/a Bayland Marina, Ridge Plaza, Inc. and Thrifty Liquor Inc.**

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
35 E. State Street
Media, PA 19063

     **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**

Michael D. Schaffer
Michael H. Gaier
Shaffer & Gaier
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103

     **Counsel for Plaintiff Chukrid Khorchid d/b/a 7-Eleven**

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402

     **Counsel for Plaintiffs G.M. Food and Fuel LLC d/b/a G.M. Food & Gas and The Baron Group, Inc. d/b/a Baron's Ice House**

Gary B. Freidman
Tracey Kitzman
Aaron D. Patton
Dean M. Solomon
Freidman Law Group LLP
270 Lafayette Street, 14th Floor
New York, NY 10012

     **Counsel for Plaintiff The Baron Group, Inc. d/b/a Baron's Ice House**

W. Joseph Bruckner
Richard A. Lockridge
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
      **Counsel for Plaintiff Kozak Enterprises, Inc. and Wall Mart, Inc. d/b/a Midway BP**

Jayne Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
      **Counsel for Plaintiff Kozak Enterprises, Inc.**

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**

Dennis Stewart
Hulett Harper Stewart LLP
550 West "C" Street, Suite 1600
San Diego, CA 92101
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**

Kenneth A. Wexler
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**

John Dominquez
Berman DeValerio Pease Tabacco Burt & Pucillo
Esperante Building, Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
      **Counsel for Plaintiff Wall Mart, Inc. d/b/a Midway BP**

Bernard Persky
Hollis L. Salzman
Kellie Lerner
Morissa Falk
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
      **Counsel for Plaintiffs Ridge Plaza, Inc., Solid Waste Ltd., Inc. d/b/a Bayland Marina, and Thrifty Liquor Inc.**

Guri Ademi
Shpetim Ademi
David J. Syrios
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110
 **Counsel for Plaintiff Ridge Plaza, Inc.**

Roger B. Greenberg
Schwartz, Junell, Greenberg, & Oathout LLP
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
 **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**

Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
 **Counsel for Plaintiff Solid Waste Ltd., Inc. d/b/a Bayland Marina**

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
 **Counsel for Plaintiff Thrifty Liquor Inc.**

Edmund W. Searby
John D. Fabian
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
 **Counsel for Plaintiffs Chi-Mar Enterprises, Inc., Fu-Wah Mini Market, Warrington Fuels, Inc., and Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**

Robert N. Kaplan
Linda Nussbaum
Richard J. Kilsheimer
Gregory K. Arenson
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
 **Counsel for Plaintiffs Chi-Mar Enterprises, Inc. and Warrington Fuels, Inc.**

Gary L. Specks
Kaplan Fox & Kilsheimer LLP
423 Sumac Road
Highland Park, IL 60035
    **Counsel for Plaintiffs Chi-Mar Enterprises, Inc. and Warrington Fuels, Inc.**

Joseph C. Kohn
Kohn Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
    **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**

Kevin Love
Criden & Love, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
    **Counsel for Plaintiff Chi-Mar Enterprises, Inc.**

H. Laddie Montague, Jr.
Ruthanne Gordon
Charles P. Goodwin
Michael J. Kane
David A. Langer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6305
    **Counsel for Plaintiffs Fu-Wah Mini Market and Marchbank's Travel Service, Inc.**

Mark H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
    **Counsel for Plaintiff Fu-Wah Mini Market**

David A. Balto
Law Offices of David Balto
2600 Virginia, Avenue, N.W. Suite 1111
Washington, DC 20037
    **Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain**
    **Travel Stop**

Joseph R. Saveri
Michelle C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-6669

**Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**

Christopher E. Coleman
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN 37219-2423
**Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**

Joshua P. Davis
Law Offices of Joshua P. Davis
437 A Valley Street
San Francisco, CA 94131
**Counsel for Plaintiff Marchbank's Travel Service, Inc. d/b/a Bear Mountain Travel Stop**

Richard S. Wayne
William R. Jacobs
Thomas P. Glass
Strauss & Troy
150 East Fourth Street
Cincinnati, OH 45202-4018
**Counsel for Plaintiff Champs Liquors, Inc.**

Mary Jane Fait
Theodore B. Bell
Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
**Counsel for Plaintiff Champs Liquors, Inc.**
**S.D. Ohio, No. 2:08-cv-179**

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz LLC
270 Madison Avenue
New York, NY 10016
**Counsel for Plaintiff Champs Liquors, Inc.**
**S.D. Ohio, No. 2:08-cv-179**

Mario Nunzio Alioto
Lauren Clare Russell
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
**Counsel for Plaintiff Marin Scotty's Market, Inc.**

Joseph Marid Patane
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
    **Counsel for Plaintiff Marin Scotty's Market, Inc.**

Howard J. Sedran
Austin B. Cohen
Charles Sweedler
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
    **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages**

Stewart M. Weltman
Weltman Law Firm
77 W. Wacker Drive
Suite 4800
Chicago, IL 60601-1664
    **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages**

David P. McLafferty
McLaffery & Associates P.C.
923 Fayette Street
Conshohocken, PA 19428
    **Counsel for Plaintiff Five Angels Management d/b/a Frank A. Smith Beverages**

Vincent J. Esades
Scott W. Carlson
Katherine T. Kelly
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
    **Counsel for Plaintiff Joseph Massino**

Ann D. White
Ann D. White Law Offices, P.C.
165 Township Line Road, Suite 2400
Jenkintown, PA 19046
    **Counsel for Plaintiff Joseph Massino**

Larry R. Veselka
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Ste. 2300
Houston, TX 77002
  **Counsel for Plaintiff Rodney Blasinggame**

Steven G. Tidrick
Daniel C. Girard
Elizabeth C. Pritzker
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108
  **Counsel for Plaintiff Rodney Blasingame**

Michael P. Lynn
Richard A. Smith
Lynn Tillotson & Pinker LLP
750 North St. Paul Street, Suite 1400
Dallas, TX 75201
  **Counsel for Plaintiff Joseph Difabritiis**

John C. Evans
Spector Spector Evans & Manogue PC
The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
  **Counsel for Plaintiff Circle Beer & Beverage, Inc.**

John R. Malkinson, Esq.
Malkinson & Halpern PC
223 West Jackson Blvd., Suite 1010
Chicago, IL 60606
  **Counsel for Plaintiff Joseph Difabritiis**

Roberta D. Lienbenberg, Esq.
Fine Kaplan and Black RPC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
  **Counsel for Plaintiff Joseph Difabritiis**

John Murdock
Murdock Goldenberg Schneider & Groh LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
  **Counsel for Plaintiff Ethamma Emmanuel**

Richard J. Arsenault
John R. Whaley
Neblett Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71301
    **Counsel for Plaintiff Thomas Beverage Co., Inc.**

Eugene A. Spector
William G. Galdes
Spector Roseman & Kodroff PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
    **Counsel for Plaintiff Ethamma Emmanuel**

Robert J. Gralewski, Jr.
Gergosian & Gralewski LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
    **Counsel for Plaintiff Thomas Beverage Co., Inc.**

Ira Neil Richards
Trujillo Rodriquez & Richards LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
    **Counsel for Plaintiff Thomas Beverage Co., Inc.**

Peter Safirstein
Andrew W. Morganti
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
    **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin
    Value, LLC**

Ryan Husanyna
Husanynu & Plezia PC
26211 Central Park Blvd., Suite 207
Southfield, MI 48076
    **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin
    Value, LLC**

Mel E. Lifshitz
Ronald J. Aranoff
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
    **Counsel for Plaintiff Mazell LLC**

Jason S. Hartley
Jason M. Lindner
Ross Dixon & Bell LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599
    **Counsel for Plaintiff Public Foods, Inc., Americana Food Store, Inc. and Twin Value, LLC**

Stephen R. Neuwirth
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
    **Counsel for Plaintiff Mazell LLC**

Ralph K. Phalen
Ralph K. Phalen, Atty. at Law
1000 Broadway, Suite 400
Kansas City, MO 64105
    **Counsel for Plaintiff Jennifer Valencia**

Mitchell L. Burgess
Burgess & Lamb, PC
1000 Broadway, Suite 400
Kansas City, MO 64105
    **Counsel for Plaintiff Jennifer Valencia**

Lance A. Harke
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
    **Counsel for Plaintiff Jennifer Valencia**

Steven A. Schwartz
Daniel B. Scott
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
    **Counsel for Plaintiff Y & R's Inc.**

Ben Barnow
Barnow & Associates, P.C.
One North LaSalle, Suite 4600
Chicago, IL 60602
    **Counsel for Plaintiff Jennifer Valencia**

Jeffrey A. Klafter
Klafter & Olson LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
     **Counsel for Plaintiff Linco Distributing Company, Inc. d/b/a Beer Minimum**

Nathaniel P. Hobbs
Patrick Burns & Associates
8401 Wayzata Blvd. Suite 300
Minneapolis, MN 55426
     **Counsel for Plaintiff Rick Drontle d/b/a Ponytail Catering**

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
Cohen Milstein Hausfeld & Toll PLLC
One Embarcadero Center Suite 2440
San Francisco, CA 94111
     **Counsel for Plaintiff Wilson Farms Inc.**

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
     **Counsel for Plaintiff Wilson Farms Inc.**

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington DC 20005
     **Counsel for Plaintiff Wilson Farms Inc.**

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street, Suite 4500
Jamestown, NY 14701
     **Counsel for Plaintiff Wilson Farms Inc.**

Maxwell M. Blecher
Blecher & Collins
515 South Figueroa Street, 17th Floor
Los Angeles, CA 90071
     **Counsel for Plaintiff Wilson Farms Inc.**

Jonathan W. Cuneo
Daniel C. Cohen
Cuneo, Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002
    **Counsel for Plaintiff Wilson Farms Inc.**

Mark A. Maasch
Turner and Maasch
550 West C Street
Suite 1150
San Diego, CA 92101
    **Counsel for Plaintiff Jan Barranco-Grams**

Office of the Clerk of Court
United States District Court for the
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Room 564
Detroit, MI 48226

Office of the Clerk of Court
United States District Court for the
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Office of the Clerk of Court
United States District Court for the
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Office of the Clerk of Court
United States District Court for the
Southern District of Ohio
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, OH 45202

Office of the Clerk of Court
United States District Court for the
Northern District of California

450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Office of the Clerk of Court
United States District Court for the
Northern District of Texas
1100 Commerce, Room 1452
Dallas, TX 75242

Clerk of Court
United States District Court for the
Southern District of California
880 Front Street, Room 4290
San Diego, CA 92101-8900

Office of the Court
United States District Court for the
Eastern District of Michigan
P.O. Box 8199
Ann Arbor, MI 48107

Office of the Clerk
United States District Court
District of Kansas
500 State Avenue
259 U.S. Courthouse
Kansas City, KS 66101

Barry Barnett