GUSTAFSON GLUEK PLLC
ATTORNEYS AT LAW

650 NORTHSTAR EAST
608 SECOND AVE SOUTH
MINNEAPOLIS, MINNESOTA 55402
TEL (612) 333-8844 • FAX (612) 339-6622

JAMES W. ANDERSON
JANDERSON@GUSTAFSONGLUEK.COM

FILED

MAY 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

May 6, 2008

08 CV539 DMS (POR)

**VIA FEDERAL EXPRESS**
Jeffrey N. Luthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

***Re:*** ***In re Packaged Ice Antitrust Litigation***
***MDL No. 1952***

Dear Mr. Luthi:

Enclosed please find the Notice of Presentation or Waiver of Oral Argument of Mall Mart, Inc. d/b/a Midway BP and Certificate of Service for filing in the above-referenced action.

Sincerely,

GUSTAFSON GLUEK PLLC

James W. Anderson

Enclosure

cc: All Counsel on Panel Attorney Service List (via U.S. Mail)

MDL DOCKET NO. 1952

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MAY 12, 2008**

TO:    Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**X**    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| 5/6/08 | Jason S. Kilene | _[signature]_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

```
Mall Mart, Inc. d/b/a Midway BP

Civil No. 0:008-cv-00663-JMR-FIN (D. Minn)
```

Name and Address of Attorney Designated to Present Oral Argument:

```
Jason S. Kilene
Gustafson Gluek, PLLC
650 Northstar East
608 Seond Ave. South
Minneapolis, MN  55402
```

Telephone No.: **612-333-8844**

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

JPML Form 9 (4/01)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION | MDL No. 1952 |

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2008, the Notice of Presentation or Waiver of Oral Argument of Mall Mart, Inc. d/b/a Midway BP, has been served on the Clerk of the Judicial Panel on Multidistrict Litigation by overnight mail and copies of the same have been served by First Class Mail on all counsel on the attached Panel Attorney Service List as well as clerks of each district court in which an action is pending.

James W. Anderson
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: 612.333.8844
Facsimile: 612.339.6622

9630

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1952 - IN RE: Packaged Ice Antitrust Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 1952 - Packaged Ice AT
  For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:        Judge:                                                                Printed on 04/15/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Aranoff, Ronald J.
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
22nd Floor
New York, NY 10016

=> Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com
Mazel LLC*

Artic Glacier California,
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

=>
Arctic Glacier California, Inc.

Asher, Steven A.
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

=> Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com
Elite Energy, LLC*

Barnett, Barry
SUSMAN GODFREY LLP
901 Main Street
Suite 5100
Dallas, TX 75202

=> Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com
Drontle (dba Ponytail Catering), Rick*; Massino, Joseph*; Wilson Farms, Inc.*

Barnow, Ben
BARNOW & ASSOCIATES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602-4606

=> Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com
Valencia, Jenifer*

Blanchfield, Jr, Garrett D.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

=> Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com
G.M. Food & Fuel, LLC dba G.M. Food & Gas*

Bruckner, W. Joseph
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

=> Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com
Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors*

Clobes, Bryan L.
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

=> Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com
S&S Lima, Inc. dba Dry Run Beverage*

Cohen, Jay S.
SPECTOR ROSEMAN & KODROFF PC

=> Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com
Emmanuel (dba 7-11 25452), Ethamma*

Note: Please refer to the report title page for complete report scope and key.

**ATTORNEY - FIRM**                                  **REPRESENTED PARTY(S)**

1818 Market Street
Suite 2500
Philadelphia, PA 19103

Evans, John C.                                       => Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com
SPECTER SPECTER EVANS & MANOGUE PC                      Linco Distributing Co., Inc. dba Beer Minimum*
Koppers Bulding
436 Seventh Avenue
26th Floor
Pittsburgh, PA 15219


Finkelman Bennett, Natalie                           => Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmaslaw.com
SHEPHERD FINKELMAN MILLER & SHAH LLC                    Khorchid (dba 7-Eleven), Chukrid*
35 East State Street
Media, PA 19063


Gittleman, Jeffrey B.                                => Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com
BARRACK RODOS & BACINE                                  Melrick, Inc. dba North Main Short Stop*
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103


Gordon, Ruthanne                                     => Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net
BERGER & MONTAGUE PC                                    Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop*
1622 Locust Street
Philadelphia, PA 19103-6365


Grabar, Joshua H.                                    => Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com
BOLOGNESE & ASSOCIATES LLC                              823 Sproul Inc. dba Sproul Beverage*; Krainc (dba Joe's Beer Distributor), Joseph*
Two Penn Center Plaza
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102


Greenberg, Roger B.                                  => Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com
SCHWARTZ JUNELL GREENBERG & OATHOUT LLP                 Solid Waste, Ltd. dba Bayland Marina*
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010


Kaplan, Robert N.                                    => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP                             Chi-Mar Enterprises, Inc.*
850 Third Avenue
14th Floor
New York, NY 10022


Kilene, Jason S.                                     => Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com
GUSTAFSON GLUEK PLLC                                    Mall Mart, Inc. dba Midway BP*
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402


Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | => Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | => Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com<br>Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com<br>Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | => Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com<br>Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | => Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com<br>Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4629 | => Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com<br>Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | => Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com<br>Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | => Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com<br>Marin Scotty's Market, Inc.* |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | => Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com<br>Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*; Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP | => Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | =>Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | =>Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | =>Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202 | =>Phone: (513) 621-2120  Fax: (513) 629-9426<br>Champs Liquors, Inc. |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | =>Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

Note: Please refer to the report title page for complete report scope and key.