FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

08CV539 DMS (POR)

| IN RE PACKAGED ICE ANTITRUST LITIGATION | MDL DOCKET NO.: 1952 |
|---|---|

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Judicial Panel of Multidistrict Litigation Rule of Procedure 5.3, plaintiffs 6th & Island Investments, LLC ("6th & Island"), Market Street Investments, LLC ("Market Street"), Gaslamp Country Club, LLC ("Gaslamp") and Universal Hillcrest, LLC ("Universal") hereby state that there are no parent corporations and there are no publicly held companies owning 10% or more of plaintiffs' stock.

DATED: May 20, 2008

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
GEORGE C. AGUILAR
ASHLEY R. PALMER

_____
GEORGE C. AGUILAR

610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for plaintiffs 6th & Island, Market Street, Gaslamp and Universal

THE WARNER LAW FIRM
PAUL T. WARNER

1

6363 Woodway, Suite 910
Houston, TX 77057
Telephone: (713) 783-7077
Facsimile: (713) 583-9196

Attorneys for plaintiff Market Street

LANDSKRONER GRIECO MADDEN, LTD.
JACK LANDSKRONER
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000
Facsimile: (216) 522-9007

Attorneys for plaintiff Universal

LEMMON LAW FIRM, LLC
ANDREW A. LEMMON
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333

Attorneys for plaintiff Gaslamp

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PACKAGED ICE<br>ANTITRUST LITIGATION | MDL DOCKET NO.: 1952 |

## DESIGNATION OF ATTORNEY

Pursuant to Judicial Panel of Multidistrict Litigation Rule of Procedure 5.2(c), plaintiffs 6th & Island Investments, LLC ("6th & Island"), Market Street Investments, LLC ("Market Street"), Gaslamp Country Club, LLC ("Gaslamp") and Universal Hillcrest, LLC ("Universal") hereby designate Robbins Umeda & Fink, LLP as counsel of record and George C. Aguilar as the attorney designated to receive all pleadings, notices, orders and other papers related to this action.

DATED: May 20, 2008

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
GEORGE C. AGUILAR
ASHLEY R. PALMER

_____
GEORGE C. AGUILAR

610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for plaintiffs 6th & Island, Market Street, Gaslamp and Universal

THE WARNER LAW FIRM
PAUL T. WARNER

1

6363 Woodway, Suite 910
Houston, TX 77057
Telephone: (713) 783-7077
Facsimile: (713) 583-9196

Attorneys for plaintiff Market Street

LANDSKRONER GRIECO MADDEN, LTD.
JACK LANDSKRONER
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000
Facsimile: (216) 522-9007

Attorneys for plaintiff Universal

LEMMON LAW FIRM, LLC
ANDREW A. LEMMON
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333

Attorneys for plaintiff Gaslamp

343063_1.DOC

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on May 21, 2008, I served the following document(s):

CORPORATE DISCLOSURE STATEMENT; and

DESIGNATION OF ATTORNEY.

___ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List from fax number (619) 525-3991 on this date before 5:00 p.m. The facsimile transmission was reported as complete and without error.

_X_ By placing the document(s) listed above in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Packaged Ice Panel Service List Addendum.

___ By causing the document(s) listed above to be served by a courier service on the parties on the attached Service List.

___ By depositing in a box or other facility regularly maintained by UPS, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties on the attached Service List.

_X_ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I sent the documents described herein to the persons at the e-mail addresses listed on the attached Panel Attorney Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of May, 2008, at San Diego, California.

_____
SHANA E. SAICHEK

343664_1.DOC

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1952 - IN RE: Packaged Ice Antitrust Litigation
Status: Pending on / /
Transferee District:        Judge:

Printed on 05/21/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Aranoff, Ronald J.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016 | => Phone: (212) 779-1414  Fax: (212) 779-3218  Email: aranoff@bernlieb.com<br>Mazel LLC* |
| Artic Glacier California,<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | =><br>Arctic Glacier California, Inc. |
| Asher, Steven A.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | =>Phone: (215) 545-7200  Fax: (215) 545-6535  Email: asher@wka-law.com<br>Elite Energy, LLC* |
| Barnett, Barry<br>SUSMAN GODFREY LLP<br>901 Main Street<br>Suite 5100<br>Dallas, TX 75202 | => Phone: (214) 754-1903  Fax: (214) 665-0832  Email: bbarnett@susmangodfrey.com<br>Wilson Farms, Inc.* |
| Barnow, Ben<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago, IL 60602-4606 | => Phone: (312) 621-2000  Fax: (312) 641-5504  Email: b.barnow@barnowlaw.com<br>Valencia, Jenifer* |
| Blanchfield, Jr, Garrett D.<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street<br>Suite E-1250<br>St. Paul, MN 55101 | => Phone: (651) 287-2100  Fax: (651) 287-2103  Email: g.blanchfield@rwblawfirm.com<br>G.M. Food & Fuel, LLC dba G.M. Food & Gas* |
| Bruckner, W. Joseph<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: wjbruckner@locklaw.com<br>Kozak Enterprises, Inc.*; Thomas Beverage Co., Inc. dba Thomas Liquors* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | => Phone: (215) 864-2800  Fax: (215) 864-2810  Email: bclobes@caffertyfaucher.com<br>S&S Lima, Inc. dba Dry Run Beverage* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,952 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Cohen, Jay S.<br>SPECTOR ROSEMAN & KODROFF PC<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | => Phone: (215) 496-0300  Fax: (215) 496-6611  Email: JCohen@srk-law.com<br>Emmanuel (dba 7-11 25452), Ethamma* |
| Esades, Vincent J.<br>HEINS MILLS & OLSON PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403 | => Phone: (612) 338-4605  Fax: (612) 338-4692  Email: vesades@heinsmills.com<br>Drontle (dba Ponytail Catering), Rick* |
| Evans, John C.<br>SPECTER SPECTER EVANS & MANOGUE PC<br>Koppers Building<br>436 Seventh Avenue<br>26th Floor<br>Pittsburgh, PA 15219 | => Phone: (412) 642-2300  Fax: (412) 642-2309  Email: jce@ssem.com<br>Linco Distributing Co., Inc. dba Beer Minimum* |
| Finkelman-Bennett, Natalie<br>SHEPHERD FINKELMAN MILLER & SHAH LLC<br>35 East State Street<br>Media, PA 19063 | => Phone: (610) 891-9880  Fax: (610) 891-9883  Email: nfinkelman@sfmslaw.com<br>Khorchid (dba 7-Eleven), Chukrid* |
| Gittleman, Jeffrey B.<br>BARRACK RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | => Phone: (215) 963-0600  Fax: (215) 963-0838  Email: jgittleman@barrack.com<br>Melrick, Inc. dba North Main Short Stop* |
| Gordon, Ruthanne<br>BERGER & MONTAGUE PC<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | => Phone: (215) 875-3000  Fax: (215) 875-4604  Email: rgordon@bm.net<br>Fu-Wah Mini Market*; Marchbanks Travel Service, Inc. dba Bear Mountain Travel Stop* |
| Grabar, Joshua H.<br>BOLOGNESE & ASSOCIATES LLC<br>Two Penn Center Plaza<br>1500 JFK Boulevard<br>Suite 320<br>Philadelphia, PA 19102 | => Phone: (215) 814-6750  Fax: (215) 814-6764  Email: jgrabar@bolognese-law.com<br>823 Sproul Inc. dba Sproul Beverage*; Kraine (dba Joe's Beer Distributor), Joseph* |
| Greenberg, Roger B.<br>SCHWARTZ JUNELL GREENBERG & OATHOUT LLP<br>Two Houston Center<br>909 Fannin, Suite 2700<br>Houston, TX 77010 | => Phone: (713) 752-0017  Fax: (713) 752-0327  Email: rgreenberg@schwartz-junell.com<br>Solid Waste, Ltd. dba Bayland Marina* |
| Kaplan, Robert N.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue | => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkaplan@kaplanfox.com<br>Chi-Mar Enterprises, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,952 Continued)                                                                 Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 14th Floor<br>New York, NY 10022 | |
| Kilene, Jason S.<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | => Phone: (612) 333-8844  Fax: (612) 339-6622  Email: jkilene@gustafsongluek.com<br>Mall Mart, Inc. dba Midway BP* |
| Liebenberg, Roberta D.<br>FINE KAPLAN & BLACK RPC<br>1835 Market Street<br>28th Floor<br>Philadelphia, PA 19103 | => Phone: (215) 567-6565  Fax: (215) 568-5872  Email: rliebenberg@finekaplan.com<br>Joseph Difabritiis 7-11 Food Store #24428* |
| Litvack, Sanford M.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>New York, NY 10022 | => Phone: (212) 918-8271  Fax: (212) 918-3100  Email: slitvack@hhlaw.com<br>Home City Ice Co.* |
| Lockridge, Richard A.<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Phone: (612) 339-6900  Fax: (612) 339-0981  Email: lockrra@locklaw.com<br>Americana Food Store, Inc.; Public Foods, Inc.; Twin Valvue, LLC dba Seaway Marketplace |
| Maasch, Mark A.<br>TURNER & MAASCH<br>550 West C. Street<br>Suite 1150<br>San Diego, CA 92101 | => Phone: (619) 237-1212  Fax: (619) 237-0325  Email: mam@tmsdlaw.com<br>Barranco-Grams, Jan* |
| Majoras, John M.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | => Phone: (202) 879-3939  Fax: (202) 626-1700  Email: jmajoras@jonesday.com<br>Arctic Glacier Income Fund*; Arctic Glacier International, Inc.*; Arctic Glacier, Inc.* |
| Nelson, James R.<br>DLA PIPER US LLP<br>1717 Main Street<br>Suite 4600<br>Dallas, TX 75201-4605 | => Phone: (214) 743-4500  Fax: (214) 743-4545  Email: jr.nelson@dlapiper.com<br>Reddy Ice Corp.*; Reddy Ice Holdings, Inc.* |
| Olijnyk, Martha J.<br>MILLER LAW FIRM<br>300 Miller Building<br>950 West University Drive<br>Rochester, MI 48307 | => Phone: (248) 841-2200  Fax: (248) 652-2852  Email: mjo@millerlawpc.com<br>Circle Beer & Beverage, Inc. tdba Duffy's Pop & Beer Warehouse* |
| Patane, Joseph M.<br>LAW OFFICES OF JOSEPH M PATANE | => Phone: (415) 447-1651  Fax: (415) 346-0679  Email: jpatane@tatp.com<br>Marin Scotty's Market, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,952 Continued)*                                                                                               Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 2280 Union Street<br>San Francisco, CA 94123 | |
| Salzman, Hollis L.<br>LABATON SUCHAROW LLP<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | => Phone: (212) 907-0700  Fax: (212) 818-0477  Email: hsalzman@labaton.com<br>Baron Group, Inc. (The) dba Baron's Ice House*; Ridge Plaza, Inc.*; Silver Springs Liquor, Inc.*; Thrifty Liquor, Inc.* |
| Scott, Daniel B.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | => Phone: (610) 642-8500  Fax: (610) 649-3633  Email: danielscott@chimicles.com<br>Y&R's, Inc.* |
| Sedran, Howard J.<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Phone: (215) 592-1500  Fax: (215) 592-4663  Email: hsedran@lfsblaw.com<br>Five Angels Management dba Frank A. Smith Beverages* |
| Shub, Jonathan<br>SEEGER WEISS LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | => Phone: (215) 564-2300  Fax: (215) 851-8029  Email: jshub@seegerweiss.com<br>RSB Wellman Co., Inc. aka Twig's Carry Out* |
| Veselka, Larry R.<br>SMYSER KAPLAN & VESELKA<br>Bank of America Center<br>700 Louisiana, Suite 2300<br>Houston, TX 77002 | => Phone: (713) 221-2325  Fax: (713) 221-2320  Email: lveselk@skv.com<br>Blasingame, Rodney* |
| Wayne, Richard S.<br>STRAUSS & TROY<br>The Federal Reserve Building<br>150 East Fourth Street<br>4th Floor<br>Cincinnati, OH 45202-4018 | => Phone: (513) 621-2120  Fax: (513) 629-9426  Email: rswayne@strausstroy.com<br>Champs Liquors, Inc. |
| White, Ann D.<br>ANN D WHITE LAW OFFICE PC<br>101 Greenwood Avenue<br>Fifth Floor<br>Jenkintown, PA 19046 | => Phone: (215) 481-0274  Fax: (215) 481-0271  Email: awhite@awhitelaw.com<br>Massino, Joseph* |
| Zylstra, Kendall S.<br>FARUQI & FARUQI<br>2600 Philmont Avenue<br>Suite 324<br>Huntingdon Valley, PA 19006 | => Phone: (215) 914-2460  Fax: (215) 914-2462  Email: kzylstra@faruqilaw.com<br>F&V Oil Co., Inc.*; Lansdale Oil Co., Inc.*; VB & FS Oil Co.*; Warrington Fuels, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

Packaged Ice Panel Service List Addendum

| District Courts | |
|---|---|
| United States District Court<br>District of Minnesota<br>Office of the Clerk<br>202 U.S. Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 | United States District Court<br>Northern District of Ohio<br>Office of the Clerk<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| United States District Court<br>Southern District of Ohio (Western Division)<br>Office of the Clerk<br>Potter Stewart U.S. Courthouse Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202 | United States District Court<br>Northern District of California<br>Office of the Clerk<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
| United States District Court<br>Southern District of California<br>Office of the Clerk<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | United States District Court<br>Eastern District of Michigan<br>Theodore Levin U.S. Courthouse<br>Office of the Clerk<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226 |
| United States District Court<br>Northern District of Texas<br>Office of the Clerk<br>1100 Commerce, Room 1452<br>Dallas, TX 75242 | United States District Court<br>District of Kansas<br>Office of the Clerk<br>500 State Avenue<br>259 U.S. Courthouse<br>Kansas City, KS 66101 |
| United States District Court<br>Southern District of Florida<br>Office of the Clerk<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | United States District Court<br>District of Arizona<br>Office of the Clerk<br>401 West Washington Street<br>Phoenix, AZ 85003 |

342186_2.DOC